# EXHIBIT 1

"THIRD AMENDED" JOINT POWERS AGREEMENT

TO ESTABLISH, OPERATE, AND MAINTAIN A PUBLIC
SAFETY COMMUNICATIONS CENTER

THIS THIRD AMENDED JOINT POWERS AGREEMENT ("Agreement") replaces and supersedes the Joint Powers Agreement, dated January 1, 1981, the First Amended Joint Powers Agreement, dated May of 1994, and the Second Amended Joint Powers Agreement, dated March 1, 2001.

NOW, THEREFORE, for and in consideration of the mutual covenants set forth below and the mutual benefits to be derived therefrom, each of the parties agrees as follows:

RECITALS

WHEREAS, it is to the mutual benefit and in the best interest of the Member Agencies to join together to establish this Joint Powers Agreement to accomplish the purposes hereafter set forth;

WHEREAS, the Member Agencies have each determined that:

- there is a need to provide for public safety communications and dispatch support services on a group rather than individual basis;

- it appears economically practical to join together for the purpose of providing public safety communications and dispatch support services.

WHEREAS, Article I, Chapter 5, Division 7, Title 1, Sections 6500 et seq. of the Government Code permits two or more public agencies jointly to exercise any power common to the contracting parties.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 1 of 15

**Exhibits to Complaint  - Page 2**

**AGREEMENT**

A.   CREATION

    1.    Pursuant to Sections 6500 et seq., of the Government Code, there was created an entity, separate and apart from the Member Agencies, to be known as the "Sacramento Regional Public Safety Communications Center" (hereinafter "the Center").

    2.    This Third Amended Agreement shall be effective upon satisfaction of the provisions set forth in Section F. below.

    3.    The term "Member Agency," as used in this Agreement, includes:

        a.    the Cosumnes Community Services District, the City of Folsom, the City of Sacramento and the Sacramento Metropolitan Fire District; and

        b.    any public agency that is subsequently admitted to membership pursuant to Paragraph G. below.

B.   PURPOSE

The purpose of the Center is to provide the following:

    1.    Communications and dispatch services for Member Agencies and for contracting entities (see B.3., below).  This shall also include by way of illustration and not limitation:

        a.    support for public safety communication and dispatch services; and

        b.    related services to assist and support this communication/dispatch function.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 2 of 15

Exhibits to Complaint  - Page 3

2.    Services to assist and support a Member Agency or a contracting entity in the provision of its public safety services.  This includes, by way of illustration and not limitation:

    a.    Contracting with, or employing, an EMS physician to provide medical advisory services.

    b.    Contracting with, or employing, a pharmacist to provide pharmaceutical services; and

    c.    Joint purchasing efforts and/or joint billing services for Member Agencies and contracting entities.

3.    Services provided to a contracting entity (whether a public safety agency without Member Agency status, or a secondary user) shall be as set forth in the written agreement between the Center and the affected contracting entity.

C.    POWERS

1.    The Center is authorized, in its own name, to perform all acts necessary to accomplish the purposes set forth in Section B. above.

2.    The Center's powers shall include, by way of illustration and not limitation:

    a.    to make and enter into contracts;

    b.    to employ agents and employees;

    c.    to acquire, construct, manage, maintain and operate any buildings, works or improvements;

    d.    to acquire, hold and dispose of property of all kinds;

    e.    to incur debts, liabilities or obligations;

    f.    to sue and be sued; and

00011171.1

        g.      to take action on personnel matters brought before it by the Center's chief executive officer or the Chairperson or the Personnel Committee. The Personnel Committee is a standing committee of the JPA whose members are appointed by the Board.

3.    The exercise of such powers is subject only to the restrictions imposed by law upon the manner of exercising such powers that apply to a fire protection district or a charter city.

D.    GOVERNING BOARD AND VOTING RIGHTS

    1.    Board Membership.

        a.    The Center shall be administered by its Governing Board (hereinafter "the Board").

            (1)    The Board shall be composed of one (1) appointee from each Member Agency.

            (2)    Each Member Agency shall appoint one (1) primary representative and one (1) alternate representative.

                (a)    The primary representative, and the alternate representative, shall be either a member of the Member Agency's governing body, Chief Executive Officer (e.g. the Fire Chief, City Manager, etc.) or other qualified employee.

            (3)    The alternate representative shall have the authority to vote only if the primary representative is absent.

        b.    Each primary representative or alternate representative shall serve at the pleasure of the Member Agency by which s/he was appointed.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 4 of 15

**Exhibits to Complaint  - Page 5**

    c.    Each Member Agency shall have on file with the Center a current letter designating its primary representative and its alternate representative.

2.    <u>Weighted Voting</u>.

    a.    Each Member Agency shall exercise weighted voting.

        (1)    The number of votes that each Member Agency representative is entitled to cast in each fiscal year (July 1 through June 30) shall equal that percentage (rounded to the nearest hundredth percent) which is derived by dividing:

            •    the number of annual emergency service calls to which that Member Agency was dispatched in the preceding calendar year by;

            •    the total of the annual emergency service calls dispatched by the Center in the preceding calendar year to all Member Agencies which will remain a member on July 1.

        (2)    This process shall be repeated not later than June 30th of each year for the coming fiscal year and shall take into account the admission of a new Member Agency (see D.2.c. below).

    b.    An "emergency service call" is defined as any call which generates a Center master number.

    c.    If a new Member Agency is added, the number of fire and emergency medical calls dispatched for that agency during the preceding calendar year shall be an agreed-upon number set forth in the "Resolution to Join"

000l1171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 5 of 15

               until that new Member Agency has had all its fire and emergency medical calls dispatched by the Center for a full calendar year.

      d.     If a new Member Agency is added, and that agency is law enforcement, the terms of their admission shall specify their voting structure.

E.     MEETINGS OF THE BOARD AND OFFICERS

     1.     The Board shall provide for meetings as allowed by law, including by way of illustration and not limitation: regular meetings, adjourned regular meetings, special meetings and emergency meetings.

     2.     All meetings of the Board shall be called, noticed, held and conducted in accordance with the provisions of the Ralph M. Brown Act (Government Code Sections 54950 et seq.).

     3.     The presence of a representative (or an alternate) authorized to cast two-thirds (2/3) of the total number of weighted votes (see paragraph D.2. above) shall constitute:

      a.     a majority of the Board; and

      b.     a quorum for the transaction of business.

     4.     Action to be taken or authorized by the Board requires approval by at least two-thirds (2/3) of the total number of votes as described in Paragraph D.2. above.

     5.     Notwithstanding the preceding, less than a quorum may adjourn from time to time.

     6.     The Board shall elect a Chairperson and a Vice Chairperson.

      a.     Each December, the Board shall elect or reelect its Chairperson and Vice Chairperson to assume office on January 1st.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

      b.    In the event that the elected Chairperson or Vice Chairperson ceases to be a representative to the Board, the resulting vacancy shall be filled at the meeting of the Board held after such vacancy occurs.

      c.    In the absence or inability of the Chairperson to act, the Vice Chairperson shall act as Chairperson.

F.    <u>TERM</u>

This Third Amended Agreement shall become effective on the July 1st following approval by the governing board of each of the Member Agencies. It shall continue until terminated as hereinafter provided.

G.    <u>MEMBERSHIP</u>

    1.    Public agencies providing either fire protection service or ALS ambulance service or public safety service are eligible for membership.

    2.    Each Member Agency is entitled to the rights and privileges and is subject to the obligations of membership as provided in this Agreement.

    3.    An eligible public agency may become a Member Agency of the Center provided:

      a.    The governing body of the applicant public agency adopts a Resolution in the form requested by the Center which:

        (1)    agrees to be bound by this Agreement; and

        (2)    acknowledges an annual contribution rate that shall continue until the "new" Member Agency has been dispatched by the Center for a complete calendar year; and

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 7 of 15

(3)    agrees to payment of any entry fee that has been established by the Center's Board. Such a fee may include, by way of illustration and not limitation:

- set-up costs, resulting from the inclusion of the new agency; and

- a proportionate amount of any debt or obligation of the Center.

    b.    The Board approves the public agency's application for membership.

    4.    The Board retains the right to reject a membership application for any reason.

H.    <u>REPORTS</u>

    1.    Each Member Agency shall provide to the Center such information as is necessary to the Center to perform its functions hereunder. Each Member Agency shall cooperate in every reasonable manner.

    2.    Upon request of either the primary representative or alternate representative of a Member Agency, the Center's Chief Executive Director shall provide major policy issue briefings to the governing body of that Member Agency, provided that such request is first approved by the Center's Board.

I.    <u>TREASURER</u>

    1.    The Board shall designate a Treasurer and designate a treasury in accordance with applicable law.

    2.    The Treasurer shall receive and receipt all money of the SRFECC and place it in the SRFECC's treasury to the credit of the SRFECC.

00011171.1

3.     The Treasurer shall invest the Center's funds in accordance with the general law. All interest collected on the Center's funds shall be accounted for and posted to the account of said funds.

J.     AUDITING

1.     The Center shall cause an independent audit to be made by a certified public accountant in compliance with California Government Code section 6505.

2.     At the close of each fiscal year, or at such other times as provided in Government Code Section 6505, an audit shall be performed.

K.     FISCAL YEARS

The fiscal year for the Center shall be July 1st through the next following June 30th.

L.     BUDGET

The Board shall adopt a budget for each fiscal year in accordance with applicable law.

M.     MEMBER CONTRIBUTIONS

1.     Dispatch and Dispatch-Related Services

a.     Each Member Agency shall pay its pro-rata share of all capital, operating, and related costs of the Center.

b.     Pro-rata share shall be calculated in the same manner as weighted voting is determined in Section D.2. above.

2.     A Member Agency shall pay for any additional services that are received or requested by the Member Agency if those additional services are not also deemed to be of general benefit to the Center, as determined by the Board, and made available to all Member Agencies. Additional services shall be provided by the Center at rates to be determined by the Board.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

**Exhibits to Complaint  - Page 10**

3.   The Member Agencies recognize that, from time-to-time, the Center may incur costs and expenses which are not directly related to the provision of services to Member Agencies. In addition to the payments specified in Sections M.1 and M.2 above, each Member Agency shall pay its pro-rata share, based on its weighted voting percentages, of such costs and expenses.

N.   DEBTS AND OBLIGATIONS

1.   The debts, liabilities and obligations of the Center shall not be the debts, liabilities, and/or obligations of the Member Agencies.

2.   Notwithstanding Paragraph N.1:

a.   Each Member Agency is responsible for its pro-rata share of any obligation of the Center which was incurred at a time when that entity was a Member Agency. This shall also include, by way of illustration and not limitation: long-term debt and multi-fiscal-year debt.

b.   Pro-rata share shall be in the same proportion as that entity's weighted voting percentage determined pursuant to Section D.2 of the Agreement.

c.   The pro-rata obligation of each Member Agency is immediately binding on the Member Agency at the time the obligation is incurred.

O.   WITHDRAWAL

1.   Any Member Agency may withdraw as a party to this Agreement as follows:

a.   June 30 (11:59 p.m.), annually, shall be the only month and day on which a withdrawal shall take effect.

b.   Notice of such withdrawal shall be in writing and addressed to the Chairperson of the Board of the Sacramento Regional Fire/EMS

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 10 of 15

Communications Center at is primary address (currently 10230 Systems Parkway, Sacramento, California 95827-3006).

c.    Notice of withdrawal must be accompanied by a proof of service. Notice shall be considered given on the date of service.

d.    Notice shall be given to the Center no later than the October 1 preceding the withdrawal date.

e.    No withdrawing Member Agency shall be entitled to any payment for its interest or assets upon withdrawal.

2.    Notwithstanding Paragraph N.1., no Member Agency may withdraw until they have:

a.    Either paid in full their pro-rata share of all outstanding debts and obligations that were incurred while they were a member. This shall also include, by way of illustration and not limitation: long-term debt and multi-fiscal-year debt.

b.    Or, executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

P.    DISSOLUTION

1.    This Agreement may be terminated in its entirety upon the consent of not less than ninety percent (90%) of the total number of weighted votes of the Member Agencies.

2.    No assets may be distributed (divided or returned) until all outstanding debts and obligations have been resolved. Resolved means that each Member Agency has:

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 11 of 15

**Exhibits to Complaint  - Page 12**

a.  Either paid their pro-rata share of all outstanding debts and obligations that were incurred while they were a member; or

b.  Executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

3.  All assets of the Center will be distributed in proportion to the contributions of the Member Agencies during the fiscal year of dissolution.

Q.  AMENDMENT

1.  This Agreement may be amended as follows:

a.  The Board adopts a Resolution recommending amendment which will be presented to the Governing Body of each Member Agency for ratification.

b.  The Amendment shall be effective when the required Resolution Recommending Amendment has been ratified by the governing bodies of those Member Agencies entitled to cast not less than ninety percent (90%) of the total number of weighted votes (see Section IV.B. hereof).

2.  Provided, however, no amendment approved by less than unanimous consent shall be effective until such time as any nonconsenting Member Agency has had an opportunity to withdraw from the Center (see Paragraph O. above).

R.  CONFLICT RESOLUTION

1.  A Member Agency shall be free to bring all differences of interpretation regarding, and all disputes arising in connection with, this Agreement or the operation of the Center to the attention of the other Member Agencies at any time. Such communications shall be deemed positive and may be made without prejudicing the harmonious relationship and operations of the Center. Within ten

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 12 of 15

**Exhibits to Complaint  - Page 13**

(10) days of receiving a written statement of a difference of interpretation of a dispute (hereinafter "Statement"), the Center shall appoint and convene a panel comprised of three (3) Board members/alternates. This panel shall be charged with effecting a mutually satisfactory solution. The Center shall consider any disputes under this Section R in compliance with the Brown Act.

2. Should the panel be unable to effect a mutually satisfactory solution within thirty (30) days of receipt of the Statement, the party filing that Statement may cause the matter to proceed to mediation. In such case, a neutral mediator shall be appointed. If the parties are unable to agree upon a mediator, a list of five (5) names shall be requested from the State Mediation and Conciliation Service and the parties shall alternately strike names to select the mediator. The mediator's role shall be to effect a mutually satisfactory solution or, in the alternative, to issue an advisory statement of solution. The costs of the mediator shall be divided between the party requesting mediation (one-half) and the Center (one-half). Each party shall bear its own respective costs associated with the mediation.

3. Any controversy, claim, or breach arising out of or relating to this Agreement which the parties are unable to resolve to their mutual satisfaction may be litigated or otherwise resolved in any court having jurisdiction.

IN WITNESS WHEREOF, the Chief Executive Director of the Center certifies that the Member Agencies listed in Exhibit A have approved this Third Amended Agreement by filing with the Board an executed, certified copy of its lawfully adopted resolution.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 13 of 15

**Exhibits to Complaint  - Page 14**

3.    Any controversy, claim, or breach arising out of or relating to this Agreement which the parties are unable to resolve to their mutual satisfaction may be litigated or otherwise resolved in any court having jurisdiction.

IN WITNESS WHEREOF, the Chief Executive Director of the Center certifies that the Member Agencies listed in Exhibit A have approved this Third Amended Agreement by filing with the Board an executed, certified copy of its lawfully adopted resolution.

**ACKNOWLEDGED BY THE CENTER**

Date: 07|01|4

Teresa Murray
Chief Executive Director

**ATTEST**

For the Cosumnes Community Services
District

For the City of Folsom Fire Department

For the Sacramento Metropolitan Fire
District

For the City of Sacramento Fire Department

00010319.2

THIRD AMENDED JOINT POWERS AGREEMENT

**Exhibits to Complaint  - Page 15**

## EXHIBIT A

### LIST OF MEMBER AGENCIES

Cosumnes Community Services District

City of Folsom

City of Sacramento

Sacramento Metropolitan Fire District

00011171.1

# EXHIBIT 2

# SOFTWARE LICENSE
# AND
# SERVICES AGREEMENT

**between**

# NEW WORLD SYSTEMS CORPORATION

**and the**

# SACRAMENTO REGIONAL PUBLIC SAFETY
# COMMUNICATIONS CENTER

**November _, 2015**

## <u>RECITATION</u>

This *Software License and Services Agreement* which includes the attached Exhibits ("this **Agreement**") is between **New World Systems® Corporation** ("**New World**"), a Michigan Corporation and **Sacramento Regional Public Safety Communications Center** ("**Customer**"). This **Agreement** sets forth the terms and conditions pursuant to which **New World** will design, deliver, install and integrate the System.  The System also includes:  (1) furnishing the Licensed Products; and (2) providing certain services described herein to **Customer**.

i

## <u>TABLE OF CONTENTS</u>

<u>Page</u>

Definitions .................................................................................................................... 1

**General Terms and Conditions** .................................................................................. 4

    1.    Timelines ............................................................................................... 4

    2.    Single Use License ............................................................................... 4

    3.    Ownership ............................................................................................. 5

    4.    New World's Obligations to Customer Under this Agreement ............. 6

    5.    Correction and Software Maintenance on Standard Software .............. 6

    6.    Warranties ............................................................................................. 7

    7.    Customer Liaison and Customer Responsibilities ............................... 8

    8.    Billing and Additional Authorized Workstation Charges .................... 9

    9.    Non-Recruitment of Personnel ........................................................... 10

    10.    Confidential Information / Non-Disclosure Agreement ..................... 10

    11.    Limitation of Liabilities and Recoverable Damages ......................... 12

    12.    Integration with U.S. Copyright Act .................................................. 13

    13.    Independent Contractor ....................................................................... 13

    14.    Requirements for Insurance and Bonds .............................................. 13

    15.    Dispute Resolution ............................................................................. 13

    16.    Termination ......................................................................................... 14

    17.    Indemnification ................................................................................... 15

    18.    Notices ................................................................................................ 16

    19.    Miscellaneous Provisions ................................................................... 17

**Signature Page** .......................................................................................................... 19

# TABLE OF CONTENTS
### (continued)

**Exhibits:**

| | |
|---|---|
| A | Pricing and Payment Schedule: System and Support Services |
| B-1 | New World Recommended: Licensed Software and Documentation |
| B-2 | New World Recommended: System Hardware Components and Configuration |
| B-3 | New World Recommended: Interfaces with System Software |
| B-4 | New World Recommended: Decision Support System (DSS) Third Party Software License and Implementation Services |
| B-5 | New World Recommended: System Training Plan |
| C | Project Management, Implementation and Training Support Services |
| D | System Implementation Plan/GANTT Chart |
| E | Standard Software Maintenance Agreement (SSMA) |
| F | Confidentiality Agreements for Third Parties |
| G | Source Code Escrow Agreement |
| H | System Change Order Process |
| I | System Change Orders |
| J-1 | System Acceptance:  Testing Procedures and Criteria |
| J-2 | System Acceptance:  Final by Customer |
| K | New World Insurance Requirements |
| L-1 | New World Performance Bond |
| L-2 | Performance Bond |
| M | New World Travel Expense Policy |
| N | Incorporation by Reference of New World's Response to Customer's RFP Software Specifications |

## DEFINITIONS

The following terms as defined below are used throughout this **Agreement**:

1.    *"Acceptance of the System":*

Shall occur when all of the conditions set forth in Exhibit J, have been satisfied.

2.    *"Authorized Copies":*

Except as provided in subparagraph 2.3 of the General Terms and Conditions, the only authorized copies of the Licensed Software and Licensed Documentation are the copies of each application software package defined in this Paragraph.  They are:

(a)    the single copy of the Licensed Software and the related Licensed Documentation delivered by **New World** under this **Agreement**; and

(b)    any additional copies made by **Customer** as authorized in subparagraph 2.2 of the General Terms and Conditions.

3.    *"An Authorized User/Workstation":*

Subject to the number of users specified in Exhibit B-1, any PC workstation that is connected to access the Licensed Software resident on the Computer and that may be logged on to access the programs, interfaces, data, or files created and/or maintained by the Licensed Software.

4.    *"CAD Workstations":*

A workstation that operates Computer Aided Dispatch Licensed Standard Software.

5.    *"Change Order":*

Any change to the configuration of the System, whether Hardware System Components and/or Software System Components, which shall be effected in accordance with Exhibit H and listed from time to time on Exhibit I.

6.    *"Computer":*

The .NET Server(s) to be located at:

*Sacramento Regional Public Safety Communications Center (SRPSCC)*
*10230 Systems Parkway*
*Sacramento, CA  95827*

7.    *"Confidential Information":*

Information disclosed or obtained by one Party in connection with, and during the term of, this **Agreement** and designated as "Confidential" by the Party claiming confidentiality at the time of disclosure.  Confidential Information does not include any information which was previously known to the other Party without obligation of confidence or without breach of this **Agreement**, or which is publicly disclosed either prior or subsequent to the other Party's receipt of such information, or is rightfully received by the other Party from a third party without obligation of confidence.

8.    *"Customer Liaison":*

A **Customer** employee assigned to act as liaison between **Customer** and **New World** for the duration of this **Agreement**.

9.    *"Daily Rate":*

The Daily Rate covers all hours <u>worked</u> by a **New World** employee for services outside the scope of this **Agreement**.  Hours worked does not include Travel Time.

10.   *"Delivery of Licensed Standard Software":*

See Section 4 (**New World's** Obligations to **Customer** Under This Agreement), Paragraph 4.6.

11.   *"Development Software":*

Standard application software currently under development by **New World** which, if applicable, will be completed and delivered to **Customer** as Licensed Standard Software when available pursuant to the terms of the SSMA, <u>Exhibit E</u>.

12.   *"Hardware System Components":*

System-related Hardware Components that have been specified by **New World** as part of the System.  See <u>Exhibit B-2</u>.

13.   *"Licensed Custom Software":*

Any software (programs or portions of programs) developed by **New World** specifically for **Customer's** sole use.

14.   *"Licensed Documentation":*

**New World** User Manuals which includes the current specifications for the Licensed Standard Software and other written instructions relating to the Licensed Software (such as Product Bulletins, installation instructions, and training materials).

15.   *"Licensed Products"*:

The Licensed Software, the related Licensed Documentation, and the Authorized Copies of the foregoing.

16.   *"Licensed Software"*:

The Licensed Standard Software, Development Software, Upgrades, and Licensed Custom Software provided under this **Agreement**.

17.   *"Licensed Standard Software"*:

The current version of **New World** standard and development application software package(s) (in machine readable code) listed in <u>Exhibit B-1</u>, including Third Party Vendor software embedded therein.

18.   *"Peripheral Hardware"*:

The System-related Hardware Components set forth in <u>Exhibit B-2</u>.

19.   *"Servers"*:

The System-related Hardware Components set forth in <u>Exhibit B-2</u>.

20.   *"Installation of Licensed Standard Software"*:

Installation of the Licensed Standard Software shall be deemed to occur when all Licensed Standard Software has been loaded into a **Customer** server or computer.

21.   *"Software System Components"*:

System-related software, consisting of **New World** Licensed Software, including any software from a Third Party Vendor that is embedded therein.

22.   *"SSMA"*:

The Standard Software Maintenance Agreement that is set forth in <u>Exhibit E</u>.

23.   *"System"*:

All Hardware System Components and all Software System Components.

24.   *"Third Party Vendor"*:

Any vendor, other than **New World**, who is providing either Hardware System Components or Software System Components to **Customer** pursuant to this **Agreement**.

**25.** *"Travel Expenses" and "Travel Time":*

    a.    Travel Expenses include all actual and reasonable travel expenses incurred by **New World** for trips relating to this project, including but not limited to, airfare, rental car, lodging, mileage, parking/tolls, and daily per diem expenses.

    b.    All charges for Travel Expenses shall conform to the Travel Policy that is Exhibit M.

**26.** *"Upgrades":*

Any enhanced and/or improved versions of the Licensed Standard Software provided as Licensed Standard Software under Exhibit B-1 of this **Agreement** and released after the execution of this **Agreement** pursuant to the SSMA Agreement in Exhibit E.


**GENERAL TERMS AND CONDITIONS**

*1.*    *TIMELINES*

    1.1    This Agreement is effective on the date it is executed by both **New World** and **Customer** and approved by the Governing Board of **Customer** ("Effective Date") and shall terminate upon the completion of **New World's** obligations under this **Agreement**.

    1.2    Both **Customer** and **New World** shall strictly adhere to the timeline set forth in Exhibit D for the installation and integration of the System and shall strictly adhere to the timeline set forth for each milestone component (e.g. Installation) in Exhibit D, System Implementation Plan/GANTT Chart for that particular milestone component.

    1.3    Time is of the essence in the performance of each Party's obligations under this **Agreement**.

*2.*    *SINGLE USE LICENSE*

    2.1    **New World** grants **Customer** a nontransferable, nonexclusive, and non-assignable license to use the Licensed Software only in accordance with the terms of this **Agreement**. **Customer** shall have the right and license to use, enhance, or modify the Licensed Software only for **Customer's** own use and only in accordance with the terms of this **Agreement**. **New World** will deliver to **Customer** one (1) copy of each application of the Licensed Software (in machine readable form compatible with the specified operating environment) and one (1) copy of the related Licensed Documentation. If **Customer** fails to pay all license fees specified in Exhibit A and the applicable custom software fees, if any, **Customer** shall forfeit the right and license to use the Licensed Products and shall return them to **New World**.

2.2     In order to assist **Customer** in the event of an emergency, **Customer** is permitted to make up to two (2) back-up copies on magnetic media of each application of the Licensed Software and one back-up copy of the related Licensed Documentation. These Authorized Copies may be stored as defined above so long as they are kept in a location secure from unauthorized use. **Customer**, or anyone obtaining access through **Customer**, shall not copy, distribute, disseminate, or otherwise disclose to any third party the Licensed Products or copies thereof in whole or in part, in any form or media. This restriction on making and distributing the Licensed Products or copies of any Licensed Product, includes without limitation, copies of the following:

(a)     Program libraries, either source or object code;
(b)     Operating control language;
(c)     Test data, sample files, or file layouts;
(d)     Program listings; and
(e)     Licensed Documentation.

2.3     Upon written request by **Customer**, and with written permission by **New World**, additional Authorized Copies may be made for **Customer's** internal use only.

3.      *OWNERSHIP*

3.1     The Licensed Products and all copyright, trade secrets and other proprietary rights, title and interest therein, remain the sole property of **New World** or its licensors, and **Customer** shall obtain no right, title or interest in the Licensed Products, except via the Software Escrow Agreement, as a result of this **Agreement** other than the nonexclusive, nontransferable, non-assignable license to use the Licensed Products as restricted herein.

3.2     The license to use any Licensed Custom Software provided under this **Agreement**, if any, is included in this license.

a.      **New World** shall have the right to use any data processing ideas, techniques, concepts, and/or know-how acquired by it in the performance of services under this **Agreement** including the development of Licensed Custom Software for the advancement of its own technical expertise and the performance of other Software License and Service Agreements or any other applicable agreements.

b.      **Customer** shall receive the benefit of all such use by **New World** pursuant to the SSMA.

3.3     All reports, drawings, and other data prepared in connection with the System pursuant to this **Agreement** shall be the property of **Customer**. **New World** shall retain all records and documents related to the System for at least three (3) years after final payment by **Customer**, and shall make all records related to the System available for inspection and audit by authorized representatives of **Customer** at all

reasonable times. **New World** will give **Customer** written notice and opportunity to obtain records related to the System prior to destruction of any such materials.

4.    *NEW WORLD's OBLIGATIONS TO CUSTOMER UNDER THIS AGREEMENT*

4.1    **New World** will perform all of its obligations and provide all services and products to **Customer** as set forth in accordance with the timeline for the Project (see Exhibit D) and the provisions of this Agreement.

4.2    **Damage To Customer's Facilities, Building, or Grounds.**  **New World** shall repair, or cause to be repaired, at its own cost any and all damage to **Customer's** facilities, buildings, or grounds caused by **New World** or its employees, subcontractors or agents.  Such repairs shall be made immediately after becoming aware of the damage.

4.3    **New World** shall not remove any **Customer** fixture, or any **Customer** property (real or personal) from **Customer's** premises, nor temporarily nor permanently affix any equipment to **Customer's** premises not specifically required by this **Agreement** without the express written consent of **Customer**.

4.4    **New World** shall keep **Customer's** premises reasonably clean of accumulations of rubbish or scrap resulting from the work on the System.  Upon Acceptance of the System, **New World** shall leave **Customer's** premises reasonably free from rubbish or scrap material resulting from **New World's** performance under the **Agreement**.

4.5    **Legal Requirements.**  **New World** will comply with all applicable laws and regulations in the delivery, installation and support of the System under the terms and conditions of this **Agreement**.  This **Agreement** is subject to all applicable federal, state, and local laws, ordinances, rules and regulations.  Lack of knowledge by **New World** of any such law, ordinance, rule, or regulation shall not constitute a cognizable defense against the legal effect thereof.

4.6    Licensed Standard Software will be delivered in either a machine readable form to **Customer** via an agreed-upon network connection, or on appropriate media if requested, as soon as the software is available after the Effective Date.  The form of delivery shall be as specified by **Customer**.

5.    *CORRECTION AND SOFTWARE MAINTENANCE ON STANDARD SOFTWARE*

5.1    **New World** shall provide software correction service and maintenance for the Licensed Standard Software during the term of **Customer's** SSMA.  See Exhibit E for the SSMA start date and term, the services available, and the applicable fees and procedures.

6.    *WARRANTIES*

6.1    **New World** warrants, for **Customer's** benefit only, that the Licensed Products will perform as specified in the user manuals based on the then-current release of the Licensed Software.

6.2    **New World** warrants, for **Customer's** benefit only, that it possesses the necessary intellectual property rights to license to **Customer** the Licensed Standard Software, including any Third Party embedded software, provided pursuant to this **Agreement**.

6.3    **New World** warrants, for **Customer's** benefit only, that the items coded "Fully Compliant" in **New World's** Response to **Customer's** RFP will be met as described in Exhibit N.

6.4    **New World** warrants that the Licensed Products furnished pursuant to this **Agreement** shall be delivered to **Customer** free of any rightful claim of any third party for infringement of any United States patent or copyright. **Customer** shall notify **New World** promptly of the receipt of any claim that the equipment or software infringes a United States patent or copyright. **New World**, at its own and sole expense, shall defend, indemnify, and hold harmless **Customer**, and **Customer**'s Board members, Member Agencies (including Contract Agencies), employees, volunteers, interns, user fire agencies, and agents from, and may settle, any claim, suit, proceeding, or litigation in federal or state court, including any related judgment, judgment costs, damages, attorney's fees or other costs, brought or alleged against **Customer**, or **Customer**'s Board members, Member Agencies (including Contract Agencies), employees, volunteers, interns, user fire agencies, or agents, related to any equipment or software provided to **Customer** pursuant to this **Agreement**. **Customer** will provide **New World** information, assistance, and exclusive authority to settle and defend on behalf of **Customer**, at **New World**'s sole expense. **Customer** reserves the right to be actively involved in any litigation arising under this Section.

If, in any such suit arising from such claim, the continued use of the equipment and software by **Customer** is enjoined by any court of competent jurisdiction, **New World** shall, at its own and sole expense, either: (a) procure for **Customer** the right to continue using the equipment and software; (b) modify the equipment and software so that it becomes non-infringing; (c) or replace the equipment and software or portions thereof so that it becomes non-infringing. The option chosen by **New World** shall be one that allows **Customer** to resume affected operations at the earliest time from the enjoinment.

6.5    The warranties set forth in 6.1, 6.2 and 6.3 do not apply if the Licensed Product(s) have been modified by any party other than (a) **New World**, or (b) any Third Party Vendor with products or services incorporated into the System.

6.6   **EXCEPT AS WARRANTIED IN 6.1, 6.2, 6.3 AND 6.4 NEW WORLD EXPRESSLY DISCLAIMS ANY EXPRESS OR IMPLIED WARRANTIES WITH RESPECT TO THE LICENSED PRODUCTS, INCLUDING BUT NOT LIMITED TO, THE LICENSED PRODUCTS' CONDITION, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR ANY IMPLIED WARRANTY ARISING FROM COURSE OF PERFORMANCE, COURSE OF DEALING OR USAGE OF TRADE.**

7.   *CUSTOMER LIAISON AND CUSTOMER RESPONSIBILITIES*

7.1   **Customer** and **New World** agree that the Licensed Software is designed to run in a specified operating environment which includes hardware, software and related equipment which has been specified by **New World**.  **Customer** is responsible for assuring that the appropriate hardware equipment, related components and all cabling are available and installed timely to facilitate the successful installation of the Licensed Software as set forth in Exhibit D (System Implementation Plan/Gantt Chart).  **Customer** shall identify in writing the serial number of the Computer within ten (10) days of receipt of the Computer or within ten (10) days of the Effective Date, whichever is later.  If the Computer is to be relocated, **Customer** shall notify **New World** of the new location in writing prior to the relocation, and there shall be no additional fees charged to **Customer** by **New World** as a result thereof, including, but not limited to any additional Software Site License or Transfer License Fees, with the exception of any services requested by **Customer** to effectuate such relocation in accordance with the System Change Order process set forth in Exhibit H.

7.2   **Customer** agrees to provide the management interface and support necessary to assist **New World** to successfully complete the implementation of the Licensed Software.  This support includes upper level management priority setting and timely involvement during and after a change in **Customer's** organization, **Customer's** operations and/or after changes in **Customer's** internal policies or procedures which directly affect the software implementation.

7.3   **Customer** shall assign an upper level employee to serve as the Customer Liaison for the duration of the Licensed Software implementation.  Within ten (10) days of the Effective Date, **Customer** shall notify **New World** of the name of the Customer Liaison.  Should **Customer** change the designated liaison, **New Word** shall be notified in writing.  If **Customer** chooses to replace the Customer Liaison, **Customer** will assign a new Customer Liaison in a manner that minimizes disruption to installation of the System.  **New World** is not responsible for any delay caused directly or indirectly by the reassignment of the Customer Liaison.  In addition to other duties and responsibilities, the Customer Liaison shall:

   (a)   provide timely answers to **New World's** requests for information;

   (b)   coordinate a mutually agreeable implementation and training schedule;

(c)    have authority to sign for **Customer**, other than System Change Orders (see <u>Exhibit H</u>), regarding any matters relating to service requests, design documents, performance test documents and/or delivery and service dates;

(d)    in situations where **Customer** participation is required, provide timely input for systems definition, detail design, and use of the software system.

7.4    **Customer** is responsible for creating and maintaining its master files, tables and the like which include accurate data entry, accurate file editing and overall file control to assure successful systems performance.

7.5    **Customer** shall provide qualified personnel with sufficient backup to be trained to use the Licensed Software and to interpret the output. Applying the output information in **Customer's** environment is **Customer's** sole responsibility.

7.6    After **Customer** has signed off on Final System Acceptance (<u>Exhibit J</u>) and for so long as an SSMA is in place, **Customer** will:

(a)    act as a demonstration site for prospective **New World** customers; and

(b)    serve as a reference or remote demonstration site via the telephone for prospective **New World** customers.

Notwithstanding the preceding commitments, **Customer** shall not be deemed to endorse **New World** products nor is **Customer** required to participate in any type of marketing or advertising campaign either for or on behalf of **New World**. **New World** may not use **Customer**'s name or images or any of its agencies without express permission of **Customer**.

Requests for demonstrations shall be: (a) reasonable in number; and (b) coordinated with the Customer Liaison in advance; and (c) scheduled to minimize any interruption or undue interference with the conduct of **Customer's** standard business operations.

8.    *BILLING AND ADDITIONAL AUTHORIZED WORKSTATION CHARGES*

8.1    <u>Exhibit A</u> sets forth the manner in which payments shall be made to **New World** under this **Agreement**. Past due amounts are subject to a service charge of .5% per month, which charge **Customer** agrees to pay.

(a)    Any Change Order desired by Customer for services other than those expressly provided in this **Agreement**, shall be processed in accordance with <u>Exhibit H</u> (System Change Order Process).

8.2    If **Customer** wishes to add <u>additional</u> Authorized User Workstations or additional Licensed Standard Software, **Customer** shall notify **New World.**

(a)   **Customer** agrees to pay the additional license fees at the then current software prices in effect.

(b)   SSMA fees shall be increased according to the additional Licensed Standard Software fees on the next annual billing date after the additional workstations and/or Licensed Standard Software is added; or as specified in the future contract.

(c)   With said payments, the license provided in Paragraph 2. permits **Customer's** use of the Licensed Software for the specified workstations.

(d)   **Customer** shall pay, if applicable, an additional Authorized User Workstation Fee.

8.3   A tax exemption is claimed by **Customer**.   **New World** acknowledges receipt of **Customer's** Tax Exemption Certificate.

## 9.   *NON-RECRUITMENT OF PERSONNEL*

9.1   During, and for a period of twenty-four (24) months after the earlier of (i) the expiration or (ii) the early termination of, the Standard Software Maintenance Agreement and/or any renewal maintenance agreement, each Party agrees not to solicit or hire current or former employees of the other without the other's prior written consent.

## 10.   *CONFIDENTIAL INFORMATION / NON-DISCLOSURE AGREEMENT*

10.1   (a)   Subject to the requirements of the Freedom of Information Act (FOIA), the California Public Records Act, and/or other comparable applicable state law, each Party shall hold all Confidential Information in trust and confidence for the Party claiming confidentiality and not use such Confidential Information absent express written consent by the Party claiming confidentiality.   The other Party agrees not to disclose any such Confidential Information, by publication or otherwise, to any other person or organization.

(b)   **Customer** agrees to timely notify **New World** of any request(s) made for disclosure of confidential information.

(c)   If **Customer** or any of Customer's member agencies receives a request for disclosure of any Confidential Information, pursuant to the California Public Records Act, **Customer** or Customer's member agency shall give notice to **New World** of the request.   **New World** shall then have five (5) days from the date it receives such notice to enter into an agreement with **Customer** or Customer's member agency, satisfactory to **Customer's** counsel or counsel for Customer's member agency, providing for the defense of, and complete indemnification and reimbursement for all costs (including plaintiff's attorney fees) incurred by **Customer** or any of Customer's member agencies

in any legal action to compel the disclosure of such information under the California Public Records Act. **New World** shall have sole responsibility for defense of the actual "Confidential Information" designation of such information.

(d)     In the absence of an agreement pursuant to (c) above, **Customer** or any of Customer's member agencies will comply with the PRA request and **New World** will have no recourse against **Customer** or any of Customer's member agencies.**10.2 Customer** hereby acknowledges and agrees that all Licensed Products are Confidential Information and proprietary to **New World**. In addition to the other restrictions set forth elsewhere in this **Agreement** or otherwise agreed to in writing, **Customer** agrees to implement all reasonable measures to safeguard **New World**'s proprietary rights in the Licensed Products, including without limitation the following measures:

(a)     **Customer** shall only permit access to the Licensed Products to those employees who require access and only to the extent necessary to perform **Customer's** internal processing needs.

(b)     With respect to agents or third parties, **Customer** shall permit access to the Licensed Products only after **New World** has received, approved and returned a fully executed Confidentiality Agreement for Third Parties (see Exhibit F). **New World** reserves the right to reasonably refuse access to a third party after it has evaluated the request. **Customer** agrees to provide information reasonably requested by **New World** to assist **New World** in evaluating **Customer's** request to permit third party access to the Licensed Products. In addition to any other remedies, **New World** may recover from **Customer** all damages and legal fees incurred in the enforcement of this provision on third party access;

(c)     **Customer** shall cooperate with **New World** in the enforcement of the conditions set forth in the Confidentiality Agreement for Third Parties (see Exhibit F) or any other reasonable restrictions **New World** may specify in writing in order to permit access;

(d)     **Customer** shall not permit removal of copyright or confidentiality labels or notifications from its proprietary materials; and

(e)     **Customer** shall not attempt to disassemble, decompile or reverse engineer the Licensed Software.

10.3   **Customer** agrees that in addition to any other remedies that may be available at law, equity or otherwise, **New World** shall be entitled to seek and obtain a temporary restraining order, injunctive relief, or other equitable relief against the continuance of a breach or threatened breach of this paragraph 10 on Confidentiality and Non-Disclosure.

10.4   Notwithstanding any other provision of this Agreement, Confidential Information, received from **New World**, whether received in connection with **New World's** proposal to **Customer** or in connection with this **Agreement**, will be disclosed upon receipt of a request for disclosure, pursuant to FOIA, the California Public Records Act, and/or other comparable applicable state law.  If **Customer**, or any **Customer's** Member Agency or user fire agency, receives a request for disclosure of any Confidential Information pursuant to any such law, **Customer**, or **Customer's** Member Agency or user fire agency, shall give notice of the request to **New World**. **New World** shall have five (5) days from the date it receives notice of the request to provide written notice of its objection to the disclosure of any Confidential Information.  **New World** shall specify the Confidential Information to which it objects in its written objection.   **New World** shall defend, indemnify, and hold harmless (including reimbursement for all costs and attorney's fees) **Customer**, and **Customer's** Member Agencies, user fire agencies, and their respective Board members, employees, volunteers, and agents, from and against any legal action to compel the disclosure of Confidential Information to which **New World** objected. **New World** shall have sole responsibility for defense of the actual "Confidential Information" designation of such information.

10.5.   **New World** understands and agrees that any failure by **New World** to respond to the notice provided by **Customer**, or any **Customer's** Member Agency or user fire agency, in accordance with the provisions of Paragraph 10.4, above, shall constitute a complete waiver by **New World** of any rights regarding any Confidential Information, and such information shall be disclosed by **Customer**, or **Customer's** Member Agency or user fire agency, pursuant to applicable procedures required by the FOIA, the California Public Records Act, or any other comparable applicable state law.

## 11.   *LIMITATION OF LIABILITY AND RECOVERABLE DAMAGES*

**New World's** entire liability and **Customer's** exclusive remedies are set forth below:

11.1   If **Customer** advises **New World** that any Licensed Software provided under this **Agreement** is not performing in accordance with the warranties set forth in this **Agreement**, **New World** will correct the defect so that it conforms to the warranties in Section 6. of this **Agreement**.  If **New World** is unable or unwilling to correct the non-conformity within thirty (30) calendar days, then **Customer** may recover its actual damages subject to the limits set forth in subparagraph 11.2 below.  For any other claim arising under or in connection with this **Agreement**, **Customer** may recover its actual damages subject to the limits set forth in subparagraph 11.2 below.

11.2   **New World's** total liability to **Customer** for all claims relating to the Licensed Products and this **Agreement**, including any action based upon contract, tort, strict liability, or other legal theory, shall be limited to **Customer's** actual damages and in no event shall **New World's** liability exceed Two Million Seven Hundred Fifty-Five Thousand Nine Hundred Eighty-Five Dollars ($2,755,985).   This limitation of

liability set forth in this subparagraph 11.2 only applies to claims brought against **New World** by **Customer**.

11.3   Under no circumstances, will either party be liable for special, incidental, consequential, or punitive damages, including lost profits, even if such party has been advised of the possibility of such damages.

## 12.   *INTEGRATION WITH U.S. COPYRIGHT ACT*

12.1   In addition to all other provisions provided under this **Agreement**, **Customer** agrees to be bound by and to comply with any and all provisions of the U.S. Copyright Act (*The Copyright Act of 1976, U.S.C. Sections 101-810 (1976) as amended*). If a provision of the U.S. Copyright Act and this **Agreement** conflict, the more restrictive of the two applies. If it cannot be determined which is the more restrictive, then the provision within this **Agreement** shall apply.

## 13.   *INDEPENDENT CONTRACTOR*

13.1   **New World** is an independent contractor. The personnel of one Party shall not in any way be considered agents or employees of the other. To the extent provided for by law, each Party shall be responsible for the acts of its own employees.

13.2   Each Party shall be responsible for Workers' Compensation coverage for its own personnel.

13.3   Any **New World** staff assigned to the Project, upon request of **Customer**, will be removed by **New World** and replaced with another qualified **New World** employee.

## 14.   *REQUIREMENTS FOR INSURANCE AND BONDS*

**New World** shall not commence work under this **Agreement** until it has obtained the insurance required under Exhibit K and posted the Performance Bond pursuant to Exhibit L-1 and Exhibit L-2.

## 15.   *DISPUTE RESOLUTION*

Prior to initiating a court action, the parties agree that they will attempt to resolve any dispute or controversy that arises from an alleged breach of this **Agreement** through the use of the following Dispute Resolution Process ("DRP").

Level 1:   **New World** and **Customer** shall first meet pursuant to this DRP for the purpose of resolving the dispute or controversy through normal business management practices. The meetings shall be between the Chief Executive Director of **Customer** and Senior leadership (VP level) of **New World**. Either Party may have up to three (3) upper-level managers at this meeting. Provided progress is being made, the Parties shall meet up to two (2) additional times. All meetings shall be in Sacramento County. The Level 1 period shall begin when one Party

gives notice to the other by certified mail that it is entering into this Level 1 procedure to resolve the dispute.  Unless otherwise agreed by the Parties, the Level 1 period shall end not later than sixty (60) calendar days after notice has been given.

Level 2:    If the parties have completed Level 1 of the DRP without resolving the dispute or controversy **_and_** both parties agree that mediation would (or could) be helpful, **Customer** and **New World** will enter into a mediation process.  Each Party shall bear its own costs in preparing for and conducting mediation, except that the actual cost of the mediator shall be shared equally by the Parties. The mediation process is defined as follows:

*The Parties shall select a mutually acceptable mediator to aid the Parties in resolving the dispute or controversy.  The mediator shall not be an employee or former employee of either Party.  The mediation shall be held at a mutually acceptable location.*

Level 3:    If compliance with Level 1 (and Level 2 if utilized) have not resulted in a satisfactory resolution of the dispute or controversy, either Party may bring suit in the United States District Court for the Eastern District of California so long as subject matter jurisdiction is met.  In the event subject matter jurisdiction for Federal Court is not met, either Party may bring suit in a court of appropriate jurisdiction.  The laws of the State of California shall govern in connection with the formation, performance, and the legal enforcement of this **Agreement**.  Each Party shall bear the cost of their own legal expenses if Level 3 is used.

*16.*    *TERMINATION*

16.1    **By Customer:**

If **New World** fails to timely fulfill its obligations related to this **Agreement,** or otherwise violates any provision of the **Agreement, Customer** may, at its option, terminate this **Agreement** with written notice to **New World** and proceeding as set forth below.

(a)    The notice shall specify the acts or omissions relied upon as cause for termination.

(b)    **New World** shall have ninety (90) days from receipt of said notice to correct any defects in order to satisfy the terms of this **Agreement**;

(c)    During the ninety (90) day cure period, **Customer** and **New World** shall cooperate and use their best efforts to result in a cure.

(d)    At the end of ninety (90) days unless the termination has been revoked in writing by **Customer**, the **Agreement** terminates.

16.2  **By New World:**  If **Customer** fails to make full payment to **New World** within thirty (30) days after being invoiced in accordance with the payment schedule (see Exhibit A), or if **Customer** fails to fulfill its responsibilities under this **Agreement,** including but not limited to those outlined in paragraph 7., then **New World** may, at its option, terminate this **Agreement** with written notice as follows:

(a)  The termination notice shall provide a detailed description of the reason for termination;

(b)  If the cited reason for termination is **Customer's** failure to make prompt payment, **Customer** shall have thirty (30) days from receipt of said notice to make payment in full for all outstanding undisputed invoiced payments due;

(c)  If the cited reason for termination is **Customer's** failure to fulfill its responsibilities, **Customer** shall have ninety (90) days from receipt of said notice to correct any actual deficiencies in order to satisfy the terms of this **Agreement**;

(d)  During the applicable cure period, **New World** will use sound management practices and its best efforts to resolve any issues or obstacles -- including the reassignment of personnel if necessary to improve the working relationship;

(e)  At the end of the applicable cure period, unless the termination has been revoked in writing by **New World**, the **Agreement** terminates.

16.3  In the event of termination by either Party, **New World** shall continue to provide its services, as previously scheduled, through the termination date and the **Customer** shall continue to pay all fees and charges incurred through the termination date as provided in the attached Exhibit A.

16.4  Upon termination, **Customer** shall return to **New World** all Licensed Products, including any copies provided to or created by **Customer** under this **Agreement**.

16.5  Nothing in this paragraph on termination is intended to infer that either Party has or does not have a claim for damages, subject to the limitations contained herein.

16.6  The Terms and Conditions relating to ownership, warranties, confidentiality and non-disclosure, limitation of liability and recoverable damages, Copyright Act, dispute resolution, indemnification and the Miscellaneous Provisions (19), survive termination.

## 17.  *INDEMNIFICATION*

17.1  **New World** assumes the liability for all losses, claims, damages (including loss of use), expense demands, claims, damages and judgments in connection with or arising out of any injury or damage to property, sustained in connection with, or to have arisen out of the performance of, **New World**, and **New World's** agents,

subcontractors, servants and employees, including losses, expenses or damages sustained by **Customer** and losses, expenses or damages to **New World** or **New World's** subcontractors' vehicles or property. **New World** hereby undertakes and agrees to indemnify, defend and hold harmless the **Customer**, its Board members, Member Agencies (including Contract Agencies), employees, volunteers, interns, user fire agencies, and agents from any and all such losses expenses, damages (including loss of use, judgments, demands and claims), and shall defend any suit or action brought against them, or any of them, based on any alleged injury (including death) or damage (including loss of use) and shall pay all damage, judgments, costs and expenses, including attorney's fees, in connection with said damages, judgments, costs and expenses, including attorney's fees, in connection with said damages and claims resulting therefrom. The foregoing assumption, indemnification, hold harmless and undertaking of defense shall not apply to any loss, damage, expenses, demand, claim or cause of action arising out of allegations that injury/damages were caused by the sole negligence of **Customer**, individually or collectively, or the officers, agents or employees of said **Customer**. The limitation on damages set forth in Section 11 of this Agreement shall not apply to any claims for personal injury, death, or damages brought by a third party.

17.2  **Intellectual Property.** **New World** agrees to indemnify, defend, and hold harmless **Customer**, its Board members, Member Agencies, employees, volunteers, interns, user fire agencies, and agents, against any and all claims, liabilities, losses, expenses (including attorneys' fees and legal costs and expenses related to such defense) asserted by any third party against **Customer** to the extent such claims result from an allegation that any component of the software or hardware relative to the System provided by **New World** or any Third Party Vendor, violates a third party's trade secrets, proprietary information, trademark, copyright, patent or other proprietary right, or from the use of any copyrighted or un-copyrighted materials, composition, secret process, patented or unpatented invention, article, software, or appliance furnished or used in the performance of this **Agreement**.

18.  *NOTICES*

18.1  Notices to **Customer** shall be deemed effective when sent by Registered or Certified U.S. Mail to the following address of the **Customer**:

> Sacramento Regional Public Safety Communications Center
> 10230 Systems Parkway
> Sacramento, California 95827
> Attn: Teresa Murray, Chief Executive Director

With a copy to:

> Kingsley Bogard LLP
> 50 Iron Point Circle, Suite 110
> Folsom, California 95630
> Attn: Robert Kingsley

00032336.22

16

18.2     Notices to **New World** shall be deemed effective when sent by Registered or Certified U.S. Mail to the following address (or to any other address so specified by **New World**):

> New World Systems Corporation
> 888 West Big Beaver, Suite 600
> Troy, Michigan 48084
> Attention: President

With a copy to:

> Bryan Proctor, Vice President and Corporate Counsel
> New World Systems
> 888 West Big Beaver Road, Suite 600
> Troy, Michigan 48084

## 19.    *MISCELLANEOUS PROVISIONS*

19.1     **Entire Agreement.** This **Agreement** is the entire agreement between the parties and supersedes all other communications, written or oral, between the parties relating to the subject matter of this **Agreement**. This **Agreement** may be amended or modified only in writing signed by both parties.

19.2     **Waiver.** Failure to enforce any provision of this **Agreement** shall not be deemed a waiver of that provision or any other provision of this **Agreement**.

19.3     **Headers.** The paragraph headings which appear herein are included solely for convenience and shall not be used in the interpretation of this **Agreement**.

19.4     **Severability.** Any provision of this **Agreement** determined to be invalid or otherwise unenforceable shall not affect the other provisions, which other provisions remain in full force and effect.

19.5     **No Third Party Rights.** This **Agreement** is entered into solely for the benefit of **New World** and **Customer**. No third party shall have the right to make any claim or assert any right under it, and no third party shall be deemed a beneficiary of this **Agreement**.

19.6     **Additional Purchases.** Other integrated licensed software and services from **New World** may be purchased by **Customer** under the terms and conditions of this **Agreement**.

19.7     **Assignment and Successors.** Neither **New Word** nor **Customer** shall, without the prior written consent of the other Party, assign the benefit of or in any way transfer (including but not limited to, any change in the corporate structure of **New World** due to a Change of Control Event) their respective rights or obligations under this

**Agreement**.  This **Agreement** shall inure to the benefit of and be binding upon the Parties hereto and, except as otherwise provided herein, upon their executors, administrators, successors, and assigns.

A **New World** "Change of Control Event" shall include **New World** making any assignment, asset sale, stock sale, merger, or any other transfer of fifty one percent (51%) or more of **New World's** assets and/or stock ownership to a third party.

Any transfer by **New World** that qualifies as a Change of Control Event shall expressly require the written consent of **Customer**, which shall not be unreasonably withheld.

19.8   **Mutual Drafting.**  The Parties acknowledge and agree that the terms and provisions of this **Agreement** have been negotiated and discussed between them, and that this **Agreement** reflects their mutual agreement regarding the subject matter of this **Agreement.**  Because of the nature of such negotiations and discussions, neither Party shall be deemed to be the drafter of this **Agreement**, and therefore no presumption for or against the drafter shall be applicable in interpreting or enforcing this **Agreement**.

## SIGNATURE PAGE

By signing below, each of us agrees to the terms and conditions of this Agreement which also includes the attached Exhibits.  This Agreement contains the complete and exclusive statement of the agreement between us relating to the matters referenced herein and replaces any prior oral or written representations or communications between us.  Each individual signing below represents that (s)he has the requisite authority to execute this Agreement on behalf of the organization for which (s)he represents and that all the necessary formalities have been met.  If the individual is not so authorized then (s)he assumes personal liability for compliance under this Agreement.

**ACKNOWLEDGED AND AGREED TO BY:**

NEW WORLD SYSTEMS®
CORPORATION
(New World)

By: _~Larry D. Leinweber~_

Larry D. Leinweber, President

SACRAMENTO REGIONAL PUBLIC SAFETY
COMMUNICATIONS CENTER
(Customer)

By: _~signature~_ CHIEF EXECUTIVE DIRECTOR

Authorized Signature            Title

By: _____

Authorized Signature            Title

Date: _**10-30-15**_

Date: _**11-6-15**_

00032336.22

19

**Exhibits to Complaint  - Page 40**

# SOFTWARE LICENSE
# AND
# SERVICES AGREEMENT

## between

# NEW WORLD SYSTEMS CORPORATION

## and the

# SACRAMENTO REGIONAL PUBLIC SAFETY
# COMMUNICATIONS CENTER

## (EXHIBITS ONLY)

00035135.12

## TABLE OF CONTENTS

**Exhibits:**

A      Pricing and Payment Schedule: System and Support Services

B-1      New World Recommended: Licensed Software and Documentation

B-2      New World Recommended: System Hardware Components and Configuration

B-3      New World Recommended: Interfaces with System Software

B-4      New World Recommended: Decision Support System (DSS) Third Party Software License and Implementation Services

B-5      New World Recommended: System Training Plan

C      Project Management, Implementation and Training Support Services

D      System Implementation Plan/GANTT Chart/Scope of Work

E      Standard Software Maintenance Agreement (SSMA)

F      Confidentiality Agreements for Third Parties

G      Escrow of Source Code Software

H      System Change Order Process

I      System Change Orders

J-1      System Acceptance: Testing Procedures and Criteria

J-2      System Acceptance: Final by Customer

K      New World Insurance Requirements

L-1      New World Performance Bond

L-2      Performance Bond

M      New World Travel Policy

N      Incorporation by Reference of New World's Response to Customer's RFP Software Specifications

**EXHIBIT A**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**PRICING AND PAYMENT SCHEDULE: SYSTEM AND SUPPORT SERVICES**

I.   As described in this Agreement, New World shall provide services to Customer at the rate of $1,600 per day in a 24-hour period (typically eight to twelve hours of work, excluding travel time).

Travel Time includes actual **New World** employee travel time billed at the hourly rate of $200 per hour up to, but not exceeding, four (4) hours per each trip relating to this Project.  Travel time does not qualify as Time Worked.

The first Seventy-Three Thousand Five Hundred Dollars of Travel Expenses and Travel Time is already included in the agreed-upon price of $2,755,985.

| | |
|---|---|
| CAD System and Implementation Services plus Warranty Period plus Initial SSMA Period (5 years pre-paid) | $2,755,985 |

    A.   CAD System (see Exhibits B-1, B-2, B-3 and B-4)

    B.   Mobile Applications Software (see Exhibit B-1)

    C.   All Custom and Standard Interfaces (see Exhibit B-3)

    D.   Implementation, Installation and Integration Services (see Exhibits C and D)

    E.   Training (see Exhibits B-4 and B-5)

    F.   Third Party Products and Services (see Exhibit B-1)

    G.   Performance Bond (see Exhibit L-2)

    H.   Initial SSMA Period of Five (5) Years Following Expiration of Warranty Period

II.   Payment Schedule

    A.   Licensed Standard Software

| | | | |
|---|---|---|---|
| | 1. | Amount invoiced upon Effective Date | $443,047 |
| | 2. | Amount invoiced six months after the Effective Date | $443,048 |

    B.   Services Contained in Exhibits B-2, B-3, B-4, and C

| | | | |
|---|---|---|---|
| | 1. | Amount invoiced upon completion of Gantt Step 3 - Approval of Project Plan | $162,800 |

| | | | |
|---|---|---|---|
| | 2. | Amount invoiced upon completion of Gantt Step 4 - Install the Standard Solution | $105,000 |
| | 3. | Amount invoiced upon completion of Gantt Step 6 - Validated Configuration | $104,000 |
| | 4. | Amount invoiced upon completion of Gantt Step 8 - Conduct Go-Live | $250,000 |
| | 5. | Amount invoiced upon completion of Gantt Step 10 - Close the Project | $253,000 |
| C. | | Third Party Products, Services, and Performance Bond | |
| | 1. | Amount invoiced upon delivery | $233,650 |
| D. | | Standard Software Maintenance Services | |
| | 1. | Amount invoiced upon the Effective Date | $761,440 |

**ALL PAYMENTS ARE DUE WITHIN THIRTY (30) DAYS FROM RECEIPT OF INVOICE.**

III.     SSMA Extension Option:

**Customer** shall have the right to renew SSMA for a period up to five (5) years after the expiration of the initial SSMA period at annual. The annual amounts for any renewal shall not exceed three percent (3%) over the prior year

IV.     **Customer**, at its sole option, may choose to add one or more of the packages described below (also, see Exhibit B-1). The price for each has been pre-negotiated and is "price-locked" for two (2) years from Effective Date. The price for each, if selected, does not include Maintenance or services needed to implement. After the two year "price-lock," the cost to add the package will increase each year by a percentage equal to the change in the Consumer Price Index for the preceding 12-month period as measured by Western B/C (All Urban Consumers).

| | | |
|---|---|---|
| A. | **New World** RMS (Aegis/MSP Fire Records Software Base Package) - 125 Workstations Stations included | $110,000 |
| B. | Deccan Live MUM Interface | $52,000 |
| C. | Firehouse Records Interface | $35,000 |
| D. | School Alarm Interface | $40,000 |
| E. | Rave Mobile Smart 911 Interface | $24,000 |
| F. | Folsom Firehouse Interface | $26,050 |

00035135 12

3

**Exhibits to Complaint  - Page 44**

| | | |
|---|---|---|
| G. | ILP Addressing Range | $100,000 |
| H. | Associated Calls | $75,000 |
| I. | Caller "Bread Crumbs" | <u>$75,000</u> |
| | TOTAL: | $537,050 |

**EXHIBIT B-1**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

<u>**NEW WORLD RECOMMENDED:  LICENSED SOFTWARE AND DOCUMENTATION**</u>

<u>**CAD**</u>

1. **Aegis CAD Enterprise.NET Fire/EMS Computer Aided Dispatch Single & Multi-Jurisdictional**

   - CAD Mapping
   - Call Entry
   - Call Control Panel
   - Unit Recommendations
   - Unit Status and Control Panel
   - Call Stacking
   - CAD Messaging
   - Call Scheduling
   - Dispatch Questionnaire
   - Fire Equipment Search/Fire Equipment Move
   - GIS/Geo-File Verification
   - Hazard and Location Alerts
   - Hazmat Search
   - Hydrant Inventory
   - Access to Aegis/MSP LE Records
   - Access to Aegis/MSP Fire Records
   - Note Pads
   - Proximity Dispatch (Requires CAD AVL and Mobile)
   - Rip-N-Run Remote Printing
   - Run Cards/Response Plans

2. **Additional Aegis CAD Enterprise.NET Software for Computer Aided Dispatch**

   - CAD Auto Routing
   - CAD AVL
   - Web CAD Monitor

3.      **Aegis CAD Enterprise.NET Third Party Interface Software**

- **New World** CAD to **New World** CAD Interface
- CAD Paging Interface
  *Supports SNPP, SMTP, Standard TAP, WCTP*
- E-911 Interface
- Pictometry Interface
- Encoder Interface
  *Supports Zetron Models 25, 26, Locution, WestNet First In, Zetron IP-based FSA*
- Fire Records and ePCR Interface (one-way interface)
  *Supports Firehouse (Requires ACS Firehouse CAD monitor,
  not included), High Plans, Zoll/Sunpro, ImageTrend
  (Fire Records vendor agrees to use New World's standard format)*
- Telestaff Interface (one-way interface; update to staffing in CAD)

## DECISION SUPPORT SOFTWARE

4.      **Fire Management Data Mart (CAD, RMS)**
- Includes 10+ users

   **Dashboards for Fire Management**

## FIRE RECORDS

5.      **Aegis/MSP Fire Records Software Base Package***
- Pre-plans

   *\* The license for the Fire Records module is solely for pre-plan functionality. Customer shall not be entitled to use any other Fire Records functionality without paying additional software license fees. Use of the Fire Records modules for functionality other than pre-plans shall require Customer to pay for the full License and failing to do so shall invalidate Customer's limited license to Fire Records.*

## MOBILE SOFTWARE ON THE MSP SERVER

6.      **Aegis Mobile Integration Software**

- MDT/MCT Base CAD/RMS Interface (500-700 units)
- AVL CAD Interface (501-700 units)

## MOBILE MANAGEMENT SERVER

7.  **Aegis Mobile Management Server Software (501-700 units)**

    - Base CAD/Messaging
    - New World CAD Interface for Aegis MSP (501-700 units)
    - AVL Interface (501-700 units)

## CLIENT SOFTWARE

8.  **Aegis Fire Mobile Unit Software (602Units)**

    - Fire CAD via Switch
    - In-Car Mapping
    - In-Car Routing
    - New World AVL

9.  **Workstation License (No Charge)**

*Note:*  *Other than for Mobile Software, a Workstation License for up to 65 users is included for the* ***Exhibit B-1*** *Licensed Standard Software.  The Workstation License shall apply to all member agencies of SRPSCC, and all contracting agencies, of the SRPSCC.  By way of illustration and not limitation, this includes the following agencies as authorized users:*

- *Cosumnes Community Service District Fire Department*
- *Folsom City Fire Department*
- *Sacramento City Fire Department*
- *Sacramento Metropolitan Fire Protection District*
- *Courtland Fire Protection District*
- *Herald Fire Protection District*
- *Walnut Grove Fire Protection District*
- *Wilton Fire Protection District*
- *River Delta Fire District*
- *Isleton Fire Department*

9.  **Optional Software Additions**

    A.  **New World** RMS (Aegis / MSP Fire Records Software Base Package)
        - 125 Workstations Stations included

        - Activity Reporting and Scheduling
        - Investigations
        - Business Registry
        - Hazardous Materials
        - GIS/Geo-File Verification
        - Hydrant Inventory and Inspections
        - Incident Tracking
        - Inspection Tracking
        - Personnel/Education
        - Pre-plans

- Station Activity Log
- BLS/ALS

**B.**   Deccan Live MUM

**C.**   Firehouse Records Interface

**D.**   Folsom Firehouse Interface

> *Note:*   ***Training and Support Services costs as well as Maintenance (SSMA) costs for these optional modules are not included.***

**E.**   ILP Addressing Range

**F.**   Associated Calls

**G.**   Caller "Bread Crumbs"

8

**Exhibits to Complaint  - Page 49**

EXHIBIT B-2
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

## NEW WORLD RECOMMENDED SYSTEM HARDWARE
## COMPONENTS AND CONFIGURATION

**Customer** will purchase directly, from a vendor other than **New World**, the Hardware recommended by **New** World that is necessary to install and integrate all System Software.

1. **Hardware Quality Assurances**

   While **Customer** is directly purchasing the recommended Hardware for the System, **New World** will install and integrate all System Software onto the Customer provided Hardware components of the System.  This includes, by way of illustration and not limitation, **Customer's** Aegis.NET server(s).

   Installation and integration services do not include hardware and/or third party product costs which are **Customer's** responsibility. Whenever possible, these services will be provided remotely, resulting in savings in travel expenses and time.

   a.   Hardware Quality Assurance Services (Disaster Recovery Environment):
        Hardware Systems Assurance and Software Installation:
        - Assist with High Level System Design/Layout
        - Validate Hardware Configuration and System Specifications
        - Validate Network Requirements, including Windows Domain
        - Configure Disaster Recover (VMware SRM)
        - Install Operating System and Apply Updates
        - Install SQL Server and Apply Updates
        - Install New World Applications Software and Apply Updates
        - Establish Base SQL Database Structure
        - Install Anti-Virus Software and Configure Exclusions
        - Install Automated Backup Software and Configure Backup Routines
        - Configure System for Electronic Customer Support (i.e. NetMeeting)
        - Tune System Performance Including Operating System and SQL Resources
        - Test High Availability/Disaster Recovery Scenarios (if applicable)
        - Provide Basic System Administrator Training and Knowledge Transfer
        - Document Installation Process and System Configuration

   b.   **New World** Recommended Hardware/Software Configurations for the System:

        - **New World** assures that, provided all of **Customer's** Personal Computers meet the following minimum System Hardware requirements, they will integrate with **New World's** Aegis Products:  Microsoft Windows 7 or Windows 8/8.1 Professional, 64-bit with Core i5/i7 Processor and 8GB memory (CAD) or 4GB memory (RMS/MDC).  Windows Server 2012 (R2) and SQL Server 2012 are required for the application and database server(s).

- **New World** assures that:  **New World** Aegis Licensed Software and Products require being integrated into Server 2012 (R2) and SQL Server 2012 including all required **Customer** Access Licenses (CALs) for applicable Microsoft products being integrated into the System.  All Servers will meet minimum hardware requirements provided and recommended by **New World**.

- **New World** assures that:  **New World's** Aegis product requires Microsoft Excel or Windows Search 4.0 for document searching functionality; Microsoft Word is required on the application server for report formatting.

- **New World** assures and recommends a 100/1000MB (GB) Ethernet network for the local area network client connectivity and 100MB (GB) Ethernet for server backbone and storage network connectivity.

- Two (2) Dell SQL Servers 2012 (R2)

- Sixty-Five (65) Dell CAD Workstations

- Two (2) Latronix UDS-1100

- Six Hundred (600) AVL Hardware-Permanent mount

2.  **Message Switch Operating System Assurance**

**New World** shall provide Message Switch Operating System Assurance.  These services do not include hardware and/or third party product costs which shall be **Customer's** responsibility, if required.  Whenever possible, these services will be provided remotely, resulting in savings in travel expenses and time.

a.  Message Switch Operating System Assurance Services (Disaster Recovery Environment):
Operating System Assurance and Software Installation Services:
- Unpack and Assemble Hardware as Needed
- Verify Core Hardware Functionality
- Install and Update AIX Operating System
- Install and Update Applicable System Manual Pages
- Set AIX Environment Variables
- Build System User-IDs and Authorizations
- Install and Stage Message Handler and Compilers
- Verify and Allocate Disk Space
- Mirror Hard Drives and Boot Sequencing
- Install Customer-Specific Communication Processes
- Compile New World Message Switch Programs
- Install Base Message Switch Data Tables
- Install Automated Process Restart Script(s)
- Configure Remote Procedure Calls for Disaster Recovery
- Configure Failover Scripting
- Install Full System Backup Process
- Install System Support Scripts
- Install State Specific Programs and Scripts

- Install State Specific Data Tables
- Assure Message Switch Operation
- Disassemble, Package and Ship to Customer

**EXHIBIT B-3**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**<u>NEW WORLD RECOMMENDED: INTERFACES WITH SYSTEM SOFTWARE</u>**

1.   **<u>Definition of Project</u>**

**New World** will provide the **Customer** requested Standard Software Enhancements and/or Custom Software as discussed below to address the **Customer's** requirements. **Customer** agrees to cooperate in not making modifications and enhancements too extensive as defined in the 2(b)(I) procedure below.

An analysis and assessment to verify the scope of effort for the project will be conducted. A revised estimate for the modifications / interfaces may be provided at the conclusion of the assessment.   **Customer** may elect to cancel or proceed with the modifications / interfaces based on the revised estimate.

Capabilities included in the initial scope:

a.      Standard Software System Enhancements to <u>Exhibit B-1</u> Licensed Software

(1)    MDCS Pending and Active Incidents Map Limitation
(2)    MDCS Logged-in Units Map Limitation
(3)    Premise History with Custom Report Format
(4)    Dynamic or Crew Level Cross Staffing

b.      Custom Software System Enhancements

**New World** is responsible for obtaining technical contacts and/or technical specifications from the third parties involved to create the interfaces listed below:

(1)    Deccan BARB Interface (one-way)
(2)    FDM Fire RMS Interface (one-way)
(3)    Radio Console Motorola Gold Elite Interface (one-way)
(4)    Radio Console Motorola MCC7500 Interface (one-way)
(5)    Third-Party AVL Interface (one-way) (Third Party must route the GPS data)
(6)    Sansio ePCR (one-way)
(7)    Zoll PCR (one-way)
(8)    CAD-to-CAD Interface (NIEM conformant) (two-way)
(9)    Queries to External Systems (two-way)
(10)   Weather System
(11)   ComTech Toning
(12)   Remote Printing Alerting

2.     **Methodology to Provide Enhancements and/or Custom Software**

    a.    Definition of **New World's** Responsibility

        This project includes the following activities to be performed by **New World**.

        (1)    Review of required features with **Customer**. Only items identified in Paragraph 1 above will be provided in this implementation plan.

        (2)    Preparation of Requirements Document (RD) to include:
- Detailed description of the required feature
- menu samples
- screen samples
- report samples

        (3)    Programming and programming test.

        (4)    Training, testing and/or other support services at the Daily Rate. Whenever possible, these services will be done remotely, resulting in savings in Travel Expenses and Time. If on-site installation and training is required, **Customer** will be responsible for the actual Travel Expenses and Time.

                For modification requiring over seven (7) days of work, **New World** utilizes a design document procedure [see 2(b)(1) below]. For smaller modifications, **New World** uses a Request For Service (RFS) procedure. Both procedures are reviewed with **Customer** at a pre-installation planning meeting. The RFS procedure utilizes a form with a narrative description and supporting documentation if applicable to define the work to be done.

    b.    Implementation Schedule

| Activity | Targeted Time Period |
|---|---|
| (1) Complete Design Review with **Customer** Staff. **Customer** agrees to be reasonable and flexible in not attempting to design the modifications to be more extensive than called for in the scope (cost and schedule) of this project. | To be determined |
| (2) New World submits completed RD to **Customer.** | To be determined |
| (3) RD is accepted and signed off by **Customer** (no programming will be done by **New World** until the formal sign-off and **Customer's** authorization to proceed in writing). | To be determined |
| (4) **New World** completes programming from RD and provides modified software to **Customer**. | To be determined |
| (5) Software Modification Acceptance Test based on RD. | To be determined |

    c.      **Customer's** <u>Responsibility</u>

All **Customer** requested changes after RD sign-off must be documented by **Customer** and authorized in writing including potential costs, if any.  Additional changes will most likely delay the schedule and may increase the cost.

**3.**    **<u>Optional Software Custom Interfaces</u>**

Prices for these interfaces have been pre-negotiated and are "price-locked."

    a.      School Alarm Interface
    b.      Rave Mobile Smart 911 Interface

**EXHIBIT B-4**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**


**NEW WORLD RECOMMENDED: DECISION SUPPORT SYSTEMS (DSS) THIRD PARTY SOFTWARE LICENSE AND IMPLEMENTATION SERVICES**

**New World** will integrate into the System and implement all licensed DSS software modules. The implementation will include installation, training, and configuration of DSS modules.

The recommended implementation and training shall include:

a.   One or more consultative session(s) (onsite) with executive command staff to discuss data needs and information requirements for decision making.  **Customer** is responsible for ensuring that appropriate command level personnel/decision makers are available for this session.

b.   Solution design and review sessions to document and collaboratively design reporting cubes and dashboards to assist with data needs and decision making as discussed during the consultative session(s).  **Customer** sign off will be required on agreed upon requirements of reporting cubes and dashboards.

c.   Installation and configuration of DSS software.

d.   Training session(s) to provide an overview of using each DSS licensed module including basic reporting and dashboard creation and other standard features.

e.   Installation of **Customer** specific reporting cube(s) and dashboard(s) as agreed upon during solution design and review.  Enhanced package includes up to 12 reporting cube(s) or dashboard(s).

**EXHIBIT B-5**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**<u>NEW WORLD RECOMMENDED:  SYSTEM TRAINING PLAN</u>**

**EXHIBIT C**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**PROJECT MANAGEMENT, IMPLEMENTATION AND
TRAINING SUPPORT SERVICES**

1.     **Project Management Services**

**New World** shall act as Project Manager to guide and lead **Customer's** management in implementing the System Software set forth in Exhibits B-1, B-3 and B-4 onto the System.  This responsibility will include documenting, coordinating and managing the overall System Implementation Plan/Gantt Chart as set forth in Exhibit B-5 and Exhibit D with **Customer's** management and the Customer Liaison.  **New World's** responsibility includes, but is not limited to, the installation and integration of the Licensed Software onto the System with Customer's assistance.  Project Management Services include:

a.     a summary level System Implementation Plan;
b.     a detail level System Implementation Plan;
c.     revised System Implementation Plans (if required);
d.     monthly project status reports;
e.     project status meetings
   ● a project review (kickoff) meeting at **Customer's** location
   ● progress status meeting(s) will occur during implementation via telephone conference or at **Customer's** location;
   ● a project close-out meeting at **Customer's** location to conclude the project;
f.     **New World** consultation with other vendors or third parties;
g.     overall Project system integration services; and
h.     **New World** acknowledges the importance of the retention of key personnel to **Customer** through System Acceptance.  Therefore, **New World** shall use its best efforts to retain the key personnel listed below:

   ● Tim Morehouse (CAD and Mobil Devices)
   ● Bob Rausch (CAD Demonstrations)
   ● Britt Wollenweber (GIS Manager)
   ● Brian Leary (VP Solution Consulting)
   ● Craig Salyers (Interfaces)
   ● Craig Nelson
   ● Mike Hargrove.

The implementation services fees described in Exhibit A include Project Management fees for a period up to 24 months after the Effective Date, unless there is delay attributable solely to New World.

2.      **Implementation and Training Support Services**

Based on the Licensed Standard Software listed on Exhibit A, up to one hundred fourteen (114) days of **New World** implementation and training support services have been allocated for this project.  Excess services requested shall be billed at the Daily Rate. Exhibit D sets forth the System Implementation Plan/Gantt Chart and Exhibit B-5 sets forth the **New World** Recommended: System Training Plan. Implementation and training support services include:

a.      implementation of each package of Licensed Standard Software onto the System;
b.      **Customer** training and/or assistance in testing for each package of Licenses Standard Software;
c.      tailoring of Licensed Standard Software into the System by **New World** technical staff and/or consultation with **New World** technical staff ; and
d.      system testing.

The project management, System implementation and training support services provided by **New World** may be performed at **Customer's** premises and/or at **New World** national headquarters in Troy, Michigan (e.g., portions of project management are performed in Troy).

3.      **Interface Installation and Other Services**

**New World** shall provide interface System installation services in accordance with Exhibit B-3, **New World** Recommended Software Enhancements/Modifications and/or Custom Software, and as further described in this paragraph below and delivered and installed onto **Customer's** System as set forth on Exhibit D, System Implementation Plan/Gantt Chart. These services will not include hardware and/or third party product costs which shall be **Customer's** responsibility, if required.   Whenever reasonably possible, **New World** may perform these services remotely.  The services include the following interfaces to the System:

a.      Software System Testing
b.      Systems Assurance (Disaster Recovery Environment)
c.      Fire Mobile Environment
d.      Train the Trainer Classes for Future CAD Users (3 classes)
e.      New World CAD to New World CAD Interface
f.      Web CAD Monitor
g.      CAD Pager Interface
h.      911 Interface
i.      Pictometry Interface
j.      Encoder Interface
k.      Telestaff Interface
l.      ePCR and Fire Records Interface
m.      GIS Implementation

The following interfaces to the System are at **Customer's** election:

a.   New World Fire RMS Interface
b.   Deccan LiveMUM
c.   Fire House Records Interface
d.   School Alarm Interface
e.   Rave Mobil Smart 911 Interface
f.   Folsom Firehouse Interface

**4.   GIS System**

**New World's** GIS System implementation services are to assist the **Customer** in preparing the New World required GIS data for use with the Licensed Aegis Software and the System. Depending upon the Licensed Software, the **Customer** at a minimum will be required to provide an accurate street centerline layer and the appropriate polygon layers needed for Unit Recommendations and Run Cards in an industry standard ESRI file format (Personal Geodatabase, File Geodatabase, Shape Files). **Customer** is responsible for having clearly defined boundaries for Police Beats, EMS Districts and Fire Quadrants. If necessary, **New World** will assist **Customer** in creating the necessary polygon layers (Police Beats, EMS Districts and Fire Quadrants) for Unit Recommendations and Run Cards. **New World** is not responsible for the accuracy of or any ongoing maintenance of the GIS data used within the Licensed Aegis Software.

**5.   New World Recommended Software Configurations for the System**

-   **New World** assures that, provided all of **Customer's** Personal Computers meet the following minimum System Hardware requirements, they will integrate with **New World's** Aegis Products: Microsoft Windows 7 or Windows 8/8.1 Professional, 64-bit with Core i5/i7 Processor and 8GB memory (CAD) or 4GB memory (RMS/MDC). Windows Server 2012 (R2) and SQL Server 2012 are required for the application and database server(s).

-   **New World** assures that: **New World** Aegis Licensed Software and Products require being integrated into Server 2012 (R2) and SQL Server 2012 including all required **Customer** Access Licenses (CALs) for applicable Microsoft products being integrated into the System. All Servers will meet minimum hardware requirements provided and recommended by **New World**.

-   **New World** assures that: **New World's** Aegis product requires Microsoft Excel or Windows Search 4.0 for document searching functionality; Microsoft Word is required on the application server for report formatting.

-   **New World** assures and recommends a 100/1000MB (GB) Ethernet network for the local area network client connectivity and 100MB (GB) Ethernet for server backbone and storage network connectivity.

-   Two (2) Dell SQL Servers 2012 (R2)

-   Sixty-Five (65) Dell CAD Workstations

00035135.12

19

**Exhibits to Complaint  - Page 60**

- Two (2) Latronix UDS-1100

- Six Hundred (600) AVL Hardware-Permanent mount

**EXHIBIT D**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**


**SYSTEM IMPLEMENTATION PLAN / GANTT CHART**

**New World** uses Microsoft Project 2013 as its project management tool for managing tasks, schedules and resources. A sample Microsoft Project Gantt Chart and a sample Project Plan (including Work Breakdown Structure and Resource Groups) are attached. The dates included in the sample Gantt chart and Project Plan are for illustrative purposes only.

The sample Project Plan dates are calculated based on generic assumptions about typical time frames for completing the tasks included in the plan. The actual Project Schedule could differ significantly from the Sample Plan. The dates included in the sample Project Plan are for illustrative purposes only.

An actual project plan with the appropriate tasks and schedule will be determined upon contract signing and more detailed discussions about the project can take place between **Customer** and **New World** staff. The availability of **Customer** resources to perform tasks, final determination of the overall task list, **Customer** schedule constraints (seasonal peak workloads, vacations, holidays, commitments of resources needed to support local events, etc.) and the actual project start date must be determined. A typical implementation project of this size and scope usually spans 18-24 months from contract signing through go live. Based on unique **Customer** circumstances and/or **Customer** resource constraints, the actual project schedule could differ significantly.

***Insert Gantt***

**EXHIBIT E**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**


**STANDARD SOFTWARE MAINTENANCE AGREEMENT (SSMA)**

This Standard Software Maintenance Agreement (SSMA) between **New World** and **Customer** sets forth the agreed-upon software maintenance support services to be provided by **New World**.

1. **Warranty Period**

   **New World** shall provide **Customer** a no-charge SSMA Warranty Period through March 31, 2017.

2. **Initial SSMA Period**

   This Initial SSMA Period shall be in effect from the Effective Date through the March 31, 2021

3. **SSMA Extension Option**

   **Customer** may, at its sole election, extend the Initial SSMA Period for up to five (5) additional years at the prices set forth in Exhibit A. If extended, the extension would include each and every service set forth immediately below in Paragraph 4 of this Exhibit.

4. **Services Included**

   **New World** shall provide the following services during the Warranty Period, the Initial SSMA Period and any SSMA Extension.

   a.   Upgrades, including new releases, to the Licensed Standard Software.

   - Prior releases of Licensed Standard Software application packages are supported no longer than nine (9) months after a new release is announced by **New World**.

   b.   Temporary fixes to Licensed Standard Software (see paragraph 6 below).

   c.   Revisions to Licensed Documentation.

   d.   Telephone support for Licensed Standard Software on Monday through Friday from 8:00 a.m. to 8:00 p.m. (Eastern Time Zone).

   e.   Invitation to and participation in user group meetings.

   f.   Emergency 24-hour per day telephone support for *Aegis* CAD only, seven (7) days per week for Licensed Standard Software. Normal service is available from

8:00 a.m. to 8:00 p.m. (Eastern Time Zone). After 8:00 p.m., the *Aegis* CAD phone support will be provided via pager and a **New World** support representative will respond to CAD service calls within 30 minutes of call initiation.

g. Includes the embedded software that is a component of the Exhibit B-1 Licensed Standard Software.

h. Includes registration for five (5) individual **Customer** participants per year to **New World** Systems' Annual R&D Training Lab to include two (2) nights' stay at the Hotel on specified dates, registration and meals per participant per year. This shall apply to each year in the Warranty Period, the Initial SSMA Period and any SSMA Extension.

i. **New World** shall use its best efforts to continue to invest increasing amounts of resources in the software and product enhancements provided under this Agreement.

*Notes:*

*1. Items a., b., and c. above will be distributed to Customer by electronic means.*

*2. Additional support services are available at the request of Customer at rates to be mutually agreed upon.*

**5. Maintenance for Modified Licensed Standard Software and Custom Software**

**Customer is advised that if it requests or makes changes or modifications to the Licensed Standard Software, these changes or modifications (no matter who makes them) make the modified Licensed Standard Software more difficult to maintain.** If **New World** agrees to provide maintenance support for Custom Software or Licensed Standard Software modified at **Customer's** request, or for prior releases of **New World's** software, then the additional **New World** maintenance or support services provided shall be billed at the Daily Rate.

**6. Billing**

Maintenance costs will be billed upon the Effective Date.

**7. Additions of Software to Maintenance Agreement**

a. Additional Licensed Standard Software licensed from **New World** will be added to the SSMA ninety (90) days after delivery at rates consistent with those contained in this **Agreement**.

b. Costs for the maintenance for the additional software will be billed to **Customer** on a pro rata basis for the remainder of the maintenance year and on a full year basis thereafter.

23

**Exhibits to Complaint - Page 64**

8.      **Requests for Software Correction on Licensed Standard Software**

If, after Customer has cutover to live production use of the Licensed Standard Software, **Customer** believes that the Licensed Standard Software does not conform to the current specifications set forth in this Agreement and the then-current **New World** user manuals, **Customer** shall notify **New World** by phone, in writing, by email or through the **New World** support website, that there is a claimed defect and specify which feature and/or report it believes to be defective.   Documented examples of the claimed defect must accompany each notice.  **New World** shall review the documented notice and when system operation, a feature or report, or any other feature or function of the Licensed Standard Software does not conform to the published specifications, **New World** shall provide software correction service at no charge.   A custom request for change to Licensed Standard Software to include functionality which is not part of the software design, is handled as a billable Request For Service (RFS) (see Exhibit B – Project Management, Installation and Training Support Services and Fees, paragraph 5).

**Customer** may submit software enhancement suggestions for **New World** to consider. If **New World**, at its discretion, decides to add a software feature as a result of **Customer's** software enhancement suggestion, the feature will be added as Licensed Standard Software and there will be no additional charge.

During the term of this SSMA, and only after Customer has cutover to live production use of the Licensed Standard Software, **New World** shall furnish error, defect, fault, performance degradation, operation or malfunction correction in accordance with the Priority Categories below, based on **Customer**'s determination of the severity of the error defect, fault, performance, operation or malfunction and **New World**'s reasonable analysis of the priority of the Error, defect, fault, performance degradation, operation or malfunction.

(a)     **Priority 1**: *An Error, defect, fault, performance degradation, operation or malfunction which renders the Licensed Standard Software inoperative; or causes the Licensed Standard Software to fail catastrophically.*

After initial assessment of the Priority 1 Error, defect, fault, performance degradation, operation or malfunction by a **New World** Call Center analyst, if required, **New World** shall assign a qualified product technical specialist(s) within one (1) hour, to diagnose and correct the Error, defect, fault, performance degradation, operation or malfunction. **New World** shall work continuously to make the correction, and shall provide ongoing communication to **Customer** concerning the status of the correction until the Licensed Standard Software is restored to operational status and confirmed as such by **Customer**.  Immediately after notification of the Priority 1 event by **Customer**, **New World** shall offer to **Customer** workaround solutions, including patches, configuration changes, and operational adjustments and reverting to prior version of **New World**'s software.

The goal for correcting a Priority 1 event is 24 hours or less.

(b)    **Priority 2**: *An Error, defect, fault, performance degradation, operation or malfunction which substantially degrades the performance of the Software, but does not prohibit **Customer**'s use of the Licensed Standard Software.*

**New World** shall assign a qualified product technical specialist(s) within four (4) hours, to diagnose and correct the Error, defect, fault, performance degradation, operation or malfunction. **New World** shall work diligently to make the correction, and shall provide ongoing communication to **Customer** concerning the status of the correction until the Licensed Standard Software is restored to operational status and confirmed as such by **Customer**.  Immediately after notification of the Priority 2 event by **Customer**, **New World** shall offer to **Customer** workaround solutions, including patches, configuration changes, and operational adjustments and reverting to prior version of **New World**'s software.

The goal for correcting a Priority 2 event is to include a correction in the next Licensed Standard Software release.

(c)    **Priority 3**: *An Error, defect, fault, performance degradation, operation or malfunction which causes only a minor impact on the use of the Licensed Standard Software.*

**New World** may include a correction in subsequent Licensed Standard Software releases.

**Customer** may contact the following **New World** resources for management level issue resolution escalation:
Vice President of Professional Services, Sandro Viselli
Vice President of Product Support, Erin Miller
Vice President of Product Vision, Brian Leary

The no-charge software correction service does not apply to any of the following:

a)   situations where the Licensed Standard Software has been changed by any party other than **New World**;
b)   situations where **Customer**'s use or operations error causes incorrect, operation, performance, information or reports to be generated; and
c)   requests that go beyond the scope of the Specifications set forth in this Agreement and the then-current User Manuals.

**EXHIBIT F**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

<u>**CONFIDENTIALITYAGREEMENT FOR THIRD PARTIES**</u>

This **Agreement**, when accepted and executed by **New World**, grants the undersigned the permission to use and/or have limited access to certain **New World Systems**® **Corporation (New World)** proprietary and/or confidential information.

Installed At:  **SRPSCC**          Located At:    **10230 Systems Parkway**
               *Customer Name*                    **Sacramento, CA 95827**

Authorized Signature of Customer:

_____    _____    _____
Name (Please Print or Type)          Title                      Signature

In exchange for the permission to use or have access to **New World** proprietary and/or confidential information, including without limitation, **New World** software and/or documentation, the organization and individual whose names appear below, agree to the following:

1.    No copies in any form will be made of **New World** proprietary or confidential information without the expressed written consent of **New World's** President, including without limitation, the following:

      a)  Program Libraries, whether source code or object code;
      b)  Operating Control Language;
      c)  Test or Sample Files;
      d)  Program Listings;
      e)  Record Layouts;
      f)  All written confidential or proprietary information originating from **New World** including without limitation, documentation, such as user manuals and/or system manuals; and/or
      g)  All **New World** Product Bulletins and/or other **New World** Product related materials.

2.    **New World** software, **New World** documentation, or other proprietary or confidential information shall not be used for any purpose other than processing the records of the **Customer** identified above as permitted in the **Customer's** *Standard Software License and Services Agreement* with **New World**.

3.    The undersigned agree(s) that this **Agreement** may be enforced by injunction in addition to any other appropriate remedies available to **New World**. If it is determined that the money

damages caused by the undersigned's failure to comply with the foregoing terms are difficult to ascertain, they are hereby estimated at liquidated damages of no less than three times the then-current License Fees for the License Software provided to **Customer** under the *Standard Software License and Service Agreement* between **Customer** and **New World**.

Agreed and Accepted by Third Party
(Organization)

Agreed and Accepted by Third Party
(Individual)

Organization:_____

Individual: _____

By:_____

By: _____

Title: _____

Title:_____

Date: _____

Date: _____


_____
Accepted and Approved by New World Systems Corp.

By:_____

Title: _____

Date: _____

## EXHIBIT G
### to
## SOFTWARE LICENSE AND SERVICES AGREEMENT

### ESCROW OF SOURCE CODE SOFTWARE

So long as **Customer** pays the applicable fees as described in Exhibit AA, **New World** stipulates that the source code for the Licensed Standard Software, together with the related Documentation as it is or becomes available, will be deposited in an escrow account maintained at a suitable Agent pursuant to an agreement between the Agent and **New World** (the "Escrow Agreement").

**New World** will from time to time deposit into the escrow account copies of source code for Releases and Versions of the Licensed Standard Software and related Documentation.

**New World** or **New World**'s trustee in bankruptcy shall authorize the Agent to make and release a copy of the applicable deposited materials to **Customer** upon the occurrence of any of the following events: (i) The existence of any one or more of the following circumstances uncorrected for more than thirty (30) days: entry of an order for relief under Title 11 of the United States Code; the making by **New World** of a general assignment for the benefit of creditors; or action by **New World** under any state insolvency or similar law for the purpose of its bankruptcy, reorganization, or liquidation; unless within the specified thirty (30) day period, **New World** provides to **Customer** adequate assurances, reasonably acceptable to **Customer** of its continuing ability and willingness to fulfill its maintenance obligations under this **Agreement**, (ii) **New World** or its successor or assigns has ceased its on-going business operations or that portion of its business operations relating to the sale, licensing and maintenance of the Software.

In the event of release under this **Agreement**, **Customer** agrees that it will treat and preserve the deposited materials as a trade secret of **New World** in accordance with generally accepted standards utilized to safeguard trade secrets against unauthorized use and disclosure. This means their use is for internal processing needs only and no additional copies will be provided to any third parties.

## EXHIBIT H
### to
## SOFTWARE LICENSE AND SERVICES AGREEMENT

### SYSTEM CHANGE ORDER PROCESS

1.    **Customer** may, at any time, and by written order, make changes within the general scope of this **Agreement** as allowed by California law.

2.    **Customer** or **New World** may request changes within the general scope of this **Agreement**.

     a.       **New World** shall not perform requested changes unless both parties execute a written change order and, if **New World** proceeds to perform such changes without a written change order, it does so at its own risk.

     b.       If a requested change results in an increase or decrease in the cost, the parties will reflect such adjustment in a change order.

3.      Any System Change Orders that occur during the term of this **Agreement** shall be individually listed from time to time on Exhibit I, System Change Orders.

4.      To be enforceable against either Party, a Change Order greater than $15,000 must be approved by **Customer's** governing Board.

5.      Notice of all Change Orders, notwithstanding the amount, shall be submitted to **Customer's** governing Board.

**EXHIBIT I**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

## SYSTEM CHANGE ORDERS

No entries at time of signing.

Pursuant to <u>Exhibit H</u>, System Change Orders will be individually listed here.

**EXHIBIT J**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**PERIODIC SYSTEM TESTING CRITERIA AND PROCEDURES**
**AND**
**FINAL SYSTEM ACCEPTANCE**

**I.**     **Testing Procedures and Criteria**

The Licensed Standard Software (Exhibit B-1) will provide satisfactory performance to satisfy the current processing requirements of the **Customer** based upon certain conditions.  This statement is conditioned on current master file sizes up to 200% of current transaction volumes, and reasonable history retention requirements.  It is also conditioned upon the **Customer's** agreement not to add other applications, other than system administrative software such as anti-virus or back-up software, in addition to those listed on Exhibit A, and not to use any third party software products or hardware in a way that impacts software performance.  This statement is further conditioned upon the **Customer** balancing the computer system properly, including but not limited to, backups, file purges, tuning the system as required, and/or any other items that may impact performance.

CAD Software Satisfactory Performance is defined as response time of one (1) second or less in over 90% of the input or inquiry transactions during any measured one (1) hour period; plus an average response time of three (3) seconds or less in 98% or more of the input or inquiry transactions during any measured one (1) hour period.

Satisfactory performance measurements exclude factors outside of **New World's** control include responses from external systems such as State/NCIC and latency of commercial wireless provides, i.e. Verizon, AT&T.

Given the above definition, should the Exhibit A software not perform satisfactorily, then the **Customer** shall notify **New World** in writing and **New World** shall have ten (10) days to determine if the unsatisfactory performance is related to **New World** products or is related to other factors not part of the **New World** software (see examples above). **New World** shall have reasonable access to the **Customer** during the ten (10) day correction period and shall be able to make any adjustments necessary to improve system performance. These adjustments may include making changes to the Licensed Software to improve system performance. **New World** shall document adjustments made and notify the **Customer** in writing of the adjustments.  If requested by the **Customer**, and using Exhibit B support services, **New World** shall train the **Customer** on how to make adjustments.   After ten (10) days, if the system performance has not improved, and should the unsatisfactory performance be attributable solely to the **New World** Software, then **New World** shall provide additional computer capacities (memory, disk storage) at **New World**'s cost to improve the performance.  The additional computer capacities will be added within thirty (30) days of the thirty (30) day correction period ending.

For purposes of this software performance section, any **New World** time involved in selecting equipment, interfacing software or hardware, tuning or balancing the system,

resolving **Customer** problems, and/or other activities performed on the **Customer's** behalf to initially start up or improve hardware or software performance will be performed using Exhibit B support service guidelines and fees.  As defined above, given written notice of software performance deficiencies by the **Customer**, the **New World** time spent during the 30-day correction period to evaluate the alleged deficiencies will not be billable to the **Customer** unless **New World** can document and demonstrate that the alleged deficiencies are not due to deficiencies of the Exhibit A software, in which case the time spent by **New World** during the 30-day correction period would be billed to the **Customer**.

The software performance statement set forth in this Exhibit expires six months from the date the Computer Aided Dispatch and Mobile Messaging applications have gone into "live use", at which time the priority levels in Exhibit C shall control.

## II.   Performance Period

The objective of Acceptance Testing is to verify that the Licensed Software provided by **New World** meets the agreed upon specifications as provided for in this **Agreement**.

**Customer's** project manager and the **New World** project manager shall jointly plan, coordinate and manage the testing processes.  **Customer** agrees to conduct acceptance testing in a timely manner following notice by **New World** that a testing phase is ready to be started.

Acceptance Testing will include the following Licensed Software components:
- Licensed Standard Software
- Licensed Standard Software Interfaces
- Licensed Custom Software Interfaces
- Licensed Software Enhancement

As scheduled in the Implementation Plan and using **New World's** Exhibit B services, three phases of Acceptance Testing may take place. Each test is intended to occur sequentially unless otherwise agreed to by both parties.
- Functional Testing
- Interface Testing
- Reliability & Final Acceptance Testing.

Reliability and Final Acceptance Testing shall not proceed until either (a) Functional and Interface testing are complete or (b) **Customer** waives, in writing, the Functional and Interface testing requirement. Payment milestones associated with Functional and/or Interface Testing, if any, shall be considered due if **Customer** waives these tests.

Should **Customer** identify a defect that substantially impairs **Customer's** value of the Licensed Software, **Customer** shall immediately provide a written notice to **New World** that acceptance is declined by **Customer**. Such defect(s), if any, shall be resolved in accordance with **New World's** obligations as defined in Exhibit C.

00035135.12

32                              **Exhibits to Complaint  - Page 73**

1.    **Functional Testing of Licensed Software**

Prior to beginning functional testing, **New World** shall provide a test plan for review and approval by **Customer**. On completion of testing, **Customer** may approve or reject the entire Functional Test, or any elements of the Functional Test. If functional test is rejected by **Customer**, test may be repeated after corrections are provided by **New World.** Once started, the Functional Test shall be repeated at intervals not to exceed 30 days. The parties, by mutual, written agreement, may elect to proceed with the next phase of testing or Final Acceptance even if all specifications in the Functional Test are not met.

Functional Test Guidelines
All items coded "Yes" (as qualified) in the **New World** detail response to **Customer's** RFP shall be provided to **Customer** through Exhibit A software capabilities, **Customer's** use of 3rd Party software, Licensed Custom Software provided by **New World** and/or future enhancements to Exhibit A Licensed Standard Software provided under Exhibit C. After **Customer's** request to **New World,** and **New World's** written proposal and cost to provide the service using Exhibit B support services at the then current daily rates, Functional Testing shall be demonstrated to **Customer** by **New World**.

If **Customer** has not licensed the software on to meet an RFP requirement, then that specification shall not apply in any acceptance test.

2.    **Interface Testing of Licensed Software**

Prior to beginning Interface Testing, **New World** shall provide a test plan for review and approval by **Customer**. On completion of testing, **Customer** may approve or reject the entire Interface Test, or any elements of the Interface Test. Once started, the Interface Test shall be repeated at intervals not to exceed 30 days. The parties, by mutual, written agreement, may elect to proceed with the next phase of testing or Final Acceptance even if all specifications in the Interface Test are not met.

**New World** shall develop test plans and provide them to **Customer** for review and approval. Interface Testing shall not begin until written approval of **New World's** submitted test plan has been accepted by **Customer**. Following approval of the Interface Test Plan, **New World** will demonstrate to **Customer** that the Licensed Software, Standard Interfaces, and Custom Interfaces, have been installed, are operational and provide the intended functionality as described in the Exhibit J Interface Control Documents.

3.    **Final Acceptance by means of Reliability Test of the Licensed Software**

Upon placing the Licensed Software into production live use, the Licensed Software shall undergo a thirty (30) day reliability test. The purpose of this test is to demonstrate that the **New World** Licensed Software as delivered can perform under live operational conditions and continue to perform at a level consistent with specifications as set forth in this **Agreement.** If, during the first fifteen (15)

days of the Reliability Test, the Licensed Software experiences a Major Failure, then the thirty (30) day period will start over from day one and continue for the full thirty (30) days. For purposes of this **Agreement**, a Major Failure is defined as the inability to perform the function for which the Licensed Software was designed and commissioned. If the Licensed Software fails on or after day sixteen (16), **Customer** may elect for the test will start over from day sixteen (16) and go for the remaining fifteen (15) day period or start over from day one and continue for the full thirty (30) days.

If the Licensed Software experiences a Major Failure as a result of a deficiency in the **Customer's** computing environment (network outage, server failure, operator error, planned downtime, etc.), the reliability test will not be restarted but will continue from the point in time that such failure occurs and until the thirty (30) day test is completed unless a Major Failure occurs after the Licensed Software is restarted which is not attributed to the **Customer's** environment. Under such conditions the terms outlined above will govern the appropriate action to be followed.

III.   <u>**Testing Acceptance**</u>

As an express condition subsequent to this **Agreement**, the parties acknowledge and agree that it will be necessary to modify and update this Exhibit from time-to-time between the Effective Date of the **Agreement** and Final System Acceptance by **Customer** to reflect additional System Testing Performance and Acceptance Criteria as mutually agreed upon by the parties as the System is built-out in conjunction with <u>Exhibit D</u>, the Gantt Chart / Implementation Plan / Scope of Work document.  This <u>Exhibit</u> will be amended and restated at appropriate times and in conjunction with the milestone build out of the System in <u>Exhibit D</u>.

**EXHIBIT K**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

## NEW WORLD INSURANCE REQUIREMENTS

1.   Insurances

     **New World** shall purchase, and maintain in full force and effect during the term of this Agreement, Professional Liability Insurance, Comprehensive Commercial General Liability Insurance, Comprehensive Business Automobile Liability Insurance, and Workers' Compensation Insurance with limits of not less than those set forth below with a carrier acceptable to and upon terms and conditions acceptable to **Customer**.

2.   Comprehensive Commercial General Liability

     At least $2,000,000 combined in single limit coverage on an occurrence basis covering all premises and operations and including Personal Injury, Independent Contractor, Contractual Liability, and where applicable the project as determined by the Purchasing Agent, Products, and Completed Operations.

3.   Comprehensive Automobile Liability Insurance

     At least $1,000,000 Combined Single limit to include owned, non-owned, and hired vehicles, as well as coverage for business use of vehicles.

4.   Workers' Compensation Insurance

     Statutory benefits with Employers Liability coverage with limits of at least $100,000 each accident/$100,000 each employee disease/$500,000 disease policy limit.  The Workers' Compensation policy shall include a waiver of subrogation.

5.   Professional Liability Insurance

     Professional Liability Insurance with limits of at least $1,000,000 each occurrence and $3,000,000 aggregate.

6.   Certificate of Insurance

     Before commencing work in connection with this **Agreement**, **New World** shall provide **Customer** with Certificate(s) of Insurance evidencing the coverages required above.

7.   Additional Insureds

     **Customer**, its officers, agents and employees, shall be named as additional insureds (and **New World** must provide endorsements (not just certificates) to **Customer** naming **Customer** as an additional insured) on all Comprehensive Commercial General Liability

and Comprehensive Automobile liability insurance policies.  Such certificates shall provide that **Customer** be given at least thirty (30) days prior written notice of any cancellation of, intention not to renew, or any material change in such coverage.

8. <u>Failure to Provide and Maintain</u>

Failure to provide, and/or to continue the required insurance as set forth above shall be deemed a material breach of this **Agreement** and shall empower **Customer** to, at is sole option, terminate this **Agreement** after providing New World notice and an opportunity to cure such breach and the breach remains uncured for ten (10) days.

9. <u>Responsibilities Not Relieved</u>

OBTAINING AND MAINTAINING ANY INSURANCE COVERAGE REQUIRED HEREIN DOES NOT RELIEVE **NEW WORLD** OF ANY OF THE RESPONSIBILITIES OR OBLIGATIONS ASSUMED BY **NEW WORLD** IN THE CONTRACT AWARDED, OR FOR WHICH **NEW WORLD** MAY BE LIABLE BY LAW OR OTHERWISE.

**EXHIBIT L-1**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**NEW WORLD PERFORMANCE BOND**

1.    **New World** shall, as a condition precedent to the Effective Date, furnish a Performance Bond as shown in <u>Exhibit L-2</u>.

2.    The bond shall be purchased from an agency that is acceptable to **Customer** and meets the following requirements:

    a.    Has a financial rating from BEST Rating Company acceptable to **Customer**; and

    b.    Is licensed and admitted to do business in the State of California.

## EXHIBIT L-2
### to
## SOFTWARE LICENSE AND SERVICES AGREEMENT

## PERFORMANCE BOND

Bond No. _____
Premium: $_____

**KNOW ALL MEN BY THESE PRESENTS: That we** New World Systems Corporation, a Michigan corporation, with offices at  888 West Big Beaver, Suite 600, Troy, Michigan 48084 (hereafter the "Contractor/Principal") and _____, a _____ corporation, authorized to transact a surety business in the State of California (hereinafter called the "SURETY"), are held and firmly bound unto the Sacramento Regional Public Safety Communication Center, a Joint Powers Agency, with offices at 1020 Systems Parkway, Sacramento, California 95827 (hereafter the "Obligee") in the sum of  Two Million Seventy Thousand Nine Hundred Eighty Five Dollars ($2,070,985.00) for the payment of which we bind ourselves, our legal representatives, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS, Principal has entered into a contract with Obligee, dated July __, 2015** for the design, delivery, installation, implementation, and integration of a Computer Aided Dispatch System ("System"), copy of which contract is by reference made a part hereof.

**NOW, THEREFORE,** if Principal shall faithfully perform such contract or shall indemnify and save harmless the Obligee from all cost and damage by reason of Principal's failure so to do, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

**Signed, sealed, and dated**

_____

NEW WORLD SYSTEMS CORPORATION
(Principal)
By:     _____
Title:  _____


_____
(Principal/Surety)
By:     _____
Title:  _____

## ACKNOWLEDGMENT

> A notary public or other officer completing this
> certificate verifies only the identity of the individual
> who signed the document to which this certificate is
> attached, and not the truthfulness, accuracy, or
> validity of that document.

State of California
County of _____)

On _____ before me, _____
                                    (insert name and title of the officer)

personally appeared _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____        (Seal)

00035135.12

**Exhibits to Complaint  - Page 80**

**EXHIBIT M**
**to**
**SOFTWARE LICENSE AND SERVICES AGREEMENT**


**TRAVEL POLICY**

**REIMBURSEMENT OF EMPLOYEE BUSINESS EXPENSES**

*New World's Note:  Replace existing Travel Expenses definition with this one when including this Exhibit (11/6/13 Acctg Dept updated the Travel Policy on 10/21/13. Per Bryan, this Exhibit is still valid to use in Agreements. Double check w/Accounting if it's been several months just to be sure the per diem or mileage hasn't changed).  2/27/14 – Regina verified with Grace that per diem & mileage rates are correct.*

> 16.     ***"Travel Expenses":***
> *All actual and reasonable travel expenses incurred by **New World** for trips relating to this project, including, but not limited to, airfare, rental car, lodging, mileage, parking/tolls, and daily per diem expenses as described in Exhibit ^. Said Exhibit may be changed from time to time in the course of **New World's** regular business operations.*


In order to comply with IRS and company policies, all expense reports must be properly documented.  "Properly documented" means providing valid receipts, explanations and other information required by company policy.  Expenses that are not properly documented will not be reimbursed.  This policy is subject to change at New World's discretion without notice.

1.     **Receipts**

> In general: Original detailed receipts from third parties are required for all expenditures except mileage and per diem allowance.  (Photocopies of receipts are not acceptable.)  Examples of original receipts include: hotel bills, rental car receipts, receipts attached to airline tickets, detailed restaurant checks, and cash register receipts.  Where expenses have been charged to a credit card, the original credit card voucher must be attached as well (Photocopies of vouchers are not acceptable.)  A credit card voucher or statement alone is not sufficient for expense report purposes.

> For air travel: Boarding passes, ticket stubs and travel agent itineraries must be submitted.  If you paid for the airfare yourself, you must also submit your airline receipt and credit card voucher or other valid proof of payment.  For E-tickets: although there is no ticket stub to turn in, please submit boarding passes, itineraries and all other documentation provided by the travel agent and airline.

> For rental cars: The final rental contract receipt and credit card voucher must be submitted.

> For restaurants: Tear-off tabs and handwritten receipts for cash will generally not be accepted if they exceed $25.

<u>All receipts must clearly indicate</u>: Seller's name/location, date, amount, method of payment, and a detailed description of charges. In those rare cases where you have lost a receipt or did not get one, provide the above information along with an explanation of why there is no receipt. Do not cross out or change any of the information on a receipt. If explanations are required, make them on a separate sheet or in a blank space on the receipt. Illegible or altered receipts will not be accepted. A substituted receipt will not be accepted. The Company will retain your original receipts and expense reports for at least a year, should you ever need access to them.

## 2.    Business Purpose

Every reimbursable expenditure must have a business purpose associated with it. For travel related expenses, the nature of the trip should be clearly described on the expense report. Entertainment and employee relations expenses require the name of the prospect/Customer and the event, type of entertainment, location/establishment name, the number of people entertained, their names, and the business purpose. All other reimbursable expenses require an explanation of the business purpose or benefit of the expenditure.

The following types of expenses are generally considered reimbursable:

## 1.    Mileage

You will be reimbursed for the daily business use of your personal vehicle when such mileage exceeds your normal <u>roundtrip</u> commuting mileage.

*Example: Susan Jones lives 20 miles from the office, making her normal roundtrip commuting mileage equal to 40. If she travels 50 miles to the airport on Monday, she will be reimbursed for 10 miles for that day (50 miles driven that day less her normal 40 mile daily commute).*

You will not be reimbursed for business mileage if the total distance driven is less than your normal commuting mileage on the days you drove. All approved miles traveled on a Saturday, Sunday or company holiday will be paid if you are on authorized company business that day.

The mileage reimbursement covers all variable vehicle expenses, including, but not limited to: gas, oil, tires, insurance, maintenance, licenses, depreciation, wear-and-tear, damage, deductibles, interest, loan or lease payments, replacement rental, liability, etc.

Employees are required to keep accurate records of their business mileage in accordance with IRS regulations. Those records must be made available to the company upon request.

*Mileage Reimbursement Rates*        The costs of driving a vehicle vary depending on the number of miles driven and other factors. Certain costs, like fuel, depreciation, etc., increase with each additional mile driven. Other costs, like insurance, car payments, etc.,

stay about the same regardless of the number of miles driven and are personal costs, in large part.  To address this, New World has two reimbursement mileage rates:

1.   *Under 400 Miles Per Week:*   For weeks where your reimbursable mileage is 400 miles or less, you will be reimbursed at the standard rate of $.43 per mile, or

2.   *Over 400 Miles Per Week:*   For weeks where your reimbursable mileage is more than 400 miles, you will be reimbursed at the standard rate of $.43 per mile for the first 400 miles; All miles driven in excess of 400 miles per week will be reimbursed at the high mileage rate of $.33 per mile.

**2.   Parking, Tolls, etc.**

The company will reimburse you for parking, tolls, and certain other other fees associated with vehicle business travel that are not otherwise covered by the mileage reimbursement.

When parking overnight or longer, you must use the overnight, deck or long-term parking lots to avoid excessive parking costs.  Any excessive parking expense will not be reimbursed.

**3.   Airfare**

The authorized mode of air travel for company business in the United States is coach economy class.  The company does not pay any premium or additional charge for first class or other upgraded service.  Under current policy, you may choose to participate in Frequent Flyer programs as long as actual flights are chosen based on lowest fares, not maximizing personal mileage credits.

Air travel is not allowed to destinations that are within 200 miles of your home or local office or in any situation where it is more economical to drive rather than fly.  All trips should originate from the major airport that is nearest to our local office (Detroit Metro for Troy office employees) unless it is less expensive to use a different airport.

You are expected to book airline reservations 14 days in advance if possible to take advantage of reduced rate fares.  You're expected to accept the lowest fare with New World's preferred carrier, connecting flights, and alternative flights, which depart within 2 hours of your desired departure time.  The recommendations of New World's Authorized travel Agent should normally be followed.

Air travel reservations must be booked through a company-approved travel agent who will bill New World directly for the expense.  In certain rare cases reservations may be made directly with the carrier as a result of flight cancellations and necessary last minute changes in travel plans.  In cases where you directly pay for air fare yourself you must obtain a detailed receipt and submit it for reimbursement along with your credit card voucher or other proof of payment, boarding passes and any ticket stubs.

Your boarding passes, ticket stubs (unless using an E-ticket), and travel agent's itinerary must be submitted with your expense report for all air travel—regardless of whether the

company or you paid the bill.  If your itinerary differs from the actual flights you made, provide an explanation on the itinerary.

Unused Tickets
Unused tickets are valuable and must be returned to the controller's office immediately so that proper credit can be received.  Do not keep unused tickets or try to convert them in any way for future use or gain.

4.    **Rental Cars**

Compact cars should normally be rented.  Full-size vehicles and vans may only be rented if groups exceeding 4 people or oversize packages must be transported and it is more economical to rent a larger vehicle.  Every effort should be made to share rental cars when attending common events with other New World employees.

You should return rental cars with a full tank of gas.  Rental agencies charge excessive gasoline prices (currently $6.00/gallon or more) to refuel a vehicle.  While New World will reimburse you for normally-priced gasoline you put into rental cars, we will not reimburse employees for excessive rental agency fuel charges that exceed $10 per rental. Fill up in the morning or night before if you're not sure you'll have time when you return the car.

If you use a rental car on a trip that originates from your home or office, you may claim the standard mileage rate for the business mileage (minus normal commuting mileage), but the cost of the rental car itself and gas, etc. will not be reimbursed.

In certain circumstances a Customer may request or allow you to drive a rental car to a location beyond 200 miles from your home or office.  This will be allowed only if an authorized Customer representative agrees in writing to reimburse New World for the full cost of the rental car and all driving time at standard rates.

*National Car Rental (NCR)*    To save money and better control expenses, the company maintains a corporate account with National Car Rental.  Our account recap number can be found on your NCR card.  You must use National unless they do not have a rental car available at that location.  The collision damage waiver and personal accident insurance should be declined on all business rentals made under our regular NCR corporate plan. When renting your vehicle, verify that they are charging you the correct rate, which is usually stated on the itinerary from our travel agent.

It's most economical to return the car to the same location where you originally rented it. If you must return the car to another location, be aware that substantial additional charges will be assessed by National based on the distance between the origination and drop-off offices.

5.    **Ground Transportation**

When renting a car is not more economical, the company will reimburse you for the costs of ground transportation, including taxi cabs, shuttle services, bus fares, etc. including up to a 15% tip where appropriate.  Cabs in many large cities/airports can provide a detailed

machine printed receipt.  Such receipts should be obtained whenever possible.  Share cab rides with other New World employees whenever possible to save money.

On trips that exceed 2 days: Cab fare will not be reimbursed if it would have been cheaper to rent a car.

6.   **Per Diem Allowances**

*Standard Per Diem for Overnight Travel:*  A standard per diem is paid for each **evening** you stay overnight on business.   The standard per diem amount is $52 for travel within the 48 continental U.S. states and $62 outside the continental U.S. The standard per diem is intended to cover all meals, tips of all kinds, and other incidental expenses for that evening and the next day.

You may claim an additional $26 per diem on the day of your return if you arrive home after 7:00 p.m. (i.e., flight must arrive after 6:30 p.m.)  You may claim an additional full per diem on the day of your return if you arrive home after midnight (i.e., flight must arrive after 11:30 p.m.)

*Standard Per Diem for One-Day Trips:*  On one-day trips you may depart and return the same day and not spend an evening out of town.  In those cases, a $26 per diem may be claimed if you spend 12 hours or more away from home on company business and travel more than 50 miles away from your office.

*Billing and Special Situations:*  New World's Customers are normally invoiced for all per diem allowances paid to employees for service trips.  Sometimes our arrangements with Customers may specify a per diem amount that is higher or lower than the standard rates above for business reasons.  As a general rule, this will not change the standard per diem allowance paid to employees.  You will be notified in advance in writing if any exception to this general rule applies in a specific situation.

7.   **Lodging**

You are expected to stay in economy hotels/motels when traveling on company business (examples: Comfort Inns, many Holiday Inns, and other clean newer bargain motel chains, etc.)  Lodging at higher priced luxury or resort hotels will not be reimbursed unless approved by the President, or Vice President - Finance as being necessary for business reasons—for example, staying at a resort location to attend a trade show or staying close to the prospect's office during the sales process.  Many hotels have government rates or special rates available to IBM or Microsoft Business Partners or guests of the city/county.  You should always attempt to receive any reduced rate.

Only room charges and taxes will be reimbursed for the days that official company business is conducted.   Charges for personal purchases like health club fees, room service, movies, snack bars, restaurant meals, bar charges, personal items, etc. are not reimbursable. On extended trips, a laundry/dry cleaning allowance of $10 per week will be reimbursed for travelers on extended trips who have not returned home for over 7 consecutive days.

**EXHIBIT N**
to
**SOFTWARE LICENSE AND SERVICES AGREEMENT**

**INCORPORATION BY REFERENCE OF NEW WORLD'S RESPONSE TO
CUSTOMER'S RFP SOFTWARE SPECIFICATIONS**

For the Licensed Software on Exhibit B-1, the **New Word** Detail Response to **Customer's** RFP, Section 5: Technical Responses, is incorporated in this **Agreement** by reference and attached to this Exhibit N and made a part hereof.

All items coded "Fully Compliant" (as qualified) in the **New World** Detail Response to **Customer's** RFP Questionnaire will be provided to **Customer** through currently existing Exhibit A software capabilities, **Customer's** use of 3rd Party software, custom programming provided by **New World** and/or future enhancements to Exhibit A software provided under Exhibit C.

If the terms and conditions of the **New World** Detail Response to the specifications of the RFP and this **Agreement** are in conflict, the governing terms and conditions shall be this **Agreement**.

If **Customer** has not licensed the software on Exhibit A to meet a software specification, then that specification shall not apply in any acceptance test and/or to fulfill the above criteria.

45

**Exhibits to Complaint  - Page 86**

## NEW WORLD SYSTEMS CORPORATION

### CORPORATE RESOLUTION

I, Larry D. Leinweber, President of New World Systems Corporation, hereby certify that at a meeting of the Board of Directors of New World Systems Corporation held on September 26, 2014, the following resolution was adopted:

> RESOLVED: That the following individuals are authorized and empowered in the name and behalf of this Corporation to execute legal documents including contracts:
>
> - Larry D. Leinweber, President
> - Greg Sebastian, CFO, Senior Vice President for Finance and Administration
>
> FURTHER RESOLVED:  That the following individuals are authorized and empowered in the name and behalf of this Corporation to execute proposals, responses to RFPs, bidder's requests, and similar sales and marketing documents:
>
> - Larry D. Leinweber, President
> - Greg Sebastian, CFO, Senior Vice President for Finance and Administration
> - Vice President of Sales
> - Vice President of Marketing

A copy of this resolution shall be deemed proof of authority.

Dated:  September 26, 2014

Larry D. Leinweber
President

# CONSENT AGREEMENT

## SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER
### and
### NEW WORLD SYSTEMS CORPORATION

### (Change of Control Event)

IN CONSIDERATION of Tyler Technologies, Inc.'s ratification of its obligations under that certain Software License and Services Agreement ("Agreement") dated as of November 6, 2015, between New World Systems Corporation ("New World") and the Sacramento Regional Public Safety Communications Center ("SRPSCC") and pursuant to Section 19.7 of the Agreement, SRPSCC hereby consents to the stock acquisition of New World by Tyler Technologies, Inc. and the resulting Change of Control Event.

Dated: 11-6-15

SACRAMENTO REGIONAL PUBLIC
SAFETY COMMUNICATIONS CENTER

Teresa Murray
Chief Executive Director

# EXHIBIT 3

## CONSENT AGREEMENT

### SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER
### and
### NEW WORLD SYSTEMS CORPORATION

### (Change of Control Event)

IN CONSIDERATION of Tyler Technologies, Inc.'s ratification of its obligations under that certain Software License and Services Agreement ("Agreement") dated as of November 6, 2015, between New World Systems Corporation ("New World") and the Sacramento Regional Public Safety Communications Center ("SRPSCC") and pursuant to Section 19.7 of the Agreement, SRPSCC hereby consents to the stock acquisition of New World by Tyler Technologies, Inc. and the resulting Change of Control Event.

Dated: 11-6-15

SACRAMENTO REGIONAL PUBLIC
SAFETY COMMUNICATIONS CENTER

Teresa Murray
Chief Executive Director

# EXHIBIT 4



Project Management Plan

# SacRFECC CA Project Schedule

| Status | Task ID | Project Task Name | Start Date | Finish Date | Resource | On Site | Application | Hours Planned | Hours Used | Hours Actual |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Tyler Project Manager** | | | **SacRFECC CA Project Manager** | | | **Totals** | | |
| | | **Jim Lucas** | | | **Diane House** | | | 876.00 | 0.00 | 876.00 |
| | | **November 2015** | | | | | | | | |
| Completed | 3 | Execute Agreement | 11/06/2015 | 11/06/2015 | Tyler | No | | | | |
| Completed | 121 | Mobile Preparation | 11/06/2015 | 11/06/2015 | Tyler | No | | | | |
| Completed | 4 | Initiate the Project | 11/09/2015 | 11/09/2015 | Tyler | No | | | | |
| Completed | 44 | Deliver Licensed Standard Software | 11/20/2015 | 11/20/2015 | Lucas Jim | No | | | | |
| Completed | 47 | Conduct PM/Sales Turnover Meeting | 11/20/2015 | 11/20/2015 | Lucas Jim | No | | | | |
| | | **December 2015** | | | | | | | | |
| Completed | 46 | Conduct Initial Customer Project Start-up Phone Call | 12/04/2015 | 12/04/2015 | Tyler | No | | | | |
| Completed | 48 | Step 1 Complete | 12/04/2015 | 12/04/2015 | Tyler | No | | | | |
| Completed | 55 | Draft the Initial Project Management Workbook (PMW) | 12/14/2015 | 12/14/2015 | Lucas Jim | No | | | | |
| | | **January 2016** | | | | | | | | |
| Completed | 52 | Conduct Kick Off and Account Management Planning Meeting | 01/12/2016 | 01/12/2016 | Foster Jodi, Lucas Jim | Yes | | | | |
| Completed | 53 | Conduct the Executive Sponsor Meeting | 01/12/2016 | 01/12/2016 | SacRFECC CA, Tyler | Yes | | | | |
| Completed | 54 | Conduct Internal Turnover Meeting <after Account Management Meeting> | 01/13/2016 | 01/13/2016 | Lucas Jim | No | | | | |
| Completed | 86 | Provide Required GIS Data to New World | 01/18/2016 | 02/15/2016 | SacRFECC CA | No | Aegis | | | |
| | | **February 2016** | | | | | | | | |
| Completed | 58 | Conduct the Aegis Technical Services Conference Call | 02/04/2016 | 02/04/2016 | Taylor Raymond | No | Aegis | | | |
| Completed | 104 | Schedule delivery of new servers, other hardware / software (if procured by customer) | 02/04/2016 | 02/11/2016 | SacRFECC CA | No | | | | |
| Completed | 105 | Authorize ordering of new servers, other hardware / software (if procured by New World, and downpayment received) | 02/04/2016 | 02/05/2016 | Lucas Jim | No | | | | |
| Completed | 87 | Preliminary Review of GIS Data - Part 1 | 02/05/2016 | 02/05/2016 | Austin Elise | No | Aegis | | | |
| Completed | 88 | Update GIS Data - Part 1 | 02/08/2016 | 02/19/2016 | SacRFECC CA | No | Aegis | | | |
| Completed | 57 | Conduct the GIS Conference Call | 02/16/2016 | 02/16/2016 | SacRFECC CA, Wollenweber Britt | No | Aegis | | | |
| Completed | 84 | Prepare Initial Database | 02/22/2016 | 02/22/2016 | Tyler | No | | | | |
| | | **March 2016** | | | | | | | | |
| Completed | 59 | Conduct the Messaging Technical Services Conference Call | 03/08/2016 | 03/08/2016 | SacRFECC CA, McAteer Tim | No | MOBILE MESSAGING | | | |
| Completed | 106 | Send "Appliance" to SRFECC 2 Months in Advance of S/A Installation | 03/10/2016 | 03/10/2016 | Taylor Raymond | No | | | | |
| Completed | 89 | Preliminary Review of GIS Data - Part 2 | 03/21/2016 | 03/21/2016 | Austin Elise | No | Aegis | | | |
| Completed | 90 | Update GIS Data - Part 2 | 03/22/2016 | 04/04/2016 | SacRFECC CA | No | Aegis | | | |
| | | **April 2016** | | | | | | | | |
| Completed | 91 | Provide Required GIS Data to New World | 04/05/2016 | 04/05/2016 | SacRFECC CA | No | Aegis | | | |
| Completed | 108 | New Hardware arrives | 04/07/2016 | 04/07/2016 | SacRFECC CA | No | | | | |
| Completed | 107 | Request software release on the portal for Systems Assurance | 04/11/2016 | 04/11/2016 | Lucas Jim | No | Aegis | | | |
| Completed | 62 | Draft the Pre-Plan | 04/29/2016 | 05/19/2016 | Lucas Jim | No | | | | |
| Completed | 109 | Complete Customer Specific Database Set Up | 04/29/2016 | 04/29/2016 | Clem Todd | No | Aegis | | | |
| | | **May 2016** | | | | | | | | |
| Completed | 60 | Meet with Training Manager to Develop Training Schedule for Pre-Plan | 05/05/2016 | 05/11/2016 | Tyler | No | MOBILE MESSAGING | | | |
| Completed | 92 | Prepare GIS Data for Aegis Technical System Setup | 05/05/2016 | 05/05/2016 | Austin Elise | No | Aegis | | | |
| Completed | 93 | Build GIS Server | 05/09/2016 | 05/09/2016 | Austin Elise | Yes | Aegis | | | |
| Completed | 110 | Install DSS with Dashboards <remove task if not purchased> | 05/09/2016 | 05/09/2016 | Clem Todd | Yes | DSS | | | |
| Completed | 94 | Install and Test GIS Data | 05/10/2016 | 05/12/2016 | Austin Elise | No | Aegis | | | |
| Completed | 111 | Install and Configure Aegis Server Environment | 05/10/2016 | 05/12/2016 | Clem Todd | Yes | Aegis | | | |
| Completed | 95 | Install Optional Mobile Features <In Car Mapping, In Car Routing> | 05/13/2016 | 05/13/2016 | Austin Elise | No | Aegis | | | |
| Completed | 117 | Install Aegis Clients | 05/13/2016 | 05/13/2016 | Clem Todd | Yes | Aegis | | | |

**Exhibits to Complaint - Page 92**



**Project Management Plan**

## SacRFECC CA Project Schedule

| | | Tyler Project Manager | | | SacRFECC CA Project Manager | | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Jim Lucas | | | Diane House | | | | 876.00 | 0.00 | 876.00 |
| Status | Task ID | Project Task Name | Start Date | Finish Date | Resource | On Site | Application | | Hours Planned | Hours Used | Hours Actual |
| Completed | 63 | Obtain NWS Senior Management Approval of Draft Project Pre-Plan | 05/19/2016 | 05/19/2016 | Lucas Jim | No | | | | | |
| Completed | 64 | Present the Draft Pre-Plan for Customer Approval | 05/20/2016 | 05/20/2016 | Lucas Jim | No | | | | | |
| Completed | 116 | Install and Configure CAD Enterprise Server Environment | 05/23/2016 | 05/25/2016 | Clem Todd | Yes | Aegis | | | | |
| Completed | 118 | Train Administrative Staff on Server Administration & Maintenance | 05/26/2016 | 05/26/2016 | Clem Todd | Yes | Aegis | | | | |
| Completed | 119 | Technical Services Specification Document Delivered | 05/27/2016 | 05/27/2016 | Clem Todd | No | Aegis | | | | |
| Completed | 65 | Approve Pre-Plan | 05/31/2016 | 05/31/2016 | Lucas Jim | No | | | | | |
| Completed | 66 | Step 2 Complete | 05/31/2016 | 05/31/2016 | Tyler | No | | | | | |
| | | June 2016 | | | | | | | | | |
| Completed | 96 | Primary Review of GIS Data | 06/20/2016 | 06/23/2016 | Austin Elise | No | Aegis | | | | |
| Completed | 97 | Provide Overview of GIS within Aegis and Update Process | 06/24/2016 | 06/24/2016 | Austin Elise | No | Aegis | | | | |
| | | July 2016 | | | | | | | | | |
| Completed | 140 | On site review of CAD and Custom RD's (interface and software) | 07/11/2016 | 07/15/2016 | Oger Tiara | Yes | CAD | | | | |
| | | August 2016 | | | | | | | | | |
| Completed | 141 | Review and Build Out - Week 1-Enterprise CAD | 08/22/2016 | 08/26/2016 | Oger Tiara | Yes | CAD | | 4.00 | | 4.00 |
| Completed | 142 | Review and Build Out - Week 1 - Enterprise CAD | 08/22/2016 | 08/26/2016 | Driskell David | Yes | CAD | | 40.00 | | 40.00 |
| Completed | 143 | Provide Overview of CAD GIS | 08/25/2016 | 08/25/2016 | Austin Elise | No | Aegis | | | | |
| Confirmed | 74 | Draft the Project Plan | 08/30/2016 | 09/13/2016 | Lucas Jim | No | | | | | |
| | | September 2016 | | | | | | | | | |
| Confirmed | 71 | Review and Approve Requirements Definitions for Custom software Complete | 09/06/2016 | 09/06/2016 | SacRFECC CA, Tyler | No | | | | | |
| Confirmed | 123 | Authorize ordering of Message Switch (2 units) (if downpayment received) | 09/06/2016 | 09/06/2016 | Lucas Jim | No | MOBILE MESSAGING | | | | |
| Confirmed | 77 | Conduct Project Plan Review Meeting with Customer | 09/12/2016 | 09/12/2016 | Lucas Jim | No | | | | | |
| Confirmed | 78 | Approve Project Plan (MPP) | 09/26/2016 | 10/07/2016 | SacRFECC CA | No | | | | | |
| Confirmed | 125 | Stage Message Switch (2 units) | 09/28/2016 | 09/29/2016 | O'Neill Darren | No | MOBILE MESSAGING | | | | |
| Confirmed | 126 | Deliver Message Switch to Site | 09/30/2016 | 09/30/2016 | O'Neill Darren | No | MOBILE MESSAGING | | | | |
| | | October 2016 | | | | | | | | | |
| Confirmed | 128 | Install and Configure Message Switch (2 units) | 10/31/2016 | 11/02/2016 | Wilkins Mark | Yes | MOBILE MESSAGING | | 4.00 | | 4.00 |
| | | November 2016 | | | | | | | | | |
| Confirmed | 129 | Build Production Mobile Server | 11/03/2016 | 11/03/2016 | Wilkins Mark | Yes | MOBILE MESSAGING | | | | |
| Confirmed | 130 | Build Test Mobile Server | 11/04/2016 | 11/04/2016 | Wilkins Mark | Yes | MOBILE MESSAGING | | | | |
| Confirmed | 132 | Install Optional Mobile Features <Fire Msg, AVL> | 11/07/2016 | 11/09/2016 | Wilkins Mark | Yes | MOBILE MESSAGING | | 4.00 | | 4.00 |
| Confirmed | 134 | Mobile Technical Services Complete | 11/09/2016 | 11/09/2016 | Tyler | No | MOBILE MESSAGING | | | | |
| Confirmed | 114 | Install and Configure Enterprise Mobile TRAIN Server Environment | 11/10/2016 | 11/10/2016 | Wilkins Mark | No | Aegis | | | | |
| Customer Review | 180 | Provide Refresher GIS Overview | 11/16/2016 | 11/16/2016 | Austin Elise | No | Aegis | | | | |
| | | December 2016 | | | | | | | | | |
| Confirmed | 102 | Install, Configure, & Test Pictometry Interface | 12/14/2016 | 12/14/2016 | Austin Elise | No | CAD | | | | |
| | | April 2017 | | | | | | | | | |
| Customer Review | 144 | Review and Build Out - Week 2 - CAD Enterprise (includes update/completion of training plan for end users) | 04/17/2017 | 04/20/2017 | Oger Tiara | Yes | CAD | | 4.00 | | 4.00 |
| Customer Review | 145 | Review and Build Out - Week 2 - CAD Enterprise (includes update/completion of training plan for end users) | 04/17/2017 | 04/20/2017 | Driskell David | Yes | CAD | | 32.00 | | 32.00 |
| Customer Review | 150 | Complete Build Tasks, Application Testing & Internal Process Development - Enterprise CAD | 04/24/2017 | 05/19/2017 | SacRFECC CA | No | | | | | |
| | | May 2017 | | | | | | | | | |
| Customer Review | 151 | Review and Build Out - Week 3 - Enterprise CAD | 05/15/2017 | 05/19/2017 | Oger Tiara | Yes | CAD | | 4.00 | | 4.00 |
| Customer Review | 152 | Review and Build Out - Week 3 - Enterprise CAD | 05/15/2017 | 05/19/2017 | Driskell David | Yes | CAD | | 40.00 | | 40.00 |
| Customer Review | 274 | Install & Configure E-911 Interface | 05/15/2017 | 05/15/2017 | Reynolds Nathaniel | No | CAD | | | | |



**Project Management Plan**

## SacRFECC CA Project Schedule

| Status | Task ID | Project Task Name | Start Date | Finish Date | Resource | On Site | Application | Hours Planned | Hours Used | Hours Actual |
|---|---|---|---|---|---|---|---|---|---|---|
| | | **Tyler Project Manager** | | | **SacRFECC CA Project Manager** | | | **Totals** | | |
| | | Jim Lucas | | | Diane House | | | 876.00 | 0.00 | 876.00 |
| Customer Review | 279 | Install & Configure Tone Encoder Interface for WestNet and Zetron Model 25 | 05/16/2017 | 05/18/2017 | Reynolds Nathaniel | No | CAD | | | |
| Customer Review | 269 | Install & Configure Pager Interface & Administrative Training | 05/19/2017 | 05/19/2017 | Reynolds Nathaniel | No | CAD | | | |
| Customer Review | 154 | Review and Build Out - Fire Mobile Messaging | 05/22/2017 | 05/26/2017 | Cmajdalka Corey | Yes | Enterprise | 40.00 | | 40.00 |
| Customer Review | 283 | Install & Configure Fire Records Interface for ImageTrend and Possibly Firehouse | 05/22/2017 | 05/22/2017 | Reynolds Nathaniel | No | CAD | | | |
| Customer Review | 289 | Install & Configure Telestaff Interface | 05/23/2017 | 05/23/2017 | Reynolds Nathaniel | No | CAD | | | |
| Customer Review | 167 | Go-Live Required Customizations Complete | 05/23/2017 | 05/23/2017 | Tyler | No | | | | |
| Customer Review | 286 | Install & Configure ePCR Interface for ImageTrend | 05/24/2017 | 05/24/2017 | Reynolds Nathaniel | No | CAD | | | |
| Customer Review | 292 | Install & Configure Web CAD Monitor Interface | 05/29/2017 | 05/29/2017 | Reynolds Nathaniel | No | AEGIS LINK | | | |
| | | **June 2017** | | | | | | | | |
| Customer Review | 156 | Review and Build Out - Week 4 - Enterprise CAD | 06/19/2017 | 06/23/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 157 | Review and Build Out - Week 4 - Enterprise CAD | 06/19/2017 | 06/23/2017 | Oger Tiara | Yes | CAD | 4.00 | | 4.00 |
| Customer Review | 155 | Complete Build Tasks, Application Testing & Internal Process Development - Enterprise CAD | 06/26/2017 | 07/21/2017 | SacRFECC CA | No | | | | |
| | | **July 2017** | | | | | | | | |
| Customer Review | 171 | Conduct Functional Testing (Customer) (based on RFP response) PM Team | 07/10/2017 | 07/12/2017 | SacRFECC CA, Lucas Jim | No | | | | |
| Customer Review | 172 | Conduct Functional Testing (NWS Assist) - Enterprise CAD | 07/10/2017 | 07/12/2017 | Oger Tiara | Yes | Aegis | 4.00 | | 4.00 |
| Customer Review | 173 | Conduct Functional Testing (NWS Assist) - Mobile | 07/10/2017 | 07/12/2017 | Cmajdalka Corey | Yes | Aegis | 4.00 | | 4.00 |
| | | **August 2017** | | | | | | | | |
| Customer Review | 158 | Final Review and Functionality Testing - Week 5 - Enterprise CAD | 08/28/2017 | 09/01/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 160 | Final Review and Functionality Testing - Week 5 - Enterprise CAD | 08/28/2017 | 09/01/2017 | Oger Tiara | Yes | CAD | 4.00 | | 4.00 |
| | | **September 2017** | | | | | | | | |
| Customer Review | 162 | Review with Customer What is Deleted by Go Live Script | 09/11/2017 | 09/11/2017 | Lucas Jim | No | Aegis | | | |
| Customer Review | 191 | Train the End Users - CAD Enterprise week 1 | 09/11/2017 | 09/15/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 192 | Train the End Users - CAD Enterprise week 1--Night Classes | 09/11/2017 | 09/15/2017 | Stringer Daniel | No | CAD | 40.00 | | 40.00 |
| Customer Review | 207 | GIS pre go-live Technical Support | 09/11/2017 | 09/13/2017 | Austin Elise | No | Aegis | | | |
| Customer Review | 163 | Obtain Standard or Request Custom Go Live Script (if needed 60 days before go-live) | 09/11/2017 | 09/11/2017 | Lucas Jim | No | Aegis | | | |
| Customer Review | 193 | Train the End Users - CAD Enterprise week 2 | 09/18/2017 | 09/22/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 194 | Train the End Users - CAD Enterprise week 2 --Night Classes | 09/18/2017 | 09/22/2017 | Stringer Daniel | Yes | CAD | 40.00 | | 40.00 |
| | | **October 2017** | | | | | | | | |
| Customer Review | 187 | Train the Trainers - Mobile + Prep and Solution Assurance | 10/02/2017 | 10/06/2017 | Cmajdalka Corey | Yes | MOBILE FIELD REPORTING | 40.00 | | 40.00 |
| Customer Review | 202 | Conduct Pre-Go-Live Readiness Assessment - SA | 10/09/2017 | 10/09/2017 | D'Mitruchina Nick | No | Aegis | | | |
| Customer Review | 203 | Respond to Issues Found in SA Pre-Go-Live Readiness Assessment (TBD) | 10/10/2017 | 10/10/2017 | D'Mitruchina Nick | No | Aegis | | | |
| Customer Review | 204 | Conduct Mobile SA Go-Live Readiness | 10/11/2017 | 10/11/2017 | Chandonais Brian | No | Aegis | | | |
| Customer Review | 205 | Conduct Pre-Go-Live Readiness Assessment - GIS | 10/12/2017 | 10/12/2017 | Austin Elise | No | Aegis | | | |
| Customer Review | 206 | Respond to Issues Found in GIS Pre-Go-Live Readiness Assessment | 10/13/2017 | 10/13/2017 | Austin Elise | No | Aegis | | | |
| Customer Review | 195 | CAD Refresher Training Prior to Go-Live-- Eight 4 hour classes over 4 Days | 10/30/2017 | 11/03/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| | | **November 2017** | | | | | | | | |

**Exhibits to Complaint  - Page 94**



## SacRFECC CA Project Schedule

| Tyler Project Manager | | | | SacRFECC CA Project Manager | | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Jim Lucas | | | | Diane House | | | | 876.00 | 0.00 | 876.00 |
| Status | Task ID | Project Task Name | Start Date | Finish Date | Resource | On Site | Application | Hours Planned | Hours Used | Hours Actual |
| Confirmed | 69 | Review and Approve Requirements Definitions for Custom Interfaces Complete | 11/06/2017 | 11/06/2017 | Lucas Jim | No | | | | |
| Confirmed | 70 | Estimate Release Timing for Custom Interfaces Enhancements Complete | 11/06/2017 | 11/10/2017 | Tyler | No | | | | |
| Customer Review | 211 | Provide On-site Management of Go-Live | 11/06/2017 | 11/10/2017 | Lucas Jim | Yes | Aegis | | | |
| Customer Review | 215 | Provide Onsite Live Support - CAD Enterprise - Day Shift | 11/06/2017 | 11/10/2017 | Stringer Daniel | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 216 | Provide Onsite Live Support - CAD Enterprise - Day Shift | 11/06/2017 | 11/10/2017 | Oger Tiara | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 217 | Provide Onsite Live Support - CAD Enterprise - Night Shift | 11/06/2017 | 11/10/2017 | Driskell David | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 218 | Provide Onsite Live Support - CAD Enterprise - Night Shift | 11/06/2017 | 11/10/2017 | Fitzpatrick Gloria | Yes | CAD | 40.00 | | 40.00 |
| Customer Review | 219 | Provide Remote GIS Go-Live Support | 11/06/2017 | 11/08/2017 | Austin Elise | No | Core | | | |
| Customer Review | 221 | Provide Onsite Live Support - Mobile | 11/06/2017 | 11/10/2017 | Cmajdalka Corey | Yes | MOBILE FIELD REPORTING | 40.00 | | 40.00 |
| Pending | 223 | Provide Onsite Live Support - Custom Interfaces (If Needed--TBD) | Pending | Pending | Tyler | Yes | Aegis | 4.00 | | 4.00 |
| Customer Review | 224 | Provide Onsite Live Support - Standard Interfaces | 11/06/2017 | 11/10/2017 | Jones Anita | Yes | Aegis | 40.00 | | 40.00 |
| Customer Review | 212 | Complete Go-Live Checklist | 11/08/2017 | 11/13/2017 | Lucas Jim | Yes | | | | |
| Customer Review | 232 | Post Go-live on site support - CAD | 11/13/2017 | 11/17/2017 | Driskell David | Yes | Aegis | 40.00 | | 40.00 |
| Customer Review | 233 | Post Go-live on site support - CAD | 11/13/2017 | 11/17/2017 | Stringer Daniel | Yes | Aegis | 40.00 | | 40.00 |
| | 238 | Reliability Test Period | 11/13/2017 | 12/08/2017 | SacRFECC CA | No | | | | |
| Pending | 225 | Turnover Support from Project Team to New World Customer Support Team | Pending | Pending | Tyler | No | Aegis | | | |
| Customer Review | 235 | Post Go-live on site support - Week 3--CAD | 11/27/2017 | 12/01/2017 | Driskell David | Yes | Aegis | 40.00 | | 40.00 |
| | | December 2017 | | | | | | | | |
| Customer Review | 239 | Final System Acceptance - By Completion of Reliability Period With No Critical Issues | 12/08/2017 | 12/08/2017 | SacRFECC CA | No | | | | |
| | | January 2018 | | | | | | | | |
| Customer Review | 242 | Conduct Decision Support Requirements Gathering / Training Planning Call | 01/23/2018 | 01/23/2018 | Summers Jeremy | No | | | | |
| | | February 2018 | | | | | | | | |
| Customer Review | 236 | Train the Trainer Classes for Future CAD Users (3 classes--discuss with Sean) | 02/26/2018 | 03/02/2018 | Driskell David | Yes | Aegis | 4.00 | | 4.00 |
| | | | | | | | | | | |

# EXHIBIT 5

# SRFECC – Project Completion Plan

11/30/2017



Attachment #1 to March 19, 2018 Notice

# Background

- After extensive Functional Testing in addition to RFP Compliance Testing, there were 161 functional changes that were identified by SRFECC.

- These 161 items can be characterized as follows:

  - 34 items that failed to comply with the RFP requirement (out of a 2000+ original requirements)

  - 41 items that are warranty items (i.e. not working as designed, and will be resolved in a future release)

  - 7 items that are requests for enhancement to the application

  - 79 items that may have not met the RFP requirements, but are deemed necessary by SRFECC, and have been estimated by Tyler

- This entire list was reviewed multiple times in either individual meetings with SMEs from both teams, or in the onsite meeting that occurred the week of 11/13.

- Each item was prioritized with a 1, 2, or 3 priority, with 1 being the most important.

- The high priority items (#1) were further "rank ordered" (by Tyler) in order to be able to provision the correct items into the various releases based on both effort and priority.

© Tyler Technologies 2017



# Background



| Category | Number |
|---|---|
| Non-compliance | 34 |
| Warranty | 41 |
| Enhancements | 7 |
| Other requested changes | 79 |
| **Total** | **161** |

3                              © Tyler Technologies 2017



**Exhibits to Complaint  - Page 99**

# Prioritization information

- During the individual reviews, and the onsite review, each item was categorized with a priority of 1, 2, or 3 as follows:
  - Priority-1 – Most important and most likely required prior to the Go-Live of the application
  - Priority-2 – Very important but not required prior to Go-Live
  - Priority-3 – Important and not immediately required
- These 161 items were prioritized as follows:
  - 102 – Priority-1
  - 7 – Priority-2
  - 11 – Priority-3
  - 41 – Warranty – Both delivery options will address these prior to the initial Go-Live

4                                                    © Tyler Technologies 2017



# Prioritization Information

- The 102 Priority-1 items were further rank ordered (by Tyler) in order to determine the best strategy for the long term completion of these items given the capacity of the development team and the importance of the most immediate requests.

- The approximate effort associated with the list is as follows:

  ✓ Priority-1 Items (102) – Total 33,900 hours of development required

- The effort associated with all other categories:

  ✓ Priority-2,3 Items (59) – Total 7,000 hours of development required

© Tyler Technologies 2017



# Delivery Strategy and Key Messages

- Most of the 102 items require modifications to the software and cannot be accomplished via modifications to the configurations or workflows.

- The Tyler CAD Development Team has approximately 3000 hours available annually for the development and enhancement of the CAD software related to customer and project related items across our full customer base.

- There are generally 4 CAD releases per year, with each release being filled with development items approximately 6 months prior to the release date.  The 18.1 CAD release (March 2018) is already filled.

- Based on these constraints, 2 strategies have been developed for the implementation of the requested items, with a re-assessment period built in to allow for shifting priorities and business constraints.

- For each option, some of the desired functionality will be delivered in the form of ongoing releases over time.

- A handful of items do not align with the long term product strategy of the CAD and/or Mobile software, and have not been requested by any other agencies in our customer base.  These have been eliminated from consideration.  These items are listed in Appendix C.

© Tyler Technologies 2017



# Implementation Options

- **Option 1 – Schedule Emphasis**
  - ✓ Prioritize the Go-Live as the most important driver of the project, and deliver as many items as possible within the current development capacity for the next available CAD release.  (Currently 18.2 – June 2018 + Implementation Timeline)
  - ✓ Additional items on the list will be delivered in future planned releases.
  - ✓ The remaining tasks for the implementation (deployment of new SW, Testing, Training, etc.) will begin as soon as the software is available for release.
- **Option 2 – Requirements Emphasis**
  - ✓ Deliver nearly 50% of the requested "Priority-1" items  (including Warranty items) prior to the initial Go-Live, and deliver the remaining items in future planned releases.
  - ✓ This substantial development effort will be completed by devoting a major portion of the overall CAD capacity toward SRFECC requested functional items.  (initially the 102 Priority-1 items)
  - ✓ The remaining tasks for the implementation (deployment of new SW, Testing, Training, etc.) will begin as soon as these changes have been developed and made available for release.

© Tyler Technologies 2017



**Exhibits to Complaint  - Page 103**

# Key Messages on the Implementation Lifecycle Options

- Once the SW development is completed, the implementation plan contains 3 months of training as requested by SRFECC for the mobile user base.

- The implementation plan allows for a "remediation period" after the full testing by SRFECC in order to fix any issues that may have occurred during the testing.  This period was not in the original plan and was discussed at length during the initial implementation.

- There are approximately 40+ "reporting" items that were marked as "non-compliant" simply because the reports had not been completed.  It is assumed that these will be completed prior to Go-Live in both of the delivery options.  These 40 are not included in the 161 total.

- In both options, the 41 Warranty items will be resolved prior to the initial Go-Live.

8                                          © Tyler Technologies 2017



# Option 1 – Schedule Prioritization



**Project Delivery Summary (weeks)**

| Date | Activity |
|---|---|
| T | Delivery Software Update |
| T+1 | Onsite Review |
| T+8,9 | CAD and Mobile Build Review |
| T+12 | System Review |
| T+14 | Mobile Train the Trainer |
| T+15-25 | SRFECC Mobile Training |
| T+28,29 | CAD Training |
| T+30 | Go-Live |

Project Delivery

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/1/2017 | Q1 2018 | Q2 2018 | Q3 2018 | Q4 2018 | H1 2019 | H2 2019 |

2018.1
3/20/2018

2018.2
6/12/2018

2018.3
9/11/2018

2018.4
12/4/2018

2019.2
6/2019

2019.4
12/2019

## Delivery Options

- 2018.2
  - 16 Items (see Appendix A) + 41 Warranty + Reports
- 2018.4
  - 6 Items (see Appendix A) + Other Warranty
- 2019.2
  - 2 Items (see Appendix A)

- 2019.4
  - 2 Items (see Appendix A)

© Tyler Technologies 2017



**Exhibits to Complaint  - Page 105**

# Option 1 – Schedule Prioritization Continued

**Project Delivery Summary (weeks)**

| Date | Activity |
|------|----------|
| T | Delivery Software Update |
| T+1 | Onsite Review |
| T+8,9 | CAD and Mobile Build Review |
| T+12 | System Review |
| T+14 | Mobile Train the Trainer |
| T+15-25 | SRFECC Mobile Training |
| T+28,29 | CAD Training |
| T+30 | Go-Live |



**12/1/2017**

**H1 2020** | **H2 2020** | **H1 2021** | **H2 2021** | **H1 2022** | **H2 2022**

2020.2 — 6/2020
2020.4 — 12/20
2021.2 — 6/21
2021.4 — 12/2021
2022.2 — 6/22
2022.4 — 12/22

## Delivery Options

- 2020.2
  - 4 Items (see Appendix A)
- 2020.4
  - 2 Items (see Appendix A)
- 2021.2
  - 1 Items (see Appendix A)

- 2021.4
  - 3 Items (see Appendix A)
- 2022.2
  - 2 Items (see Appendix A)
- 2022.4
  - 4 Items (see Appendix A)
- Reassessment Period (Review Remaining Prioritizations & re-plan schedule)

10

© Tyler Technologies 2017



# Option 2 – Requirements Prioritization

**Project Delivery Summary (weeks)**

| Date | Activity |
|------|----------|
| T | Delivery Software Update |
| T+1 | Onsite Review |
| T+8,9 | CAD and Mobile Build Review |
| T+12 | System Review |
| T+14 | Mobile Train the Trainer |
| T+15-25 | SRFECC Mobile Training |
| T+28,29 | CAD Training |
| T+30 | Go-Live |

Project Delivery →



## Delivery Options

- 2022.2
  - 45 Items (see Appendix A)
  - 41 Warranty Items (+ any additional)
  - All Reports
  - Project Delivery Lifecycle mirrors that of Option 1 (i.e. approx. 7 month lifecycle), which occurs <u>after</u> the SW Delivery
  - Go-Live Date is July 2023

© Tyler Technologies 2017



**Exhibits to Complaint  - Page 107**

# Appendix A – Release Content

2018.2 Release – 16 items
- Items #338, 353, 464, 703, 786, 920, 2193, 2793, 2807, 2843, 2853, 2912, 3244, 3029, 3276, 2870

2018.4 Release – 6 items
- Items #734, 2144, 2146, 2845, 2892, 2868

2019.2 Release  – 4 items
- Items #2956, 1643, 1708, 2851

2019.4 Release – 2 items
- Items #2877, 2809

2020.2 Release – 4 items
- Items #2859, 1715, 883, 2776

2020.4 Release – 2 items
- Items #2857, 2799

2021.2 Release – 1 item
- Items #2847

2021.4 Release – 3 items
- Items #2855, 891, 2797

2022.2 Release – 2 items
- Items #2773, 2586

2022.4 Release – 4 items
- Items #2761, 2550, 1408, 2530

**Totals:**
- 44 Requested Items
- 41 Warranty Items
- All Reports

**Key Messages:**
- Due to the length of the project lifecycle, the Prioritized List will continually be reviewed and reassessed to accommodate changes in priority after use of the product, increases knowledge of the functional capabilities, etc.

12                              © Tyler Technologies 2017



# Appendix B – List of Functional Items

- For a complete list of all functional items referenced in this deck, please refer to the attached spreadsheet that accompanied this deck.

- Spreadsheet is titled:
    - "Prioritized List for final SRFECC Deliverable 20171130.xls"

13                                   © Tyler Technologies 2017



# Appendix C – Excluded items

- The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base.

- The individual items are listed below.

| Req # | Description |
| --- | --- |
| 188 | The vendor shall explain the ability of their system to account for speed limits and other travel impediments, such as one way streets, restricted turn access, elevation of street networks, etc. and real time traffic conditions. |
| 707 | Field names |
| 760 | Button label |
| 762 | Fonts |
| 777 | Tab order through fields |
| 1283 | A method shall be available to manually enter new streets and addresses into the system for validation that are not contained in the GIS layer in an immediate manner that would allow for tabular verification and unit recommend until the information can be added into the GIS data. |

14                              © Tyler Technologies 2017



**Exhibits to Complaint  - Page 110**

# EXHIBIT 6

| | Column1 | Description | RFP Vendor Compliance | RFP Vendor Comments | SRFECC Review Comments | Vendor Compliance Status | Owner | PMW Issue # | Tyler Review Comments | Tyler Compliance Status | Owner2 | Tyler Review Comments v1 08/20/17 | Tyler Compliance Status3 | SRFECC Notes/Updates | SRFECC Status | SRFECC Priority | Tyler Status | Application | Case # / TNW Release |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | | A data warehouse for CAD information. | Fully Comply | | DSS needs to be installed, configured, tested, demonstrated and trained. | Functional Test | Tyler | | DSS to be installed, configured and trained on 2/5 | Fully Comply | | DSS to be installed, configured and trained on 2/5 | Fully Comply | 9/25/17 -DSS server appears to be installed, however, not configured for reporting. No training has been received. | Fail - Reports | 1 | Implementation | Reports | |
| 22 | | The operational environment will support real-time CAD operations. The data warehouse environment will be used to support all standard and ad hoc query and reporting needs. The separation of the two environments is to facilitate the necessary response in the CAD operational environment. Please describe in detail your solution for a data warehouse environment where | Fully Comply | | DSS needs to be installed, configured, tested, demonstrated and trained. | Functional Test | Tyler | | DSS to be installed, configured and trained on 2/5 | Fully Comply | | DSS to be installed, configured on 2/5 | Fully Comply | 9/25/17 -DSS server appears to be installed, however, not configured for reporting. No training has been received. | Fail - Reports | 1 | Implementation | Reports | |
| 74 | D. | The running of reports or external queries shall not impact response time. | Fully Comply | | Ask Tyler how can we determine system response time so we can validate. Is there a script? | Functional Test | Tyler | | David Bonini to address SRFECC's Review Comments with Systems Assurance | Fully Comply | | David Bonini to address SRFECC's Review Comments with Systems Assurance | Fully Comply | CAD Reports | Fail - Reports | 1 | Implementation | Reports | |

Exhibits to Complaint  - Page 112

| # | | Requirement | Status | | Notes | | Vendor | | Detail | Status | | DRD/Question | Type | Response | Result | | Pri | Category | Module | | Score |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 188 | b. | Tab order through fields | Fully Comply | | Not in all locations | Fail | Tyler | | old tip 24 - What are the specific fields/buttons that are not part of the tab order? TLO 10/3/2017 - The CFS has every field that can be placed in a tab order, the Location/Address is one data entry field that has 4 sections - currently there is not modification to that window, this would be an enhancement to seperate out that field into 4 seperate fields. All of the fields identifed in Column N are part of the CFS custom window configuration and can be added to the tab order. | Fully Comply | | DRD 08/14 - What are the specific fields/buttons that are not part of the tab order? | Question | 10/2/17: TNW responded - The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/16/17: Priority 1 1) propose to add tab grouping to allow the user to tab to specific groups. 2) Logical order of 3) Retest - configuration of tab order 4) Retest - configuration of tab order 3) 10/10/17: Remains a fail. We are not able to tailor or modify the tab order | FailX | | 1 | Development | CAD | | 0 |
| 190 | c. | Fonts | Fully Comply | | Not all, only in certain locations | Fail | Tyler | | DRD 8/14 - What are the specific fields/buttons that are not allowing for font modifications? TLO 10/3/2017 - this section deals with the CFS window. All fields inside the CFS window have adjustable fonts | Fully Comply | | DRD 8/14 - What are the specific fields/buttons that are not allowing for font modifications? | Question | 12/2/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/16/17: AP: Schedule a follow up discussion on this to determine what can/should be changed. This is something TNW can't do globally. Talking 5000 or more hours - complete rewrite of the UI. Chat - you can't Any list you pull up - the columns font can make bigger, but not title of the page/lists. TNW UI provider can change the label, but not the size. | FailX | | 1 | Development | CAD | | 0 |
| 192 | d. | Colors | Fully Comply | | Not fully comply with universal settings with CAD and Mobile | Fail | Tyler | | DRD 8/14 - Additional explanation is needed. TLO 10/3/2017 - This area refers to CAD not to Mobile configuration - they are able to customize the colors for the priorities and the statuses within CAD. | Fully Comply | | DRD 8/14 - Additional explanation is needed. | Question | 10/10/17: Agree the section is about CAD. We need the functionality in the mobile as well. 9/25/17: it is affecting night mode in mobiles and not able to assign different colors while in night mode. | Enhancement | | 5 | Enhancement | Mobile | | |

| 194 | e. | Button size | Fully Comply | | Does not comply | Fail | Tyler | DRD 8/14 - Buttons within the CFS layout may be resized by clicking the solid line and adjusting to the desired size. TLO 10/3/2017 - This area is referring to the CFS window, those buttons can be resized. Menu/title bars are controlled by MS Windows Settings | Fully Comply | | DRD 8/14 - Buttons within the CFS layout may be resized by clicking the solid line and adjusting to the desired size. | Fully Comply | 10/2/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/16/17: Buttons need to be adjustable - TNW is not 508 compliant. The data entry window is the only window. Tara mentioned that we could hide the label. Turn off the labels? Needed because of cognitive memory. Priority 2 - TNW will provide the option to be able to configure button sizes. AP: Follow up discussion 10/10/17: Remains a | Fail | 2 | Development | CAD | |
| 196 | f. | Button label | Fully Comply | | Not sure we can change all of these - some we can, some we can't. | Fail | Tyler | DRD 8/14 - What are the specific button labels that cannot be changed? TLO 10/3/2017 - The functionality of the fields were repurposed for the agencies needs - the naming of those windows were changed on the CFS window to identify the values. | Fully Comply | | DRD 8/14 - What are the specific button labels that cannot be changed? | Question | 12/1/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/16/17: provide a list of inconsistencies/ needs further discussion. Data entry tab and detail  you can. 10/10/17: Remains a fail. 9/25/17: For CAD appears BEAT was changed to RADIO. - Globe GIS Verification Window, Unit Detail Window | FailX | 1 | Development | CAD | 0 |
| 198 | g. | Audible and visual alerts | Fully Comply | | visual alert (flag) is too small | Fail | Tyler | may be configured to allow for various audible alerts based upon Call Priority, which is defaulted based upon the Call for Service Type and Call Status. Additionally, the Call List in which the Call for Service appears may be configured to allow a red border to appear indicating a new call has presented itself. The "visual alert (flag) is too small" is likely the Change Tracker indicator, may be increased in size by increasing the overall Font Size of the Call List TLO 10/3/2017 - Their response labled for | Fully Comply | | DRD 8/14 - Software may be configured to allow for various audible alerts based upon Call Priority, which is defaulted based upon the Call for Service Type and Call Status. Additionally, the Call List in which the Call for Service appears may be configured to allow a red border to appear indicating a new call has presented itself. The "visual alert (flag) is too small" is likely the Change Tracker indicator, may be increased in size by increasing the overall Font Size of the Call List | Fully Comply | 1) ISSUE/DEFECT - There is no audible tone for group messages. David to research the case number and add it. 2) 3 Default "ding" alert in a chat session needs to be changed to be customizable. Change Tracker - can't remove people tab. TNW is looking at a new way of notifying users over all. AP: Highlight on nondefault windows 2017.2 - Number of unread messages in the chat window will be in CAD and Mobile. AP: Jerrold will confirm this will work even when the view is open. Priority - Chat message - | Fail | 1 | Development | CAD | |

| 200 | h. | Field names | Fully Comply | | Not able to change them (Map). Some - Radio Button, but points to the ORI in the CFS screen says Radio, Battalion points to Beat but says BAT | Fail | Tyler | ...and by GIS - Field names within the CFS layout may be renamed/repurposed based upon agency's decision. The GEO Verification window (small globe) labels do not allow for modification as they are hardcoded and tied to GIS related databases (ORI, FDID, Beats, etc.). The request was made during CAD configuration to present the dispatcher with additional information on the face of the CFS, Battalion area, Map Page/Grid, Radio Channel. In order to accomplish the request via the GIS database, various fields | Fully Comply | | names within the CFS layout may be renamed/repurposed based upon agency's decision. The GEO Verification window (small globe) labels do not allow for modification as they are hardcoded and tied to GIS related databases (ORI, FDID, Beats, etc.). The request was made during CAD configuration to present the dispatcher with additional information on the face of the CFS, Battalion area, Map Page/Grid, Radio Channel. In order to accomplish the request via the GIS database, various fields within the GIS settings were repurposed to allow for desired functionality. For example, the District field was mapped to Battalion layer and the Beat field was mapped to the Radio Channel. During configuration of the CFS Layout, custom labels were implemented to aid in | Fully Comply | 10/11/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/1/17: Same as button labels 10/10/17: Remains a FAIL - we are not able to tailor the field names throughout the CAD System. It is unacceptable to have different field names through out the system referencing the same data. For example, in the GEO Verification window, the Police Area field is the BAT field in the CFS window in the background in | FailX | 1 | Development | CAD | | 0 |
| 207 | | The proposed software shall be capable of supporting incident intake, resource recommendations, dispatching, unit status, and management reporting for Fire and EMS and provide the following functions and features, at a minimum | Fully Comply | | Needs to be tested | Functional Test | Tyler | DRD 8/14 | Fully Comply | | DRD 8/14 | Fully Comply | All ok - except management reporting. 9/19: There has been zero consistency in CAD Web Reports or DSS. | Fail - Reports | 1 | Implementation | Reports | | |
| 216 | | These workstations will be used to perform administrative functions in CAD such as performing file maintenance. They will also be using the ad hoc query tool in CAD to write reports and generate statistics. They will not be heavy users of the operational component of CAD but they will have access to the CAD system. | Partially Comply | Aegis applications do not support database file modifications. | Needs to be tested | Functional Test | Tyler | DRD 8/14 | Partially Comply | | DRD 8/14 | Partially Comply | 9/25 - CAD URL does not work. Warning, out of date error. | Fail - Reports | 1 | Implementation | Reports | | |
| 242 | A. | Support for identical unit IDs for different jurisdictions. | Fully Comply | | How do you comply, needs to be demonstrated to us. | Functional Test | Tyler | DRD 8/14 - Software does not allow for duplicate Unit IDs for different jurisdictions. For example, there can only be one E1 (Engine 1) in the software, no matter what jurisdiction. Unit ID numbers must be unique. | Fail | | DRD 8/14 - Software does not allow for duplicate Unit IDs for different jurisdictions. For example, there can only be one E1 (Engine 1) in the software, no matter what jurisdiction. Unit ID numbers must be unique. | Fail | 10/10/17: Remains a fail | Fail | 1 | WARRANTY | CAD | 5718913 | |
| 283 | A. | Shortest travel time based upon AVL or in the case of fire units station location, to include intelligent routing accounting for one way streets, turn restrictions, speed limits, elevation of streets , and Limited Access Roadways (LAR's). | Fully Comply | | Needs to be tested. | Functional Test | Tyler | DRD 8/14 | Fully Comply | | DRD 8/14 | Fully Comply | 12/8/17: Case opened 10/10: Need a case opened on this if there isn't one already. 9/25/17: Fail - elevation is not working and is a known issue GIS is aware of. | Fail - Warranty | 1 | WARRANTY | GIS | CASE #5693421 | |

| # | | Requirement | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 327 | D | There shall be the ability to change these function keys for CAD and mobile data, as well as per agency for mobile configurations. | Fully Comply | | Does not comply for Fire Mobile | Fail | | Tyler | | DRD 8/14 - For Mobile | DWright 10/02/2017 - The Case Referenced is a warranty item regarding the operational use of function keys in Mobile. The RFP item refers to the ability to change function key assignments which we partial comply as we cannot define Function keys by agency agency. | Partial | DRD 8/14 - For Mobile | Fail - does not comply for Fire Mobile Case - 5711699 | Fail - Warranty | 1 | WARRANTY | 5711699 |
| 338 | E | All functions that are capable of being performed via other functionality shall be accommodated via the command line. Standard windows menu processing <Alt> <letter> is not sufficient. | Fully Comply | | Can't replace units in the Recommendation window which is a full mouse window. | Fail | | Tyler | | DRD 8/14 - User can replace units via the command line utilizing the Exchange Units mapped command and/or the Reroute Units mapped command. TLO - 10/4/17 - This is true that you can not via the command line re-recommend a unit that is listed to respond. | Partially Comply - TLO 10/4/17 | DRD 8/14 - User can replace units via the command line utilizing the Exchange Units mapped command and/or the Reroute Units mapped command. | Goal - should ad several commands from within the recommendation window and adding addtional commands. Jerrold will work with us to dtermine the list. 10/10/17: Rmains a fail. 9/5/17: FAIL - you are not able to manipulate units in the recommendation window other than with a mouse action. ISSUE: X UNIT command gives an error "The parameter "send ripandrun" is required. 8/31 - Learned how to enter new commands in Command Maintenance. Added the LVX command. | Fail | | 1 | Development | CAD | 22.4 |
| 353 | D | Only those functions that are allowed by security shall be displayed, except when using Windows drop-down dialog boxes, where the features not available shall be grayed out. | Fully Comply | | This is not the case in CAD and Mobile. | Fail | | Tyler | | | DWright 10/23/2017 - Permissions prevent users from specific modules or actions. Please describe whay the response is marked Fail in Mobile. DRD 8/14 - If a user is not granted permission for a specific module or window, they will not be able to utilize the functionality. Additionally, CAD templates may be configured to remove any module that administrators do not want present on a template. | Fully Comply | DRD 8/14 - If a user is not granted permission for a specific module or window, they will not be able to utilize the functionality. ADRDitionally, CAD templates may be configured to remove any module that administrators do not want present on a template. | Fully Comply | 12/12/17: TNW agrees this fails. FAIL - On Mobile COMPLY - CAD | Fail - TNW Agreement | 1 | Development | Mobile |

| # | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 355 | E. | The Vendor shall explain how the menus work in relation to provided security features. | Substitution | CAD Enterprise (and Mobile) do not use Windows navigation menus; the application launches displaying the workspace with a standard Windows ribbon toolbar, application button and configurable quick-view menu. Security for CAD is configured by role; the user will be unable to access any feature for which he or she does not have the necessary permissions. | Question: Why fully comply above and here a substitution? | Question | Tyler | DRD 8/14 - Enterprise CAD is built off of platform that utilizes various ribbons (Dispatch, Search, Maintenance, Help) to allow for navigation through the application. Furthermore, the Application Button serves as the traditional "File" button where a user may select varying options. The use of the different modules found throughout the ribbons is subject to a user being granted permissions through Enterprise Security - Same Response TLO 10/4/2017 | Fully comply | DRD 8/14 - Enterprise CAD is built off platform that utilizes various ribbons (Dispatch, Search, Maintenance, Help) to allow for navigation through the application. Furthermore, the Application Button serves as the traditional "File" button where a user may select varying options. The use of the different modules found throughout the ribbons is subject to a user being granted permissions through ESS | Fully comply | 10/4/17: Status changed from Fail to Enhancement 11/16/17: Purge all - security enhancement David entered. Enhancement - lock down templates with permissions - for example a user can close the pending window, not realize it and close the window. 10/10/17: Where is the enhancement for removing the purge all button( The Purge All button on the 911 Queue)? Not able to manipulate the list as they are - lock down the templates - can rearrange on the fly, can't save it, however, they can change it and Enhancement | $ | Enhancement | CAD |
| 370 | | Any information displayed on a CAD workstation shall be able to be printed, in the same format as displayed on the workstation, on a designated shared printer, a locally attached printer, or "routed" (sent) to other workstations or printers at any time. Adding or deleting printers shall not require a restart of the CAD system. | Fully Comply | | Show us how this complies Print function gives an error ROUT function is not working | Fail | Tyler | DRD 8/14 - Call and Unit lists may be exported into Microsoft Excel and display exactly what was present in the grid. At that point, the user may modify the Excel worksheet, print or save it in various formats to be emailed. Information contained in a Call for Service may be printed to contain all information or the user can choose to excluded certain information (restricted narrative). Software will print to any printer specified in Device and Printers within the Windows workstation  TLO - Same response as above 10/4/2017 | Fully Comply | DRD 8/14 - Call and Unit lists may be exported into Microsoft Excel and display exactly what was present in the grid. At that point, the user may modify the Excel worksheet, print or save it in various formats to be emailed. Information contained in a Call for Service may be printed to contain all information or the user can choose to excluded certain information (restricted narrative). Software will print to any printer specified in Device and Printers within the Windows workstation | Fully Comply | 11/16/17 - Need to add print to Chat and insure all tables can export to Excel. 10/10/17: Remains a Fail. The system is not able to print any information displayed on a CAD workstation. We are not able to print or export messages from the Chat Window. Everything is exported to Excel. You can print from the CFS or something that can be exported to Exel. Must at the Excel Ad In - works, doesn't work, has to do with profiles. FAIL | 1 | Development | CAD |
| 384 | C. | Vendors shall explain how this functionality is provided and if the proposed system incorporates the ability to create "training scripts" for CAD simulations. | Fully Comply | The proposed required hardware includes a test/training server that would be used for training purposes and to test software upgrades. A duplicate of the live system is created as a test system on this server and may also be used for ongoing training purposes. This test/training system is implemented concurrently with the primary system. | How do you comply with Training Scripts? Fail | Fail | Tyler | DRD 8/14 - What is meant by Training Scripts? Is this a series of inquiries/executions made against the software to automate testing functionality of the software.  TLO - Same as above 10/04/2017  Updated DB 10-4 - David B to ascertain how testing scripts were developed and utilized. David to check with Jeff Sanders, Jim Lucas and the special account manager for SNOCOM. | Fully Comply | DRD 8/14 - What is meant by Training Scripts? Is this a series of inquiries/executions made against the software to automate testing functionality of the software? | Question | 11/16/17: AF CAD Implementer to work on the training scenario/guide. John showed an example. 10/10/17: how the vendor explains - it is a NS32duplicate system is not accurate. We are aware the scripts exists like at SNOCOM. FAIL | 1 | Implementation | CAD |

| # | | Requirement | | Notes | Test Type | Tester | | DRD | Comply | | DRD | Comply | | Notes | Result | | Category | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 386 | D. | The ability shall exist to upload new maps, tables, units, users, security, etc. from the live system to the training environment without duplication of manual entry. | Fully Comply | Installed needs to be tested | Functional Test | Tyler | | DRD 8/14 Updated DB 10-4 - Need to provide Diane with the instructions for | Fully Comply | | DRD 8/14 | Fully Comply | | 12/8/17: TNW to provided documentation and training 10/10/17: Remains a fail 9/25/17 - the | Fail | 1 | Implementation | SA | |
| 395 | C. | Once files have been tested in the test environment these files shall be easily loaded from the test environment to the live environment without having to re-key them in. | Fully Comply | Installed needs to be tested | Functional Test | Tyler | | DRD 8/14 Updated DB 10-4 - Need to provide Diane with the instructions for updating from Prod to | Fully Comply | | DRD 8/14 | Fully Comply | | 12/8/17: TNW to provided documentation and training 10/10/17: Remains a fail 9/25/17 - the | Fail | 1 | Implementation | SA | |
| 397 | D. | The ability shall exist to upload new maps, tables, units, users, security, etc. from the live system to the test environment without duplication of manual entry. | Fully Comply | Installed needs to be tested | Functional Test | Tyler | | DRD 8/14 Updated DB 10-4 - Need to provide Diane with the instructions for updating from Prod to Test | Fully Comply | | DRD 8/14 | Fully Comply | | 12/8/17: TNW to provided documentation and training 10/10/17: Remains a fail 9/25/17 - the environments do not replicate themselves. It is a manual process to move data from one environment to another. | Fail | 1 | Implementation | SA | |
| 416 | A. | The system shall allow with proper security, the delayed entry of incidents, with a capability of entering actual time, not current computer time, into all time fields. | Fully Comply | How do you comply with this? We have not seen this. | Fail | Tyler | | DRD 8/14 - CAD Catchup allows for manual entry of incidents, capable of entering actual times, not current computer times. | Full Comply | | DRD 8/14 - CAD Catchup allows for manual entry of incidents, capable of entering actual times, not current computer times. | Full Comply | | on CAD Catchup. 8/31: TLO advised the catchup does not work, there are many issues with the Catch-Up Review which then requires SA involvement to run scripts. DB to file a case on this. TLO advised there are several open tickets with live clients. Technical Matrix: CAD Catch-Up – CAD Enterprise offers CAD Catch-Up functionality. This feature allows a CAD client to continue basic operations while offline from the network or if the server is down. The CAD client provides the user with a warning and the user can continue operations knowing their work will synchronize back up with the CAD server when back online. Additional information about this feature is available under the CAD Catch-Up Functionality heading later in this section. 7/17/17: Fail – we have not been trained on this. It has | Fail - Warranty | 1 | WARRANTY | | 5728563 |
| 418 | B. | Any entry of information subsequent to the entry of the original incident shall include the date, time, and ID of the person entering the information, and that the information was manually entered. | Fully Comply | How do you comply with this? We have not seen this. | Fail | Tyler | | DRD 8/14 - Any changes made to a CFS after it has been created and/or closed will be captured in the Logs section of said CFS. Within that tab, the Date/Time, User, Action, Description, and Machine are all identified | Fully Comply | | DRD 8/14 - Any changes made to a CFS after it has been created and/or closed will be captured in the Logs section of said CFS. Within that tab, the Date/Time, User, Action, Description, and Machine are all identified | Fully Comply | | COMPLY - Via cleared call search in CAD The ID is no longer showing it is showing the User Name Case 5720773 | Fail - Warranty | 1 | WARRANTY | | 5720773 |

| # | | Requirement | | Response | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 420 | C. | Vendors shall identify how this is accomplished and any restrictions such as timeline sequence that has to be followed. | Fully Comply | How do you comply with this? We have not seen this. | Fail | Tyler | DRD 8/14 - Will review CAD Catchup process with Build Team during week of 8/28 | Fully Comply | | DRD 8/14 - Will review CAD Catchup process with Build Team during week of 8/28 | Fully Comply | FAIL - Have not been trained on CAD Catchup and multiple issues, 9/19: Case to be filed by TNW | Fail - Warranty | 1 WARRANTY | | 5728563 |
| 447 | B. | The returns from all queries that are automatically generated shall be included in the incident record. | Fully Comply | How do you comply with this? We have not seen this. | Fail | Tyler | DRD 8/14 - Incident number and CFS number are both available fields to be displayed when running queries. | Fully Comply | | DRD 8/14 - Incident number and CFS number are both available fields to be displayed when running queries. | Fully Comply | FAIL - CAD Web Reports is not working, DSS is not installed. We need training on both. QUESTION: Where do we find the incident number? We can find the CFS, not the incident number with the DRI. | Fail - Reports | 1 Implementation | Reports |
| 464 | C. | Ability to configure if an operator tries to log into more than one terminal at a time, there will be a method in place to confirm log off at prior terminal before logging in again. | Fully Comply | How is this managed? Does not comply. | Fail | Tyler | DRD 8/14 - Currently there is no limitation to the number of workstations a single user can log into in regards to Enterprise CAD | Fail | | DRD 8/14 - Currently there is no limitation to the number of workstations a single user can log into in regards to Enterprise CAD | | 12/12/17: TNW agrees this fails. DRD 8/14 - Currently there is no limitation to the number of workstations a single user can log into in regards to Enterprise CAD | Fail - TNW Agreement | 1 DEVELOPMENT | CAD |

| # | | Requirement | Vendor Response | Comment | Result | Tester | DRD/Follow-up | Result | DRD/Follow-up | Result | Notes | Result | Priority | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 478 | C. | The time and date, along with the ID of the operator logging off and the ID of the operator logging on, shall be recorded in a system history log file. | Fully Comply | Haven't seen the system history log file. How do we access it? | Fail | Tyler | DRD 8/14 - Follow up - ESS captures login attempts/history.  TLD - Same as above 10/4/2017 - LP - does not capture logoff | Fail | DRD 8/14 - Follow up - ESS captures login attempts/history... What about logoff? | | 12/11/17: TNW agrees this is a fail. 11/16/17: Priority 2 - Goal - capture the log off times. 10/10/17: Does not capture the log off. This is necessary for log off. Possibly something in CAD Web Reports | Fail - TNW Agreement | 1 Development | CAD |
| 532 | h. | X, Y coordinates (lat and long) in State designated format (Degree-min-sec, decimal Degrees or UTM) | Fully Comply | Show us how this is accomplished, how do we enter a degree - min - sec? | Fail | Tyler | DRD 8/14 - Software accommodates both formats. User may enter the LAT/LON into the CFS entry window in the Location field, the Geo Verification window, or the Mapping Client's Find Location. Coordinates are separated by the vertical bar next to the ENTER key (\|) TLD - the RFP doesn't state that it has be in both, just that they user can enter either, the choice of how the lat/long is entered is an agency decision. 10/4/2017 | Fully Comply | DRD 8/14 - Software accommodates both formats. User may enter the LAT/LON into the CFS entry window in the Location field, the Geo Verification window, or the Mapping Client's Find Location. Coordinates are separated by the vertical bar next to the ENTER key (\|) | Fully Comply | 12/8/17: TNW will not enhance the product on this one. 11/16/17: Priority 2 - Provide an option to support DMS, DD and UTM coordinate system. AP: Jerrold will need to confirm with ESRI that we can do simultaneous use. Will be up to what ESRI supports. 10/10/17: Remains a fail - you are not able to use all formats. 9/25/17: MSP does both, Enterprise does not - TLD advised it needs to be one or the other based on what ESRI is configured for. DMS Example - 33.33.54.90 1211843.64 | Fail | 2 Development | CAD |
| 544 | j. | All original E9-1-1 ANI/ALI information shall be saved and made part of the incident record even if the user changes the original E9-1-1 ANI/ALI information (e.g., the incident is not at the caller's location), or a rebid occurs on a wireless 9-1-1 call. | Fully Comply | Does not work | Fail | Tyler | DRD 8/14 - ANI/ALI that is associated with a CFS-is part of the E911 tab and includes all captured information from the ANI/ALI feed. | Fully Comply | DRD 8/14 - ANI/ALI that is associated with a CFS-is part of the E911 tab and includes all captured information from the ANI/ALI feed. | Fully Comply | Goal: Maintain the 911 queues locations and rebids into the incident history. 10/10/17: Remains a fail. 9/19: Fail - When there is a rebid - we loose the data, they clear the que, never know where that plot was. Rebids are not retained. We need to know the original location and the rebid location. // There is an issue. From PMW: Working Properly: Base software does store the data as it came into the system from the ANI/ALI. It does store the parsed data from the E911 queue in the E911 tab and this data cannot be | Fail | 1 Development | Interface |

| # | | Requirement | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 551 | c. | Alias names, including spelled or abbreviated directionals. | Fully Comply | SRFECC GIS needs training and further assistance from Tyler New World GIS. | Fail | Tyler | Was successfuly tested with Matt week of 8/14/17. | Fully Comply | | DRD 8/14 - GIS Follow up if not being rectified the week of 8/14 | Fully Comply | Case opened - 4700 FOB | Fail - Warranty | 1 | Warranty | 5729119 |
| 567 | k. | Coordinate address (Latitude and Longitude in both decimal degrees and degrees, minutes, seconds). | Fully Comply | Show us how to do degree-minutes-seconds | Fail | Tyler | DRD 8/14 - Software accommodates either but will primarily use the selected coordinate system within the GIS data | Fully Comply | | DRD 8/14 - Software accommodates either but will primarily use the selected coordinate system within the GIS data | Fully Comply | 12/8/17: David provided the case numbers and will research if this is also related to #532 and why there two case numbers? 10/10/17: Remains a fail - you are not able to use all formats. 9/25/17: MSP does both, Enterprise does not - TLO advised it needs to be one or the other based on what ESRI is configured for. DMS Example - 33.33.54.90 1211843.64 | Fail - Warranty | 1 | Warranty | CAD | Case 5819975, Case 5820028 |
| 605 | o. | Identify source of call origination (i.e., ("T") telephone, (9) 9-1-1 system, ("R") Radio, etc.). | Fully Comply | Next to the contact (OIV, phone, 911). The E911 data is only showing 911 not WPH1 or WPH2. Reported on 6/20/17. | Fail | Tyler | DRD 8/14 - Need to confirm but I believe the parsing issue was resolved during last Build Week TLO 8/15 - They are looking for the phone type of call on the face of CFS it is located in the 911 Tab what class of service was sent | Fully Comply | | DRD 8/14 - Need to confirm but I believe the parsing issue was resolved during last Build Week TLO 8/15 - They are looking for the phone type of call on the face of CFS it is located in the 911 Tab what class of service was sent | Fully Comply | 10/10/17: SRFECC agrees this is an enhancement because we did not breakdown the (9) requirement. 9/25/17: FAIL -CASE The 911 in the contact field needs to be split between the different types of 911 calls - 911, WPH1 or WPH2 | Enhancement | 5 | Enhancement | CAD/Interfaces | 5708617 |

| 703 | B. | The CAD shall utilize a "soundex", "metaphone", and/or other appropriate look-up aids for street names, intersections, commonplace names, landmarks, or street or highway route numbers. (Windows type ahead is not soundex nor a metaphone). | Fully Comply | ESRI Soundex. | | Why the comment of ESRI Soundex? Is this what is used? What is the status of Soundex? | Fail | | Tyler | | | DRD 8/15 - Software uses a combination of type ahead functionality and ESRI's Soundex which is a method used for searches and address matching. Soundex uses an algorithm to represent letters and numbers with similar phonetic equivalents to facilitate searching. | Fully Comply | | | DRD 8/15 - Software uses a combination of type ahead functionality and ESRI's soundex which is a method used for searches and address matching. Soundex uses an algorithm to represent letters and numbers with similar phonetic equivalents to facilitate searching. | Fully Comply | | 10/10/17: Remains a fail, there is no soundex. 8/17: FAIL - there isn't an ESRI Soundex. | Fail | | 1 | DEVELOPMENT | ILP | |
| 705 | C. | The CAD system may also in addition to soundex utilize other appropriate look-up aids such as type ahead. | Fully Comply | | | This does not work | Fail | | Tyler | | | DRD 8/15 - What specifically does not work? | Question | | | DRD 8/15 - What specifically does not work? | Question | | 10/10/17: Remains a fail. There is no soundex or type ahead. | Fail | | 1 | DEVELOPMENT | ILP | 18.2 |
| 707 | a. | If type ahead is utilized, the system shall only display as possible matches those streets on which the numeric address that has been entered is a valid address. (i.e. if the initial entry is 175 S, MA – the type ahead drop down would not show S. Main St. unless 175 was a a valid address on S. Main St.) | Fully Comply | | | This does not work | Fail | | Tyler | | | DRD 8/15 - Follow up needed as this was in the works as an enhancement to the Interactive Location Prompt (ILP) | Follow Up | | | DRD 8/15 - Follow up needed as this was in the works as an enhancement to the Interactive Location Prompt (ILP) | Follow Up | | 12/12/17: TNW agrees this is a fail. 8/8/17: The numeric value is not considered. | Fail - TNW Agreement | | 1 | DEVELOPMENT | ILP | 20.4 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 709 | D. | A list of possibilities should be displayed when a partial spelling or misspelling of a street name is entered. | Fully Comply | | This does not work | Fail | Tyler | DRD 8/15 - Depending on the sensitivity of the locator set in ESRI, misspelled street names and partials will display | Fully Comply | DRD 8/15 - Depending on the sensitivity of the locator set in ESRI, misspelled street names and partials will display | Fully Comply | 12/12/17: TNW agrees this is a failure. 8/8/17: Fail - ILP | Fail - TNW Agreement | 1 DEVELOPMENT | ILP | 10.2 |
| 716 | b. | Intersections, | Fully Comply | | We need to test - Palm/Watt D) looking at the possibility of removing the venue from the TNW logic/script. | Fail | Tyler | DRD 8/15 - Intersections are working with the exception of those where two venues are present | Fully Comply | DRD 8/15 - Intersections are working with the exception of those where two venues are present. | Fully Comply | 12/12/17: TNW agrees this is a fail. 8/18/17: Fail - ILP | Fail - TNW Agreement | 1 DEVELOPMENT | ILP | 18.2 |
| 718 | c. | Commonplace names, | Fully Comply | | How do you alias a commonplace? | Fail | Tyler | DRD 8/15 - There are no limits to the number of common names that may be added to an address, intersection, or LAT/LON.  TLO - this is an enhancement to have Alias Built into the common names - the software fully complys with the ability to have common name file - they can create different common names for each business - KFC or Kentucky Fried Chicken - both can be created for the same address. 10/4/2017 | Fully Comply | DRD 8/15 - There are no limits to the number of common names that may be added to an address, intersection, or LAT/LON. | Fully Comply | 12/12/17: TNW does not agree this is a failure, however, item #777 is the same and it is in development. Shouldn't this be release 18.2 as well? 11/16/17: Priority 1 Goal Will bring this back - commonplace grouping 10/10/17: Fail - ILP Common Name Grouping is no longer supported in Enterprise. It was in MSP. There are far too many common place names with the same name, i.e. McDonalds. | Fail | 1 DEVELOPMENT | ILP | 22.2 |

| # | | Requirement | | | | | | DRD | | | | Comments | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 728 | I. | The call taker must also have the ability to restart the location look-up with a new location. | Fully Comply | | Does not work | Fail | | Tyler | DRD 8/15 - Once a verified location has been entered and the user goes back to change the location, unless the user selects a common name, the Venue must be updated to reflect the change.  If Venue is unknown, set it to NONE and the software will reattempt to verify.  TLO - Same as DRD reply 10/3/2017 | Fully Comply | | | 11/16/17: Priority 1 Goal: when the location is cleared to reverify another location, clear the venue too. 10/10/17: Remains a fail. 9/25/17: Need to clear out the venue or close/reopen the window. Takes the commonplace name to an address but not a location. | Fail | | 1 DEVELOPMENT | CAD | 18.4 |
| 734 | L. | Once the address is validated, the system must identify the X, Y coordinate | Fully Comply | | Show us where to see this? We are not able to find it. | Fail | | Tyler | DRD 8/15 - The coordinates are available when viewing the call in the Geo verification window or within the Mapping Client  TLO - Same as DRD reply 10/3/2017 | Fully Comply | | DRD 8/15 - The coordinates are available when viewing the call in the Geo verification window or within the Mapping Client | Fully Comply | 11/16/17: Priority 1 Goal - give the xy coordinate to the address by addig a new field. 10/10/17: They system is not identifying the x/y once the address if validate. You can go and find it on the map. 9/25/17: Fail - it is not in the call for service. It is not displaying the lat/lon consistently for all business line calls in the e911 list.  It is in the "globe" after clicking on the map and in the Mapping Client. | Fail | | 1 DEVELOPMENT | CAD | |
| 744 | N. | The incident location shall be displayed in the center of the associated Integrated Map Display zoomed to a readable level automatically after the address is validated. Vendors shall describe how the map display will function with both densely and less-densely addressed areas. | Fully Comply | | If you validate an e911 interface location, the map moves to center on the location. When you enter an address manually, the map does not move until you hit the map it button. We expect it to work the same for both - map center after address verification | Fail | | Tyler | DRD 8/15 - Software Enhancement as the Mapping Client does not automatically zoom again when an address is changed | Fully Comply | | DRD 8/15 - Software Enhancement as the Mapping Client does not automatically zoom again when an address is changed | Fully Comply | 12/8/17: This is a Fail - TNW moved this from enhancement to Development. This is critical functionality for cutover. 11/16/17: Goal: When validating the address, to have the location pinned  to the center of the map and have the ability to move something on the map - all address verification.When geoverifying address should zoom to an address which will be configurable. 10/10/17: SRFECC does not agree this is an enhancement. 9/25/17: FAIL - Case is needed. | Fail | | 1 Development | CAD/GIS | Updated DB 10-4 - I originally filed Case # 5720766 and 5718789 but it was closed as it was an RFP failure only. Need to create an enhancement request for this item. |

| # | | Requirement | | | | Vendor | | | | | | Comment | | Priority | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 756 | T. | The system shall allow for a street name to be entered without a block range and/or city and return all possible ranges with City and location to be used to query the caller as to which is the correct choice. | Fully Comply | | No ranges are displayed | Fail | Tyler | DRD 8/15 - An address must be entered to begin the search for possible candidates. | Fail | DRD 8/15 - An address must be entered to begin the search for possible candidates. | Fail | ...changed this from enhancement to development. Critical funcationality for cutover. This is an ILP component. 11/16/17: Priority 1 - Goal NEW ILP response to provide multiple venue options. Folsom Blvd - what range and what city - needs to present more than one options. If the incorrect range is given, the correct range should be given with cross streets in trying to narrow down where a caller is coming from within the ILP. 10/10/17: SRFECC does not agree this is an enhancement. Updated DB 10-4 - I | Fail | 1 | DEVELOPMENT | ILP | 19.4 |
| 760 | V. | In the event a location cannot be properly validated against the geofile, the system must allow for the manual processing of the incident and notify the dispatcher or supervisor of the special address. A method must be employed to allow for referencing a closest known location to perform unit recommend. Whenever this method is employed a self-generated report shall be automated to the system administrator for investigation and reconciliation. | Fully Comply | | Using address override, the unit recommendation is a manual process. There is no report to the SA. Show us this? | Fail | Tyler | ...address is overridden the user can select the appropriate fire department (FDID) and/or response area (Fire Area). Based on selecting that information and the call type, unit recommendations will work based on Area Assignments, not proximity as no route is available. When a CFS is overridden, a report can be ran through CAD to display all CFS that have been overridden. TLO - 10/4/2017 - they should now be able to see the overridden report in the Web Reports - A report can be setup to run automatically, daily, | Fully Comply | DRD 8/15 - Once an aDRDress is overriDRDen the user can select the appropriate fire department (FDID) and/or response area (Fire Area). Based on selecting that information and the call type, unit recommendations will work based on Area Assignments, not proximity as no route is available. When a CFS is overriDRDen, a report can be ran through CAD to display all CFS that have been overriDRDen. | Fully Comply | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 11/16/17: Needs further discussion 10/10/17: Remains a fail. 9/19: This is not automatic. Remains a FAIL // It is not automatic. No scheduling of reports in CAD or DSS. Using address override, the unit recommendation is a manual process. There is no report to the SA. Show us this? | FAIL | 3 | DEVELOPMENT | CAD | |
| 762 | W. | A method shall be available to manually enter new streets and addresses into the system for validation that are not contained in the GIS layer in an immediate manner that would allow for tabular verification and unit recommend until the information can be added into the GIS data. | Fully Comply | | For compliance, demonstrate how this is accomplished. | Fail | Tyler | ...address is overridden the user can select the appropriate fire department (FDID) and/or response area (Fire Area). Based on selecting that information and the call type, unit recommendations will work based on Area Assignments, not proximity as no route is available. When a CFS is overridden, a report can be ran through CAD to display all CFS that have been overridden. Updated DB 10-4 - Diane to take this back to the agency to review. This is a matter of interpretation. We believe we meet this | Fully Comply | DRD 8/15 - Once an aDRDress is overriDRDen the user can select the appropriate fire department (FDID) and/or response area (Fire Area). Based on selecting that information and the call type, unit recommendations will work based on Area Assignments, not proximity as no route is available. When a CFS is overriDRDen, a report can be ran through CAD to display all CFS that have been overriDRDen. | Fully Comply | 12/1/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of overall benefit of the product, or current demand of the user base. 11/16/17: Part of #760 allowing the dispatcher to enter a temporary address, a report then a way to purge 10/10/17: Remains a Fail | Fail | 1 | DEVELOPMENT | CAD | |

| # | | Requirement | | | | | | Comment | | | Comment | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 777 | G. | If the common place is a multi-unit structure with common places names associated with the sub units the system shall display a list of additional common-places that the operator may choose from. (i.e. XYZ Shopping Mall, the system should display other common place names within the mall such as the names of the stores) | Fully Comply | | Show us how this works - High rise, a building and then a unit #? | Fail | Tyler | DRD 8/15 - Based upon Common Name entry against an address, all Common Names entered against the address will be selectable via dropdown below the location field.  TLO - 10/4/2017 this fully complies - test by entering in different common names in to the same address, the address entered will then give a pick list of the common names for the users to choose from. | Fully Comply | DRD 8/15 - Based upon Common Name entry against an aDRDress, all Common Names entered against the aDRDress will be selectable via dropdown below the location field | Fully Comply | 12/13/17: Not on the TNW fail agreement list, however it is in development. 11/16/17: This in in development now. 10/10/17: Fail - Common Name Grouping.There is no solution in the system for this | Fail | 1 | DEVELOPMENT | ILP | 18.2 |
| 782 | B. | If the user enters an alias street name, the CAD shall automatically translate the alias name to the correct street name. | Fully Comply | | Needs testing | Functional Test | Tyler | | | | | 9/19 remains Fail - issue with Aliases, cases entered | Fail - Warranty | 1 | WARRANTY | | 5729119 |
| 784 | C. | If several variations of the same name exist, the CAD shall display a list of all possible street name variations. | Fully Comply | | Needs testing | Functional Test | Tyler | | | | | 12/13/17: TNW agrees this is a Fail. 11/16/17: Priority 3 - Multiple aliases for each | Fail - TNW Agreement | 1 | DEVELOPMENT | ILP | |
| 786 | D. | The user shall be able to select the correct location from that list by using the keyboard or a point-and-click device. | Fully Comply | | Needs testing | Functional Test | Tyler | LP - Fully comply, you can select from the list | Fully Comply | | | 9/19 - FAIL Fair Oaks Bl the alias is FOB it will not show you FOB Dr. If you tab off it gives you a partial match, it will | Fail - Warranty | 1 | Warranty | | 5729119 |
| 790 | F. | The system shall permit the use of alias names when entering intersections. | Fully Comply | | Needs testing | Functional Test | Tyler | 10/4/2017 - as of last time onsite the alias names for the intersections had not been entered.  The agency was supposed | Fully Comply | DRD 8/15 | Fully Comply | 10/10: Alternate names, like FOB for Fair Oaks Blvd. Can't do FOB/Manzanitta. Fails. Only one per street | Fail - Warranty | 1 | Warranty | | 5729119 |
| 792 | G. | The CAD system shall allow for aliases to be assigned to streets, including the entire segment, specific ranges of the segment, and multiple aliases per segment. | Fully Comply | | Needs testing | Functional Test | Tyler | DRD 8/15  TLO - 10/4/2017 - This is more of a GIS area than CAD •The CAD system allows for aliases to be assigned to street centerline segments or address points through the NWS alternate name table via the | Fully Comply | DRD 8/15 | Fully Comply | 10/10/17: Remains a fail. 9/19 - Remains a Fail on aliases - case entered | Fail - Warranty | 1 | WARRANTY | | 5729119 |
| 801 | D. | The call taker shall be able to enter partial street names on both intersecting streets. | Fully Comply | | Does not comply | Fail | Tyler | DRD 8/15 - If the candidate score is not high enough or other options exist (multiple match), the user can enter partial road names but will have to verify  through the Geo verification  Bonini - 8/16/2017 - GIS Team will be lowering the match score to 91 to test the return of candidates without having to enter the street type. | Fully Comply | DRD 8/15 - If the candidate score is not high enough or other options exist (multiple match), the user can enter partial road names but will have to verify through the Geo verification  Bonini - 8/16/2017 - GIS Team will be lowering the match score to 91 to test the return of candidates without having to enter the street type. | Fully Comply | 10/10/17: Remains a fail. 9/25/17: Fail - example Old/Rock | Fail | 1 | CAD/GIS | ILP | |

| # | | Requirement | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 803 | E. | The operator shall be able to enter alias street names into the intersections and the system shall convert the alias names to the correct street names. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | DRD 8/15 | Fully Comply | | DRD 8/15 | Fully Comply | | 10/10/17: Remains a fail. 9/19 Remains a Fail on aliases - case entered | Fail - Warranty | | 1 WARRANTY | | S729119 |
| 812 | a. | It is desired the operator be provided the ability to sort the list of intersecting streets in geographical order (N to S and S to N or E to W and W to E). | Fully Comply | | They list is in alphabetical order. Demonstrate how this complies. | Fail | Tyler | | | Fail | | DRD 8/15 - INTERNAL ONLY - Is there a way to change the sort from alphabetical to distance for intersections within GIS? | INTERNAL QUESTION | | 12/12/17: TWW agrees this is a fail. 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 8/8/17: This does not work, the list is alphabetical | Fail - TWW Agreement | | 3 DEVELOPMENT | ILF | |
| 881 | a. | Street Segments, | Fully Comply | | | Fail | Tyler | | DRD 8/15 - Location alerts and Map Events TLO - comply with proximity alerts. | Fully Comply | | DRD 8/15 - Location alerts and Map Events | Fully Comply | | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 11/16/17: Priority 1 Goal to add the ability to associate preplans to the GIS data including an address range. 10/10/17: Remains a fail. 9/25/17: Has to be a specific address, not a range. | Fail | | 3 CAD | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 883 | b. | Even/odd ranges only of a street segment, | Fully Comply | | | Fail | | Tyler | | DRD 8/15 - Location alerts and Map Events TLO - comply with proximity alerts. | Fully Comply | | DRD 8/15 - Location alerts and Map Events | Fully Comply | | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 11/16/17: Priority 1 Goal to add the ability to associate preplans to the GIS data including an address range. 10/10/17: Remains a fail. 9/25/17: Has to be a specific address, not a range. | Fail | 3 | CAD |
| 887 | d. | Multiple street segments, | Fully Comply | | | Fail | | Tyler | | DRD 8/15 - Location alerts and Map Events TLO - comply with proximity alerts. | Fully Comply | | DRD 8/15 - Location alerts and Map Events | Fully Comply | | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 11/16/17: Priority 1 Goal to add the ability to associate preplans to the GIS data including an address range. 10/10/17: Remains a fail. 9/25/17: Has to be a specific address, not a range. | Fail | 3 | CAD |
| 891 | f. | Neighborhoods and Subdivisions, including community names | Fully Comply | | Streets intersecting with itself is not working. | Fail | | Tyler | | PrePlans can be tied to a single point that represents a Subdivision.  However, need CAD to test a call at an address within the subdivison to ensure PrePlan is used.  Can the same PrePlan | Fully Comply | | DRD 8/16 - GIS | | | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 11/16/17: Priority 1 Goal to add the ability to associate preplans to the GIS data including an address range. 10/10/17: Remains a | FAIL | 3 | CAD |
| 895 | h. | Any other geographic feature or polygon (i.e. waterway, site defined boundary, governmental boundary, etc.) | Fully Comply | | Streets intersecting with itself is not working. | Fail | | Tyler | | PrePlans can be tied to a single point that represents a Subdivision.  However, need CAD to test a call at an address within the subdivison to ensure PrePlan is used.  Can the same PrePlan | Fully Comply | | DRD 8/16 - GIS | | | 11/16/17: Same as #881 10/10/17: Remains a fail. 9/25/17: Not able to do this via a geographic boundary | Fail | 1 | CAD |

| # | | Requirement | Response | Comment | Comment2 | Response | Vendor | DRD/TLO Comment | Response | Review Comment | Result | Priority | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 903 | E. | The CAD system shall have the ability to purge/delete any premise information that has not been updated for a site configured period of time. | Fully Comply | | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | DRD 8/15 - Alert categories can be defaulted with an expiration along with Call Types a default expiration period. This can remove the information from the operator's Alert tab but still be searchable if needed  TLO 10/5/2017 - Deleting the data is configured by Alert type or by the user with permissions - TLO - we comply since the RFP states Delete/Purge - we delete 10/3/2017 | Fully Comply | DRD 8/15 - Alert categories can be defaulted with an expiration along with Call Types having a default expiration period. This can remove the information from the operator's Alert tab but still be searchable if needed | Fully Comply | 11/16/17: Priority 3 Goal: Add alert purge feature. Currently they expire but do not purge. May exist already. Need to test. 10/10/17: Remains a Fail - there is no way to purge. | Fail | 1 | CAD |
| 918 | c. | The floor (if the CAD system can accommodate the floor) | Substitution | The location qualifier can be used to indicate which floor. | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | DRD 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration)  TLO 10/3/2017 - Comply - the Qualifier field can be used to identify the floor and apt./suite - agency has to define policy of how to enter that data | Fully Comply | DRD 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration) | Fully Comply | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 10/10/17: Remains a fail. Unable to add a premise info to a Floor even with the substitution of using the qualifier of an apartment. This should be part of the case for preplans. | Fail | 3 | CAD |
| 920 | d. | All floors | Substitution | If qualifier does not reference floor then assume all floors. | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | DRD 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration)  TLO 10/3/2017 - This would be an enhancement request - NWPS comply LP 106 - Fully Comply as stated in our Substitution | Fully Comply | DRD 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration) | Fully Comply | 10/10/17: Remains a fail. Unable to add a premise info to a Floor even with the substitution of using the qualifier of an apartment. This should be part of the case for preplans. | Fail | 1 | CAD |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 924 | f. | All buildings at the address | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | DRO 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration) TLO 10/3/2017 – NWPS comply LP 106 - Comply by using proximity | Fully Comply | DRO 8/15 - Pre-plans are available on specific address or proximity (Alert Category configuration) | Fully Comply | 10/10/17: Remains a fail. There isn't a solution for all buildings at an address. | Fail | 1 CAD |
| 936 | b. | The system shall permit the entry of premise information requestor and agency. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - Location Alerts are based off the FDID/Agency and the data can contain the requestors name TLO 10/3/2017 - RFP does not state that there has to be a window that provides the information - they have the capability of indicating in the narrative any data wanted. Updated DB 10-4 - Diane is going to take this back to the SRFECC. This just may be a matter of interpretation and they may accept this. | Fully Comply | TLO - 8/15 - Location Alerts are based off the FDID/Agency and the data can contain the requestors name | | 11/16/17: Priority 3 - Goal add the requestor free form feidl on alert and premise information. 10/10/17: Remains a fail. There isn't a requestor field. TLO advised to put this in the description field, however, we are not able to search from that field when looking for a specific requestor. | Fail | 1 CAD |
| 938 | c. | The system shall include a report that will identify and list all location specific information that will expire within a user specified time range. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - A search in Alerts can be done to see what is expiring when TLO 10/3/2017 - The search window can be exported to a report and sorted by the expiration date. | Fully Comply | TLO - 8/15 - A search in Alerts can be done to see what is expiring when | | 11/16/17: Priority 3 Goal - Will provide an updated report that shows expiring alerts over a time period. 10/10/17: Remains a Fail - there is no range | Fail | 1 CAD |

| # | | Requirement | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 956 | b. | At a minimum the system shall support the identification of the specific page in the Emergency Response Guidebook. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - Alerts or Preplans | Fully Comply | | TLO - 8/15 - Alerts or PrePlans | 12/8/17: TNW moved this from an enhancement to Development. Applications will be CAD/Mobile. 11/16/17: Priority 3 Goal: Identify the page number of the ERG 10/10/17: SRFECC does not agree with this being an enhancement. The system does not support the identification of a specific page. Updated DB 10-4 - Case #5717091 was filed but this was for an RFP failure only. An | Fail | 3 | Development | CAD/Mobile |
| 958 | c. | Ideally, the system shall provide a hyperlink to the specific page in the Emergency Response Guide book. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - just demonstrated how to set hyperlinks in the map during the last visit. | Fully Comply | | TLO - 8/15 - just demonstrated how to set hyperlinks in the map during the last visit. | 10/10/17: SRFECC agrees for an enhancement since we used the term "ideally" and the vendor's system does not do this. 9/25/17: Case opened - only able to do hyperlinks in CAD , not mobile. | Enhancement | $ | Enhancement | Updated DB 10-4 - Case #5717091 was filed but this was for an RFP failure only. An enhancement request will need to be filed. |
| 964 | f. | The system will also allow for a proximity search around a location for hazards. The proximity will be associated with the type of call and the type of hazard. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - Proximity Alerts have to be set by the agency. TLO 10/3/2017 - Comply - the software allows for proximity alerts for any address based on the proximity of each alert type determined by the agency. | Fully Comply | | TLO - 8/15 - Proximity Alerts have to be set by the agency | 11/16/17: Agree to comply on this per Tara. Alerts are in the order of priority. 10/10/17: Partial - it is a location proximity not by type. We need the type as well. | Fail | 1 | CAD | |

| # | | Requirement | Compliance | | Vendor Notes | | Vendor | | TLO 8/15 | | TLO 10/3/2017 | TLO Notes | | 10/10 Notes | | | Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 972 | K. | Standard Operating Procedures (SOP's) / Standard Operating Guidelines (SOG's) for calls at a specific address, or on specific street segment, or within a geographic boundary. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - Alerts can be built for any address or if in the Preplan the document can be loaded  TLO 10/3/2017 - Same response as before | Fully Comply | | TLO - 8/15 - Alerts can be built for any aDREsess or if in the Preplan the document can be loaded | | 10/10/17: Remains a fail. We can only do this on a specific address, not a street segment or Geo boundary | Fail | 1 | CAD/GIS | |
| 984 | c. | The system shall also provide the capability to utilize the telephone number of the caller when identifying prior calls for service. If prior calls were received from the calling telephone number the call taker and dispatcher shall be notified in a fashion similar to that if a prior call had been received at an address | Partially Comply | | It is only tracking prior incidents by location, not by phone number. | Fail | Tyler | | TLO - 8/15 a search by telephone number can find incidents as well | Partially Comply | | TLO - 8/15 a search by telephone number can find incidents as well | | 12/12/17: TNW agrees this is fails. How do you partially comply - search for number in clear call search  9-13-2017 - Tyler - Correct - You must utilize Clear Call Search. | Fail - TNW Agreement | 1 | Development | 0 |
| 1027 | d. | Phone Number | Partially Comply | | Possible associated calls list can be sorted by call type and phone number | Does not check phone number | Fail | Tyler | TLO - 8/15 - We do not check for duplicate calls  TLO 10/3/2017 - Same response as Prior | Fail | | TLO - 8/15 - We do not check for duplicate calls | Fail | | 12/12/17: TNW agrees this is a fail. 8/8/17: Location is the only value that is checked and not on a closed incident. | Fail - TNW Agreement | 1 | Development | |

**Exhibits to Complaint  - Page 132**

| ID | | Requirement | Comply | Vendor Response | Status | Vendor | TLO Note | Comply | TLO Note | Notes | Status | # | Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1050 | C. | The system shall audibly and visually alert users of new information added to the open incident (i.e., colored text, reverse video, etc.). | Fully Comply | We take exception to this compliance, the flag is too small | Fail | Tyler | TLO - 8/15 - Flag size is dependent upon the font size used in that window - the fonts can be made different, but will affect the entire window. Is a user opens the call they will see the colored cubes on all windows that were changed on the tabs. | Fully Comply | TLO - 8/15 - Flag size is dependent upon the font size used in that window - the fonts can be made different, but will affect the entire window. Is a user opens the call they will see the colored cubes on all windows that were changed on the tabs. | agreed. Tyler status changed from enhancement to development on 11/16/17 TNW agreed to make the change. 11/16/17: Yellow highlight does not last long enough, stay until you close the window. TNW agreed to any time data changed in this area the highlight will last longer. 10/10/17: SRFECC does not agree this is an enhancement. This remains a fail. 9/25/17: Only audible is for critical narrative. Once you open the incident there is no way to see what detail has been updated. The detail itself needs to | Fail | 1 | Development | CAD |
| 1095 | D. | The system must also take into consideration the number of personnel currently staffed on the unit and modify unit recommendations based upon staffing levels. | Fully Comply | Only if the unit is AOR, this is not compliant. | Fail | Tyler | TLO - 8/15 - this is compliant based off how the agency set up their statuses to be recommendable and the response plans associated | Fully Comply | TLO - 8/15 - this is compliant based off how the agency set up their statuses to be recommendable and the response plans associated | 11/16/17: Priority 1 - expand crew level staffing to include personnel capabilities/skills which comes from MSP. TNW will need to take into account the skills in the MSP database. The response plan would have to ask for the skill. This is related to the cross staffing group. 10/10/17: Remains a fail. The Dynamic Cross Staffing RD needs to be reviewed. 9/25/17: System does not ever look at personnel/staffing. It is looking at the crew level staffing. This needs to work with the Dynamic Cross Staffing and it is not. | Fail | 1 | Interface | 19.4 |
| 1108 | d. | The system shall be able to specify which type is utilized based on geography, (ex. Act as this type only in X area, outside of X area) based upon station, battalion, jurisdiction, municipality, etc. | Fully Comply | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | TLO - 8/15 - The Fire Department's set up all their own response plan with this specific recommendation in mind they can either use capabilities or auxiliary unit types TLO 10/3/2017 - Fully Comply - The Fire Departments have established the order and types of units to send to each area or address specific | Fully comply | TLO - 8/15 - The Fire Department's set up all their own response plan with this specific recommendation in mind they can either use capabilities or auxiliary unit types | 11/16/17: Remains an open item, need CAD implementer assistance. TNW is confident they comply with this. 10/10/17: Remains a fail. Still not able to send a Type 3 engine in X area only - cant send a specific type in a specific area, like an MTZ area | Fail | 1 | CAD | 18.2 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1162 | I. | Latitude and Longitude, and | Fully Comply | Not displayed | Fail | Tyler | TLO - 8/16 - they can if the fields are displaying in the GEO area  TLO 10/3/2017 - GIS Question | | TLO - 8/16 - they can if the fields are displaying in the GEO area | 10/10: FAIL – not displaying in the CFS window. The Lat/Long - when we need to start an air amulbance, there is no easy way to find this. You must go to the map and hover to get the info. | Fail | 1 GIS | 18.4 |
| 1168 | D. | Coordinate based location of the call, preferably latitude and longitude. | Fully Comply | Not displayed | Fail | Tyler | TLO - 8/16 - can be displayed in the GEO AREA  TLO 10/3/2017 - GIS Question | Fully Comply | TLO - 8/16 - can be displayed in the GEO AREA | 10/10/17: Remains a fail.  9/25/17: The Lat/Long - when we need to start an air amulbance, there is no easy way to find this. You must go to the map and hover to get the info. | Fail | 1 GIS | 18.4 |
| 1174 | G. | ...telephone number information. This information will be used for displaying hazards, hazardous materials, or special instructions relating to a location as described in section 5.2.5.16. | Fully Comply | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | Fail | | 12/12/17: TNW agrees this is a fail.  12/5/17: Changed from P1 to P3 after CAD Build Team Review.  6/8/17: There is no way to | Fail - TNW Agreement | 3 Development | |
| 1176 | H. | Notes shall be able to be associated with various geographic locations: grids, street segments, intersections, or specific addresses as described in section 5.2.5.15.1. | Fully Comply | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | TLO - 8/15 - Preplans or Alerts  TLO 10/3/2017 - GIS | Fully Comply | TLO - 8/15 - Preplans or Alerts | 10/10/17: Remains a fail.  9/25/17: Can't do it on a street segment or grid. We need to have something for an SRA area. | Fail | 1 GIS | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1178 | L. | Notes shall be able to be associated with the telephone numbers as described in on 5.2.5.16. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - Phone numbers tie to the call or to a Global Jacket which the agency is not using | Fully Comply | TLO - 8/15 - Phone numbers tie to the call or to a Global Jacket which the agency is not using | 12/12/17: TNW agrees this is a Fail. 8/8/17: Does not do this with phone numbers. | Fail - TNW Agreement | 1 Development | |
| 1184 | L. | Prior call for service history (at least the last ten incidents, within the 24 months of online storage, from the telephone number regardless of incident or call type). For example, if officers are responding to an incident, the proposed CAD system should inform them that a "false alarm" recently was reported by that phone number on the previous shift so that they are aware of the situation before and during their response to the incident. | Fully Comply | | Not sure how to do this, need to demonstrate to us for compliance | Fail | Tyler | | TLO - 8/15 - This is part of the prior incidents alert the agency sets the perimeters around the number of returns for past incidents | Fully Comply | TLO - 8/15 - This is part of the prior incidents alert the agency sets the perimeters around the number of returns for past incidents | 12/12/17: TNW agrees this is a Fail. 8/8/17: Not the telephone number | Fail - TNW Agreement | 1 Development | |
| 1186 | M. | Duplicate event detection. The application software must detect and notify the dispatcher of the potential of a duplicate incident as previously described. | Fully Comply | | Once the notification is there - the notification on the associated call doesn't go away. | Fail | Tyler | | TLO - 8/15 - no it won't - it is working as designed - if you cleared out the alert and a 3rd call was entered you would not get that association then | Fully Comply | TLO - 8/15 - no it won't - it is working as designed - if you cleared out the alert and a 3rd call was entered you would not get that association then | 12/8/17: TNW did not have this on their list. Will update their status to Enhancement. Diane changed this file to update the Tyler status from blank to Enhancement. 9/25/17: Enhancement request: We would prefer to ask and or dismiss association. | Enhancement | 1 Enhancement | CAD |

| ID | | Requirement | Comply | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1199 | A. | Recommendation list shall display units recommended, units "passed" in the run order (for example, Quint would be recommended, but the unit is in Out of Service - Mechanical status), as well as need in line units. Vendor shall describe in detail the ability to see unit recommendation list. | Fully Comply | | Does not work | Fail | Tyler | | TLO - this is displayed in the Unit Recommendation Window | Fully Comply | | TLO - this is displayed in the Unit Recommendation Window | | 12/12/17: TNW agrees this is a fail. Priority 1 6/8/17: Do not show the units that were bypassed and why they were bypassed. | Fail - TNW Agreement | 1 Development | |
| 1202 | B. | Unit Recommendations can be "refreshed" with a keystroke or command. | Fully Comply | | If you bypass a unit, it never looks at them again until you add them back in, so that is not a refresh | Fail | Tyler | | TLO - a keystroke is all it takes to add them back into the recommendations | Fully Comply | | TLO - a keystroke is all it takes to aDD them back into the recommendations | | Bug with the refresh | Fail - Warranty | 1 WARRANTY | | 5581703 |
| 1261 | d. | Unit equipment capability, and | Fully Comply | | Needs to be tested | Functional Test | Tyler | | TLO - 8/15 - Agency left to test this in July 10/4 - Need to review the Capabilities by Vehicle RD with the SRFECC Team | Fully Comply | | TLO - 8/15 - Agency left to test this in July | | 10/10/17: Remains a fail. Functionality exists in Fire RMS and we are only using Preplans from RMS. We must evaluate the Vehicle/Units Capabilities RD. | Fail | 1 CAD/Interfaces | |

| ID | | Requirement | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1283 | c. | The vendor shall explain the ability of their system to account for speed limits and other travel impediments, such as one way streets, restricted turn access, elevation of street networks, etc. and real time traffic conditions. | Fully Comply | As long as the attributes have been entered into the street segment they will be used by the Network Analyst. | Does not comply - does not do real or historical traffic conditions | Fail | Tyler | Tyler provides a visual indicator for Live Traffic Feeds but ,does not make routing suggestions based upon Live Traffic feeds or Historical feeds. | Partially Comply | | GIS | 12/12/17: TNW agrees this is a failure, however will not resolve. 12/1/17: The following items have been reviewed and don't align to the CAD Product Roadmap in terms of | Fail - TNW Agreement | 1 | DEVELOPMENT | CAD/GIS | 0 |
| 1285 | d. | The vendor shall explain how turn impedances can be used to determine a route, for specific apparatus type or size. | Fully Comply | As long as the attributes have been entered into the street segment they will be used by the Network Analyst. | Needs to be tested. Now supporting turn impendences - we model the data so we don't have to use them. | Functional Test | Tyler | Matt understands how Turn Imp are setup and used withinth Tyler software.  However, right now SRFCC does not have need for them at this time. | Comply | | GIS | 9/25/17 - During the GIS week in August, this was tested and turn imp did not work to incorporate speed bumps. | | 1 | GIS | | 10/10: We have not found any use cases at this time. |
| 1287 | f. | The vendor shall explain their system's ability to assess time for routes that will travel through congestion areas during times of congestion (Rush hour) | Fully Comply | As long as the attributes have been entered into the street segment they will be used by the Network Analyst. | Does not comply | Fail | Tyler | Tyler provides a visual indicator for Live Traffic Feeds but ,does not make routing suggestions based upon Live Traffic feeds or Historical feeds. | Partially Comply | | GIS | 12/12/17: TNW agrees they fail. 8/8/17: Does not comply - does not do real or historical traffic conditions | Fail - TNW Agreement | 1 | DEVELOPMENT | CAD/GIS | 18.2 |
| 1289 | g. | The vendor shall explain how CAD/MOCS can incorporate data from live traffic feeds to determine the quickest route (e.g. Google Traffic) | Comply with Mod | New World uses ESRI Network Analyst to determine routing. ESRI has the ability to incorporate this information using a configured subscription account that would need to be added to the software. | Not working - demonstrate how this works. We have a subscription account. | Fail | Tyler | Bonni 8/16/2017 - Tyler provides a visual indicator for Live Traffic Feeds but does not make routing suggestions based on Live Traffic Feeds. Case filed #5696371 | Fail | Bonni 8/16/2017 - Tyler provides a visual indicator for Live Traffic Feeds but does not make routing suggestions based on Live Traffic Feeds. Case filed #5696371 | Fail | 12/12/17: TNW agrees this is a fail. 8/8/17: Does not comply with mod- does not do real or historical traffic conditions | Fail - TNW Agreement | 1 | DEVELOPMENT | CAD/GIS | 18.2 |
| 1326 | h. | The CAD system will provide recommended move up/cover of units between stations based on a defined set of rules. | Fully Comply | | There is only a message that you are using the last unit, it does not provide a recommendation. | Fail | Tyler | TLO - 8/16 - The functionality is there the agency chose not to do an auto move up on this functionality. TLO 10/3/2017 - Same as before - the Fire Departments chose not to utilize the functionality of auto move up/stand by etc. | Fully Comply | TLO - 8/16 - The functionality is there the agency chose not to do an auto move up on this functionality. | | 11/16/17: Priority 1 - will add a confirmation step 10/10/17: Remains a fail. 9/25/17 - This is not making the recommendation it is doing an automatich moveup. | Fail | 1 | CAD | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1328 | I. | The unit recommendation of Fire / EMS units will show the station number and/or pager tone codes associated with each unit. | Fully Comply | Can't send a page when units are moved. | Fail | Tyler | | TLO - 8/16 - if using move up as part of a call they would be toned out just like the units being dispatched - but agency did not want to use that functionality and chose to do it manually - meaning they would have to manually tone a unit as well. TLO 10/3/2017 - Same as before - the Fire Departments chose not to utilize the functionality of auto move up/stand by etc. | Fully Comply | TLO - 8/16 - again if using move up as part of a call they would be toned out just like the units being dispatched - but agency did not want to use that functionality and chose to do it manually - meaning they would have to manually tone a unit as well. | 11/16/17: Add station number and tone codes to the rcomemndation window 10/10/17: Remains a fail. 9/25/17 - The station number and/or pager tone codes are not displaying. | Fail | 1 CAD |
| 1332 | K. | The CAD system will allow for "cross-staffed support for recommendations of Fire units. If a "cross-staffed" unit is recommended, the "other" unit is automatically removed from service. Once the unit returns to quarters from its assignment, all cross-staffed units are automatically marked available. The system shall support multiple "cross staffed" units, and "cross staffing" of multiple units based on one dependency. | Fully Comply | Does Not Comply - if a unit goes in any other status than AIQ, the cross staffing is not automatically broken. When a unit goes AOR from a call the cross staffing needs to break. | Fail | Tyler | | TLO - 8/16 this is a set up issue again that has been chosen because it is universal and can't be set up per agency. all statuses can be set to break the cross-staffing but there are other factors like they would come off the map - and even if the unit is far away from the other apparatus, it would be used for recommendations meaning the Engine would have to go back to the station get the Grass and go to the call - causing a delay in service. | Fully Comply | TLO - 8/16 this is a set up issue again that has been chosen because it is universal and can't be set up per agency. all statuses can be set to break the cross-staffing but there are other factors like they would come off the map - and even if the unit is far away from the other apparatus, it would be used for recommendations meaning the Engine would have to go back to the station get the Grass and go to the call - causing a delay in service. | 10/10/17: Moved from fail to enhancement. Need to evaluate the Dynamic Cross Staffing RD in more detail. A call was held with development in August and they were going to research the ability to have the option to uncrossstaff when AOR. From the regional User Group in Pismo, we understand the AIQ is causing a problem with Kern Co and Montgomery. They also need AOR. | Enhancement $ | Enhancement CAD |
| 1353 | d. | CAD shall make a notation in all calls for service dispatched during degraded mode to document the reason for changes in required units. | Fully Comply | Needs to be tested | Functional Test | Tyler | | TLO - Left for Agency to test in July - it will show which mode of operation was recommended for the response plans | Fully Comply | TLO - Left for Agency to test in July - it will show which mode of operation was recommended for the response plans. | 11/16/17: Priority 2 - Goal - add a mode of operation field to calls that is available for searching. Need to see mode of operation for each call. In the call details in the call log and clear call serach field. 10/10/17: Remains a fail. 9/25/17: Does not write to the logs or incident history. There is no historical search for dispatch to know what mode you were in at a given time. | Fail | 1 CAD |

**Exhibits to Complaint  - Page 138**

| # | | Requirement | Compliance | | Notes | Test | Tester | TLO | Compliance | TLO | Compliance | Notes | Result | | Category | | Bug # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1368 | 5. | The proposed CAD system must provide an entry screen for requesting specific skills as well as properly process requirements that are automatically generated based on the incident type. | Fully Comply | | Where do we define our personnel skills? | Fail | Tyler | TLO - 8/16 - Fire Records - Personnel - Training - TLO 10/4/2017 - Skills are built out in the personnel files in MSP Fire Records Personnel - as of the last visit in August the fire departments had determined they were not going to be utilizing this functionality. If they were placing the skills to the personnel - CAD would be able to search or request additional units based off the skills, even search by skills in the personnel or unit search windows. | Fully Comply | TLO - 8/16 - Fire Records - Personnel - Training | | 11/16/17: Jerold to review in MSP. (black wrench) Skills in Fire Records. 10/10/17: Remains a fail. We are only licensed for and using Preplans from Fire RMS. 9/19 - Remains a fail, The CAD system is not providing this information based on skills it is in Fire Records and this RFP response is for CAD. | FAIL | | 1 | CAD | 18.2 |
| 1373 | | Until each dispatched unit has arrived on scene the CAD system shall monitor all units that become available and if a unit that has become available is a better "fit" than one of the dispatched units the system shall alert the dispatcher. Better fit could mean that it could be closer, from the same jurisdiction or a better equipment match. The vendor shall describe their capabilities in this area. | Partially Comply | Response plan unit recommendations will update as information changes, but there is no active notification that this occurred. If the dispatcher opens the call for service (or leaves it open), the recommended units will display any updates. | Need this demonstrated and tested | Functional Test | Tyler | TLO - 8/16 - The dispatchers were shown this in July and chose not to use the re-recommendations functionality | Fully Comply | TLO - 8/16 - The dispatchers were shown this in July and chose not to use the re-recommendations functionality | | Bug - Case entered | Fail - Warranty | | 1 | WARRANTY | 5725541 |
| 1400 | b. | When the unit clears from one incident, the applications software will provide an indication that the unit is now available for a "stacked" or preempted incident. | Fully Comply | | Need this demonstrated and tested | Functional Test | Tyler | TLO - 8/15 - Since the agency chose not to use Call Stacking - they will just get a new recommendation on the call in pending  TLO - 10/3/2017 in the CFS List Windows there are columns that identify if the call is stacked and to which unit - they have chosen to not use these windows in their Templates. | Fully Comply | TLO - 8/15 - Since the agency chose not to use Call Stacking - they will just get a new recommendation on the call in pending | | 11/16/17: Priority 1 Goal - TNW will propose a notification the unit is availabe and do you want to dispatch to the next incident number XXX. 10/10/17: Remains a fail. 9/19 - Fail - Does not provide an indication it automatically dispatches the unit to the call - will not set off tones. Does Fire Mobile stack the calls too? What status does it show the mobile unit in? Is it visible to the mobile. David and Teri did not agree on how this functionality works. | Fail | | 1 | CAD | |

| ID | | Requirement | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1408 | a. | At this point, units equipped with Mobile Data Computers through the Mobile Data Computer System (MDCS) functionality will automatically be notified of their assignment, status update, call information, other units assigned to the call, and location and hazard information. | Fully Comply | | Does not comply | Fail | Tyler | | DWright 10/2/2017 - Units receive all described notifications including UNit Status . Please explain the reason for Fail. TLO - 8/15 - what do they not get? | Fully Comply | | | TLO - 8/15 - what do they not get? | | 11/16.17: Priority 1 Goal: Add the status to the dispatch form in mobile, must be visible and clear to the mobile user as it determines their response. 10/10/17: Remains a fail. 9/19/17: We do not receive the call status. (Alpha, Bravo, Charlie, Delta to respond C2 or C3) | Fail | | 1 Mobile | |
| 1410 | G. | The system shall provide the ability to automatically transmit incident information such as address of incident, development name, high and low cross streets, map page and coordinate, and call type alphanumeric paging or text messaging based on the type of incident, geographic location of incident, unit availability. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | Interfaces | Fully Comply | | | Interfaces | | 10/10/17: Need clarification on the cross streets. 10/2/17: David B. to reach out to GIS and get clarification. 9/25/17: it does not support high / low cross streets according to the address. TLO advised it was proximity cross streets. Britt explained it as the | Fail | | 1 CAD/GIS | | 18,2 |
| 1426 | c. | Alpha-numeric paging, | Fully Comply | | Needs to be tested | Functional Test | Tyler | | | Fully Comply | | | | | 10/10/17: We need alpha numerica paging | Fail | | 1 Interface | |
| 1461 | A. | The dispatcher shall be able to add additional units to an incident by having the system recommend these additional units. | Fully Comply | | Bug - needs to be fixed and tested | Fail | Tyler | | TLO - 8/16 - which "bug" is referred too - initial dispatch was not an issue. | Fully Comply | | | TLO - 8/16 - which "bug" is referred too - initial dispatch was not an issue. | | Bug in the recommendation window. Open Case | Fail - Warranty | | 1 WARRANTY | | 5581719 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1463 | B | The dispatcher will specify the type of unit(s) needed, and the system should recommend the additional units in the same way as an initial dispatch. (Example: Command requests an additional Brush Truck. The dispatcher enters a command for recommendation of a Brush Truck. The system searches the available units for the next Brush Truck and returns a recommendation to the dispatcher in the same screen format as the original recommendation.) | Fully Comply | | Bug - needs to be fixed and tested | Fail | Tyler | | | TLO - 8/16 this was working as designed | Fully Comply | | TLO - 8/16 this was working as designed | | 1) It is not a command it mouse. 2) Bug in the recommendation window Open Case | Fail - Warranty | 1 WARRANTY | | 55B1719 |
| 1466 | A | The dispatcher shall be able to request the system to recommend additional units for an active incident by providing the system with a different call type or by changing the alarm level on the call. | Fully Comply | | Does not comply. Does not work for different call type - possible bug?? Does work with alarm level. | Fail | Tyler | | | TLO - 8/15 Changing the call type and refreshing the recommendations window (if it was still open) does work and provides a different response. Changing the alarm level gives the response of the last level unless a specific response was built to that level | Fully Comply | | TLO - 8/15 Changing the call type and refreshing the recommendations window (if it was still open) does work and provides a different response. Changing the alarm level gives the response of the last level unless a specific response was built to that level | | Bug in the recommendation window. Open Case | Fail - Warranty | 1 WARRANTY | | 55B1719 |
| 1468 | B | The system should recommend the additional units in the same way as an initial dispatch. The unit recommendation shall take into account the units already assigned to the call and only recommend the additional required units. For example, if a second alarm is called only the additional units required to satisfy the second alarm would be recommended by the system | Fully Comply | | Bug - needs to be fixed and tested | Fail | Tyler | | | TLO - 8/15 - The bug was keeping the last units at the top after dispatch - hitting refresh updates the window - this is in for a fix in SP1 | Fully Comply | | TLO - 8/15 - The bug was keeping the last units at the top after dispatch - hitting refresh updates the window - this is in for a fix in SP1 | | Bug in the recommendation window. Open Case | Fail - Warranty | 1 WARRANTY | | 55B1719 |

**Exhibits to Complaint  - Page 141**

| 1470 | C. | The system shall allow another set of sun orders by alarm level. | Fully Comply | | Bug - needs to be fixed and tested | Fail | Tyler | | TLO - 8/15 - the next alarm level does work | Fully Comply | | TLO - 8/15 - the next alarm level does work | | Bug in the recommendation window. Open Case | Fail - Warranty | 1 | WARRANTY | | | S581719 |
| 1472 | D. | The system shall allow for the grouping of units, either by color or another easily visual cue, by each alarm level on active incidents. Please describe how this is achieved. | Fully Comply | | Does not comply - it does not differentiate by alarm level. | Fail | Tyler | | TLO - 8/15 - the units in the recommendation fields will be different colors based on the primary or extra units or next alarm level | Fully Comply | | TLO - 8/15 - the units in the recommendation fields will be different colors based on the primary or extra units or next alarm level | | Bug in the recommendation window. Open Case | Fail - Warranty | 1 | WARRANTY | | | S581719 |
| 1486 | D. | When AVL information is available, the unit's location will be automatically updated via the AVL system. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | TLO - 8/15 - the Unit's Nearest Location will be updated via GIS when it can locate the closest address point or it will give lat/long | Fully Comply | | TLO - 8/15 - the Unit's Nearest Location will be updated via GIS when it can locate the closest address point or it will give lat/long | | 9/19 - Fail AVL functionality is broke after the CAD Routing DLL hotfix was applied. | Fail - Warranty | 1 | WARRANTY | | Update DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #5585676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1570 | F. | First engine arrived at the scene. | Fully Comply | | Does not comply - show us how it complies. | Fail | | Tyler | TLO - 8/15 - this is the use of the Call Type Timers so that it tracks the first unit on scene and for how long - there are also status timers that can be seen in the unit list windows TLO - 10/4/2017 SRFECC Response shows it complies - the unit log window of the call can be placed in time order and they will see who the first unit was to arrive on scene - they also have the capability of having the status update timer in their unit list windows to display how long each unit has been in their current statuses | Fully Comply | | TLO - 8/15 - this is the use of the Call Type Timers so that it tracks the first unit on scene and for how long - there are also status timers that can be seen in the unit list windows | | 11/16/17: Priority CAD Reports First unit onscene and timestamp. 10/10/17: Remains a fail. There is not a command or a milestone time segment for the first engine arrived, you can find it by searching it. David advised we can run a report in CAD Status Time Analysis or a Call Report - first unit timers. | Fail | 1 CAD | |
| 1572 | G. | First transport unit arrived on the scene. | Partially Comply | | Unit Statuses are defined by the agency. A specific unit status can be defined for this milestone but CAD does not calculate this from all the units using an arrived status. | Partially complies | Fail | | Tyler | TLO - 8/15 - The units are listed on the call or the unit list window with their unit types - it is a visual as well as time stamped logged in the call. | Partially Comply | | TLO - 8/15 - The units are listed on the call or the unit list window with their unit types - it is a visual as well as time stamped logged in the call. | | 9/19 - Remains a fail, see #1570 - even with a partially comply - Not able to do this based on unit type. How do you get to this information? Is it in CAD Reports? | Fail - Reports | 1 Reports | |
| 1574 | H. | First medical arrived on the scene. | Partially Comply | | Unit Statuses are defined by the agency. A specific unit status can be defined for this milestone but CAD does not calculate this from all the units using an arrived status. | Partially complies | Fail | | Tyler | TLO - 8/15 - The units are listed on the call or the unit list window with their unit types - it is a visual as well as time stamped logged in the call. | Partially Comply | | TLO - 8/15 - The units are listed on the call or the unit list window with their unit types - it is a visual as well as time stamped logged in the call. | | 9/19 - Remains a fail, see #1570 - even with a partially comply - Not able to do this based on unit type. How do you get to this information? Fail - Reports | 1 Reports | |

| # | | Requirement | Status | | Response | | Reviewer | | Comment | Status | | Comment | Status | | Comment | Status | Priority | Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1590 | P. | Ventilation complete. | Fully Comply | | Does not comply - show us how it complies. | Fail | Tyler | | TLO - 8/15 a command can be created that will date/time stamp the call out of ventilation completed TLO - 10/4/2017 - all narrative - statuses etc. are time stamped within a call the agency needs to identify which way they would like to chose that time stamp to be completed | Fully Comply | | TLO - 8/15 a command can be created that will date/time stamp the call out of ventilation completed | | | 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 10/10/17: Remains a fail. Need a separate milestone time stamp rather than in the narrative. Can be tracked, hoewver, it is not a status time. | Fail | 3 | CAD |
| 1624 | GG. | Last unit cleared incident. | Fully Comply | | Comply | Comply | Tyler | | TLO 10/4/2017 - the call logs will show the last unit cleared off the call | | | | | | 10/10/17: Remains a fail. This time stamp/milestone is not | Fail | 1 | CAD |
| 1643 | G. | If the dispatcher cannot make contact with the unit, the dispatcher should be prompted to notify field supervisory personnel. | Fully Comply | | How does this work? Demonstrate the compliance. | Fail | Tyler | | TLO - We do not fully comply with this - there is nothing that would notify or prompt a user to notify field supervisors - it would have to be an internal policy. | Fail | | TLO - We do not fully comply with this - there is nothing that would notify or prompt a user to notify field supervisors - it would have to be an internal policy. | Fail - TNW Agreement | | 12/12/17: TNW agrees this is a fail. 12/5/17: Changed from P1 to P3 after CAD Build Team Review. 7/19/17: TLO - We do not fully comply with this - there is nothing that would notify or prompt a user to notify field supervisors - it would have to be an internal policy. | Fail - Warranty | 3 | DEVELOPMENT / CAD |
| 1688 | B. | All corrections or additions must contain the time, date, operator ID and workstation ID. | Fully Comply | | Does not comply - shows the operator name in the logs, should be the operator number. | Fail | Tyler | | TLO - 8/15 - this was discussed during the July trip - this information is based off what is placed in the Atlas field in ESS for the user - they can change this by showing the ID number - but this information is only seen in house - it is never transferred to a report | Fully Comply | | TLO - 8/15 - this was discussed during the July trip - this information is based off what is placed in the Atlas field in ESS for the user - they can change this by showing the ID number - but this information is only seen in house - it is never transferred to a report | | | Open case on this - there was a change in 2017.1 | Fail - Warranty | 1 | WARRANTY / 5720773 |

| ID | | Requirement | Status | Comment | Result | Tester | Vendor Note | Status2 | Vendor Note2 | Review Note | Result2 | Pri | Category | Cat2 | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1708 | L. | Units equipped with Mobile Data Computers (MDC) shall be able to update the incident record by adding comments, changing its location, etc. | Fully Comply | How does this work? Demonstrate the compliance. | Fail | Tyler | TLO - 8/15 - units with permission will be able to add - narrative, people, vehicle information to the call for service via the mobile - they can if permission allows even add after the call is closed | Fully Comply | TLO - 8/15 - units with permission will be able to add - narrative, people, vehicle information to the call for service via the mobile - they can if permission allows even aDRD after the call is closed | (2/10) 3?: Priority 2 Goal: We will geofence the station. 1) UI and Command Line - Change home station and with Status. If you are in an out of service status do not want a geofence to change. Needs to be configurable status with geofencing. IQ and change he home station - from the mobile. 2) permission based ability to change the location on an incident. 10/10/17: Remains a fail. 10/10: The need to change the location to the home (currently) station is necessary specifically for station alerting. If AVL should go down, it is critical to | Fail | 3 | Mobile | | |
| 1710 | M. | Users must have the ability to link CAD events that are related, while the calls are still open, or one or both of them have been closed. Please describe your solution to this requirement | Fully Comply | Does not comply - only works with open incidents | Fail | Tyler | DRD 8/15 - Active calls can be associated with closed calls. Agency to define "link". TLO - 10/4/2017 - if the suspect information was being captured as a Global Jacket within our software that information would be populated back to the call and with prior incident information by the address. | Fully Comply | DRD 8/15 - Active calls can be associated with closed calls. Agency to define "link". | Goal Add the ability to link Live calls to clear calls, ability to search for potential links of calls. Bob Raush completed a configuration change while onsite and convinced that Cross Call functionality would meet this functionality. TNW Implementation time is needed to demonstrate and train on this one. 10/10/17: Remains a fail. 9/25/17: Process linking can be by name or location. The linking is not available - if you have a fire yesterday and another today with possible same suspect info, the calls need to | Fail | 2 | CAD | | |
| 1715 | B. | The previous incident shall be returned to the pending queue if the reassigned unit is the last or only unit on the incident. | Fully Comply | How does this work? Demonstrate the compliance. Possible bug. | Fail | Tyler | TLO - 8/15 - during the trip in July we set the Call Settings to allow for when the last unit clears the dispatcher would say to clear or no clear the call and return to pending. | Fully Comply | TLO - 8/15 - during the trip in July we set the Call Settings to allow for when the last unit clears the dispatcher would say to clear or no clear the call and return to pending | the status from enhancement to Implementation. 11/16/17 - Alert - is needed. Who does it go to? Bob is working on a configuration solution for this. When there is a primary unit is non-bblank for the active queue. Needs Implementation assistance. Bob added a new Cross Column Filtering - "queue filter". Cross column filtering feature - need to filter in information. He is adding a filter on two columns. This is achievable. 10/10/17: This remains a fail. SRFECC does not agree this is an enhancement. The | Fail - Warranty | 1 | Implementation | CAD | 5720771 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1736 | i. | Immediately upon the closure of an incident all data including the incident history, unit history and all comments shall also be written to the CAD system's Data Warehouse. | Fully Comply | How does this work? Demonstrate the compliance. | Fail | Tyler | TLO - 8/15 - are you talking about to the data warehouse for DSS processing? Or just to the SQL DATABASE? | Fully Comply | TLO - 8/15 - are you talking about to the data warehouse for DSS processing? Or just to the SQL DATABASE? | Need DSS and CAD Reports | Fail - Reports | 1 Reports | |
| 1860 | g. | Talk group/radio channel(s) incident assigned. | Fully Comply | Does Not Comply | Fail | Tyler | Same As "A" | Fully Comply | Same as "A" | fail. Where does this show up? In the clear call search? 9/19 - Fail due to the PTT interface is not complete, no testing or training has occurred. | Fail | 1 Interface | |
| 1888 | A. | Once an incident is closed (all units cleared) and incident data is transmitted to CAD Data Warehouse, the software shall maintain the incident's details within the incident history files of the system. | Fully Comply | How does this work? Demonstrate the compliance. | Fail | Tyler | TLO - 8/16 - this is where the calls go from CAD to Records - you will have access to search incidents in either Fire Records or LERMS and run the various reports on each agency  TLO 10/04/2017 - You can also access this by doing a cleared call search - the same information would be returned to the user as a search in Records. | Fully Comply | TLO - 8/16 - this is where the calls go from CAD to Records - you will have access to search incidents in either Fire Records or LERMS and run the various reports on each agency | 11/16/17: Priority 1 - AP: Shane was advsied we could only synchronize only once or twice a day. TNW will look at what the setting is. How often can it push? We are looking for realtime. TNW indicates this is heavy load. What about replicating data to a another database. 10/10: Remains a fail. The data only transfers to DSS once a day not upon the incident closure. | Fail | 1 CAD | |
| 1890 | B. | The incident history shall include all information generated as part of the call intake, dispatch, and unit status tracking process specific to each incident. | Fully Comply | How does this work? Demonstrate the compliance. | Fail | Tyler | TLO - 8/16 - same as above  TLO 10/4/2017 - any call within the Cleared call search window can be opened and all date and time stamps can be seen | Fully Comply | TLO - 8/16 - same as above | DSS or CAD Reports | Fail - Reports | 1 Reports | Changed from CAD to Reports |

**Exhibits to Complaint  - Page 146**

| 1911 | I. | Station, battalion, etc. | Fully Comply | | Does not comply on open incidents | Fail | Tyler | | TLO - 8/15 - Exception is that by grid it can be searched in Records | Comply | | TLO - 8/15 - Exception is that by grid it can be searched in Records | Comply | | Fail - this does not work from a recall command or Clear Call Serach | Fail - Reports | 1 Reports | | |
| 1917 | G. | A set of standard reports must be provided that can routinely generate tables, statistics, maps, and charts that are typically required to manage a communications center. | Fully Comply | | Needs to be installed, tested and trained. | Fail | Tyler | | TLO - 8/15 DSS Interface Team | Fully Comply | | TLO - 8/15 DSS Interface Team | | | CAD and DSS Reports | Fail - Reports | 1 Reports | | |
| 1919 | H. | Tools should be available for easily creating ad hoc reports. | Fully Comply | | Needs to be installed, tested and trained. | Fail | Tyler | | TLO - 8/15 DSS Interface Team | Fully Comply | | TLO - 8/15 DSS Interface Team | | | CAD and DSS Reports | Fail - Reports | 1 Reports | | |
| 1921 | I. | Vendors shall list the standard reports contained in the proposed system, and the ad hoc report generation capabilities of the proposed system. | Fully Comply | Please see information included under the 5.2.6.21 Incident History heading in section 3 of our technical proposal. | Needs to be installed, tested and trained. | Fail | Tyler | | | | | | | | CAD and DSS Reports | Fail - Reports | 1 Reports | | |

| # | | Requirement | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1934 | E. | Standard and ad hoc reporting capabilities that access unit history information must be provided. | Fully Comply | Please see information included under the 5.2.6.21 Incident History heading in section 3 of our technical proposal. | Needs to be installed, tested and trained. | Fail | Tyler | | TLO - 8/15 - DSS Interface Team | Fully Comply | | TLO - 8/15 - DSS Interface Team | CAD and DSS Reports | Fail - Reports | 1 Reports |
| 1936 | F. | The Vendor shall list the standard reports contained in the proposed system, and the ad hoc report generation capabilities of the proposed system. | Fully Comply | Please see information included under the 5.2.6.21 Incident History heading in section 3 of our technical proposal. | Needs to be installed, tested and trained. | Fail | Tyler | | TLO - 8/15 - All Standard "canned" reports can titles can be seen by opening up Excel and going to the NWS CAD tab | Fully Comply | | TLO - 8/15 - All Standard "canned" reports can titles can be seen by opening up Excel and going to the NWS CAD tab | CAD and DSS Reports | Fail - Reports | 1 Reports |
| 1938 | G. | The Vendor shall list the standard reports contained in the proposed system, and the ad hoc report generation capabilities of the proposed system. | Fully Comply | Please see information included under the 5.2.6.21 Incident History heading in section 3 of our technical proposal. | Needs to be installed, tested and trained. | Fail | Tyler | | TLO - 8/15 - All Standard "canned" reports can titles can be seen by opening up Excel and going to the NWS CAD tab | Fully Comply | | TLO - 8/15 - All Standard "canned" reports can titles can be seen by opening up Excel and going to the NWS CAD tab | CAD and DSS Reports | Fail - Reports | 1 Reports |
| 1948 | A. | Capability to monitor any workstation on the CAD system. | Fully Comply | | Needs to be demonstrated and trained for compliance. | Fail | Tyler | | TLO - 10/4/2017 if a call taker is processing a call you can open that same call at any position and see entry | Fully Comply | | | 11/16/17: Not a Fail OK. Fail - excetional amount of scope, full view of live informaiton. Jerrold recommends we use | Fail | 1 CAD |

| # | | Requirement | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 | K. | The IMD shall refresh the screen within two seconds when new or updated data is received. | Fully Comply | | Does not comply - have not seen it refresh. | Fail | Tyler | DRD 8/15 - The Mapping Client is dynamic. It updates as soon as changes are made within CAD/Mobile  TLO 10/4/2017 - same response | Fully Comply | DRD 8/15 - The Mapping Client is dynamic. It updates as soon as changes are made within CAD/Mobile | | Map is very slow when moving around. Open Case. | Fail - Warranty | 1 | Warranty | | 5711717 - Need further investigation/troubleshooting. |
| 2038 | U. | Center on a specific unit if that unit or personnel assigned to that unit's portable emergency call button is activated. | Fully Comply | | Needs to be tested/demonstrated | Functional Test | Tyler | Updated DB 10-4 - Just need to test once PTT is installed | | | | 11/16/17: Priority 3 - Does not comply now. In development's roadmap. In design now. Not sure how it | Fail | 1 | Interface | | |
| 2040 | V. | Center on a specific event location when the dispatcher recalls the associated event from the CAD status monitor. | Fully Comply | | Does not comply - does not map it | Fail | Tyler | | | | | GIS issue #M18, this an issue it does not work on non 911 calls. | Fail - Warranty | 1 | WARRANTY | | 5893434 |
| 2096 | A. | CAD shall recommend appropriate receiving hospitals for EMS transports. CAD shall recommend hospitals based on facility specializations, unit position, and transport route time. CAD shall facilitate the input of diverting hospitals to eliminate such hospitals from being recommended. | Fully Comply | | Does not comply - Needs to be demonstrated for compliance | Fail | Tyler | TLO - 10/4/2017 the agency has created units for the hospitals to use for this functionality within the system.  They have created units and statuses specific to the hospital so that the ambulance units can see the statuses of the | Fully Comply | | | 11/16/17: Priority 3 Fail - no module availalbe, large magnitude. 10/10/17: Remains a fail. 9/25/17: This functionality does not exist | Fail | 1 | CAD | | |
| 2098 | B. | The ability to select a hospital, either from a recommendation or from a picklist, and then obtain routing instructions to the hospital shall be provided to both CAD and mobile users. | Fully Comply | | Does not comply - Needs to be demonstrated for compliance | Fail | Tyler | TLO - 10/4/2017 - using the mapping tool of routing/get directions can be used by the CAD users to get direction to and from any location/unit's | Fully Comply | | | 11/16/17: Priority 3 Fail - no module availalbe, large magnitude. 10/10/17: Remains a fail. 9/25/17: This functionality does | Fail | 1 | CAD | | |
| 2104 | | The system shall provide a contact management database that includes a telephone directory for personnel and agencies the SRFECC must contact. Information stored in this directory shall include the name, agency, multiple telephone numbers, and types of telephone number (home, work, pager, cellular, email, websites, etc.). The system operator shall be able to retrieve the telephone information by complete or partial name or agency. Contact database access shall be available to MDC-equipped field units via the MDCS. | Fully Comply | | Does not comply - possibly the NOTES comply for CAD, not for Mobile. | Fail | Tyler | DWright 10/2/2017 - Global Jackets for personnel can be retrieved from Mobile providing limited information. DRD 8/15 - Contact Cards | Mobile - Partial Comply | DRD 8/15 - Contact Cards | | 10/16/17: Priority 2 Goal - 1) Add this functionality to Mobile. Dispatch will use the Notepad in CAD because the Contact Cards do not have all the fields needed. Contact Cards - search and retrive in Mobile. 2) Priority 3 - Also, needs to be editable from the mobile and be permission based - this would be an enhancement. AP: TNW will verify if the changes in Contact Cards are audited. 10/10/17: Remains a fail - does not work on | Fail | 1 | Mobile | | |

| ID | | Requirement | Compliance | | Status | | Assignee | Comment | Compliance | Comment | Comment | Result | | Category | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2128 | c. | Likely travel speed | Fully Comply | | Does Not Comply | Fail | Tyler | DRD 8/15 - Information may be displayed on the centerline as established by client's GIS. Information is also available by using the Identify Features functionality in Mapping Client  TLO - 10/4/2017 Mapping Settings have to be set to show which agencies want the speed to be displayed with the unit on the map as they travel down the road. To see the speed limits on the map itself that would be up to the agencies GIS to build that label information into the GIS data. | Fully Comply | DRD 8/15 - Information may be displayed on the centerline as established by client's GIS. Information is also available by using the Identify Features functionality in Mapping Client | 10/10: Remains a fail, likely travel speed is for real time traffic conditions - could be above or below the static speed limit in the data. 9/25/17 - We have not been able to determine where/how to use and see this data. | Fail | 1 | CAD | |
| 2132 | e. | Overpass / underpass | Fully Comply | | Does Not Comply | | | 9/13/2017 - Tyler - Tyler does differentiate difference between over/underpasses by use of | Fully Comply | | 9/25/17 - This is not working | Fail - Warranty | 1 | WARRANTY? GIS | 5650421 |
| 2144 | I. | Point or Polygons identifying special locations | Fully Comply | | Needs to be tested | Functional Test | Tyler | | | | 9/25/17 - Comply on points, not polygons. | Fail | 1 | GIS | 18.2 |
| 2146 | J. | Other geographical layers using typical mapping/GIS tools. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | | | 9/25/17 - Comply on points, not polygons. | Fail | 1 | GIS | 18.4 |
| 2173 | | The system shall support the hyperlinking or cross referencing of any unique geo-spatial item (point, street segment, polygon, etc.) to a specific file or files (drawings, text data file, etc.) | Fully Comply | | Yes, No Yes - need to see it then how do we support it? | Fail | Tyler | Bonini - 8/14/2017 - Matt Wooden to ascertain if any hyperlinks exist or if there any that the build team desires. Tyler to demonstrate how to add them during the week of August 28th. | Comply | Bonini - 8/14/2017 - Matt Wooden to ascertain if any hyperlinks exist or if there any that the build team desires. Tyler to demonstrate how to add them during the week of August 28th. | 10/10: Remains a fail. Have not seen this work. 9/25/17: Not completed the week of 8/28 | Fail | 1 | CAD/GIS | 18.2 |

| # | | Requirement | Comply | Status | Result | Vendor | DRD | | Notes | | Cat | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2193 | | Once an incident location is entered into the proposed CAD system, the location verification step shall add the coordinates of the incident's location to the incident record and display an incident icon on the tactical map display. | Fully Comply | Does not comply | Fail | Tyler | DRD 8/15 - GIS  TLO - 8/16  If they want the lat/long they can go into the geo verify and get the data there [Terri]  as long as the data is added to their GIS address data base those fields can be added to the GEO Verification window. We showed them how to add these windows during the trip on 8/2017 – they go into the settings of GEO verification and click on the cog wheel – add the column lat/long to their window – then this is where they would go to get the lat/long for the geo verified address on the CFS . | Fail | DRD 8/15 - GIS  TLO - 8/16  they have been advised how to add the icons for the CFS types if they want something other than the blue telephone, if they want the lat/long they can go into the geo verify and get the data there | 11/16/17: Same as #734  10/10/17: Remains a fail.  9/25/17: It is not adding the coordinates to the incident. It is needed. | Fail | 1 CAD | 16.4 |
| 2211 | A. | The vendor will be required to supply SRFECC with a CAD map analysis tool that will accurately identify any errors in the GIS basemap that will interfere with proper identification of the required units and with proper identification of the correct response districts. | Fully Comply | Needs to be demonstrated | Fail | Tyler | 8/15/2017 - Need to meet internally with Tyler team. There are tools on the CAD side for checking GIS data. We need to verify what tools are in place to check validity of response plans. Bonini taking the lead. | Partially Comply | DRD 8/15 - GIS | 10/10/17: Remains a fail.  9/25/17 - Fail | Fail | 1 CAD/GIS | |
| 2229 | A. | The ability to receive coordinate information from the mobile units and display this information on the IMD in near real time mode. | Fully Comply | Needs to be tested | Functional Test | Tyler | | | | 8/28 after routing hotfix AVL is no longer working | Fail - Warranty | 1 WARRANTY | Updated DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting.  •The hot fix that was applied is case #5581676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |
| 2233 | C. | The ability to record historical data and provide "playback" capability. | Fully Comply | Does not comply - Incident Observer does not work | Fail | Tyler | DRD 8/15 - Need to check Incident Observer configuration  TLO 8/16 Incident Observer does work now - they added a fix to it and now it works - should of been done after I left in July | Fully Comply | DRD 8/15 - Need to check Incident Observer configuration  TLO 8/16 Incident Observer does work now - they added a fix to it and now it works - should of been done after I left in July | Incident Observer is not working. TNW entered a case on 8/30/17. We thought the case was already opened and the fix was already applied. | Fail - Warranty | 1 WARRANTY | 5734080 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2235 | D. | The capability to filter the playback to a single or specified group of units. | Fully Comply | | Does not comply - Incident Observer does not work | Fail | | Tyler | DRD 8/15 - Need to check Incident Observer configuration TLO 8/16 Incident Observer does not work now - they added a fix to it and now it works - should of been done after I left in July | Fully Comply | | DRD 8/15 - Need to check Incident Observer configuration TLO 8/16 Incident Observer does not work now - they added a fix to it and now it works - should of been done after I left in July | | Incident Observer is not working. TNW entered a case on 8/30/17. We thought the case was already opened and the fix was already applied | Fail - Warranty | | 1 WARRANTY | | | | S724080 |
| 2237 | E. | The ability to configure and administer the AVL component. | Fully Comply | | Does not comply - Incident Observer does not work | Fail | | Tyler | | | | | | | Incident Observer is not working. TNW entered a case on 8/30/17. We thought the case was already opened and the fix was | Fail - Warranty | | 1 WARRANTY | | | | S724080 |
| 2244 | A. | This section includes the general records management and management information system requirements of the CAD system for support of Fire and EMS operations. The following functional requirements for the compilation of necessary information to produce specified reports, tables, charts, graphs, and maps shall apply to all CAD subsystems and modules. That is, the same mechanisms described in this section shall be accessible to each module and subsystem in the CAD. Unless otherwise noted, these requirements shall apply equally to Fire and EMS activities. | Fully Comply | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail | | Tyler | DRD 8/15 - Pending DSS implementation | | | DRD 8/15 - Pending DSS implementation | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | | 1 Reports | | | | |
| 2246 | B. | The intent of the CAD Management Information System shall be the completion of data and statistical information regarding agency activities for decision support and administrative decision-making process. | Fully Comply | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail | | Tyler | DRD 8/15 - Pending DSS implementation | | | DRD 8/15 - Pending DSS implementation | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - Reports | | 1 Reports | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2251 | A. | Generally, all reports that will be discussed in this section will be created using data that is stored in the data warehouse portion of the CAD System as described throughout the RFP. This is done to ensure that reporting operations will not interfere with the operational characteristics of the CAD System. | Fully Comply | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail | Tyler | | DRD 8/15 - Pending DSS implementation | | DRD 8/15 - Pending DSS implementation | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - Reports | 1 Reports |
| 2253 | B. | The vendor shall describe their system's capabilities to utilize a warehouse type environment for the reporting components of the CAD system. | Fully Comply | Please see an overview of CAD Enterprise Reporting under the 5.2.15 Management Information System Reporting heading in section 3 of our technical proposal. | CAD Reports and DSS - Needs to be installed, tested and trained | Fail | Tyler | | DRD 8/15 - Pending DSS implementation | | DRD 8/15 - Pending DSS implementation | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2256 | | The CAD system shall include a set of report generation tools that provide the following minimum capabilities: | | | CAD Web Reports - Installed, configured, tested and trained | Fail | Tyler | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |

| 2257 | 5.2.15.2.1 | Report Printing and Display | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports | | | |
| 2258 | A. | The proposed CAD shall be capable of generating reports for both screen display and printing. | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports | | | |
| 2260 | B. | All reports shall be capable of screen display and printing. | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2262 | C. | The system shall be capable of efficiently exporting report data to a variety of file formats, including, but not limited to Microsoft Office Suite, Open Office and PDF. | Partially Comply | Standard reports produce an XML document and apply XSL for formatting so the end results can be tailored by the agency. New World provides some basic tools as part of the base package that allow agencies to make formatting changes to the base standard reports. Ad hoc reports can be exported to Microsoft Excel. | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2267 | | Reports in the proposed CAD shall be menu selectable for content and generation parameters. | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | | DRD 8/15 - Pending CAD Web Reports and DSS implementation/training | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2270 | | The report generator of the proposed CAD shall also include a command mode providing for the generation of a report using selectable parameters from any system files or information not shown as menu selections including narrative, thus providing the capability of performing a data mining function. | Partially Comply | Any grid in the system can be exported to Microsoft Excel, including the results of search parameters. | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | David Bonini to follow up on implementation and training plan for WebReports. Triaging of WebReports issues taking place on 8/22/2017. | | DRD 8/15 - Interfaces | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2273 | | The system shall include reporting based on graphical constraint entry. For example, the user shall be able to graphically choose an area within SRFECC boundaries (by choosing the area on a map display) and display CAD statistics for that area (Community Reports). | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2276 | | The report generator of the proposed CAD shall allow for including SRFECC-specific information on reports, charts, graphs, and maps produced by the system. Such information includes, but is not limited to, report header data and text, SRFECC Seal, Department Logos, etc. | Partially Comply | Microsoft Excel supports images and can create charts, graphs and more. With the CAD Reporting dashboard components, a browser based ESRI map can be used. | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |

| ID | | Requirement | | Response | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2279 | A. | The report generator of the proposed CAD shall have the capability of making CAD data available for other systems and PC applications, using the Microsoft DDE, OLE, ODBC, ASCII, or comparable standards for dynamic data exchange. Examples of the types of software that would access the system's databases through DDE, ODBC, or other available techniques include Microsoft Access, Excel, FoxPro, Seagate Crystal Reports, etc. | Partially Comply | CAD Reporting opens in and creates Excel files. | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2286 | B. | It shall be possible to retrieve or find all narrative information that contains a combination of two or more words/phrases (e.g., find all occurrences of "red" and "Honda"). | Fully Comply | | Needs to be demonstrated for compliance. | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2289 | | suitable mechanism for the entry of a unique report narrative and report title for each report. Although a default narrative and title should be available, the SRFECC desires the capability of overwriting these defaults prior to the printing of any report. | Fully Comply | SRFECC can modify the Excel worksheet. | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2292 | | The proposed CAD shall provide a number of pre-defined reports, custom tailored to meet the needs of SRFECC. | Partially Comply | CAD ships with a set of existing Excel reports that SRFECC can modify. | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2295 | | The proposed system shall include the ability to produce counts and statistical information to be tracked and maintained on line. The system shall maintain counts of CAD activity, including activities of interest such as births, lives saved or other agency identifiable milestones. | Fully Comply | | CAD Web Reports - installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - Reports | 1 Reports |
| 2298 | | The proposed CAD shall include comprehensive reporting tools in each module whereby SRFECC personnel can create "pre-defined" reports. The available reports shall be robust, flexible, and easily initiated. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - Reports | 1 Reports |
| 2304 | | It shall be easy to change selection criteria and parameters such as a starting date and time, ending date and time, subset of data to be extracted and aggregated, etc. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2307 | | The reports shall include summarizing and sub-total statistics, as well as list generation. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2310 | A. | SRFECC is particularly interested in trend analysis, data aggregation, and other more advanced reporting functions. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2315 | | In addition to tabular reports, the system shall include the ability to either directly generate maps, charts and graphs or to generate maps, charts and graphs through easily invoked PC applications such as Microsoft Excel. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |
| 2331 | | The proposed system shall also include Web-based reports. The Web-based reports shall be menu driven, available to all authorized users and once requested on-line, they shall be available for printing. | Partially Comply | CAD Reporting Dashboard Widgets can be used to reflect report objectives and are browser-based. | Need to demonstrate and train on how CAD Reporting Dashboard Widgets comply. | Fail | Tyler | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports |

| # | Requirement | | | Status | | | | | | | | | | Notes | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2334 | The proposed CAD shall include the ability to extract recent historical incident occurrences and to trend and pattern statistics and, when possible, to forecast future activity. | Fully Comply | | Is this DSS or CAD Web Reports? - both need to be installed, configured, tested and trained | Fail | | Tyler | | | | | | | CAD Reports and DSS - Needs to be installed, tested and trained | Fail - reports | 1 Reports | |
| 2346 | Thematic maps are maps of geographic boundaries (e.g., response zones, Fire districts, neighborhood watch areas, fire box alarm zones, company areas, etc.) that cover the entire SRFECC boundary or geographic subset and that are color-coded or differentially shaded to reflect the data contained within each boundary. For example, a map showing the average response time in each Fire district in SRFECC. | Fully Comply | | Demonstrate, test and train us on how this is compliant. | Fail | | Tyler | | | | | | | 9/19 - No Tyler response from our indication of Fail. How do you comply? | Fail - Reports | 1 Reports | |
| 2349 | Pin maps are maps displaying, through icons or other symbols, the location of specific occurrences in the SRFECC boundary or geographic sub-area. For example, a map showing the location of all fire dispatches that occurred in the SRFECC boundary during the last two months. | Fully Comply | | Demonstrate, test and train us on how this is compliant. | Fail | | Tyler | | | | | | | 9/19 - No Tyler response from our indication of Fail. How do you comply? | Fail - reports | 1 Reports | |
| 2352 | The system shall provide the ability to aggregate extracted information into more meaningful statistics. For example, generate fire arson rates by district statistics by aggregating individual arsons occurring in each district of SRFECC. | Fully Comply | | Demonstrate, test and train us on how this is compliant. | Fail | | Tyler | | | | | | | 9/19 - No Tyler response from our indication of Fail. How do you comply? Is this DSS? | Fail - reports | 1 Reports | |
| 2355 | The system shall provide the ability to extract recent historical incident occurrences and to trend and pattern statistics and, when possible, to forecast future activity. | Fully Comply | | Demonstrate, test and train us on how this is compliant. | Fail | | Tyler | | | | | | | 9/19 - No Tyler response from our indication of Fail. How do you comply? Is this DSS? | Fail - reports | 1 Reports | |
| 2393 | e. | Remotely or Web Connected CAD workstations. | Fully Comply | Needs to be demonstrated for compliance. | Fail | Tyler | | LP - system can message from any thick client regardless of how it is connected back to the | Fully Comply | | | | | 11/14/16: Priority 1 - Goal - Need to add to Chat to CAD Web View. 10/10/17: Remains a | Fail | 1 CAD | |
| 2400 | b. | A single position or workstation. | Fully Comply | Does not comply | Fail | Tyler | | TLO 10/6 -- if agency is using positions, then you can chat by | Fully Comply | | | | | 11/16/17: Priority 1 - add the dispatch position to the | Fail | 1 CAD | 18.2 |
| 2402 | c. | A role (i.e. dispatcher controlling sector 1 or dispatcher controlling this unit, etc.) | Fully Comply | Does not comply | Fail | Tyler | | Can't tell what portion of the RFP this statement is being made | | | | | | 11/16/17: Priority 1 - there. Need additional training on this one. 10/10/17: Remains a | Fail | 1 CAD | |
| 2416 | G. | The recipient of the message shall be provided with an audible and visible alert when the message is received. | Fully Comply | Does not comply - if you are selected and a group message there is not audible or visual alert. There is no audible alert on an individual message. | Fail | Tyler | | DRD 8/11 - Audible alerts are only present when the CAD Messaging window is not opened within the Template and the user has enabled Audible Alerts  TLO 8/16 - I added a case for this the audible alert will not work for chat room messages only for individual messages. TLO 10/4/2017 this has been sent to Warranty. | Fully Comply | | DRD 8/15 - Audible alerts are only present when the CAD Messaging window is not opened within the Template and the user has enabled Audible Alerts  TLO 8/16 - I added a case for this the audible alert will not work for chat room messages only for individual messages | | | Fail - Open case does not appear to be open. | Fail - Warranty | 1 Warranty | Updated DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting.<br>•The hot fix that was applied is case #5381676 4X was after this that Jack reported AVL had stopped working.<br>4We are not sure if AVL not working is a result of the hotfix or a coincidence<br>•The case for AVL not working now is: #5800198 4Support will reach out to Shane to coordinate troubleshooting and resolution. |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2508 | C. | Custom toolbars / macro support. | Partially Comply | Able to customize toolbars and hot keys; no macro support. | Does not comply | Fail | Tyler | DW 08162017 - The Toolbars are configurable manually via MMC Config, by User Permissions and in some cases by the CAD software configuration (Unit Status). NWPS Mobile does not support Macros. | Partially Comply | DW 08162017 - The Toolbars are configurable manually via MMC Config, by User Permissions and in some cases by the CAD software configuration (Unit Status). NWPS Mobile does not support Macros. | Partially Comply | 12/12/17: TNW agrees this is a fail. 7/19/17: FAIL - main tool bar is customizable, but left tool bar is not customisable. | Full - TNW Agreement | 1 | DEVELOPMENT | | |
| 2521 | I. | Buttons and icons will be sized for effective use with a touchscreen display | Fully Comply | | Needs to be tested | Functional Test | Tyler | DWright 10/2/2017 - Buttons are sized for effective use with a touchscreen. DW 08172017 - Dave Wright will review on 8/23 site visit | Fully Comply | DW 08172017 - Dave Wright will review on 8/23 site visit | Fully Comply | 12/8/17: David B. confirmed this is an enhancement. Tyler status changed from Mobile to Enhancement. 9/20/17 - Tyler advised this is an ENHANCEMENT // ISSUE reported, border relative view on the buttons, they are flat | Enhancement | 1 | Enhancement | Mobile | |
| 2530 | A. | The MDCS should validate entered data. | Fully Comply | | Needs to be tested | Functional Test | Tyler | DWright 10/2/2017 - Please explain which | Comply | | | 11/16/17: Priority 1 Goal: address verify in Fail #891 10/10/17: Remains a Fail | Fail | 1 | Mobile | | 18.2 |
| 2550 | G. | Pre-plans. Preplans will be installed locally remotely, and stored in PDF format. The appropriate preplan should be selected based on incident location. The vendor shall describe the process for accessing preplan information. | Fully Comply | | Needs to be tested | Functional Test | Tyler | World FRMS stores Pre Plan details as part of the database and also includes ability to attach documents. The Pre Plan details information is generated in Mobile, on request, based on FRMS database contents. The documents attached to the Pre Plan can be any document type readable at the client (PDF, Word doc, Excel workbook, Power Point, graphic images, video images, Audio, etc.). The documents are stored on the Application Server and Synchronized locally on each workstation which is maintained by 2 sync | Fully Comply | FRMS stores Pre Plan details as part of the database and also includes ability to attach documents. The Pre Plan details information is generated in Mobile, on request, based on FRMS database contents. The documents attached to the Pre Plan can be any document type readable at the client (PDF, Word doc, Excel workbook, Power Point, graphic images, video images, Audio, etc.). The documents are stored on the Application Server and Synchronized locally on each workstation which is maintained by 2 sync services 1 keeps the FRMS system sync'ed with the Mobile Server another keeps the Mobile client sync'ed with the Mobile Server. Each Sync is on a 12 hour timer so local client sync could take up to 24 hours depending on where the Sync cycle is when the update is made. The | Fully Comply | FAIL - NEW ISSUE: Not working with Address Range 2) NEW ISSUE: Since the last update the alert for a preplan is not populating for the location From Technical Matrix: Share pre-plan, hazard, business contacts, structural construction and other information across jurisdictions When Aegis CAD software is deployed with our integrated FRMS, building pre-plans, hazards, business contacts, structural construction and other premise information is readily available. The | Fail - Warranty | 1 | WARRANTY | | Case# 5718746 (Needs further investigation), 5718735 (Needs further investigation), 5718707 (Enhancement) |

| # | | Requirement | Compliance | | Method | Result | Tester | DWright Comment | Response | DWright Comment 2 | Response 2 | TNW Comment | Resolution | | Priority | Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2565 | F. | The applications shall support text-based searches of the data local to the MDC. | Fully Comply | | Demonstrate this for compliance. | Fail | Tyler | DWright 08162017 - Please be more specific. What is "data local to the MDC"? Text based searches are supported across various functions in Mobile like Global Jacket, Pre-Plan, Cleared Call searches. Any "local" data is internal to the Mobile program itself and is not for end user consumption. | Exception | DWright 08162017 - Please be more specific. What is "data local to the MDC"? Text based searches are supported across various functions in Mobile like Global Jacket, Pre-Plan, Cleared Call searches. Any "local" data is internal to the Mobile program itself and is not for end user consumption. | Exception | 12/11/17: TNW agrees this is a Fail - two parts. 11/16/17: Priority 2 - Cleared Call Priority 3 - Live call Search the narrative by key word 10/101/17: Fail - no search for text | Fail - TNW Agreement | | 1 | DEVELOPMENT | |
| 2568 | G. | Provide the ability to print from the vehicle to a remote printer at headquarters or at a district station. | Fully Comply | | Demonstrate this for compliance. | Fail | Tyler | DWright 08162017 - There are no printable features in Mobile. | Exception | DWright 08162017 - There are no printable features in Mobile. | Exception | 12/12/17: TNW agrees this is a Fail. 11/16/17: Priority - 2  Goal: Route a message from a note, could be from  chat  / Priority  3 print the screen  there is the ability to map printers from the mobile, it would be a logistical nightmare according to Shane. PRINTER - email set up to SMPT server that command could take place.  - add the page command to mobile. Shane/John/Jerrold like this approach. FAIL - there is no print features in Mobile | Fail - TNW Agreement | | 1 | DEVELOPMENT | |
| 2573 | I. | The system shall provide an emergency button function that will automatically send the unit identification and location along with a high priority message indicating that assistance is needed. This message shall be configurable to be sent to the dispatcher and all units or units in a given area. | Fully Comply | | Demonstrate this for compliance. | Fail | Tyler | DWright 10/2/2017 - It appears that the Emergency button has been code-disabled in the NWPS Fire Mobile Client. DWright 08172017 - Emergency Button messages are sent to all Dispatchers and all NWPS Mobile units. Dave Wright will review on 8/23 site visit. | Partially Comply | DWright 08172017 - Emergency Button messages are sent to all Dispatchers and all NWPS Mobile units. Dave Wright will review on 8/23 site visit. | Partially Comply | FAIL - Button does not exist. It is turned on in the configuration, not showing up on the client. | Fail - Warranty | | 1 | WARRANTY | 5718669 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2586 | C. | Alert shall immediately wake up a monitor in standby mode and display call information automatically. | Fully Comply | | Demonstrate this for compliance. | Fail | Tyler | | DWright 10/2/2017 - Are you questioning "waking" the Windows computer up from a Windows sleep mode? Or are you referring to Screen Saver mode? DWright 08172017 - Please define "Standby mode" | Question | DWright 08172017 - Please define "Standby mode" | Question | 12/12/17: TNW agrees this is a fail. 8/8/17: FAIL - standby mode is sleep mode and it does not awake the mobile with a new call or alert | Fail - TNW Agreement | 1 DEVELOPMENT |
| 2603 | A. | Integrated GPS AVL shall provide accurate positional data for all field units. Transmitted data shall include vehicle-tracking information for maintenance purposes. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | DWright 10/2/2017 - This was demonstrated working while onsite during week of 8/22 - 8/25 2017 08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | Comply | 08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | 1 WARRANTY | Updated DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #5581676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |
| 2605 | B. | Personnel with appropriate security or role shall be able to see (through AVL system) where their units are located and to be able to ascertain their statuses. | Fully Comply | | Needs to be tested | Functional Test | Tyler | | DWright 10/2/2017 - This was demonstrated working while onsite during week of 8/22 - 8/25 2017 08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | Comply | 08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | 1 WARRANTY | Updated DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #5581676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |

| # | | Requirement | Compliance | | Status | Test | Vendor | Notes | Comply | | | Issue | Resolution | | Priority | Category | | Additional Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2607 | c. | The MDCs shall have integrated in-vehicle mapping, showing unit location and call location. | Fully Comply | | Needs to be tested | Functional Test | Tyler | DWright 10/2/2017 - This was demonstrated working while onsite during week of 8/22 - 8/25 2017  08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | Comply | | | 08172017 - Dave Wright will review this while onsite but understand the amount of time allotted will not permit an excursion outside the training room. | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | | 1 | WARRANTY | Updated DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting.  •The hot fix that was applied is case #5581676  oIt was after this that Jack reported AVL had stopped working.  oWe are not sure if AVL not working is a result of the hotfix or a coincidence  •The case for AVL not working now is: #5800198  oSupport will reach out to Shane to coordinate troubleshooting and resolution. |
| 2761 | a. | Units on duty - a list of all units currently on duty and their status, location, and nature code (if assigned to call), sorted by District. | Fully Comply | | Needs to be demonstrated | Mobile Config Repeat | Tyler | DWright 08172017 - Not as an inquiry but a Real-Time Unit/Apparatus Status Monitor. Can be filtered to limit the viewable apparatus. | Fully Comply | | | DWright 08172017 - Not as an inquiry but a Real-Time Unit/Apparatus Status Monitor. Can be filtered to limit the viewable apparatus. | 11/16/17: Priority 1 - In development for CAD and mobile  10/10/17: FAIL - Need to be able to support by Batallion - this is in the Police BEAT field. You can see it in the incident but not in the mobile to sort. | Fail | | 1 | CAD | |
| 2769 | a. | Call for service summary - a report containing summary information for a call for service. SRFECC will specify the exact content and format of the report. The report can be obtained by entering a specific incident number, an address / location, or an involved person's name. | Partially Comply | Aegis Mobile provides a standard format. | Needs to be demonstrated | Mobile Config Repeat | Tyler | DWright 08172017 - Mobile provides an Inquiry to look up and view Call Data including the Call Log. There is not printed "report" from Mobile but we do provide the capability to export the results list to an Excel Worksheet. | Partially Comply | | | DWright 08172017 - Mobile provides an Inquiry to look up and view Call Data including the Call Log. Providing a viewable summary. There is not printed "report" from Mobile. | FAIL - this is provided in CAD only. Not really needed from the field. | Fail - Reports | | 1 | Reports | |

| # | | Requirement | Compliance | Notes | Status | Mobile Config | Tyler | | DWright 08172017 | Partially Comply | DWright 08172017 | Partially Comply | 12/8/17 Notes | Fail | Priority | Development | Mobile | Updated DB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2773 | g. | Responses containing firefighter safety information shall have both visual and audible alerts that are clearly distinct from normal system responses and alerts. | Fully Comply | | Needs to be demonstrated | Mobile Config Repeat | Tyler | | DWright 08172017 - All Alerts are available in the call Alerts pane. We also provide the ability to assign Alert Mobile map icons for individual Alert Types. | Partially Comply | DWright 08172017 - All Alerts are available in the call Alerts pane. We also provide the ability to assign Alert Mobile map icons for individual Alert Types. | Partially Comply | 12/8/17: This is a FAIL, TNW confirmed to fix it and changed this from enhancement to development. 11/16/17: Priority 1 - David Wright while onsite confirmed it was not working. Enhance the alert to provide the narrative update or the link. 10/10/17: This remains a fail. SRFECC does not agree this is an enhancement. 9/25/17: FAIL - critical alerts issue reported | Fail | 1 | DEVELOPMENT | Mobile | Updated DB 10-4 - Filed case for RFP Failure only. Will need enhancement request. S711591 |
| 2776 | | The MDCS shall provide a query to return hazardous material information and hazard mitigation procedures based on the latest edition of the North American Emergency Response Guidebook. The query shall go to a national Hazardous Material database set up to provide this information. | Substitution | New World's Aegis solution includes an integrated hazmat database that can be updated from the National Oceanic and Atmospheric Administration (NOAA) Computer-Aided Management of Emergency Operations (CAMEO) data set. | Needs to be demonstrated, tested and trained | Mobile Config Repeat | Tyler | | DWright 08172017 - As an end extension to the NWPS Vendor RFP Comments.  Mobile does not have an inquiry into this information, it is only available via the CAD Interface. | Fail | DWright 08172017 - As an end extension to the NWPS Vendor RFP Comments.  Mobile does not have an inquiry into this information, it is only accessible via the CAD Interface. | Fail | 12/13/17: TNW agrees this is a fail. 7/19/17: FAIL - this is accessible in CAD and RMS, not on the mobile. | Fail - TNW Agreement | 1 | DEVELOPMENT | Mobile | |
| 2793 | E. | Ability to send / reply / forward a message from an MDCS unit to one or more MDCS units. The MDCS shall provide each recipient with the message owner's login ID name and vehicle / unit number. The unit selection shall be from a drop down list of zones and currently logged in units for each zone. Reply messages shall automatically be sent to the unit(s) initiating the message. | Fully Comply | | Needs to be tested | Mobile Config Repeat | Tyler | | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or User designed "private" Groups as opposed to Zones. | Comply | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or User designed "private" Groups as opposed to Zones. | Comply | 12/13/17: TNW agrees this is a fail. 7/19/17: FAIL - need the UNIT not the name, | Fail - TNW Agreement | 1 | Development | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2797 | G. | Ability to send / reply / forward a message from an MDCS unit to one or more CAD operators either by name or workstation ID. CAD message recipients shall be provided with the message owner's login ID-name and vehicle / unit number. | Fully Comply | | Needs to be tested | Mobile Config Repeat | Tyler | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or Chat Rooms. Source Information is limited to Use rid. | Partial Comply | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or Chat Rooms. Source Information is limited to UserID. | Partial Comply | a fail. 11/16/17: Priority 1 Goal - Via chat attributes on th elect, send and to providing additional attributes with each message. This would be provided with options - which attributes you want to send with every chat messages. Need to be able to forward the message in CAD. Week of 8/28 - Ran out of time to DISCUSS CHAT ROOMS with TLD, could set up positions in the Rooms FAIL - 1) ISSUE - IT is by the onperator name displayed and needs the workstation ID. Can't send a TO MESSAGE to a dispatch position. 2) ISSUE - TO MESSAGE to a unit, not the name from CAD. 3) ISSUE TO Messages from CAD are not working. Casey could TO MESSAGE to E38, but could not for E73 or T74. He can in and find the units, double click them and send a | Fail - TNW Agreement | 1 Development |
| 2799 | H. | Ability for CAD users to send / reply / forward messages to one or more MDCS units. The MDCS shall provide each message recipient with the message owner's CAD position number and login name. | Fully Comply | | Needs to be demonstrated | Mobile Config Repeat | Tyler | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or Chat Rooms. Groups or Chat Rooms could be created based on CAD Position. Source Information is limited to Use rid. | Partial Comply | DWright 08172017 - The NWPS Chat Administration is common system wide. It uses administrator designed common groups or Chat Rooms. Groups or Chat Rooms could be created based on CAD Position. Source Information is limited to UserID. | Partial Comply | 12/12/17: TNW agrees this is a fail. Week of 8/28 - Ran out of time to DISCUSS CHAT ROOMS with TLD, could set up positions in the Rooms (CRO Rooms) FAIL - does not show the position number which is used as who is the dispatcher. | Fail - TNW Agreement | 1 Development |
| 2807 | L. | Shall provide the capability to send and receive messages to mobile units and CAD from any intranet-enabled personal computer. Requires a valid user ID and password. | Fully Comply | | Needs to be demonstrated | Mobile Config Repeat | Tyler | DWright 08172017 - NWPS is only open to NWPS products (CAD and Mobile clients) that are online, Logged in and permission allow. Updated DB 10-4 - Can't send from CAD Web View. Diane to ascertain from customer if they will actually be using webview for messaging. | Comply | DWright 08172017 - NWPS is only open to NWPS products (CAD and Mobile clients) that are online, Logged in and permission allow. | Comply | 12/12/17: TNW agrees this is a fail. FAIL - Ran out of time the week of week of 8/28/17, need to be able to message from web viewer as we do now. | Fail - TNW Agreement | 1 DEVELOPMENT |

| ID | | Requirement | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2809 | M. | The system shall have a message prioritization and organization to arrange messages according to importance, time / date, or local grouping. | Fully Comply | | Needs to be demonstrated | Mobile Config Repeat | Tyler | | DWright 08172017 - Chat Messages do not have Prioritization and are organized chronologically | Partial Comply | | DWright 08172017 - Chat Messages do not have Prioritization and are organized chronologically | Partial Comply | 12/12/17: TNW agrees this is a fail. FAIL - Toast Case | Fail - TNW Agreement | 1 DEVELOPMENT | Chat | 18.4 |
| 2843 | a. | Call taker's name and CAD position ID. | Fully Comply | | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | | DWright 08172017 - Call Taker Name and Position is not part of Mobile Dispatch message although some may be contained in the available Call Log tab. | Partial Comply | | DWright 08172017 - Call Taker Name and Position is not part of Mobile Dispatch message although some may be contained in the available Call Log tab. | | 12/12/17: TNW agrees this is a fail | Fail - TNW Agreement | 1 DEVELOPMENT | CAD/Mobile | |
| 2845 | b. | CAD position ID and login name of dispatcher assigning unit to the call. | Fully Comply | | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | | DWright 08172017 - Call Taker Name and Position is not part of Mobile Dispatch message although some may be contained in the available Call Log tab. | Partial Comply | | DWright 08172017 - Call Taker Name and Position is not part of Mobile Dispatch message although some may be contained in the available Call Log tab. | | 12/12/17: TNW agrees this is a fail | Fail - TNW Agreement | 1 DEVELOPMENT | CAD/Mobile | 18.2 |

| # | | Requirement | Compliance | Confirm | | Tester | Comment | Status | | Status2 | | Status3 | | Priority | Module | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2847 | c. | Other units assigned to the call. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - All assigned Units are listed at the bottom of the call window  Updated DB 10-4 - | Comply | | | 11/16/17: Priority 1 Goal - while going to a call, the BC needs to be able to see all the units on the call. Solution will be to see the units on | Fail | | 1 | Mobile | | Ck 0 does not meet our use case. Units font size should adjust based on number of units. |
| 2851 | e. | Nature code. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - Nature Code is not part of the NWPS Fire Mobile Dispatch message | Fail | | | 12/12/17: TNW agrees this is a fail. FAIL 1) Not able to see the Nature Code is acceptable formate | Fail - TNW Agreement | | 1 | DEVELOPMENT | CAD/Mobile | |
| 2853 | f. | Priority. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - Priority is not part of the NWPS Fire Mobile Dispatch message | Fail | | | 12/12/17: TNW agrees this is a fail. 12/5/17: 12/5/17: CAD Build Fire Team Review confirms P1 for | Fail - TNW Agreement | | 1 | DEVELOPMENT | CAD/Mobile | 20.2 |
| 2855 | g. | Involved individuals and vehicles. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - Involved individuals and Vehicles are not part of the NWPS Fire Mobile Dispatch | Fail | | | 12/12/17: TNW agrees this a fail. 12/5/17: Changed from P1 to P2 after CAD Build Team | Fail - TNW Agreement | | 2 | DEVELOPMENT | CAD/Mobile | 19.2 |
| 2857 | h. | Phone number. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - Caller Phone Number is part of the NWPS Fire Mobile Dispatch Message | Fail | | | 12/12/17: TNW agrees this a fail. 12/5/17: Changed from P1 to P2 after CAD Build Team | Fail - TNW Agreement | | 2 | DEVELOPMENT | CAD/Mobile | 19.2 |
| 2859 | i. | Comments | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08212017 - CAD Notes, entered by the Dispatcher or a unit are available for view in | Comply | | | Fail - not on the message, in the call log | Fail - Warranty | | 1 | Warranty | | Update DB 10-4 - Case # 5543583 - Unable to read narrative. Fix for this item was supposed to be included in the hot fix week of 8/22 but was not. |
| 2868 | A. | A form shall be available in MDC-equipped units that allow them to initiate an event (e.g., a paramedic returning from a call witnesses and accident reqiring a medical response and dispatches him or herself to handle the situation). | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - NWPS Mobile function titled "Create Call" | Comply | | Dwight 08172017 - NWPS Mobile function titled "Create Call" | 11/16/17: This is known defect and a case should be entered. 10/10/17: This remains a fail. There should have been a new case created after the last hotfix. In the mobile CREATE a call, the Call Type Name is there, Description is not 2) Address vertificaiton does not work from mobile | Fail - Warranty | | 1 | Mobile | | |
| 2870 | B. | All self-initiated dispatch events shall be routed to the pending call area of controlling dispatchers. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - Self Initiated calls will go to Active Call List | Fully Comply | | Dwight 08172017 - Self initiated calls will go to Active Call List | FAIL - mobile does not address verify. Where will the call route to? | Fail | | 1 | Mobile | | 22.4 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2872 | C. | The controlling dispatchers shall be prompted to assign backup units and follow other SOP's as contained in the CAD system. | Fully Comply | | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - Any Prompting in CAD would be a CAD configuration not Mobile. Response Plan?  TLO 10/6 - Status' of units are real time in the system, if a unit goes out of service in the middle of a recommendation, the software will update the status and then show the dispatcher another unit to send. | Fully Comply | DWright 08172017 - Any Prompting in CAD would be a CAD configuration not Mobile. | | 11/16/17: Priority 3 Will check David FAIL - CAD does not alert the dispatcher, the call falls into the active incident list. | Fail | 1 | CAD | | |
| 2877 | A. | The event nature code (e.g., accident, smoke investigation, etc.) with a default priority that may be overridden by the controlling dispatcher. | Fully Comply | | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - NWPS Mobile function titled "Create Call" | Fully Comply | Dwright 08172017 - NWPS Mobile function titled "Create Call" | | FAIL - BUG the call type name is there, but no description. Case to be entered. | Fail - Warranty | 1 | CAD | | |
| 2879 | B. | Location of the event (should be automatically filled in for AVL-equipped vehicles). The user should be able to override the AVL-provided location in the event that the self-initiated dispatch is not located at the current location of the vehicle. | Fully Comply | | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - NWPS Mobile function titled "Create Call"; Several Location Options can be offered to the User the options presented are configurable in the Mobile Management Console. | Comply | Dwright 08172017 - NWPS Mobile function titled "Create Call", Several Location Options can be offered to the User the options presented are configurable in the Mobile Management Console. | | 10/10/17: AVL broken, not able to get the location. The case for AVL not working now is: #5800198  9/25/17 - We have not seen this functionality. | Fail - Warranty | 1 | Warranty | | AVL broken, not able to get the location. The case for AVL not working now is: #5800198 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2892 | E. | The MDICS shall notify all units assigned to a call of the changed status of any other units assigned to the call. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 08172017 - All units on a call are notified if any unit status is changed. | Comply | DWright 08172017 - All units on a call are notified if any unit status is changed | 11/16/17: Priority 1 Goal The toast will be changed to include what the status chance is. 10/10/17: Remains a FAIL - TOAST does not display this | Fail | 1 Mobile | |
| 2912 | | The client application shall provide a visible and audible indication upon message receipt. All visual indications shall include a counter showing the number of messages that have not been viewed (in queue counter.) Message receipt shall be associated with an audible alert, which is sounded upon receipt of each message. | Fully Comply | Confirm in Fire Mobile Messaging Week #2 | Mobile Config Repeat | Tyler | DWright 10/2/2017 - The Term message is used in multiple places throughout this document and needs to be qualified.  If this RFP item is in relation to Chat style messages then Notification is sent via toast message and Envelope icon on Program Title bar until the chat window/message has been viewed. Toast message can be configured for the amount of time to remain on screen. There is no counter showing un-viewed messages. There is no | Question | DWright - Definition of Message? | 11/16/17: Functionality now available in 2017.2 10/10/17: Remains a FAIL - No counter, no visual indicator you have not alerted | Fail | 1 Mobile | 18.2 |
| 2956 | I. | The vehicle location at all times. The display shall normally be centered on the vehicle's location. | Fully Comply | Training and testing needed to confirm in Fire Mobile Messaging Week repeat | Mobile Config Repeat | Tyler | DWright 10/2/2017 - Follow me only works until map screen has been touched then reverts back to default. | | | 9/19 FAIL - Not working consistently. Follow me worked for Folsom, not for Metro. Maybe has to do with different options turned on - not consistent. What turns off the follow me? 10/10/17: Remains a Fail. A case for routing | Fail - Warranty | 1 Warranty | Update DB 10-4 - I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #SSB1676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL working is a result of the hotfix or a coincidence •The case for AVL not working now is: #SB00198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |
| 2967 | B. | The travel route analysis shall include analysis of impedance of route (speed of route). This shall be used to provide most efficient route in relative real time. | Fully Comply | Training and testing needed to confirm in Fire Mobile Messaging Week repeat | Mobile Config Repeat | s | DWright 10/2/2017 - Calculation should take into account any impedence that has been entered in CAD (Road Block). Impedences outside of CAD map definition are | Fully Comply | | is needed if not already entered. Now that Phase 1 and Phase 2 for GIS is no longer valid. What is the plan to optimize routing? | Fail | 1 Mobile/GIS | |
| 2974 | A. | The AVL server shall capture AVL information, organized by vehicle. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DWright 10/2/2017 - Feature is provided as a component of CAD not Mobile | Fully Comply | | Incident observer is not working, new case filed | Fail - Warranty | 1 WARRANTY | 572408D |

| # | | Requirement | Compliance | Comment | Note | Result | Vendor | Yellow Note | Comply | | | | Status | Result | Cnt | Category | ID |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2976 | B. | Tools shall be provided in the MDCS system to extract this information by one or more units or by groups of units. | Fully Comply | This feature is provided in CAD. | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DWright 10/2/2017 - Feature is provided as a component of CAD not Mobile | Fully Comply | | | | Incident observer is not working, new case filed | Fail - Warranty | 1 | WARRANTY | 5724080 |
| 2978 | C. | Authorized individuals will be able to view this information on the AVL server by "playing back" (with a feature for varying the speed of playback) the track taken by the selected vehicles overlaid on top of a geographic map. | Fully Comply | This feature is provided in CAD. | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DWright 10/2/2017 - Feature is provided as a component of CAD not Mobile | Fully Comply | | | | Incident observer is not working, new case filed | Fail - Warranty | 1 | WARRANTY | 5724080 |
| 2980 | D. | The AVL server shall provide an icon, unit ID label, and the date and time when the vehicle was at its displayed location. | Fully Comply | This feature is provided in CAD. | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DWright 10/2/2017 - Feature is provided as a component of CAD not Mobile | Fully Comply | | | | Incident observer is not working, new case filed | Fail - Warranty | 1 | WARRANTY | 5724080 |
| 2982 | E. | The system shall also provide standard mapping functions such as pan, zoom, annotate, and print for the AVL track display. | Fully Comply | This feature is provided in CAD. | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DWright 10/2/2017 - Feature is provided as a component of CAD not Mobile | Fully Comply | | | | Incident observer is not working, new case filed | Fail - Warranty | 1 | WARRANTY | 5724080 |
| 3029 | I. | It shall be a site option if the system shall continue to display the caller's location if different from the location of the call. | Fully Comply | | This is not optional. | Fail | Tyler | 7LO 10/6 - You can add callers address to "Contact" tab if different from the call's address. | Fully Comply | | | | 11/14/16: Known defect. 10/10/17: Remains a fail. 9/25/17: FAIL - this is | Fail | 1 | CAD | |
| 3081 | A. | CAD shall have the ability to interface with 800 MHz voice radio systems. SAFECC is migrating to a Motorola 7.x P25 compliant 800 MHz voice radio system. The vendor shall describe compliance with P25 as well as any costs that may be incurred to transition this interface from conventional to P25. | Comply with Mod | CAD Enterprise supports an interface to the Motorola MCC 7500 and Motorola Gold Elite consoles for Push to Talk and Emergency button activation. The appropriate Motorola API must be licensed and Motorola engineering support may be required for installation of the interface. | Needs to completed, tested and trained | Fail | Tyler | | | | | | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed , installed, tested or training. | Fail | 1 | Interface | |
| 3087 | D. | CAD shall capture and display unit/portable PTT ID and translate that ID to a unit number of the vehicle speaking on the radio on the selected talk group. | Comply with Mod | This functionality is part of the custom interface proposed in item 5.4.4.1.A above. | Needs to completed, tested and trained | Fail | Tyler | | | | | | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed , | Fail | 1 | Interface | |
| 3091 | F. | Currently the agency uses a combination of Motorola Gold Elite consoles and Motorola MCC-7500 consoles. The CAD system shall support interfacing to both console types. | Comply with Mod | This functionality is part of the custom interface proposed in item 5.4.4.1.A above. | Needs to completed, tested and trained | Fail | Tyler | | | | | | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed , installed, tested or | Fail | 1 | Interface | |
| 3093 | G. | CAD shall display the unit number of the last 10 push to talk transmissions on the CAD screen, preferably in the format of a scrolling marquee. Vendors shall describe this functionality | Comply with Mod | With the custom interface proposed in item 5.4.4.1.A above, this information is displayed in the event ticker as a rolling marquee list. | Needs to completed, tested and trained | Fail | Tyler | | | | | | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed , installed, tested or training. | Fail | 1 | Interface | |

| # | Requirement | Comply | Notes | Test | Name | DRD | DRD | Status | # | Category | Notes 2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3100 | The CAD shall also display and record in the unit/incident record at any time when an emergency button has been activated and display which radio activated the button and center the Integrated Map Display to the location of the unit or the portables assigned to that unit. | Fully Comply | Needs to completed, tested and trained | Functional Test | Tyler | DRD 8/16 - Interface | DRD 8/16 - Interface | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed, installed, tested or training. | Fail | 1 Interface | |
| 3103 | The dispatch supervisor must have the ability (via the CAD) to easily modify unit IDs for mobile and portable radios. | Fully Comply | Dispatch Supervisors need this training. It appears mobile server access is needed. This would not comply. | Fail | Tyler | DRD 8/16 - Interface? | DRD 8/16 - Interface? | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed, installed, tested or training. | Fail | 1 Interface | |
| 3106 | The system shall provide the capability to display the talk group(s) that a unit is affiliated and when that unit manually changes to a different talk group. | Fully Comply | Needs to completed, configured, tested and trained | Fail | Tyler | DRD 8/16 - Interface | DRD 8/16 - Interface | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed, installed, tested or training. | Fail | 1 Interface | |
| 3113 | Currently there are a variety of Fire Station Alerting interfaces in use by agencies dispatched by SRFECC, but they are all based on the original PRC/Northrop Grumman interface from a NETQue print server to a serial device. There are several vendor systems deployed, and as a result, several variants to the interface will be required. Fire Station Alerting systems deployed include ComTech, First-In (Westnet), and the original DPTD Mux box. Additional details for each vendor's system is available from the vendor and will be provided to the vendor selected. | Fully Comply | New World supports ComTech and Westnet First-In as standard tone encoder/station alerting interfaces. Additional interfaces can be supported for most tone encoder/station alerting systems. / Needs to completed, configured, tested and trained | Fail | Tyler | DRD 8/16 - Interface | DRD 8/16 - Interface | 10/10/17: PTT interface is not fully complete and ready for testing. 9/19 - FAIL the interface is not completely developed, installed, tested or training. | Fail | 1 Interface | |
| 3137 | The proposed CAD system should be able to accept and display automatic vehicle location (AVL) information provided by the AVL system. | Fully Comply | Needs to be tested - we are still working through AVL and Out of Band AVL issues. | Functional Test | Tyler | | | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | 1 WARRANTY | Updated DB 10-4 I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #5581676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |

| ID | | Requirement | | Notes | Test | Tester | | | | | Status | Warranty | | Ticket |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3140 | | Through the AVL interface, the proposed CAD system must be able to provide real-time display of vehicle locations on the associated Integrated Map Display. | Fully Comply | Needs to be tested - we are still working through AVL and Out of Band AVL issues. | Functional Test | Tyler | LP 10/6 - System Fully complies and was demonstrated. Currently their is an issue with AVL, however,the requirement describes how the system works | Fully Comply | | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | 1 WARRANTY | | The case for AVL not working now is: #5800198 |
| 3146 | | The proposed CAD system must be able to accept and utilize unit ID information provided through the AVL interface for spatial display and for dispatch purposes. That is, the unit IDs provided by the optional AVL system must be displayable on the CAD system's IMD and used for unit recommendations. | Fully Comply | Needs to be tested | Functional Test | Tyler | LP 10/6 - System Fully complies and was demonstrated. Currently their is an issue with AVL, however,the requirement describes how the system works | Fully Comply | | AVL not working after routing hotfix week of 8/28. Needs to be resolved and tested | Fail - Warranty | 1 WARRANTY | | Updated DB 10-4 I filed a support ticket to gain assistance from our support team in troubleshooting. •The hot fix that was applied is case #5581676 oIt was after this that Jack reported AVL had stopped working. oWe are not sure if AVL not working is a result of the hotfix or a coincidence •The case for AVL not working now is: #5800198 oSupport will reach out to Shane to coordinate troubleshooting and resolution. |
| 3149 | A. | The AVL system and interface shall provide the capability to capture and record the AVL data received. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | DRO 8/16 - Pending resolution from Development after issues reported by TLO in July | | DRO 8/16 - Pending resolution from Development after issues reported by TLO in July | FAIL - What is the case #? | Fail - Warranty | 1 WARRANTY | | 5724080 |
| 3151 | B. | The system shall provide the capability to replay the AVL data that has been captured and recorded. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | | | | FAIL | Fail - Warranty | 1 WARRANTY | | 5724080 |
| 3153 | C. | The system shall have the ability to specify both a single unit and multiple units to be displayed during the replay of recorded AVL data. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | | | | FAIL | Fail - Warranty | 1 WARRANTY | | 5724080 |
| 3155 | D. | The system shall provide the capability to "turn on" and "turn off" AVL data recording. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | | | | FAIL | Fail - Warranty | 1 WARRANTY | | 5724080 |
| 3157 | E. | The system shall be able to select both a single unit and multiple units to "turn on" and "turn off" AVL data capture and recording. | Fully Comply | Incident Observer needs to be installed, configured, tested and trained | Fail | Tyler | | | | FAIL | Fail - Warranty | 1 WARRANTY | | 5724080 |
| 3244 | B. | The CAD data file will include latitude and longitude coordinates for the location of the incident. | Fully Comply | The CAD export interface can include the coordinates of the call for service. | Needs to be configured, tested and trained | Fail | Tyler | | | | 11/14/16: Will add the lat/long to the export. 10/10/17: Remains a fail. A new case is needed. 9/25/17 - The CAD | Fail | 1 Interface | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3276 | | A link to real time traffic is desired. The CAD system should be able to interface with/link to real time traffic cameras available in the region. The vendor shall describe their ability and experience in integrating traffic information with the CAD system. | Substitution | ESRI Mapping hyperlinks can be used with IP (URI)-based cameras and any hyperlinks will display as part of CAD Mapping. | Does hyperlink work? Yes/no training | Fail | Tyler | DRD 8/15 - Hyperlinks via Mapping Client Bonini - Warranty case #Case #5696371 and one off patch request submitted to add ability to consume real time traffic data (as a service) by allowing a log in and password to be saved in the system. Real time traffic would be a visual display only and would not have an effect on routing. | Hyperlinks Comply Realtime traffic service - Does not comply | DRD 8/15 - Hyperlinks via Mapping Client Bonini - Warranty case #Case #5696371 and one off patch request submitted to add ability to consume real time traffic data (as a service) by allowing a log in and password to be saved in the system. Real time traffic would be a visual display only and would not have an effect on routing. | Hyperlinks Comply Realtime traffic service - Does not comply | 12/8/17: This is a FAIL, not an enhancement. TNW changed from enhancement to development. 11/16/17: TNW advised this is in 2017.2 Release. Needs to be confirmed. 10/10/17: This remains a fail. SRFECC does not agree this is an enhancement. Realtime traffic does not comply | Fail | 1 Development | CAD | 18. 2 |

| Total RFP Items | 2065 | | | | |
|---|---|---|---|---|---|
| **RFP Open Items** | | | P1 | P2 | P3 |
| Warranty | 54 | | 54 | | |
| Reports - At Risk | 47 | | 47 | | |
| Enhancements | 7 | | 7 | | |
| TNW - no resolution | 4 | | 4 | | |
| TNW agrees fail | 34 | | 26 | 2 | 6 |
| RFP Fails | 93 | | 81 | 3 | 9 |
| **Total RFP Items** | 239 | | 219 | 5 | 15 |

| | |
|---|---|
| Gross Number of Failed Items | 242 |
| Number of failed items that SRFECC says are Ok, even though they fail | 6 |
| Total Net Failures: | 236 |

| Category | Total Number | Description |
|---|---|---|
| Development | 36 | Number of items where we conceded failure and are being estimated by Development |
| Enhancement | 7 | Items deemed by Tyler to be enhancements to the core product. Note - SRFECC doesn't agree that these items should be deemed enhancements. |
| Do Not Estimate | 19 | Items flagged as "Do Not Estimate" - These are items that are in some stage of implementation or just need to be demonstrated to the customer. |
| Reports | 47 | Items that are covered by our reporting products but have not been demonstrated to the customer. Tyler pledged to provide these to the customer during a standard "reports training and implementation" phase of the project which typically occurs 2 or 3 months after go live. |
| SA | 1 | This is a requirement covered by the Systems Assurance team. We need to provide the documentation and training to the customer. We will cover this in the recovery plan. |
| Warranty | 39 | Items that contain a bug or warranty issue preventing compliance. Note - At the time of me writing this, I am doing a comparison against all warranty items filed to determine if there are any items that were found during testing that were deemed to be warranty items. This number may increase some. |
| CAD, CAD/GIS, CAD/Interfaces, GIS, Interface, Mobile, Mobile/GIS | 86 | Items that we will review with the SRFECC on site on 11-16-2017 |



# EXHIBIT 7

Exhibit 7

**Failed RFP Items
Certified by Defendant
As "Fully Comply" At Time of Bid**

| Item # | Exhibit 6 Row No. | Technical Requirement | Defendant's Certification At Time Of Bid | Current Status Assigned by Defendant | Defendant's Target Release Date |
|---|---|---|---|---|---|
| 1 | 353 | 5.2.3.2.9 D. | Fully Comply | In Development | None |
| 2 | 464 | 5.2.4.1 C. | Fully Comply | In Development | None |
| 3 | 478 | 5.2.4.3 C. | Fully Comply | In Development | None |
| 4 | 707 | 5.2.5.6 C. a. | Fully Comply | In Development | 2020.4 |
| 5 | 709 | 5.2.5.6 D. | Fully Comply | In Development | 2020.2 |
| 6 | 716 | 5.2.5.6 F. b. | Fully Comply | In Development | 2018.2 |
| 7 | 784 | 5.2.5.8 C. | Fully Comply | In Development | None |
| 8 | 812 | 5.2.5.9 H. a. | Fully Comply | In Development | None |
| 9 | 1174 | 5.2.6.4 G. | Fully Comply | In Development | None |
| 10 | 1178 | 5.2.6.4 I. | Fully Comply | In Development | None |
| 11 | 1184 | 5.2.6.4 L. | Fully Comply | In Development | None |
| 12 | 1199 | 5.2.6.5 A. | Fully Comply | In Development | None |
| 13 | 1283 | 5.2.6.5.3 E. c. | Fully Comply | In Development | None |
| 14 | 1287 | 5.2.6.5.3 F. | Fully Comply | In Development | 2018.2 |
| 15 | 1643 | 5.2.6.12.2 G. | Fully Comply | In Development | None |
| 16 | 2565 | 5.3.4.5 E. | Fully Comply | In Development | None |
| 17 | 2569 | 5.3.4.5 G. | Fully Comply | In Development | None |
| 18 | 2586 | 5.3.4.6 C. | Fully Comply | In Development | None |
| 19 | 2793 | 5.3.5.9 E. | Fully Comply | In Development | None |
| 20 | 2797 | 5.3.5.9 G. | Fully Comply | In Development | None |
| 21 | 2799 | 5.3.5.9 H. | Fully Comply | In Development | None |
| 22 | 2807 | 5.3.5.9 L. | Fully Comply | In Development | None |
| 23 | 2809 | 5.3.5.9 M. | Fully Comply | In Development | 2018.4 |
| 24 | 2843 | 5.3.5.10.1 D. a. | Fully Comply | In Development | None |
| 25 | 2845 | 5.3.5.10.1 D. b. | Fully Comply | In Development | 2018.2 |
| 26 | 2851 | 5.3.5.10.1 D. e. | Fully Comply | In Development | None |
| 27 | 2853 | 5.3.5.10.1 D. f. | Fully Comply | In Development | 2020.2 |
| 28 | 2855 | 5.3.5.10.1 D. g. | Fully Comply | In Development | 2019.2 |
| 29 | 2857 | 5.3.5.10.1 D. h. | Fully Comply | In Development | 2019.2 |
| 30 | 194 | 5.2.2 C. e. | Fully Comply | In Development | None |
| 31 | 198 | 5.2.2 C. g. | Fully Comply | In Development | None |
| 32 | 242 | 5.2.3.2.2 A. | Fully Comply | Warranty | None |
| 33 | 338 | 5.2.3.2.8 E. | Fully Comply | In Development | 2022.4 |
| 34 | 370 | 5.2.3.2.12 | Fully Comply | In Development | None |
| 35 | 384 | 5.2.3.2.14 C. | Fully Comply | Implementation | None |
| 36 | 386 | 5.2.3.2.14 D. | Fully Comply | Implementation | None |
| 37 | 395 | 5.2.3.2.15 C. | Fully Comply | Implementation | None |
| 38 | 397 | 5.2.3.2.15 D. | Fully Comply | Implementation | None |
| 39 | 532 | 5.2.5.1.2 D. h. | Fully Comply | In Development | None |
| 40 | 544 | 5.2.5.1.2 J. | Fully Comply | In Development | None |

| Item # | Exhibit 6 Row No. | Technical Requirement | Defendant's Certification At Time Of Bid | Current Status Assigned by Defendant | Defendant's Target Release Date |
|---|---|---|---|---|---|
| 41 | 703 | 5.2.5.6 B. | Fully Comply | In Development | None |
| 42 | 705 | 5.2.5.6 C. | Fully Comply | In Development | 2018.2 |
| 43 | 718 | 5.2.5.6 F. c. | Fully Comply | In Development | 2022.2 |
| 44 | 728 | 5.2.5.6 I. | Fully Comply | In Development | 2018.4 |
| 45 | 734 | 5.2.5.6 L. | Fully Comply | In Development | None |
| 46 | 744 | 5.2.5.6 N. | Fully Comply | In Development | None |
| 47 | 756 | 5.2.5.6 T. | Fully Comply | In Development | 2019.4 |
| 48 | 760 | 5.2.5.6 V. | Fully Comply | In Development | None |
| 49 | 762 | 5.2.5.6 W. | Fully Comply | In Development | None |
| 50 | 777 | 5.2.5.7 G. | Fully Comply | In Development | 2018.2 |
| 51 | 801 | 5.2.5.9 D. | Fully Comply | CAD/GIS Teams | None |
| 52 | 881 | 5.2.5.15.1 B. a. | Fully Comply | CAD Team | None |
| 53 | 883 | 5.2.5.15.1 B. b. | Fully Comply | CAD Team | None |
| 54 | 887 | 5.2.5.15.1 B. d. | Fully Comply | CAD Team | None |
| 55 | 891 | 5.2.5.15.1 B. f. | Fully Comply | CAD Team | None |
| 56 | 895 | 5.2.5.15.1 B. h. | Fully Comply | CAD Team | None |
| 57 | 903 | 5.2.5.15.1 E. | Fully Comply | CAD Team | None |
| 58 | 924 | 5.2.5.15.1 J. f. | Fully Comply | CAD Team | None |
| 59 | 936 | 5.2.5.15.2 B. b. | Fully Comply | CAD Team | None |
| 60 | 938 | 5.2.5.15.2 B. c. | Fully Comply | CAD Team | None |
| 61 | 956 | 5.2.5.15.2 I. b. | Fully Comply | In Development | None |
| 62 | 964 | 5.2.5.15.2 I. f. | Fully Comply | CAD Team | None |
| 63 | 972 | 5.2.5.15.2 K. | Fully Comply | CAD/GIS Teams | None |
| 64 | 1050 | 5.2.5.20 C. | Fully Comply | In Development | None |
| 65 | 1095 | 5.2.6.2 D. | Fully Comply | Interface Team | 2019.4 |
| 66 | 1108 | 5.2.6.2 G. d. | Fully Comply | CAD Team | 2018.2 |
| 67 | 1162 | 5.2.6.4 B. I. | Fully Comply | GIS Team | 2018.4 |
| 68 | 1168 | 5.2.6.4 D. | Fully Comply | GIS Team | 2018.4 |
| 69 | 1176 | 5.2.6.4 H. | Fully Comply | GIS Team | None |
| 70 | 1261 | 5.2.6.5.2 A. d. | Fully Comply | CAD/Interface Teams | None |
| 71 | 1285 | 5.2.6.5.3 E. d. | Fully Comply | GIS Team | None |
| 72 | 1326 | 5.2.6.5.5 H. | Fully Comply | CAD Team | None |
| 73 | 1328 | 5.2.6.5.5 I. | Fully Comply | CAD Team | None |
| 74 | 1353 | 5.2.6.5.5 O. d. | Fully Comply | CAD Team | None |
| 75 | 1368 | 5.2.6.5.5 S. | Fully Comply | CAD Team | 2018.2 |
| 76 | 1400 | 5.2.6.6 D. b. | Fully Comply | CAD Team | None |
| 77 | 1408 | 5.2.6.6 F. a. | Fully Comply | Mobile Team | None |
| 78 | 1410 | 5.2.6.6 G. | Fully Comply | CAD/GIS Teams | 2018.2 |
| 79 | 1426 | 5.2.6.7 B. c. | Fully Comply | In Development | None |
| 80 | 1570 | 5.2.6.12.1 F. | Fully Comply | CAD Team | None |
| 81 | 1590 | 5.2.6.12.1 P. | Fully Comply | CAD Team | None |

| Item # | Exhibit 6 Row No. | Technical Requirement | Defendant's Certification At Time Of Bid | Current Status Assigned by Defendant | Defendant's Target Release Date |
|---|---|---|---|---|---|
| 82 | 1624 | 5.2.6.12.1 GG. | Fully Comply | CAD Team | None |
| 83 | 1708 | 5.2.6.15 L. | Fully Comply | Mobile Team | None |
| 84 | 1710 | 5.2.6.15 M. | Fully Comply | CAD Team | None |
| 85 | 1860 | 5.2.6.19.4 A. g. | Fully Comply | Interface Team | None |
| 86 | 1888 | 5.2.6.21 A. | Fully Comply | CAD Team | None |
| 87 | 1948 | 5.2.7 A. | Fully Comply | CAD Team | None |
| 88 | 2038 | 5.2.8 U. | Fully Comply | Interface Team | None |
| 89 | 2096 | 5.2.9 A. | Fully Comply | CAD Team | None |
| 90 | 2098 | 5.2.9 B. | Fully Comply | CAD Team | None |
| 91 | 2104 | 5.2.11 | Fully Comply | Mobile Team | None |
| 92 | 2128 | 5.2.12.3 C. c. | Fully Comply | CAD Team | None |
| 93 | 2144 | 5.2.12.3 I | Fully Comply | GIS Team | 2018.2 |
| 94 | 2146 | 5.2.12.3 J. | Fully Comply | GIS Team | 2018.4 |
| 95 | 2173 | 5.2.12.5.6 | Fully Comply | CAD/GIS Teams | 2018.2 |
| 96 | 2193 | 5.2.12.8 | Fully Comply | CAD Team | 2018.4 |
| 97 | 2211 | 5.2.12.11 A. | Fully Comply | CAD/GIS Teams | None |
| 98 | 2393 | 5.2.19.1 A. e. | Fully Comply | CAD Team | None |
| 99 | 2400 | 5.2.19.1 C. b. | Fully Comply | CAD Team | 2018.2 |
| 100 | 2402 | 5.2.19.1 C. d. | Fully Comply | CAD Team | None |
| 101 | 2530 | 5.3.4.3. A. | Fully Comply | Mobile Team | 2018.2 |
| 102 | 2761 | 5.3.5.8.3 C. a. | Fully Comply | CAD Team | None |
| 103 | 2773 | 5.3.5.8.3 C. g. | Fully Comply | In Development | None |
| 104 | 2847 | 5.3.5.10.1 D. c. | Fully Comply | Mobile Team | None |
| 105 | 2870 | 5.3.5.10.2 B. | Fully Comply | Mobile Team | 2022.4 |
| 106 | 2872 | 5.3.5.10.2 C. | Fully Comply | CAD Team | None |
| 107 | 2892 | 5.3.5.10.3 E. | Fully Comply | Mobile Team | None |
| 108 | 2912 | 5.3.5.11.2 | Fully Comply | Mobile Team | 2018.2 |
| 109 | 2967 | 5.3.5.12.4 B. | Fully Comply | Mobile/GIS Teams | None |
| 110 | 3029 | 5.4.1 I. | Fully Comply | CAD Team | None |
| 111 | 3100 | 5.4.4.2 | Fully Comply | Interface Team | None |
| 112 | 3103 | 5.4.4.3 | Fully Comply | Interface Team | None |
| 113 | 3106 | 5.4.4.4 | Fully Comply | Interface Team | None |
| 114 | 3113 | 5.4.6 | Fully Comply | Interface Team | None |
| 115 | 3244 | 5.4.11.2 B. | Fully Comply | Interface Team | None |
| 116 | 188 | 5.2.2 C. b. | Fully Comply | Refused | Never |
| 117 | 190 | 5.2.2 C. c. | Fully Comply | Refused | Never |
| 118 | 196 | 5.2.2 C. f. | Fully Comply | Refused | Never |
| 119 | 200 | 5.2.2 C. h. | Fully Comply | Refused | Never |
| 120 | 283 | 5.2.3.2.4 A. | Fully Comply | Warranty | Go Live |
| 121 | 327 | 5.2.3.2.7 D. | Fully Comply | Warranty | Go Live |
| 122 | 416 | 5.2.3.2.18 A. | Fully Comply | Warranty | Go Live |
| 123 | 418 | 5.2.3.2.18 B. | Fully Comply | Warranty | Go Live |
| 124 | 420 | 5.2.3.2.18 C. | Fully Comply | Warranty | Go Live |

| Item # | Exhibit 6 Row No. | Technical Requirement | Defendant's Certification At Time Of Bid | Current Status Assigned by Defendant | Defendant's Target Release Date |
|---|---|---|---|---|---|
| 125 | 551 | 5.2.5.1.2 K. c. | Fully Comply | Warranty | Go Live |
| 126 | 567 | 5.2.5.1.2 K. k. | Fully Comply | Warranty | Go Live |
| 127 | 782 | 5.2.5.8 B. | Fully Comply | Warranty | Go Live |
| 128 | 786 | 5.2.5.8 D. | Fully Comply | Warranty | Go Live |
| 129 | 790 | 5.2.5.8 F. | Fully Comply | Warranty | Go Live |
| 130 | 792 | 5.2.5.8 G. | Fully Comply | Warranty | Go Live |
| 131 | 803 | 5.2.5.9 E. | Fully Comply | Warranty | Go Live |
| 132 | 1202 | 5.2.6.5 B. | Fully Comply | Warranty | Go Live |
| 133 | 1461 | 5.2.6.11.1 A. | Fully Comply | Warranty | Go Live |
| 134 | 1463 | 5.2.6.11.1 B. | Fully Comply | Warranty | Go Live |
| 135 | 1466 | 5.2.6.11.2 A. | Fully Comply | Warranty | Go Live |
| 136 | 1468 | 5.2.6.11.2 B. | Fully Comply | Warranty | Go Live |
| 137 | 1470 | 5.2.6.11.2 C. | Fully Comply | Warranty | Go Live |
| 138 | 1472 | 5.2.6.11.2 D. | Fully Comply | Warranty | Go Live |
| 139 | 1486 | 5.2.6.12 D. | Fully Comply | Warranty | Go Live |
| 140 | 1688 | 5.2.6.15 B. | Fully Comply | Warranty | Go Live |
| 141 | 1715 | 5.2.6.16 B. | Fully Comply | Warranty | Go Live |
| 142 | 2013 | 5.2.8 K. | Fully Comply | Warranty | Go Live |
| 143 | 2040 | 5.2.8 V. | Fully Comply | Warranty | Go Live |
| 144 | 2132 | 5.2.12.3 C. e. | Fully Comply | Warranty | Go Live |
| 145 | 2229 | 5.2.13 A. | Fully Comply | Warranty | Go Live |
| 146 | 2233 | 5.2.13 C. | Fully Comply | Warranty | Go Live |
| 147 | 2235 | 5.2.13 D. | Fully Comply | Warranty | Go Live |
| 148 | 2237 | 5.2.13 E. | Fully Comply | Warranty | Go Live |
| 149 | 2416 | 5.2.19.1 G. | Fully Comply | Warranty | Go Live |
| 150 | 2550 | 5.3.4.4 G. | Fully Comply | Warranty | Go Live |
| 151 | 2573 | 5.3.4.5 I. | Fully Comply | Warranty | Go Live |
| 152 | 2603 | 5.3.4.9 A. | Fully Comply | Warranty | Go Live |
| 153 | 2605 | 5.3.4.9 B. | Fully Comply | Warranty | Go Live |
| 154 | 2607 | 5.3.4.9 C. | Fully Comply | Warranty | Go Live |
| 155 | 2859 | 5.3.5.10.1 D. i. | Fully Comply | Warranty | Go Live |
| 156 | 2868 | 5.3.5.10.2 A. | Fully Comply | Warranty | Go Live |
| 157 | 2877 | 5.3.5.10.2.1 A. | Fully Comply | Warranty | Go Live |
| 158 | 2879 | 5.3.5.10.2.1 B. | Fully Comply | Warranty | Go Live |
| 159 | 2956 | 5.3.5.12.3 I. | Fully Comply | Warranty | Go Live |
| 160 | 2974 | 5.3.5.12.5 A. | Fully Comply | Warranty | Go Live |
| 161 | 2976 | 5.3.5.12.5 B. | Fully Comply | Warranty | Go Live |
| 162 | 2978 | 5.3.5.12.5 C. | Fully Comply | Warranty | Go Live |
| 163 | 2980 | 5.3.5.12.5 D. | Fully Comply | Warranty | Go Live |
| 164 | 2982 | 5.3.5.12.5 E. | Fully Comply | Warranty | Go Live |
| 165 | 3137 | 5.4.8 | Fully Comply | Warranty | Go Live |
| 166 | 3140 | 5.4.8.1 | Fully Comply | Warranty | Go Live |
| 167 | 3146 | 5.4.8.3 | Fully Comply | Warranty | Go Live |
| 168 | 3149 | 5.4.8.4 A. | Fully Comply | Warranty | Go Live |
| 169 | 3151 | 5.4.8.4 B. | Fully Comply | Warranty | Go Live |
| 170 | 3153 | 5.4.8.4 C. | Fully Comply | Warranty | Go Live |

| Item # | Exhibit 6 Row No. | Technical Requirement | Defendant's Certification At Time Of Bid | Current Status Assigned by Defendant | Defendant's Target Release Date |
|---|---|---|---|---|---|
| 171 | 3155 | 5.4.8.4 D. | Fully Comply | Warranty | Go Live |
| 172 | 3157 | 5.4.8.4 E. | Fully Comply | Warranty | Go Live |

# EXHIBIT 8

KINGSLEYBOGARD
A T T O R N E Y S

Email: rkingsley@kblegal.us

March 19, 2018

**VIA ELECTRONIC MAIL AND
CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

Ms. Abigail Diaz, Chief Legal Officer
Tyler Technologies, Inc.
One Tyler Drive
Yarmouth, ME 04096

Greg Sebastian, President
Public Safety Division
Tyler Technologies, Inc.
840 W. Long Lake Road
Troy, MI 48098

Bryan Proctor, Executive Vice President
Public Safety Division
Tyler Technologies, Inc.
840 W. Long Lake Road
Troy, MI 48098

Re:    Software License and Services Agreement dated November 2015
       NOTICE OF BREACH OF WARRANTY

Dear Ms. Diaz, Mr. Sebastian and Mr. Proctor:

The Sacramento Regional Public Safety Communications Center ("Center") and Tyler
Technologies, Inc./New World Systems ("Tyler") are parties to a Software License and Services
Agreement, dated November 16, 2015 ("Agreement").

00089080.4

phone (916) 932-2500   fax (916) 932-2510   email admin@kblegal.us   web kblegal.us
A LIMITED LIABILITY PARTNERSHIP

600 Coolidge Drive, Suite 160, Folsom, CA 95630

KB

K I N G S L E Y   B O G A R D   L L P

Abigail Diaz
Greg Sebastian
Bryan Proctor
March 19, 2018
Page 2

This is formal Notice of Breach of Warranty.  The "Warranty" determined to have been breached (for purposes of this letter) is the Warranty set forth in Section 6 of the Agreement.

Section 6.3 of the Agreement provides:

> 6.3   **New World** warrants for **Customer's** benefit only, that the items coded "Fully Compliant" in **New World's** Response to **Customer's** RFP will be met as described in Exhibit N.

This letter constitutes Formal Notice pursuant to Section 11.1 of the Agreement that the ***fully compliant*** Licensed Software provided under this Agreement is not performing in accordance with the Warranty set forth in Section 6.3 of the Agreement.

On September 1, 2017, Tyler representative and Vice President, Kevin Flynn, acknowledged that, based on the numbers generated during the functional review process (enhancements, potential warranty items, and possible RFP discrepancies), the scheduled Go-Live date could not be met.

Following cancellation of the November 6, 2017 Go-Live, the Center's Command staff continued to meet with Tyler to list the remaining open items required to be performed by Tyler before a new System Go-Live Date could be scheduled.  During this process, the Center confirmed that:

1.   Tyler had misrepresented its capabilities regarding numerous RFP Technical Requirements when it certified that Tyler's Software was Fully Compliant; and

2.   Tyler's RFP misrepresentations are a major factor in the Go-Live time delay.  The RFP items identified as "Fail" will require Tyler to modify and/or create new software programs to provide features which Tyler had earlier Warranted (certified) to the Center as already in existence (at existing Tyler clients) for over a year's time prior to RFP Submittal.

Because of the Go-Live delay and the significant discrepancies, the Center sought assurances from Tyler that it could complete the Project in a timely manner.  In response to the Center's request for assurances, Mr. Flynn made a presentation to the Center on December 7, 2017.  A copy of the Power Point presentation by Mr. Flynn is Attachment #1.

00089080.4

KINGSLEY BOGARD LLP

Abigail Diaz
Greg Sebastian
Bryan Proctor
March 19, 2018
Page 3

Mr. Flynn presented two options for going forward:

**Option One**:

Go Live in the Spring of 2018 with a partial CAD System, prioritize open items and address the open items over time through a process of "continuous improvement." Excluded from the process of continuous improvement, however, were six (6) open items that Tyler had marked "Fully Compliant" in the RFP Response. On December 7, 2017, Tyler disclosed its unilateral determination that they would not attempt to deliver these open items because they did not align with Tyler's CAD Product Roadmap. See Attachment #1, page 14.

**Option Two**:

Defer Go-Live until roughly 50% of the remaining "open" items had been completed (accepting Mr. Flynn's estimate of work required, and resources available, this would take in excess of thirteen (13) years). Thereafter, re-evaluate the remaining "Open" items to determine if they were needed.

Mr. Flynn's PowerPoint incorrectly listed: (1) the number of "Open" items; and (2) the RFP numbers associated with the PowerPoint items. As a result, the Project Managers for the Center and Tyler (Ms. House and Mr. Bonini) met to reconcile the status of "Open" items. That agreed-upon reconciliation is Attachment #2. It was prepared on December 13, 2017. This document acknowledges that numerous RFP "Fails" have been assigned by Tyler to "Development." (Attachment #3.)

Following preparation of the reconciliation, the Center further refined the document to the RFP items to which Tyler responded "Fully Compliant," but the Center and Tyler subsequently determined were a "Fail." The attached reports (Attachments #4-11) identify:

A.    One hundred seventy-two (172) RFP Warranty "Fails":

#4    Twenty-nine (29) are RFP Warranty "Fails" that Tyler agrees have failed;

#5    Eighty-six (86) are RFP Warranty "Fails" identified by Center;

#6    Four (4) are RFP Warranty "Fails" that Tyler refuses to meet because they "don't align to the CAD Product Roadmap";
        ***Note:  The Flynn PowerPoint listed this number as six (6).***

00089080.4

**Exhibits to Complaint  - Page 183**

KB

KINGSLEY BOGARD LLP

Abigail Diaz
Greg Sebastian
Bryan Proctor
March 19, 2018
Page 4

#7    Fifty-three (53) are RFP Warranty "Fails" that <u>could</u> be "bug" fixes;

B.    One hundred sixty-three (163) RFP Warranty "Fails" subject to post-cutover testing:

    #8    Thirty-six (36) because they are reports that cannot be tested until 60 days after Go-Live (post-cutover);

    #9    Seventeen (17) because CAD-to-CAD has been placed in Phase 2;

    #10    Seventy (70) because they require post-cutover testing.

C.    Six (6) items that are enhancements requested by the Center.  (<u>Attachment #11</u>)
    ***Note: Not deemed by the Center to constitute a "Fail."  Flynn identified this number to be seven (7).***

As authorized by Section 11.1, demand is made that Tyler correct all of the defects set forth in paragraph A above within thirty (30) calendar days from today's date.  If Tyler is unable or unwilling to correct the defects, the Center will pursue recovery of all actual damages in accordance with the Agreement.

As evidenced by the comments of Tyler's implementers, engineers, Project Manager(s) and executives, Tyler has acknowledged that it has not delivered ***fully compliant*** Licensed Software as required by the Agreement.  As a result, the Center does not believe that Section 15 – Dispute Resolution is implicated.  The Center is willing, however, to meet with Tyler as set forth in Section 15 to hear Tyler's plan for curing the Warranty breaches described above.  As a result, this letter shall also serve as the notice required by Section 15.

The Center proposes for this purpose the following possible dates:  March 30 or April 2 or the afternoon of April 3.  At this meeting, representing the Center will be Pat Kernan, Interim CED Joe Thuesen, Communications Manager Kylee Soares, Project Manager Diane House, and me. Please advise who will attend representing Tyler.

00089080.4

KB

KINGSLEY BOGARD LLP

Abigail Diaz
Greg Sebastian
Bryan Proctor
March 19, 2018
Page 5

In presenting this letter demanding that Tyler cure the Warranty breaches, the Center does not waive or relinquish any other claim that it may have arising under or in connection with the Agreement (whether based upon contract, tort, strict liability, or other legal theories).

KINGSLEY BOGARD LLP

ROBERT E. KINGSLEY

REK:ma
Enclosures:

| | | |
|---|---|---|
| Attachment 1 | - | PowerPoint Presentation by Kevin Flynn (14 pages) |
| Attachment 2 | - | Tyler/Center Reconciliation of "Open" Items (61 pages) |
| Attachment 3 | - | Emails Acknowledging 34 Warranty Fails (4 pages) |
| Attachment 4 | - | Center-Identified Warranty Fails that Tyler Concurs Have Failed (11 pages) |
| Attachment 5 | - | Center-Identified Warranty Fails (32 pages) |
| Attachment 6 | - | Center-Identified Warranty Fails that Tyler Refuses to Meet (12 pages) |
| Attachment 7 | - | Warranty Fails that Could be "Bug" Fixes (18 pages) |
| Attachment 8 | - | Warranty Fails that Cannot be Tested Until 60 Days Post-Cutover (12 pages) |
| Attachment 9 | - | Warranty Fails Because CAD-to-CAD was Placed in Phase 2 (4 pages) |
| Attachment 10 | - | Warranty Fails Because They Require Post-Cutover Testing (20 pages) |
| Attachment 11 | - | Enhancements Requested by the Center (3 pages) |

cc:     Members of the Sacramento Regional Public Safety
             Communications Center Governing Board
        Joe Thuesen, Interim Chief Executive Director

00089080.4

# EXHIBIT 9A



# KINGSLEYBOGARD

ATTORNEYS

Email: rkingsley@kblegal.us

June 21, 2018

***VIA EMAIL AND***
***CERTIFIED MAIL, RETURN RECEIPT REQUESTED***

Beth W. Petronio
K&L Gates
1717 Main Street, Suite 2800
Dallas, TX 75201
beth.petronio@klgates.com

Re:     Sacramento Regional Public Safety Communications Center
        Software License and Services Agreement, dated November 2015 ("Agreement")
        NOTICE OF DEFAULT

Dear Ms. Petronio:

In a letter dated March 19, 2018, sent on behalf of the Sacramento Regional Public Safety Communications Center ("Center"), we informed Tyler Technologies, Inc. ("Tyler") (as successor to New World Systems) that they were in breach of multiple provisions of the Agreement. We specifically informed Tyler that they had thirty (30) days to cure. (A copy of the letter without attachments is enclosed for your reference.)

In accordance with Section 15 of the Agreement (Dispute Resolution), the parties participated in a Level 1 meeting on April 15, 2018. At that meeting, Tyler refused to return the monies that the Center has paid under the Agreement. To date, Tyler has not corrected the defects described in our March 19th letter. As a result, the Center has deemed Tyler to be in default and will pursue all remedies available to it at law and in equity relative to the Agreement.

phone (916) 932-2500   fax (916) 932-2510   email admin@kblegal.us   web kblegal.us
A LIMITED LIABILITY PARTNERSHIP
600 Coolidge Drive, Suite 160, Folsom, CA 95630

**Exhibits to Complaint  - Page 187**

KINGSLEY BOGARD LLP

Beth W. Petrino
June 21, 2018
Page 2

In addition to its refusal to return the Center's funds, there are a number of additional defaults which are described in the attached Complaint: (1) Breach of Contract; (2) California Statutory Unfair Competition [Cal. Bus. & Prof. Code §§ 17200 *et seq.*]; (3) Fraud; and (4) California False Claims Act [Cal. Gov't Code § 12650, *et seq.*].

Very truly yours,

KINGSLEY BOGARD LLP

ROBERT E. KINGSLEY

REK:da

Enclosure

cc:   Joe Thuesen, Interim Chief Executive Director
       John C. Li, Esq., Tokyo Marine HCC – Surety Group

00091934.2

# EXHIBIT 9B

pillsbury

Pillsbury Winthrop Shaw Pittman LLP
Four Embarcadero Center, 22nd Floor  |  San Francisco, CA 94111-5998  |  tel 415.983.1000  |  fax 415.983.1200

MAILING ADDRESS:  P.O. Box 2824, San Francisco, CA 94126-2824

Philip S. Warden
tel: 415.983.7260
philip.warden@pillsburylaw.com

June 22, 2018

Via Email and Federal Express

John C. Li, Esq.
Vice President, Bond Claims Director
Tokyo Marine HCC—Surety Group
801 South Figueroa Street, Suite 700
Los Angeles, California 90017
(310) 957-3173
www.tmhcc.com

> Re: **US Specialty Insurance Company**
> **Software Licenses and Services Agreement Between New World**
> **Systems Corporation and Sacramento Regional Public Safety**
> **Communications Center, Dated November 6, 2015**

Dear Mr. Li:

You were copied on our Notice of Default dated June 21, 2018 directed to Beth
Petronio on behalf of Tyler Industries, Inc.  The performance by New World and its
successor, Tyler Industries was bonded by you under Bond No. 1001050103 (copy
enclosed).  Tyler has been given the opportunity starting with discussions beginning
in May 2017 to complete the work, but it was not completed by the performance date
in November 2017 to cure its several defaults.  Since November talks have continued
to May 2018.  Despite many discussions, it is our belief that Tyler is in material
default and lacks any feasible cure plan.

Please respond and tell us if you intend to bring in a replacement contractor to
complete the work.  Absent any input or direction from you, as Tyler's surety, we will
have no alternative but to go into the marketplace and replace Tyler and then bill you
for the added cost.  We will await your response.

www.pillsburylaw.com

4842-2727-4343.v1
**Exhibits to Complaint  - Page 190**

June 22, 2018
Page 2

Please contact the undersigned at the number above with any questions or comments.

Very truly yours,

Philip S. Warden

Enclosure
cc: U.S. Specialty Insurance Company

## EXHIBIT L-2
### to
## SOFTWARE LICENSE AND SERVICES AGREEMENT

### PERFORMANCE BOND

Bond No. 1001050103
Premium: $ 19,467.00

**KNOW ALL MEN BY THESE PRESENTS:** That we New World Systems Corporation, a Michigan corporation, with offices at 888 West Big Beaver, Suite 600, Troy, Michigan 48084 (hereafter the "Contractor/Principal") and U.S. Specialty Insurance Company , a Texas corporation, authorized to transact a surety business in the State of California (hereinafter called the "SURETY"), are held and firmly bound unto the Sacramento Regional Public Safety Communication Center, a Joint Powers Agency, with offices at 1020 Systems Parkway, Sacramento, California 95827 (hereafter the "Obligee") in the sum of Two Million Seventy Thousand Nine Hundred Eighty Five Dollars ($2,070,985.00) for the payment of which we bind ourselves, our legal representatives, successors and assigns, jointly and severally, firmly by these presents.

**WHEREAS, Principal has entered into a contract with Obligee, dated July __,.2015** for the design, delivery, installation, implementation, and integration of a Computer Aided Dispatch System ("System"), copy of which contract is by reference made a part hereof.

**NOW, THEREFORE,** if Principal shall faithfully perform such contract or shall indemnify and save harmless the Obligee from all cost and damage by reason of Principal's failure so to do, then this obligation shall be null and void; otherwise it shall remain in full force and effect.

**Signed, sealed, and dated**

12/02/2015

NEW WORLD SYSTEMS CORPORATION
(Principal)
By:
Title: PRESIDENT

U.S. Specialty Insurance Company
(Principal/Surety)
By:
Title: Jennifer A. Gareffa, Attorney-In-Fact

00035135.12

38

# POWER OF ATTORNEY

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

KNOW ALL MEN BY THESE PRESENTS: That American Contractors Indemnity Company, a California corporation, Texas Bonding Company, an assumed name of American Contractors Indemnity Company, United States Surety Company, a Maryland corporation and U.S. Specialty Insurance Company, a Texas corporation (collectively, the "Companies"), do by these presents make, constitute and appoint:

**Robert Trobec, Alan P. Chandler, Jeffrey A. Chandler, Kathleen M. Irelan, Ian J. Donald or Jennifer A. Gareffa of Troy, Michigan**

its true and lawful Attorney(s)-in-fact, each in their separate capacity if more than one is named above, with full power and authority hereby conferred in its name, place and stead, to execute, acknowledge and deliver **any and all bonds, recognizances, undertakings or other instruments or contracts of suretyship to include riders, amendments, and consents of surety, providing the bond penalty does not exceed** _____\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Ten Million\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*_____ **Dollars ($** \*\*10,000,000.00\*\* **).**
This Power of Attorney shall expire without further action on December 20, 2017. This Power of Attorney is granted under and by authority of the following resolutions adopted by the Boards of Directors of the Companies:

*Be it Resolved,* that the President, any Vice-President, any Assistant Vice-President, any Secretary or any Assistant Secretary shall be and is hereby vested with full power and authority to appoint any one or more suitable persons as Attorney(s)-in-Fact to represent and act for and on behalf of the Company subject to the following provisions:

*Attorney-in-Fact* may be given full power and authority for and in the name of and on behalf of the Company, to execute, acknowledge and deliver, any and all bonds, recognizances, contracts, agreements or indemnity and other conditional or obligatory undertakings, including any and all consents for the release of retained percentages and/or final estimates on engineering and construction contracts, and any and all notices and documents canceling or terminating the Company's liability thereunder, and any such instruments so executed by any such Attorney-in-Fact shall be binding upon the Company as if signed by the President and sealed and effected by the Corporate Secretary.

*Be it Resolved,* that the signature of any authorized officer and seal of the Company heretofore or hereafter affixed to any power of attorney or any certificate relating thereto by facsimile, and any power of attorney or certificate bearing facsimile signature or facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached.

IN WITNESS WHEREOF, The Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 1st day of December, 2014.

### AMERICAN CONTRACTORS INDEMNITY COMPANY   TEXAS BONDING COMPANY
### UNITED STATES SURETY COMPANY   U.S. SPECIALTY INSURANCE COMPANY

Corporate Seals

   

By: _____
**Daniel P. Aguilar, Vice President**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles   SS:

On this 1st day of December, 2014, before me, Maria G. Rodriguez-Wong, a notary public, personally appeared Dan P. Aguilar, Vice President of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

> MARIA G. RODRIGUEZ-WONG
> Commission # 2049771
> Notary Public - California
> Los Angeles County
> My Comm. Expires Dec 20, 2017

I, Michael Chalekson, Assistant Secretary of American Contractors Indemnity Company, Texas Bonding Company, United States Surety Company and U.S. Specialty Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney, executed by said Companies, which is still in full force and effect; furthermore, the resolutions of the Boards of Directors, set out in the Power of Attorney are in full force and effect.

In Witness Whereof, I have hereunto set my hand and affixed the seals of said Companies at Los Angeles, California this 2nd day of December, 2015.

Corporate Seals

   

_____
**Michael Chalekson, Assistant Secretary**

Bond No. 100105 0103
Agency No. 17050

**Exhibits to Complaint - Page 193**

Kan't Kopy· K1
Security Paper

* Hidden Pantograph
* Color Match
* Artificial Watermark
* Anti-Copy Coin Rub
* Erasure Protection
* Security Features Box
* Microprint Protection
* Acid Free

Kan't Kopy· K1
Security Paper

* Hidden Pantograph
* Color Match
* Artificial Watermark
* Anti-Copy Coin Rub
* Erasure Protection
* Security Features Box
* Microprint Protection
* Acid Free

Kan't Kopy· K1
Security Paper

* Hidden Pantograph
* Color Match
* Artificial Watermark
* Anti-Copy Coin Rub
* Erasure Protection
* Security Features Box
* Microprint Protection
* Acid Free

Kan't Kopy· K1
Security Paper

* Hidden Pantograph
* Color Match
* Artificial Watermark
* Anti-Copy Coin Rub
* Erasure Protection
* Security Features Box
* Microprint Protection
* Acid Free