Beth W. Petronio *(pro hac vice pending)*
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation,<br><br>Defendant. | Case No:  2:18-CV-01792-KJM-KJN<br><br>**NOTICE OF APPEARANCE OF MALCOLM SEGAL FOR DEFENDANT TYLER TECHNOLOGIES, INC.** |

1

NOTICE OF APPEARANCE OF MALCOLM SEGAL FOR DEFENDANT TYLER TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that Defendant Tyler Technologies, Inc. ("Defendant") hereby submits this Notice of Appearance of Malcolm Segal of Segal & Associates, PC, located at 400 Capitol Mall, Suite 2550, Sacramento, CA 95814, as additional counsel in this action for Defendant.  I hereby certify that I am admitted to practice before the United States District Court for the Eastern District of California, and that I am a member of good standing in every court in which I am authorized to practice.

Dated:  July 9, 2018.                    **SEGAL & ASSOCIATES, PC**

             By: /s/ Malcolm Segal_____
                MALCOLM SEGAL