

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER**

SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,

           Plaintiff(s),

v.

TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation,

           Defendant(s).

Case No. 2:18-CV-01792-KJM-KJN

I, __Beth W. Petronio,__ attorney for __TYLER TECHNOLOGIES, INC.,__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

Firm Name:   K&L Gates LLP

Address:   1717 Main Street, Suite 2800

City:   Dallas

State:   TX          ZIP Code:  75201

Voice Phone:  (214) 939-5815

FAX Phone:  (214) 939-5849

Internet E-mail: beth.petronio@klgates.com

Additional E-mail:

I reside in City:   Dallas           State:   TX

I was admitted to practice in the _____Texas_____ (court) on _____11/1/1996_____(date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:           Malcolm Segal
Firm Name:      Segal & Associates, LP
Address:        400 Capitol Mall, Suite 2550
                _____
City:           Sacramento
State:          CA                ZIP Code: 95814
Voice Phone:    (916) 441-0886
FAX Phone:      (916) 475-1231
E-mail:         msegal@segal-pc.com

Dated: July 9, 2018           Petitioner:  ___/s/ Beth Petronio_____

501659012 v1

**ORDER**

IT IS SO ORDERED.

Dated: _____                    _____
                                                  JUDGE, U.S. DISTRICT COURT

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 06, 2018

Re: Ms. Beth Bivans Petronio, State Bar Number 00797664

To Whom It May Concern:

This is to certify that Ms. Beth Bivans Petronio was licensed to practice law in Texas on November 01, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

*[signature]*

Linda A. Acevedo
Chief Disciplinary Counsel
LA/web

