

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

SACRAMENTO REGIONAL PUBLIC
SAFETY COMMUNICATIONS
CENTER D/B/A SACRAMENTO           Case No. 2:18-CV-01792-KJM-KJN
REGIONAL FIRE/EMS
COMMUNICATIONS CENTER,

                Plaintiff(s),

v.

TYLER TECHNOLOGIES, INC., a
Delaware corporation F/K/A NEW
WORLD SYSTEMS
CORPORATION, a Surrendered
California corporation,

                Defendant(s).

      I, __Beth W. Petronio,__ attorney for __TYLER TECHNOLOGIES, INC.,__, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

      My business address is:

Firm Name:    K&L Gates LLP

Address:    1717 Main Street, Suite 2800

City:    Dallas

State:    TX    ZIP Code: 75201

Voice Phone:    (214) 939-5815

FAX Phone:    (214) 939-5849

Internet E-mail: beth.petronio@klgates.com

Additional E-mail:

I reside in City:    Dallas    State:    TX

I was admitted to practice in the _____Texas_____ (court) on _____11/1/1996_____(date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I  have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Malcolm Segal_____

Firm Name:   Segal & Associates, LP_____

Address:     400 Capitol Mall, Suite 2550_____

             _____

City:        Sacramento_____

State:       CA_____      ZIP Code: 95814_____

Voice Phone: (916) 441-0886 _____

FAX Phone:   (916) 475-1231_____

E-mail:      msegal@segal-pc.com_____

Dated: July 9, 2018_____     Petitioner: ___/s/ Beth Petronio_____

501659012 v1

**ORDER**

IT IS SO ORDERED.

DATED:  July 9, 2018.

_____
UNITED STATES DISTRICT JUDGE