Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation,<br><br>Defendant. | Case No:  2:18-CV-01792-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO RESPOND TO COMPLAINT** |

-1-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO RESPOND TO COMPLAINT

1  TYLER TECHNOLOGIES, INC., through its counsel of record, Malcolm
2  Segal, Segal & Associates, PC, and SACRAMENTO REGIONAL PUBLIC
3  SAFETY COMMUNICATIONS CENTER, through its counsel of record, Philip S.
4  Warden, Pillsbury Winthrop Shaw Pittman LLP, hereby stipulate that the time for
5  responding to the Complaint filed in this matter be extended to July 31, 2018.  No
6  prior extensions have been sought or obtained.

**IT IS SO STIPULATED.**

Dated:  July 10, 2018.  **SEGAL & ASSOCIATES, PC**


By:   /s/ Malcolm Segal_____
      MALCOLM SEGAL
      Attorneys for Defendant TYLER
      TECHNOLOGIES, INC.


Dated:  July10, 2018.  **PILLSBURY WINTHROP SHAW PITTMAN LLP**


By:   /s/ Philip S. Warden_____
      PHILIP S. WARDEN (SBN 54752)
      philip.warden@pillsburylaw.com
      Four Embarcadero Center, 22nd Floor
      San Francisco, CA 94111
      Telephone:  415-983-1000
      Attorneys for Plaintiff SACRAMENTO
      REGIONAL PUBLIC SAFETY
      COMMUNICATIONS CENTER

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE TIME TO RESPOND TO COMPLAINT

**IT IS SO FOUND AND ORDERED.**

Dated:  July _____, 2018.

                                                              _____
                                                              KIMBERLY J. MUELLER
                                                              United States District Judge