Beth W. Petronio *(admitted pro hac vice)*
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant
TYLER TECHNOLOGIES, INC., a Delaware
Corporation F/K/A NEW WORLD SYSTEMS
CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation,<br><br>Defendant. | Case No:  2:18-CV-01792-KJM-KJN<br><br>**DESIGNATION OF COUNSEL** |

Defendant TYLER TECHNOLOGIES, INC. hereby designates the following attorney from SEGAL & ASSOCIATES, PC, as co-counsel for service in this action:

>JOHN T. KINN
>400 Capitol Mall, Suite 2550
>Sacramento, CA  95814
>Telephone:  (916) 441-0886
>Facsimile: (916) 475-1231
>jkinn@segal-pc.com

DATED: July 24, 2018                    **SEGAL & ASSOCIATES, PC**


                                        /s/ John T. Kinn_____
                                        JOHN T. KINN