PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:  916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone:  916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER | Case No.  2:18-cv-01792-KJM-KJN |
| Plaintiff, | NOTICE OF MOTION AND <u>MOTION FOR PARTIAL SUMMARY ADJUDICATION</u> |
| vs. | Date:  August 24, 2018<br>Time:  10:00 am<br>Courtroom:  3<br>Judge:  Hon. Kimberly J. Mueller |
| TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation | |
| Defendant. | |

-1-

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2         PLEASE TAKE NOTICE that on August 24, 2018 at 10:00 am or as soon thereafter as this

3  matter may be heard in Courtroom 3, located at 501 I Street, Sacramento, California 95814, Plaintiff,

4  the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional

5  Fire/EMS Communications Center ("SRFECC") will and hereby does move the Court for an order

6  granting partial summary adjudication as to Plaintiff's first cause of action for breach of contract,

7  and as to the element of false representation for its fraud cause of action, pursuant to Federal Rule of

8  Civil Procedure Rule 56, on the grounds that there is no triable issue as to any material fact and

9  Plaintiff is entitled to summary adjudication on these issues as a matter of law.  The bases for the

10  entry of summary adjudication as to the claims described above are as follows:

11         1.      Count 1 (Breach of Contract, Against All Defendants).  Summary judgment should be

12  entered as to this claim on the grounds that the undisputed facts establish that Defendant breached its

13  contract with Plaintiff.

14         2.      Count 3 (Fraud):  Partial summary adjudication should be entered as to the element of

15  false representation on the grounds that the undisputed facts establish that Defendant falsely stated

16  that its computer aided dispatch system met certain technical requirements that it did not in fact

17  meet.

18         Pursuant to the Court's Order (Dkt. 3-1), counsel for the parties met and conferred by

19  telephone on July 24, 2018 to discuss this motion and any potential resolution.  Plaintiff and

20  Defendant agree that there is a valid agreement between the parties, but disagree as to the issue of

21  breach.  Plaintiff and Defendant disagree on whether Defendant made false statements.  Plaintiff

22  agrees to the authenticity of Exhibits 2 – 6 of the Complaint, which will also be exhibits to

23  Defendant's motion for partial summary adjudication.  Counsel believe that the remaining issues

24  require resolution by the court.

25

26

27

28

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION
4820-6645-8476.v2                                                                    Case No.:  2:18-cv-01792-KJM-KJN

1    This motion is based on this Notice of Motion and Motion, the Memorandum of Points and

2    Authorities, Declarations of Cindy Chao, Wendy Crosthwaite, Diane House, Patrick Kernan, Janice

3    Parker, and Joseph Thuesen filed in support of the motion, and all pleadings and papers on file in

4    this action.

5

6    Dated:  July 27, 2018                                    PILLSBURY WINTHROP SHAW
                                                              PITTMAN LLP
7

8                                                            */s/ Philip S. Warden*
                                                    By:   PHILIP S. WARDEN
9                                                         ROBERT E. KINGSLEY, Prosecuting
                                                          Authority
10                                                        Attorneys for Plaintiff
                                                          SACRAMENTO REGIONAL PUBLIC
11                                                        SAFETY COMMUNICATIONS CENTER
                                                          D/B/A SACRAMENTO REGIONAL
12                                                        FIRE/EMS COMMUNICATIONS
                                                          CENTER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY ADJUDICATION
4820-6645-8476.v2                                         Case No.:  2:18-cv-01792-KJM-KJN