PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF JOSEPH THUESEN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date:   August 24, 2018<br>Time:   10:00 a.m.<br>Courtroom: 3<br>Judge:  Hon. Kimberly J. Mueller |

-1-

I, Joseph Thuesen, declare under penalty of perjury the following:

1. I am the Interim Chief Executive Director of Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion for Partial Summary Adjudication filed herein.

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I have a Master's degree in Public Administration from the University of San Francisco and a law degree from McGeorge School of Law.

4. I have worked for the Sacramento Regional Public Safety Communications Center for over 18 years, since March 2000.

5. I became Interim Chief Executive Director on December 11, 2017, approximately one month before then-Chief Executive Director Teresa Murray retired.

6. Prior to becoming the Interim Chief Executive Director, I served as a Dispatch Supervisor and the Communications Manager for SRFECC.

7. I was also a member of the CAD Build Team and the RFP Evaluation Committee. I was involved in all aspects of selecting the vendor during the bidding process and then testing the functionality of Defendant's system after the vendor was selected and the contract was executed.

8. I work daily with the CAD system. I work regularly as a dispatcher; I manage the department, and I provide advice to the administrative IT staff on day-to-day operations.

9. I am certified by the International Academy of Emergency Dispatching as an Emergency Medical Dispatcher. I am trained to provide quality assurance feedback, investigate deviations from protocol, and determine what responding units to deploy to an emergency.

10. I am experienced with the financial, technical, operational, and emotional aspects of operating an emergency dispatch and communications center, as well as the physical demands and mental stress involved.

11. I attend and participate in SRFECC's Board meetings, and I review and manage

SRFECC's monthly and annual reports that describe the volume of calls it processes, the number of times it dispatches responders to the location of an emergency, call processing time, and SRFECC's finances and available resources and personnel.

12. SRFECC is a California Joint Powers Authority ("JPA"), formed under and in accordance with the laws of the State of California, Title 1, Division 7, Chapter 5, Section 6500 et seq., of the California Government Code.

13. Its member agencies include the City of Sacramento, the Sacramento Metropolitan Fire District, the City of Folsom, and the Cosumnes Community Services District (collectively referred to herein as "Member Agencies").

14. SRFECC also provides services to the following six volunteer fire agencies as contract entities: Courtland Fire Protection District, Herald Fire Protection District, Isleton Fire Protection District, River Delta Fire Protection District, Walnut Grove Fire Protection District, and Wilton Fire Protection District (collectively referred to herein as the "Contract Entities").

15. SRFECC is the sole dispatching agency for all 9-1-1 emergency fire and medical aid service calls in Sacramento County, providing emergency dispatch services for approximately 1.5 million people.

16. It is one of the nation's largest communication centers, providing public safety communications and dispatch services to the ten cities and districts named above, covering approximately 1,000 square miles.

17. In 2017 alone, SRFECC dispatched emergency units almost 205,000 times and answered over 350,000 emergency calls.

18. SRFECC's current Northrop Grumman COBOL-based computer aided dispatch system was acquired and installed in 1995.

19. COBOL is an aging software platform that was developed in 1959.

20. Most COBOL-based CAD systems are being migrated to new platforms, such as Windows 10. At the same time, experienced programmers who are able to maintain and upgrade these systems are retiring.

21. As a result, upgrades to SRFECC's COBOL system are extremely expensive to

1 obtain and the stability of the system is threatened, making it vulnerable to crash.

22. On or around March 2014, SRFECC initiated efforts to upgrade and modernize its CAD system.

23. SRFECC initiated these efforts because its legacy CAD system is costly to maintain and to upgrade.

24. SRFECC decided to obtain a replacement CAD system in order to be able to take advantage of the many modern technological advances, such as automatic vehicle locator ("AVL") functionality, that are only available to its current system at extremely high cost (or not at all), and that risk destabilizing its operations.

25. On or around March 18, 2014, SRFECC issued a Request For Proposals ("RFP") seeking bids from software vendors that could deliver, install, implement, and integrate a replacement CAD system. I was a member of the committee that prepared the RFP.

26. Attached hereto as Exhibit 13 is a true and correct copy of SRFECC's Request for Proposal.

27. SRFECC received three competitive bids. I received and reviewed each vendor's Response to the RFP.

28. Attached hereto as Exhibit 14 is a true and correct copy of New World's Response to the RFP.

29. SRFECC's RFP Evaluation Committee, of which I was a member, assigned a score based on a formula to each bid.

30. Under the formula, each vendor's response to the technical requirements to the RFP constituted 30% of its final score.

31. Each response marked "Fully Comply" received 3 points; "Compliant as Modified" responses received 2 points; "Partially Compliant" responses received 1 point; and "Not Compliant" responses received 0 points.

32. Each technical requirement was also assigned an individual weight. SRFECC used a formula in a spreadsheet to record and calculate each vendor's score.

33. New World received the highest score of the three bidders.

-5-

34. The Evaluation Committee awarded the contract to New World based on its score.

35. I am informed and believe that Tyler Technologies Inc. purchased all of New World's stock. My predecessor, former Chief Executive Director Teresa Murray, signed a consent to the stock acquisition of New World by Tyler Technologies, Inc. in consideration of Tyler's ratification of its obligations under the contract.

36. When the CAD Build Team reviewed the functionality of the replacement CAD system, it discovered that it did not satisfy many of the technical requirements set forth in the RFP.

37. These failures were significant, because they increase the amount of time it takes to process emergency calls. In an emergency, a delay of minutes or even seconds can mean the difference between life and death.

38. Defendant's Vice President Kevin Flynn confirmed that its system did not meet numerous technical requirements during a presentation to SRFECC on December 7, 2017, which I attended.

39. Following his presentation, SRFECC Project Manager Diane House and Defendant's Project Manager David Bonini concluded that 239 items failed to meet RFP requirements.

40. Ms. House further determined that 172 of these items had been marked "Fully Comply" in Defendant's response to the RFP.

41. Using the spreadsheet the Evaluation Committee used to determine each vendor's score, one is able to calculate what Defendant's RFP score would have been if the answers that had been falsely marked "Fully Comply" were marked "Not Compliant" by changing the value from "3" to "0."

42. Ms. House changed the values in the Evaluation Committee spreadsheet for the items that had been falsely marked "Fully Comply." The spreadsheet automatically recalculated Defendant's score based on the formula.

43. Defendant's total score decreased from 81.99% (the highest of the three competing scores) to 78.77% (the lowest score).

44. I attended the meeting where the bids were evaluated and selected. The Evaluation Committee based its selection of New World on the fact that it scored the highest; it did not discuss

-6-

any other factor. If New World had not scored the highest, SRFECC would not have awarded it the contract.

45. Because Defendant failed to perform the contract, SRFECC has not obtained the benefit of the system it contracted to receive. SRFECC must continue to rely on an aging system that is increasingly expensive to maintain and lacks the functionality of the system it sought to procure.

46. Additionally, as a result of Defendant's breach, SRFECC will incur costs for the maintenance and upkeep of the existing Legacy COBOL CAD System in an amount that could range from $500,000 to $1,500,000.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 27, 2018 at Sacramento, California.

_____
Joseph Thuesen

-6-