1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (SBN 54752)
2   philip.warden@pillsburylaw.com
    CLARK THIEL (SBN 190212)
3   clark.thiel@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
4   San Francisco, CA 94111-5998
    Telephone:  415-983-1000
5   Facsimile:  415-983-1200

6   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SYDNEY A. WARD (SBN 312615)
7   sydney.ward@pillsburylaw.com
    2600 Capitol Avenue, Suite 300
8   Sacramento, CA 95816-5930
    Telephone: 916-329-4700
9   Facsimile:  916-441-3583

10  KINGSLEY BOGARD
    ROBERT E. KINGSLEY (SBN 59596)
11  Prosecuting Authority for Plaintiff
    rkingsley@kblegal.us
12  600 Coolidge Drive
    Suite 160
13  Folsom, CA 95630
    Telephone:  916-932-2500
14
    Attorneys for Plaintiff SACRAMENTO REGIONAL
15  PUBLIC SAFETY COMMUNICATIONS CENTER
    D/B/A SACRAMENTO REGIONAL FIRE/EMS
16  COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18              **EASTERN DISTRICT OF CALIFORNIA**

19

20  SACRAMENTO REGIONAL PUBLIC          Case No.  2:18-cv-01792-KJM-KJN
    SAFETY COMMUNICATIONS CENTER
21  D/B/A SACRAMENTO REGIONAL           DECLARATION OF WENDY
    FIRE/EMS COMMUNICATIONS CENTER      CROSTHWAITE IN SUPPORT OF
22                                      MOTION FOR PARTIAL SUMMARY
            Plaintiff,                  ADJUDICATION
23
        vs.                             Date:    August 24, 2018
24                                      Time:   10:00 a.m.
    TYLER TECHNOLOGIES, INC., a Delaware  Courtroom: 3
25  corporation F/K/A NEW WORLD SYSTEMS   Judge:  Hon. Kimberly J. Mueller
    CORPORATION, a Surrendered California
26  corporation
27          Defendant.
28
                                                                        -1-
_____
DECLARATION OF WENDY CROSTHWAITE ISO MOTION FOR PARTIAL SUMMARY ADJUDICATION
4823-1912-7661.v1                                Case No. 2:18-cv-01792-KJM-KJN

1    I, Wendy Crosthwaite, declare under penalty of perjury the following:

2        1.       I am the Executive Assistant to the Chief Executive Director for Plaintiff, Sacramento

3    Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS

4    Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion

5    for Partial Summary Adjudication filed herein.

6        2.       I have personal knowledge of the statements in this Declaration and, if called as a

7    witness, would and could testify competently thereto from personal knowledge, except as to matters

8    stated on information belief, which I believe to be true.

9        3.       I have a Bachelor's degree in Public Administration.

10       4.       I have worked as the Executive Assistant for SRFECC since February 2013.

11       5.       In addition to my other job duties, I am responsible for maintaining files and records

12   for SRFECC. I maintain hard copy and electronic files for the contracts and agreements entered by

13   SRFECC.

14       6.       After a contract or agreement is signed, I scan it and save it to SRFECC's computer

15   system. I then maintain the signed copy in a physical file. If someone needs to review the physical

16   copy, I retrieve it for them and then return it to its file.

17       7.       I was the Executive Assistant to then- Chief Executive Director Teresa Murray when

18   the agreement and consent with New World and Tyler were signed. I have witnessed her sign

19   documents and I recognize her signature on those documents.

20       8.       Attached hereto as Exhibit 2 is a true and correct copy of the Agreement with New

21   World signed by Teresa Murray.

22       9.       Attached hereto as Exhibit 3 is a true and correct copy of the Consent signed by

23   Teresa Murray.

24       I declare under penalty of perjury under the laws of the United States of America that the

25   foregoing is true and correct.

26       Executed on _July 26 2018_ at _Sacramento_, California.

27                                                          Wendy Crosthwaite

28

-2-
DECLARATION OF WENDY CROSTHWAITE ISO MOTION FOR PARTIAL SUMMARY ADJUDICATION
4823-1912-7661.v1                                              Case No.: 2:18-cv-01792-KJM-KJN