PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF CINDY CHAO IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date: August 24, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

-1-

I, Cindy Chao, declare under penalty of perjury the following:

1. I am the Financial Analyst for Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion for Partial Summary Adjudication filed herein.

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I have a Masters in Business Administration and am a licensed Certified Public Accountant.

4. I started working for SRFECC July 27, 2015 as a Financial Analyst.

5. As Financial Analyst, I am a member of the Accounting Team responsible for processing invoices for SRFECC.

6. When an invoice is received, the Accounting Team submits it to the Command Staff for approval.

7. After an invoice is approved, the Accounting Team puts it in the batch for processing.

8. The Accounting Team prints a check for each invoice in the batch for processing and submits the printed check to the Chief Executive Officer for his or her signature.

9. If the check is for an amount over $10,000, the Accounting Team will send it to a second member of the Command Staff for a second signature.

10. After the check is signed, the Accounting Team mails it to the vendor.

11. The Accounting Team then submits what is known as an ARP Register List to SRFECC's bank to alert the bank that the checks have been sent and are approved for payment.

12. Every day the Accounting Team reviews SRFECC's bank activity and confirms whether checks that have been mailed are deposited.

13. I maintained records of every invoice from and payment to Defendant and confirm that each invoice was paid.

14. I confirm that on or around November 14, 2015, Defendant invoiced SRFECC

$761,440.00 for pre-paid standard software maintenance services, and SRFECC paid Defendants $761,440.00 on or around December 9, 2015 pursuant to this invoice.

15. On or around November 18, 2015, Defendants invoiced SRFECC $443,047.00, for Licensed Standard Software.

16. On or around that same day, Defendants invoiced SRFECC a total of $194,524.76 for purported third-party products, services, and the performance bond.

17. On or around December 9, 2015, SRFECC paid Defendants $443,047.00 and $194,524.76, respectively.

18. On or around May 6, 2016, Defendants invoiced SRFECC $443,048.00 for Licensed Standard Software. On or around May 19, 2016, SRFECC paid Defendants the charged amount pursuant to this invoice.

19. On or around September 15, 2016, Defendants invoiced SRFECC $158,164.00. On November 1, 2016, SRFECC paid Defendants the charged amount pursuant to this invoice.

20. On or around October 12, 2016, Defendants invoiced SRFECC $28,969.50. On or around November 2, 2016, SRFECC paid Defendants the charged amount pursuant to this invoice.

21. On or around January 31, 2017, Defendants invoiced SRFECC $98,900.00 for a progress payment for purportedly completing GANTT Step 4 – Install and Standard Configuration. On or around March 2, 2017, SRFECC paid Defendants the charged amount pursuant to this invoice.

22. On or around August 30, 2017, Defendants invoiced SRFECC $300.00 for a purported third-party product. On or around that same day, SRFECC paid this invoiced amount.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Jul 27th, 2018 at Sacramento, California.

Cindy Chao