1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:  415-983-1000
5  Facsimile:  415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   2600 Capitol Avenue, Suite 300
8  Sacramento, CA 95816-5930
   Telephone:  916-329-4700
9  Facsimile:  916-441-3583

10  KINGSLEY BOGARD
    ROBERT E. KINGSLEY (SBN 59596)
11  Prosecuting Authority for Plaintiff
    rkingsley@kblegal.us
12  600 Coolidge Drive
    Suite 160
13  Folsom, CA 95630
    Telephone:  916-932-2500

14
    Attorneys for Plaintiff SACRAMENTO REGIONAL
15  PUBLIC SAFETY COMMUNICATIONS CENTER
    D/B/A SACRAMENTO REGIONAL FIRE/EMS
16  COMMUNICATIONS CENTER

17                **UNITED STATES DISTRICT COURT**

18              **EASTERN DISTRICT OF CALIFORNIA**

19

20  SACRAMENTO REGIONAL PUBLIC          Case No.  2:18-cv-01792-KJM-KJN
    SAFETY COMMUNICATIONS CENTER
21  D/B/A SACRAMENTO REGIONAL           DECLARATION OF PATRICK KERNAN
    FIRE/EMS COMMUNICATIONS CENTER      IN SUPPORT OF MOTION FOR PARTIAL
22                                      SUMMARY ADJUDICATION
23               Plaintiff,
                                        Date:   August 24, 2018
24        vs.                           Time:   10:00 a.m.
                                        Courtroom: 3
25  TYLER TECHNOLOGIES, INC., a Delaware Judge:  Hon. Kimberly J. Mueller
    corporation F/K/A NEW WORLD SYSTEMS
26  CORPORATION, a Surrendered California
    corporation
27
                 Defendant.
28

                                                                         -1-

I, Patrick Kernan, declare under penalty of perjury the following:

1.      I am counsel for Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion for Partial Summary Adjudication filed herein.

2.      I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3.      I have reviewed the Statement and Designation by Foreign Corporation filed by Tyler Technologies, Inc. from the California Secretary of State website, attesting that Tyler Technologies, Inc. is a Delaware corporation registering to do business in California.  Attached hereto as Exhibit 8 is a true and correct copy of the Statement and Designation by Foreign Corporation from the California Secretary of State website.

4.      The California Secretary of State website reports that Tyler Technologies, Inc. is a Delaware corporation registered to do business in California as of February 23, 2005.  Attached hereto as Exhibit 9 is a true and correct copy of the California Secretary of State website page for Tyler Technologies, Inc.

5.      I have reviewed the Certificate of Surrender of Right to Transact Intrastate Business filed by New World Systems Corporation on or around March 28, 2016 from the Secretary of State of California website.  Attached hereto as Exhibit 10 is a true and correct copy of the Certificate of Surrender of Right to Transact Intrastate Business from the California Secretary of State website.

6.      I have reviewed the website for the California Secretary of State website, which reports that New World Systems Corporation was a Michigan corporation that filed a form to register to do business in California on or around March 11, 2010 and filed a form to surrender that right on or around March 28, 2016.  Attached hereto as Exhibit 11 is a true and correct copy of the California Secretary of State website page for New World Systems Corporation.

7.      I have reviewed the Form 8-K filed with the United States Securities and Exchange Commission on or around October 1, 2015, for Tyler Technologies, Inc., announcing that Tyler Technologies, Inc. entered into a merger agreement with New World Systems Corporation, a

-2-

Michigan corporation, under which Defendant acquired 100% of the outstanding stock of New World.  Attached hereto as Exhibit 12 is a true and correct copy of the Form 8-K.

8.      I am informed and believe that the merger closed on or around November 17, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _July 27, 2018_ at _Folsom_, California.

_Patrick J. Kernan_
Patrick Kernan

DECLARATION OF PATRICK KERNAN ISO MOTION FOR PARTIAL SUMMARY ADJUDICATION
4827-8814-1166.v1                                                                Case No.: 2:18-cv-01792-KJM-KJN