PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF JANICE PARKER IN SUPPORT OF MOTION FOR PARTIAL SUMMARY ADJUDICATION<br><br>Date: August 24, 2018<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

-1-

I, Janice Parker, declare under penalty of perjury the following:

1. I am the Clerk of the Board of Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion for Partial Summary Adjudication filed herein.

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I have a Bachelor's degree from UC Berkeley in English literature.

4. I have worked for SRFECC since March 1, 1999.

5. As Clerk of the Board, I attend Board meetings, I execute the roll call vote, I prepare resolutions for the Board, obtain signatures, and maintain signed resolutions. I also attend standing committee meetings. I transcribe and maintain the meeting minutes.

6. I was Clerk of the Board when the Third Amended Joint Powers Agreement was signed and adopted by the Board.

7. Attached hereto as Exhibit 1 is a true and correct copy of the Third Amended Joint Powers Agreement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 7-26-2018 at Sacramento, California.

_____
Janice Parker