# EXHIBIT 1

EXHIBIT 1 - PAGE 1

RESOLUTION NO. #02-14

BEFORE THE GOVERNING BOARD OF THE
SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

Recommending Adoption of the
Third Amended Joint Powers Agreement
Governing the Sacramento Regional Fire/EMS Communications Center

RECITALS

1.   The Sacramento Regional Fire/EMS Communications Center ("SRFECC" or "Center") is a Joint Powers Authority ("JPA") established pursuant to Government Code section 6500 *et seq.*

2.   The Center is governed by, and operated pursuant to, the Second Amended Joint Powers Agreement, dated March 1, 2001 ("Second Amended JPA").

3.   Section 18.A of the Second Amended JPA provides that the Second Amended JPA may be amended by resolution.

4.   Recognizing that certain provisions of, and exhibits to, the Seconded Amended JPA have become outdated, this Governing Board previously directed counsel to prepare a Third Amended Joint Powers Agreement ("Third Amended JPA").

5.   A Board workshop was held on March 7, 2014 to review and discuss the draft Third Amended JPA.   Recommended revisions to the draft Third Amended Joint Powers Agreement were made and reviewed by the Board. (*See* Attachment #1.)

6.   Section 18.B of the Second Amended JPA provides that amendment shall be effective when the required resolution has been approved by the governing bodies of those Member Agencies entitled to cast not less than ninety percent (90%) of the total number of votes pursuant to Section 4.B of the Second Amended JPA.

7.   Section 18.C of the Second Amended JPA provides that no amendment approved by less than unanimous consent shall be effective until such time as any nonconsenting Member Agencies have had an opportunity to withdraw from the Center.

RESOLUTION

NOW, THEREFORE, BE IT RESOLVED that by adoption of this Resolution No. 02-14, the Governing Board of the Center recommends that the governing body of each Member Agency consider and pass a Resolution to adopt the Third Amended JPA.

EXHIBIT 1 - PAGE 2

THE FOREGOING RESOLUTION was duly passed and adopted by the Governing Board of the Sacramento Regional Fire/EMS Communications Center at a regular meeting held on the 25th of March, 2014, by the following roll call vote:

AYES:   Cosumnes Community Services District, Folsom, Sacramento Metro, Sacramento City

NOES:   Ø

ABSENT:   Ø

Signed and Approved by me after its passage.

_____
Chairperson of the Governing Board

ATTEST:

_____
Secretary to the Governing Board

20

EXHIBIT 1 - PAGE 3

## "THIRD AMENDED" JOINT POWERS AGREEMENT

## TO ESTABLISH, OPERATE, AND MAINTAIN A PUBLIC
## SAFETY COMMUNICATIONS CENTER

THIS THIRD AMENDED JOINT POWERS AGREEMENT ("Agreement") replaces and supersedes the Joint Powers Agreement, dated January 1, 1981, the First Amended Joint Powers Agreement, dated May of 1994, and the Second Amended Joint Powers Agreement, dated March 1, 2001.

NOW, THEREFORE, for and in consideration of the mutual covenants set forth below and the mutual benefits to be derived therefrom, each of the parties agrees as follows:

### RECITALS

WHEREAS, it is to the mutual benefit and in the best interest of the Member Agencies to join together to establish this Joint Powers Agreement to accomplish the purposes hereafter set forth;

WHEREAS, the Member Agencies have each determined that:

- there is a need to provide for public safety communications and dispatch support services on a group rather than individual basis;

- it appears economically practical to join together for the purpose of providing public safety communications and dispatch support services.

WHEREAS, Article I, Chapter 5, Division 7, Title 1, Sections 6500 et seq. of the Government Code permits two or more public agencies jointly to exercise any power common to the contracting parties.

00011171.1

EXHIBIT 1 - PAGE 4

## AGREEMENT

A.  CREATION

1.  Pursuant to Sections 6500 et seq., of the Government Code, there was created an entity, separate and apart from the Member Agencies, to be known as the "Sacramento Regional Public Safety Communications Center" (hereinafter "the Center").

2.  This Third Amended Agreement shall be effective upon satisfaction of the provisions set forth in Section F. below.

3.  The term "Member Agency," as used in this Agreement, includes:

    a.  the Cosumnes Community Services District, the City of Folsom, the City of Sacramento and the Sacramento Metropolitan Fire District; and

    b.  any public agency that is subsequently admitted to membership pursuant to Paragraph G. below.

B.  PURPOSE

The purpose of the Center is to provide the following:

1.  Communications and dispatch services for Member Agencies and for contracting entities (see B.3., below).  This shall also include by way of illustration and not limitation:

    a.  support for public safety communication and dispatch services; and

    b.  related services to assist and support this communication/dispatch function.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 2 of 15

EXHIBIT 1 - PAGE 5

2.    Services to assist and support a Member Agency or a contracting entity in the provision of its public safety services. This includes, by way of illustration and not limitation:

    a.    Contracting with, or employing, an EMS physician to provide medical advisory services.

    b.    Contracting with, or employing, a pharmacist to provide pharmaceutical services; and

    c.    Joint purchasing efforts and/or joint billing services for Member Agencies and contracting entities.

3.    Services provided to a contracting entity (whether a public safety agency without Member Agency status, or a secondary user) shall be as set forth in the written agreement between the Center and the affected contracting entity.

## C.   POWERS

1.    The Center is authorized, in its own name, to perform all acts necessary to accomplish the purposes set forth in Section B. above.

2.    The Center's powers shall include, by way of illustration and not limitation:

    a.    to make and enter into contracts;

    b.    to employ agents and employees;

    c.    to acquire, construct, manage, maintain and operate any buildings, works or improvements;

    d.    to acquire, hold and dispose of property of all kinds;

    e.    to incur debts, liabilities or obligations;

    f.    to sue and be sued; and

00013171.1

EXHIBIT 1 - PAGE 6

g.    to take action on personnel matters brought before it by the Center's chief executive officer or the Chairperson or the Personnel Committee. The Personnel Committee is a standing committee of the JPA whose members are appointed by the Board.

3.    The exercise of such powers is subject only to the restrictions imposed by law upon the manner of exercising such powers that apply to a fire protection district or a charter city.

D.    GOVERNING BOARD AND VOTING RIGHTS

    1.    Board Membership.

        a.    The Center shall be administered by its Governing Board (hereinafter "the Board").

        (1)    The Board shall be composed of one (1) appointee from each Member Agency.

        (2)    Each Member Agency shall appoint one (1) primary representative and one (1) alternate representative.

            (a)    The primary representative, and the alternate representative, shall be either a member of the Member Agency's governing body, Chief Executive Officer (e.g. the Fire Chief, City Manager, etc.) or other qualified employee.

        (3)    The alternate representative shall have the authority to vote only if the primary representative is absent.

        b.    Each primary representative or alternate representative shall serve at the pleasure of the Member Agency by which s/he was appointed.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 4 of 15

EXHIBIT 1 - PAGE 7

   c.     Each Member Agency shall have on file with the Center a current letter designating its primary representative and its alternate representative.

2.   <u>Weighted Voting.</u>

   a.     Each Member Agency shall exercise weighted voting.

       (1)    The number of votes that each Member Agency representative is entitled to cast in each fiscal year (July 1 through June 30) shall equal that percentage (rounded to the nearest hundredth percent) which is derived by dividing:

          •    the number of annual emergency service calls to which that Member Agency was dispatched in the preceding calendar year by;

          •    the total of the annual emergency service calls dispatched by the Center in the preceding calendar year to all Member Agencies which will remain a member on July 1.

       (2)    This process shall be repeated not later than June 30th of each year for the coming fiscal year and shall take into account the admission of a new Member Agency (see D.2.c. below).

   b.     An "emergency service call" is defined as any call which generates a Center master number.

   c.     If a new Member Agency is added, the number of fire and emergency medical calls dispatched for that agency during the preceding calendar year shall be an agreed-upon number set forth in the "Resolution to Join"

00013171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 5 of 15

EXHIBIT 1 - PAGE 8

until that new Member Agency has had all its fire and emergency medical calls dispatched by the Center for a full calendar year.

d.    If a new Member Agency is added, and that agency is law enforcement, the terms of their admission shall specify their voting structure.

E.    MEETINGS OF THE BOARD AND OFFICERS

1.    The Board shall provide for meetings as allowed by law, including by way of illustration and not limitation: regular meetings, adjourned regular meetings, special meetings and emergency meetings.

2.    All meetings of the Board shall be called, noticed, held and conducted in accordance with the provisions of the Ralph M. Brown Act (Government Code Sections 54950 et seq.).

3.    The presence of a representative (or an alternate) authorized to cast two-thirds (2/3) of the total number of weighted votes (see paragraph D.2. above) shall constitute:

a.    a majority of the Board; and

b.    a quorum for the transaction of business.

4.    Action to be taken or authorized by the Board requires approval by at least two-thirds (2/3) of the total number of votes as described in Paragraph D.2. above.

5.    Notwithstanding the preceding, less than a quorum may adjourn from time to time.

6.    The Board shall elect a Chairperson and a Vice Chairperson.

a.    Each December, the Board shall elect or reelect its Chairperson and Vice Chairperson to assume office on January 1st.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 6 of 15

EXHIBIT 1 - PAGE 9

     b.     In the event that the elected Chairperson or Vice Chairperson ceases to be a representative to the Board, the resulting vacancy shall be filled at the meeting of the Board held after such vacancy occurs.

     c.     In the absence or inability of the Chairperson to act, the Vice Chairperson shall act as Chairperson.

F.     TERM

This Third Amended Agreement shall become effective on the July 1st following approval by the governing board of each of the Member Agencies. It shall continue until terminated as hereinafter provided.

G.     MEMBERSHIP

1.     Public agencies providing either fire protection service or ALS ambulance service or public safety service are eligible for membership.

2.     Each Member Agency is entitled to the rights and privileges and is subject to the obligations of membership as provided in this Agreement.

3.     An eligible public agency may become a Member Agency of the Center provided:

     a.     The governing body of the applicant public agency adopts a Resolution in the form requested by the Center which:

          (1)     agrees to be bound by this Agreement; and

          (2)     acknowledges an annual contribution rate that shall continue until the "new" Member Agency has been dispatched by the Center for a complete calendar year; and

00012171.1

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 10

(3)    agrees to payment of any entry fee that has been established by the Center's Board. Such a fee may include, by way of illustration and not limitation:

- set-up costs, resulting from the inclusion of the new agency; and

- a proportionate amount of any debt or obligation of the Center.

    b.    The Board approves the public agency's application for membership.

    4.    The Board retains the right to reject a membership application for any reason.

**H.**    <u>REPORTS</u>

    1.    Each Member Agency shall provide to the Center such information as is necessary to the Center to perform its functions hereunder. Each Member Agency shall cooperate in every reasonable manner.

    2.    Upon request of either the primary representative or alternate representative of a Member Agency, the Center's Chief Executive Director shall provide major policy issue briefings to the governing body of that Member Agency, provided that such request is first approved by the Center's Board.

**I.**    <u>TREASURER</u>

    1.    The Board shall designate a Treasurer and designate a treasury in accordance with applicable law.

    2.    The Treasurer shall receive and receipt all money of the SRFECC and place it in the SRFECC's treasury to the credit of the SRFECC.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 8 of 15

EXHIBIT 1 - PAGE 11

3.   The Treasurer shall invest the Center's funds in accordance with the general law. All interest collected on the Center's funds shall be accounted for and posted to the account of said funds.

J.   AUDITING

1.   The Center shall cause an independent audit to be made by a certified public accountant in compliance with California Government Code section 6505.

2.   At the close of each fiscal year, or at such other times as provided in Government Code Section 6505, an audit shall be performed.

K.   FISCAL YEARS

The fiscal year for the Center shall be July 1st through the next following June 30th.

L.   BUDGET

The Board shall adopt a budget for each fiscal year in accordance with applicable law.

M.   MEMBER CONTRIBUTIONS

1.   Dispatch and Dispatch-Related Services

a.   Each Member Agency shall pay its pro-rata share of all capital, operating, and related costs of the Center.

b.   Pro-rata share shall be calculated in the same manner as weighted voting is determined in Section D.2. above.

2.   A Member Agency shall pay for any additional services that are received or requested by the Member Agency if those additional services are not also deemed to be of general benefit to the Center, as determined by the Board, and made available to all Member Agencies. Additional services shall be provided by the Center at rates to be determined by the Board.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 9 of 15

EXHIBIT 1 - PAGE 12

3.   The Member Agencies recognize that, from time-to-time, the Center may incur costs and expenses which are not directly related to the provision of services to Member Agencies.  In addition to the payments specified in Sections M.1 and M.2 above, each Member Agency shall pay its pro-rata share, based on its weighted voting percentages, of such costs and expenses.

N.   DEBTS AND OBLIGATIONS

1.   The debts, liabilities and obligations of the Center shall not be the debts, liabilities, and/or obligations of the Member Agencies.

2.   Notwithstanding Paragraph N.1:

a.   Each Member Agency is responsible for its pro-rata share of any obligation of the Center which was incurred at a time when that entity was a Member Agency.  This shall also include, by way of illustration and not limitation:  long-term debt and multi-fiscal-year debt.

b.   Pro-rata share shall be in the same proportion as that entity's weighted voting percentage determined pursuant to Section D.2 of the Agreement.

c.   The pro-rata obligation of each Member Agency is immediately binding on the Member Agency at the time the obligation is incurred.

O.   WITHDRAWAL

1.   Any Member Agency may withdraw as a party to this Agreement as follows:

a.   June 30 (11:59 p.m.), annually, shall be the only month and day on which a withdrawal shall take effect.

b.   Notice of such withdrawal shall be in writing and addressed to the Chairperson of the Board of the Sacramento Regional Fire/EMS

0001171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 10 of 15

EXHIBIT 1 - PAGE 13

Communications Center at is primary address (currently 10230 Systems Parkway, Sacramento, California 95827-3006).

c.     Notice of withdrawal must be accompanied by a proof of service. Notice shall be considered given on the date of service.

d.     Notice shall be given to the Center no later than the October 1 preceding the withdrawal date.

e.     No withdrawing Member Agency shall be entitled to any payment for its interest or assets upon withdrawal.

2.     Notwithstanding Paragraph N.1., no Member Agency may withdraw until they have:

a.     Either paid in full their pro-rata share of all outstanding debts and obligations that were incurred while they were a member. This shall also include, by way of illustration and not limitation: long-term debt and multi-fiscal-year debt.

b.     Or, executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

P.    **DISSOLUTION**

1.     This Agreement may be terminated in its entirety upon the consent of not less than ninety percent (90%) of the total number of weighted votes of the Member Agencies.

2.     No assets may be distributed (divided or returned) until all outstanding debts and obligations have been resolved. Resolved means that each Member Agency has:

00911171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 11 of 15

EXHIBIT 1 - PAGE 14

       a.     Either paid their pro-rata share of all outstanding debts and obligations that were incurred while they were a member; or

       b.     Executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

   3.     All assets of the Center will be distributed in proportion to the contributions of the Member Agencies during the fiscal year of dissolution.

Q.   <u>AMENDMENT</u>

   1.     This Agreement may be amended as follows:

       a.     The Board adopts a Resolution recommending amendment which will be presented to the Governing Body of each Member Agency for ratification.

       b.     The Amendment shall be effective when the required Resolution Recommending Amendment has been ratified by the governing bodies of those Member Agencies entitled to cast not less than ninety percent (90%) of the total number of weighted votes (see Section IV.B. hereof).

   2.     Provided, however, no amendment approved by less than unanimous consent shall be effective until such time as any nonconsenting Member Agency has had an opportunity to withdraw from the Center (see Paragraph O, above).

R.   <u>CONFLICT RESOLUTION</u>

   1.     A Member Agency shall be free to bring all differences of interpretation regarding, and all disputes arising in connection with, this Agreement or the operation of the Center to the attention of the other Member Agencies at any time. Such communications shall be deemed positive and may be made without prejudicing the harmonious relationship and operations of the Center. Within ten

(10) days of receiving a written statement of a difference of interpretation of a dispute (hereinafter "Statement"), the Center shall appoint and convene a panel comprised of three (3) Board members/alternates. This panel shall be charged with effecting a mutually satisfactory solution. The Center shall consider any disputes under this Section R in compliance with the Brown Act.

2.  Should the panel be unable to effect a mutually satisfactory solution within thirty (30) days of receipt of the Statement, the party filing that Statement may cause the matter to proceed to mediation. In such case, a neutral mediator shall be appointed. If the parties are unable to agree upon a mediator, a list of five (5) names shall be requested from the State Mediation and Conciliation Service and the parties shall alternately strike names to select the mediator. The mediator's role shall be to effect a mutually satisfactory solution or, in the alternative, to issue an advisory statement of solution. The costs of the mediator shall be divided between the party requesting mediation (one-half) and the Center (one-half). Each party shall bear its own respective costs associated with the mediation.

3.  Any controversy, claim, or breach arising out of or relating to this Agreement which the parties are unable to resolve to their mutual satisfaction may be litigated or otherwise resolved in any court having jurisdiction.

IN WITNESS WHEREOF, the Chief Executive Director of the Center certifies that the Member Agencies listed in <u>Exhibit A</u> have approved this Third Amended Agreement by filing with the Board an executed, certified copy of its lawfully adopted resolution.

0001(171.)

THIRD AMENDED JOINT POWERS AGREEMENT

Page 13 of 15

EXHIBIT 1 - PAGE 16

3.   Any controversy, claim, or breach arising out of or relating to this Agreement which the parties are unable to resolve to their mutual satisfaction may be litigated or otherwise resolved in any court having jurisdiction.

IN WITNESS WHEREOF, the Chief Executive Director of the Center certifies that the Member Agencies listed in Exhibit A have approved this Third Amended Agreement by filing with the Board an executed, certified copy of its lawfully adopted resolution.

**ACKNOWLEDGED BY THE CENTER**

Date: 07|01|4

Teresa Murray
Chief Executive Director

**ATTEST**

For the Cosumnes Community Services
District

For the Sacramento Metropolitan Fire
District

For the City of Folsom Fire Department

For the City of Sacramento Fire Department

00010319.2

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 17

## EXHIBIT A

### LIST OF MEMBER AGENCIES

Cosumnes Community Services District

City of Folsom

City of Sacramento

Sacramento Metropolitan Fire District

000113171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 15 of 15

EXHIBIT 1 - PAGE 18

**RESOLUTION NO. 9386**

**A RESOLUTION AUTHORIZING THE CITY MANAGER TO EXECUTE
THE THIRD AMENDED JOINT POWERS AGREEMENT TO ESTABLISH
AND MAINTAIN A PUBLIC SAFETY COMMUNICATIONS CENTER**

**WHEREAS,** the Sacramento Regional Fire/EMS Communications Center ("SRFECC" or
"Center") is a Joint Powers Authority ("JPA") established pursuant to Government Code Section 6500 *et
seq.*; and

**WHEREAS,** The Center is governed by, and operated pursuant to, the Second Amended Joint
Powers Agreement, dated March 1, 2001 ("Second Amended JPA"); and

**WHEREAS,** Section 18.A of the Second Amended JPA provides that the Second Amended JPA
may be amended by resolution; and

**WHEREAS,** recognizing that certain provisions of, and exhibits to, the Second Amended JPA
had become outdated, the Governing Board of the SRFECC directed counsel to prepare a Third Amended
Joint Powers Agreement ("Third Amended JPA"); and

**WHEREAS,** a public workshop for the SRFECC Governing Board was held on March 7, 2014 to
review and discuss the "draft" Third Amended JPA; and

**WHEREAS,** On March 25, 2014, the SRFECC Governing Board unanimously passed
Resolution #02-14 which recommends that the Member Agencies adopt the Third Amended JPA; and

**WHEREAS,** Section 18.B of the Second Amended JPA provides that amendment shall be
effective when the required resolution has been approved by the governing bodies of those Member
Agencies entitled to cast not less than ninety percent (90%) of the total number of votes pursuant to
Section 4.B of the Second Amended JPA; and

**WHEREAS,** Section 18.C of the Second Amended JPA provides that no amendment approved
by less than unanimous consent shall be effective until such time as any nonconsenting Member Agencies
have had an opportunity to withdraw from the Center.

**NOW, THEREFORE, BE IT RESOLVED** that the City Council authorizes the City Manager
to execute the Third Amended Joint Powers Agreement to establish and maintain a Public Safety
Communications Center.

**PASSED AND ADOPTED** this 24th day of June 2014, by the following roll-call vote:

| | | |
|---|---|---|
| **AYES:** | Council Member(s): | Miklos, Morin, Sheldon, Howell |
| **NOES:** | Council Member(s): | None |
| **ABSENT:** | Council Member(s): | Starsky |
| **ABSTAIN:** | Council Member(s): | None |

Kerri M. Howell, MAYOR

ATTEST:

Christa Saunders, CITY CLERK

Resolution No. 9386
Page 1 of 1

EXHIBIT 1 - PAGE 19

### RESOLUTION NO. - 2014-14

### BEFORE THE GOVERNING BODY OF THE
### COSUMNES COMMUNITY SERVICES DISTRICT

**Adoption of the
Third Amended Joint Powers Agreement
Governing the Sacramento Regional Fire/EMS Communications Center**

### RECITALS

1.  The Sacramento Regional Fire/EMS Communications Center ("SRFECC" or "Center") is a Joint Powers Authority ("JPA") established pursuant to Government Code section 6500 *et seq.*

2.  The Center is governed by, and operated pursuant to, the Second Amended Joint Powers Agreement, dated March 1, 2001 ("Second Amended JPA").

3.  Section 18.A of the Second Amended JPA provides that the Second Amended JPA may be amended by resolution.

4.  Recognizing that certain provisions of, and exhibits to, the Seconded Amended JPA had become outdated, the Governing Board of the SRFECC directed counsel to prepare a Third Amended Joint Powers Agreement ("Third Amended JPA").

5.  A public workshop for the SRFECC Governing Board was held on March 7, 2014 to review and discuss the "draft" Third Amended JPA.

6.  On March 25, 2014, the SRFECC Governing Board unanimously passed Resolution #02-14 which recommends that the Member Agencies adopt the Third Amended JPA.

7.  Section 18.B of the Second Amended JPA provides that amendment shall be effective when the required resolution has been approved by the governing bodies of those Member Agencies entitled to cast not less than ninety percent (90%) of the total number of votes pursuant to Section 4.B of the Second Amended JPA.

8.  Section 18.C of the Second Amended JPA provides that no amendment approved by less than unanimous consent shall be effective until such time as any nonconsenting Member Agencies have had an opportunity to withdraw from the Center.

00011574.1

1

EXHIBIT 1 - PAGE 20

## RESOLUTION

NOW, THEREFORE, BE IT RESOLVED:

     The Cosumnes Community Services District casts its votes to adopt the Third Amended JPA that is attached as <u>Exhibit #1</u> to this Resolution.

THE FOREGOING RESOLUTION was passed and adopted by of the Cosumnes Community Services District at a regular meeting held on the 16th of April, 2014, by the following roll call vote:

    AYES:      Albiani, Brewer, Lozano, Orrock, Rutter

    NOES:     None

    ABSENT:   None

Signed and Approved by me after its passage.

                                    Board President, Cosumnes CSD

ATTEST:

Secretary of the Cosumnes CSD Board

00011574.1

2

EXHIBIT 1 - PAGE 21

 **Sacramento Metropolitan Fire District**

10545 Armstrong Ave., Suite 200 · Mather, CA 95655 · Phone (916) 859-4300 · Fax (916) 859-3702

**KURT P. HENKE**
*Fire Chief*

### RESOLUTION NO. 2014-62

### AUTHORIZING THE EXECUTION OF THE THIRD AMENDED
### JOINT POWERS AGREEMENT WITH THE
### SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

**WHEREAS,** the Sacramento Metropolitan Fire District (District) provides fire protection, emergency medical services and hazardous materials response through 42 fire stations and approximately 550 personnel to over 650,000 people in 417 square mile area; and

**WHEREAS,** the District is a primary voting member agency of the Joint Powers Authority (JPA) Regional Fire/EMS Communications Center; and

**WHEREAS,** the District has membership on the JPA Board and participated in the development of the Third Amended Joint Powers Agreement; and

**WHEREAS,** the District supports the amended Agreement; and

**WHEREAS,** the Agreement allows for future amendments as needed to maintain best business practices;

**NOW, THEREFORE, BE IT RESOLVED** that the Sacramento Metropolitan Fire District, a public entity established under the laws of the State of California, does hereby:

1. Approve the attached Third Amended Joint Powers Agreement; and
2. Authorize the Fire Chief or his designee to execute all documents necessary to enter into the agreement.

**PASSED AND APPROVED** this 24th day of April, 2014, by the following vote to wit:

AYES:     Clark, Goold, Jones, Kelly, Monk, Scheidegger, Wood

NOES:     None

ABSENT:     Orzalli, Pierson

ABSTAIN:     None

SACRAMENTO METROPOLITAN FIRE DISTRICT

By _____
President, Board of Directors

Attested by:

_____
Clerk of the Board

EXHIBIT 1 - PAGE 22

**PLEASE NOTE:**

The City of Sacramento did not pass a Resolution
Authorizing signature of the Third Amended Joint Powers Agreement.

The City of Sacramento instead voted and approved the Third
Amended JPA without a Resolution.

The following documents (agenda, staff report, minutes)
Evidence the City's approval.

EXHIBIT 1 - PAGE 23

**CITY COUNCIL**

**Kevin Johnson**, Mayor
**Angelique Ashby**, Mayor Pro Tem, District 1
**Allen Warren**, District 2
**Steve Cohn**, District 3
**Steve Hansen**, District 4
**Jay Schenirer**, Vice Mayor, District 5
**Kevin McCarty**, District 6
**Darrell Fong**, District 7
**Bonnie Pannell**, District 8

**CHARTER OFFICERS**

James Sanchez, City Attorney
Shirley Concolino, City Clerk
John F. Shirey, City Manager
Russ Fehr, City Treasurer



SACRAMENTO

# Agenda
## City Council
## Financing Authority
## Housing Authority
## Public Financing Authority

**City Hall-Council Chamber**
**915 I Street, 1st Floor**
Published by the Office of the City Clerk
(916) 808-5163

# Tuesday, May 27, 2014
# 6:00 p.m.

## NOTICE TO THE PUBLIC

You are welcomed and encouraged to participate in this meeting. Public comment is taken on items listed on the agenda when they are called. Public Comment on items not listed on the agenda will be heard as noted on the agenda. Comments on controversial items may be limited and large groups are encouraged to select 3-5 speakers to represent the opinion of the group.

**Notice to Lobbyists:** When addressing the legislative bodies you must identify yourself as a lobbyist and announce the client/business/organization you are representing
*(City Code 2.15.160).*

**Speaker slips are available on the City's Website and located in racks inside the chamber and should be completed and submitted to the Assistant City Clerk.**

*Government Code 54950 (The Brown Act)* requires that a brief description of each item to be transacted or discussed be posted at least 72 hours prior to a regular meeting. The City posts Agendas at City Hall as well as offsite meeting locations.

The order and estimated time for Agenda items are listed for reference and may be taken in any order deemed appropriate by the legislative body.

The Agenda provides a general description and staff Recommendation; however, the legislative bodies may take action other than what is recommended. Full staff reports are available for public review on the City's website and include all attachments and exhibits. "To Be Delivered" and "Supplemental" reports will be published as they are received. Hard copies are available at the Office of the City Clerk and all written material received is available at the meeting for public review.

Meetings are broadcast live on Metrocable, Channel 14, AT&T Broadband Cable System and rebroadcast on the Saturday following the date of the meeting. (Check Listings)

Live videostreams and indexed archives of meetings are available via the internet. Visit the City's official website at http://sacramento.granicus.com/ViewPublisher.php?view_id=21 .

Meeting facilities are accessible to persons with disabilities. If you require special assistance to participate in the meeting, notify the Office of the City Clerk at (916) 808-7200 at least 48 hours prior to the meeting.



EXHIBIT 1 - PAGE 24

**General Conduct for the Public Attending Council Meetings**

[ ] Members of the public attending City Council meetings shall observe the same rules and decorum applicable to the Members and staff as noted in Chapters 3 and 4 of Council Rules of Procedure.

[ ] Stamping of feet, whistles, yells or shouting, physically threatening conduct, and/or similar demonstrations are unacceptable public behavior and will be prohibited by the Sergeant-at-Arms.

[ ] Lobbyists must identify themselves and the client(s), business or organization they represent before speaking to the Council

[ ] Members of the public wishing to provide documents to the Council shall comply with Rule 7 D of the Council Rules of Procedure.

**Members of the Public Addressing the City Council**

[ ] Purpose of Public Comment. The City provides opportunities for the public to address the Council as a whole in order to listen to the public's opinions regarding non-agendized matters within the subject matter jurisdiction of the City during Regular meetings and regarding items on the Agenda
at all other meetings.
   o Public comments should not be addressed to individual Members nor to City officials, but rather to the City Council as a whole regarding City business.
   o While the public may speak their opinions on City business, personal attacks on Members and City officials, use of swear words, and signs or displays of disrespect for individuals are discouraged as they impede good communication with the Council.
   o Consistent with the Brown Act, the public comment periods on the Agenda are not intended to be "Question and Answer" periods or conversations with the Council and City officials. The limited circumstances under which Members may respond to public comments are set out in Rule 8 D 2 of the Council Rules of Procedure.
   o Members of the public with questions concerning Consent Calendar items may contact the staff person or the Council Member whose district is identified on the report prior to the meeting to reduce the need for discussion of Consent Calendar items and to better respond to the public's questions.

[ ] **Speaker Time Limits.** In the interest of facilitating the Council's conduct of the business of the City, the following time limits apply to members of the public (speakers) who wish to address the Council during the meeting.
   o **Matters not on the Agenda.** Two (2) minutes per speaker.
   o **Consent Calendar Items.** The Consent Calendar is considered a single item, and speakers are therefore subject to the two (2) minute time limit for the entire Consent Calendar. Consent Calendar items can be pulled at a Council member's request. Such pulled Consent Calendar items will be considered individually and up to two (2) minutes of public comment per speaker on those items will be permitted.
   o **Discussion Calendar Items.** Two (2) minutes per speaker.

Time Limits per Meeting In addition to the above time limits per item, the total amount of time any one individual may address the Council at any meeting is eight (8) minutes.

[ ] Each speaker shall limit his/her remarks to the specified time allotment.

[ ] The Presiding Officer shall consistently utilize the timing system which provides speakers with notice of their remaining time to complete their comments. A countdown display of the allotted time will appear and will flash red at the end of the allotted time.

[ ] In the further interest of time, speakers may be asked to limit their comments to new materials and not repeat what a prior speaker said. Organized groups may choose a single spokesperson who may speak for the group but with no increase in time.

[ ] Speakers shall not concede any part of their allotted time to another speaker.

The Presiding Officer may further limit the time allotted for public comments per speaker or in total for the orderly conduct of the meeting and such limits shall be fairly applied



Tuesday, May 27, 2014                    Agenda                                    2

EXHIBIT 1 - PAGE 25

# AGENDA

## Tuesday, May 27, 2014

## 6:00 p.m.

### *City Hall – 915 I Street- First Floor Council Chamber*

All items listed are heard and acted upon by the Sacramento City Council unless otherwise noted.

**Open Session - 6:00 p.m.**

**Roll Call**

**Pledge of Allegiance**

**Closed Session Report**

**Special Presentations/General Communications**
In addition to those items listed on the agenda, the Mayor may add additional ceremonial matters.

a.  **Recognizing May as Bike Month**

b.  **Recognizing Mustard Seed School's 25th Anniversary**

c.  **Recognizing California Task Force 7 Urban Search and Rescue Program for Response to the Oso, Washington Mudslide**

**Consent Calendar Estimated Time: 5 minutes**
All items listed under the Consent Calendar are considered and acted upon by one Motion.  Anyone may request an item be removed for separate consideration.

1.  **Confirmation of Board/Commission Appointments**
    Report # 2014-00421
    **Location:** Citywide
    **Recommendation:** Pass a Motion confirming board/commission appointment(s): 1) Civil Service Board – Cristina Rojas-Appleton and Jamey Matalka; 2) Community Racial Profiling Commission – Darryl Lucien and Glynis Wood-Alberts (Category D); 3) Housing Code Advisory & Appeals Board – Irina Kachagin and Verne Gore (Category A); and 4) Sacramento Heritage, Inc. Board of Directors – Ellen B. McCormick (Category A-2).
    **Contact:** Wendy Klock-Johnson, Assistant City Clerk, (916) 808-7509, Office of the City Clerk

EXHIBIT 1 - PAGE 26

2. **Fiscal Year (FY) 2014/15 Proposed Operating Budget for the Sacramento City-County Office of Metropolitan Water Planning**
Report # 2014-00319
**Location:** Citywide
**Recommendation:** Pass a Motion of Intent to approve the Fiscal Year 2014/15 Proposed Operating Budget for the Sacramento City-County Office of Metropolitan Water Planning.
**Contact:** Tom Gohring, Executive Director, (916) 808-1998, Department of Citywide and Community Support, Sacramento City-County Office of Metropolitan Water Planning

3. **Agreements: Cost Sharing Fiscal Year (FY) 2014/15 Sacramento City-County Office of Metropolitan Water Planning**
Report # 2014-00320
**Location:** Citywide
**Recommendation:** Pass a Motion authorizing the City Manager or the City Manager's designee to execute 1) two interagency cost share agreements to fund the Water Forum Successor Effort, a) with the County of Sacramento, City of Roseville, City of Folsom, Placer County Water Agency, and the San Juan Water District; and b) with the El Dorado County Water Agency; and 2) an interagency cost share agreement to fund the Habitat Management Element with the County of Sacramento.
**Contact:** Tom Gohring, Executive Director (916) 808-1998, Citywide and Community Support, Sacramento City-County Office of Metropolitan Water Planning

4. **Village Garden Landscape Maintenance District - Initiate Proceedings**
Report # 2014-00083
**Location:** District 2
**Recommendation:** Pass 1) a **Resolution** directing filing of Annual Report for Fiscal Year (FY) 2014/15; and 2) a **Resolution** a) approving Engineer's Annual Report and Intention to Order Maintenance of Improvements for FY2014/15; and b) setting a time and place for a Public Hearing on June 17, 2014.
**Contact:** Sheri Smith, Program Specialist, (916) 808-7204; Mark Griffin, Program Manager, (916) 808-8788, Department of Finance

5. **Power Inn Road Maintenance District - Initiate Proceedings**
Report # 2014-00084
**Location:** District 6
**Recommendation:** Pass 1) a **Resolution** directing filing of an annual report for Fiscal Year (FY) 2014/15; and 2) a **Resolution** approving Engineer's Annual Report and intention to order maintenance of improvements for FY2014/15 and setting a time and place for a public hearing on June 17, 2014.
**Contact:** Sheri Smith, Program Specialist, (916) 808-7204; Mark Griffin, Program Manager, (916) 808-8788; Department of Finance



EXHIBIT 1 - PAGE 27

6.   **Fiscal Year (FY) 2014/15 Finance Districts under City Code 3.128 Annual Report**
Report # 2014-00089
**Location:** District 4
**Recommendation:** Pass: 1) a **Resolution** adopting the Old Sacramento Maintenance District annual budget and fixing the service fees for FY2014/15; and 2) a **Resolution** adopting the 12th Street Maintenance District No. 2008-02 annual budget and fixing the service fees for FY2014/15.
**Contact:** Jodie Vong, Administrative Analyst, (916) 808-8243; Mark Griffin, Program Manager, (916) 808-8788, Department of Finance

7.   **Declaration of Official Intent and Agreement with PDC Construction to Reimburse Certain Expenditures from Proceeds of Indebtedness Resulting from the Issuance of Future Bonds for Curtis Park Village**
Report # 2014-00330
**Location:** District 5
**Recommendation:** Pass 1) a **Resolution** declaring the intent of the City of Sacramento to reimburse certain expenditures from tax-exempt bonds and; 2) a **Resolution** authorizing the City Manager to execute an agreement with PDC Construction Company Inc. to reimburse certain development fees from bond proceeds.
**Contact:** Mark Griffin, Program Manager, (916) 808-8788, Department of Finance; Brian Wong, Senior Debt Analyst, (916) 808-5811, Office of the Treasurer

8.   **Natomas Central Community Facilities District No. 2006-02**
Report # 2014-00337
**Location:** District 1
**Recommendation:** Pass a **Resolution** appropriating $1.8 million from special taxes collected for Natomas Central Community Facilities District No. 2006-02 (CFD 2006-02) to allow for the reimbursement of eligible developer costs.
**Contact:** Mark Griffin, Program Manager, (916) 808-8788, Department of Finance

9.   **Contract: Official City Newspaper for Advertising**
Report # 2014-00347
**Location:** Citywide
**Recommendation:** Pass a **Motion** 1) awarding a one-year contract for official advertising services to Metropolitan News Company DBA Sacramento Bulletin, the lowest responsive and responsible bidder, in a total amount not to exceed $60,000; and 2) authorizing the City Manager or the City Manager's designee to execute the contract.
**Contact:** Chris Aguilar, Administrative Technician, (916) 808-5746; Craig Lymus, Procurement Services Manager, (916) 808-5524, Department of Finance



EXHIBIT 1 - PAGE 28

10.  **Agreement: Third Amended Joint Powers Agreement to Establish, Operate, and Maintain the Sacramento Regional Public Safety Communications Center**
Report # 2014-00263
**Location:** Citywide
**Recommendation:** Pass a Motion authorizing the City Manager, or his designee, to execute the Third Amended Joint Powers Agreement to Establish, Operate, and Maintain a Public Safety Communications Center.
**Contact:** Lloyd Ogan, Deputy Fire Chief, (916) 808-1603, Fire Department

11.  **(Pass for Publication) Ordinance Amendment: Rewards for Reporting Illegal Dumping**
Report # 2014-00230
**Location:** Citywide
**Recommendation:** 1) Review an Ordinance amending section 13.10.130 relating to rewards for reporting illegal dumping; and 2) pass for publication the ordinance title as required by Sacramento City Charter § 32(c), with the ordinance to be considered on June 5, 2014.
**Contact:** Steve Harriman, Integrated Waste General Manager, (916) 808-4949, Department of General Services

12.  **Agreement Establishing Retiree Health Savings Accounts**
Report # 2014-00403
**Location:** Citywide
**Recommendation:** Pass a Motion 1) authorizing the City Manager or designee to establish Retiree Health Savings Accounts for the Sacramento Police Officers Association (SPOA); and 2) approving the Declaration of Trust designating the City of Sacramento as the Trustee.
**Contact:** Geri Hamby, Director, (916) 808-7173; Shelley Banks-Robinson, Labor Relations Manager, (916) 808-5541, Department of Human Resources

13.  **Agreement:  Labor Relations Consulting Services**
Report # 2014-00402
**Location:** Citywide
**Recommendation:** Pass a Motion increasing the agreement for consulting services provided by Renne Sloan Holtzman Sakai LLP by $346,000 to cover on-going labor relations consulting services, resulting in a not-to-exceed contract amount of $621,000.
**Contact:** Geri Hamby, Director, (916) 808-7173; Shelley Banks-Robinson, Labor Relations Manager, (916) 808-5541, Department of Human Resources

14.  **City Auditor's Activity Report for 3rd Quarter of Fiscal Year (FY) 2013/14**
Report # 2014-00400
**Location:** Citywide
**Recommendation:** Pass a Motion accepting the Auditor's Activity Report for the 3rd quarter of Fiscal Year 2013/14.
**Contact:** Jorge Oseguera, City Auditor, (916) 808-7270, Office of the City Auditor

EXHIBIT 1 - PAGE 29

15. **Repeal of Resolution 1943-207**
Report # 2014-00437
**Location:** Citywide
**Recommendation:** Pass a **Resolution** repealing Resolution 1943-207.
**Contact:** Steven Hansen, Councilmember District 4, (916) 808-7004

16. **Lease Agreement: Mutual Assistance Network for Johnston Community Center**
Report # 2014-00304
**Location:** 231 Eleanor Avenue, District 2
**Recommendation:** Pass a Motion 1) finding that it is in the best interest of the City to continue to lease Johnston Community Center to the non-profit Mutual Assistance Network without competitive bidding, for a monthly rent due to the City of $1,000, due to the long-term operation and maintenance provided by the Network; and 2) authorizing the City Manager or the City Manager's designee to execute a five-year lease agreement with the Network.
**Contact:** Lori Harder, Support Services Manager, (916) 808-5172, Department of Parks and Recreation

17. **Agreement: Measure U Park Irrigation Design Renovation Project - Phase 2 (L19706000)**
Report # 2014-00381
**Location:** Citywide
**Recommendation:** Pass a Motion approving the supplemental agreement to the professional services agreement with the HLA Group Landscape Architects & Planners, Inc. for Measure U Park Irrigation Design Renovation Project Phase 2, increasing the total contract not-to-exceed amount from $99,800 to $104,000.
**Contact:** Shannon Brown, Parks Manager, (916) 808-4070, Department of Parks and Recreation

18. **Sacramento Police Department Measure U Adjustments**
Report # 2014-00404
**Location:** Citywide
**Recommendation:** Pass a **Resolution** authorizing the City Manager, or the City Manager's designee, to transfer $744,000 from Measure U fund balance to the Sacramento Police Department's Fiscal Year (FY) 2013/14 Measure U Multi-year Operating Project (I110110200) for previously approved Police Officer equipment ($621,000) and patrol vehicles ($123,000).
**Contact:** Scott Pettingell, Police Administrative Manager, Fiscal Section, (916) 808-0909, Police Department



EXHIBIT 1 - PAGE 30

19. **Sacramento Railyards West Tunnel Ramps Access Project – Appropriate and Transfer Funds, Approve First Amendment to the Amended and Restated 6th Street Roadway Project Escrow Agreement, Approve First Amendment to the 5th Street Project Delivery Agreement, Award Contract and Approve Professional Services Agreement**
(Reviewed 05/20/2014)
Report # 2014-00187
**Location:** Downtown near Sacramento Valley Station, between I Street Bridge and 7th Street, District 3
**Recommendation:** Pass a **Resolution** 1) approving the First Amendment to the Amended and Restated 6th Street Roadway Project and Escrow Agreement; 2) approving the First Amendment to the 5th Street Project Delivery Agreement; 3) appropriating $733,732 (Fund 3703) in federal funds to the Sacramento Intermodal Facility Project (T15029000); 4) transferring $740,000 (Fund 3702) in escrow account funds from the 6th Street Roadway Project (T15116200) to the Sacramento Intermodal Facility Project (T15029000); 5) appropriating $88,533 (Fund 3703) in federal funds to the Sacramento Intermodal Facility Project (T15029000) when funding is obligated; 6) reducing the total 5th Street and Railyards Boulevard Project budget by $100,000 to $28,800,000; 7) approving Plans and Specifications for the Sacramento Railyards West Tunnel Ramps Access Project; 8) awarding a contract with B&M Builders in an amount not to exceed $1,334,304; and 9) approving a Professional Services Agreement for construction management with Vali Cooper & Associates in an amount not to exceed $167,811.
**Contact:** Tim Mar, Supervising Civil Engineer, (916) 808-7531; Nicholas Theocharides, Engineering Services Manager, (916) 808-5065, Department of Public Works

20. **2014 California Multi-Agency Benchmarking Study (15001111) - Approval of Agreement with MWH Americas Inc.**
Report # 2014-00359
**Location:** Citywide
**Recommendation:** Pass a Motion authorizing the City Manager to execute a Professional Services Agreement with MWH Americas Inc. in the amount of $129,500 with a net cost to the City of $18,500, for a one-year term, with an option to extend the one-year contract for two additional one-year terms.
**Contact:** Nicholas Theocharides, Engineering Services Manager, (916) 808-5065, Department of Public Works

21. **Parking Enforcement Citation and Arrest Authority**
Report # 2014-00382
**Location:** Citywide
**Recommendation:** Pass a **Resolution** granting citation and arrest authority to new Parking Enforcement Officers.
**Contact:** Matt Winkler, Operations General Supervisor (916) 808-5579; Matt Eierman, Parking Services Manager (916) 808-5849, Department of Public Works

EXHIBIT 1 - PAGE 31

<u>Public Hearings</u>

Public hearings may be reordered by the Mayor at the discretion of the legislative bodies.

**22.    2031 3rd Street Rezone**

(Passed for Publication 05/20/2014; Noticed 05/16/2014; Published 05/22/2014)

Report # 2014-00334      **Estimated Time: 20 minutes**

**Location:** District 4

**Recommendation:** Conduct a Public Hearing and upon conclusion pass 1) a **Resolution** determining the 2031 3rd Street Rezone project exempt from review under the California Environmental Quality Act; 2) an **Ordinance** rezoning approximately 0.07 acres from the Multi-Unit (R-3A) Zone to the General Commercial (C-2) Zone; and 3) a **Resolution** approving the Site Plan and Design Review with deviations to the outdoor open space standards for residential units.

**Contact:** Antonio Ablog, Associate Planner, (916) 808-7702, Community Development Department; Stacia Cosgrove, Principal Planner, (916) 808-7110, Community Development Department

<u>Discussion Calendar</u>

Discussion calendar items include an oral presentation including those recommending "receive and file".

**23.    Economic Development Fund Policy and Guidelines**

Report # 2014-00425      **Estimated Time: 20 minutes**

**Location:** Citywide

**Recommendation:** Pass a **Resolution** 1) approving the Economic Development Fund Policy and Guidelines and 2) authorizing the City Manager or the City Manager's designee to take such necessary administrative actions and develop such necessary procedures to implement the ED Fund Policy and Guidelines, and 3) the repayment of the $303,070 loan from the 1012-1022 K Street property will be appropriated to the ED Fund, Fund 2031.

**Contact:** Jim Rinehart, Director, (916) 808-5054; Melissa Anguiano, Manager, (916) 808-5864, Economic Development Department

**24.    (City Council/Financing Authority) Approval of Purchase and Sale Agreement for 921 10th Street**

Report # 2014-00366      **Estimated Time: 10 minutes**

**Location:** District 4

**Recommendation:** 1) Pass a Sacramento City **Financing Authority Resolution** authorizing the City Manager or designee to approve transfer of 921 10th Street from the Sacramento City Financing Authority to the City; and 2) pass a **City Council Resolution** approving the Purchase and Sale Agreement with Sac Metropolitan, LLC and authorizing the City Manager or his designee to execute the Purchase and Sale Agreement and related documents for the sale.

**Contact:** Leslie Fritzsche, (916) 808-7223, Economic Development Department



EXHIBIT 1 - PAGE 32

25.  **Agreement:  Funding for Powerhouse Science Center** (Reviewed 05/20/2014)
     Report # 2014-00365      **Estimated Time: 20 minutes**
     **Location:** 400 Jibboom Street, District 4
     **Recommendation:** Pass a **Resolution** 1) authorizing the City Manager of his designee to
     execute the Powerhouse Science Center Funding Agreement; 2) appropriating $200,000 from
     the Economic Development Fund Contingency to I06100200.
     **Contact:** Rachel Hazlewood, Senior Project Manager, (916) 808-8645, Economic
     Development Department

26.  **Amendments to Sacramento City Code Section 5.136 Relating to Taxicab Regulations**
     (Passed for Publication 05/13/2014; Published 05/15/2014)
     Report # 2014-00342      **Estimated Time: 30 minutes**
     **Location:** Citywide
     **Recommendation:** Pass 1) an **Ordinance** amending and adding various sections of Chapter
     5.136 of the Sacramento City Code, relating to taxicabs; and 2) a **Resolution** approving the
     types of charges and maximum rates for taxicab service.
     **Contact:** Dafna Gauthier, Business Permit Manager, (916) 808-7800; Brad Wasson, Revenue
     Manager, (916) 808-5844, Department of Finance

27.  **Measure U Citizens Oversight Committee Fiscal Year (FY) 2012/13 Report**
     Report # 2014-00406      **Estimated Time: 10 minutes**
     **Location:** Citywide
     **Recommendation:** Receive and file.
     **Contact:** Mark Prestwich, Special Projects Manager, (916) 808-5380, Office of the City
     Manager

28.  **Fiscal Year (FY) 2014/15 Measure U Restorations**
     Report # 2014-00203      **Estimated Time: 30 minutes**
     **Location:** Citywide
     **Recommendation:** Receive and consider for final Budget adoption.
     **Contact:** Dawn Holm, Budget Manager, (916) 808-5574; Leyne Milstein, Director, (916) 808-
     8491, Department of Finance

29.  **Fiscal Year (FY) 2014/15 Proposed Budget for the Department of Parks and Recreation**
     Report # 2014-00270      **Estimated Time: 30 minutes**
     **Location:** Citywide
     **Recommendation:** Receive and consider for final budget adoption.
     **Contact:** James L. Combs, Director, (916) 808-8526, Department of Parks and Recreation

30.  **Fiscal Year (FY) 2014/15 Proposed Budget for the Fire Department**
     Report # 2014-00217      **Estimated Time: 30 minutes**
     **Location:** Citywide
     **Recommendation:** Receive and consider for final budget adoption.
     **Contact:** Lloyd Ogan, Acting Fire Chief, (916) 808-1601, Fire Department

EXHIBIT 1 - PAGE 33

31. **Fiscal Year (FY) 2014/15 Budget Hearings: Sacramento Police Department**
Report # 2014-00207      **Estimated Time: 45 minutes**
**Location:** Citywide
**Recommendation:** Receive and consider for final budget adoption.
**Contact:** Samuel D. Somers Jr., Chief of Police, (916) 808-0800, Police Department; Scott Pettingell, Police Administrative Manager, Fiscal Operations, (916) 808-0909, Police Department

32. **Fiscal Year (FY) 2014/15 Asset Forfeiture Expenditure Master Plan**
Report # 2014-00328      **Estimated Time: 10 minutes**
**Location:** Citywide
**Recommendation:** Receive and consider the updated Asset Forfeiture Expenditure Policy and FY 2014/15 Asset Forfeiture Expenditure Master Plan for final budget adoption.
**Contact:** Scott Pettingell, Police Administrative Manager, Fiscal Operations, (916) 808-0909, Police Department

**Agreement/Contract Review Only – No Action Required**
Agreements and/or Contracts are provided for review and will be presented for approval as noted in the recommendation.

33. **(Agreement/Contract for Review and Information) Uniform Rental and Cleaning Services**
Report # 2014-00282
**Location:** Citywide
**Recommendation:** Review report 1) authorizing the City Manager or the City Manager's designee to execute a contract with Aramark Uniform and Career Apparel, LLC, as the lowest responsible and responsive bidder, for two years with three one-year renewal options in a total amount not to exceed $1,350,000; 2) authorizing the City Manager or the City Manager's designee to execute the contract and renewal options specified above provided that sufficient funds are available in the adopted budget of the applicable fiscal year; and 3) continue to June 5, 2014, for approval.
**Contact:** Marc Robles, Procurement Analyst, (916) 808-6343, Department of Finance

34. **(Agreement/Contract for Review and Information) Contract Award: Green Waste Processing**
Report # 2014-00017
**Location:** Citywide
**Recommendation:** Review a report 1) awarding a five-year contract to Republic Services of Sacramento, the lowest responsive and responsible bidder, for green waste processing in a total amount not to exceed $12 million; 2) authorizing the City Manager or the City Manager's designee to execute the contract above provided that sufficient funds are available in the budget adopted for the applicable fiscal year; and 3) continue to June 5, 2014 for approval.
**Contact:** Steve Harriman, Integrated Waste General Manager, (916) 808-4949, Department of General Services



Tuesday, May 27, 2014                    Agenda                                    11

EXHIBIT 1 - PAGE 34



**Public Comments-Matters Not on the Agenda** (2 minutes per speaker)

**Council Comments-Ideas, Questions and Meeting/Conference Reports**

**Adjournment**

**Tuesday, May 27, 2014**                    Agenda                    12

EXHIBIT 1 - PAGE 35



Meeting Date: 5/27/2014

Report Type: Consent

Report ID: 2014-00263



**10**

SACRAMENTO

**City Council Report**
**915 I Street, 1st Floor**
www.CityofSacramento.org

**Title: Agreement: Third Amended Joint Powers Agreement to Establish, Operate, and Maintain the Sacramento Regional Public Safety Communications Center**

**Location:** Citywide

**Recommendation:** Pass a Motion authorizing the City Manager, or his designee, to execute the Third Amended Joint Powers Agreement to Establish, Operate, and Maintain a Public Safety Communications Center.

**Contact:** Lloyd Ogan, Deputy Fire Chief, (916) 808-1603, Fire Department

**Presenter:** None

**Department:** Fire

**Division:** Fire Communications Admin

**Dept ID:** 12001321

**Attachments:**
1-Description/Analysis
2-Third Amended Joint Powers Agreement

---

**City Attorney Review**
    Approved as to Form
    Lan Wang
    5/6/2014 9:47:58 AM

**Approvals/Acknowledgements**

Department Director or Designee: Lloyd Ogan - 5/1/2014 6:02:10 PM

James Sanchez, City Attorney        Shirley Concolino, City Clerk        Russell Fehr, City Treasurer
                        **John F. Shirey, City Manager**

1 of 17

EXHIBIT 1 - PAGE 36

Back to Report Table of Contents

## Description/Analysis

**Issue Detail:** The City of Sacramento Fire Department became a Member Agency of Sacramento Regional Fire/EMS Communications Center (Center) on May 1, 1994. The proposed Third Amended Joint Powers Agreement governing the Center replaces and supersedes the Joint Powers Agreement, dated January 1, 1981, the First Amended Joint Powers Agreement, dated May 1, 1994, and Second Amended Joint Powers Agreement, dated March 1, 2001. In Sacramento County, all fire agencies operate in a system that does not recognize boundaries for the purpose of dispatch; therefore, it is to the mutual benefit of the member agencies to maintain this Joint Powers Agreement. This will ensure that all fire resources within the County will be utilized in a coordinated effort to maximize efficiencies and effectiveness. The current member agencies are the City of Sacramento, the Cosumnes Community Services District, the City of Folsom, and the Sacramento Metropolitan Fire District.

**Policy Considerations:** Approval of the recommendation is consistent with the City's interests in establishing and strengthening community and regional partnerships, sharing expertise and best practices, and enhancing the quality of life for all Sacramento County residents.

**Economic Impacts:** None.

**Environmental Considerations:** This report concerns administrative activities that will not have a significant effect on the environment, and does not constitute a "project" as defined by the California Environmental Quality Act (CEQA) [CEQA Guidelines Sections 15061 (b)(3); 15378 (b)(2)].

**Sustainability:** There are no sustainability considerations as listed in the Sustainability Master Plan applicable to executing the Third Amended Joint Powers Agreement to establish, operate, and maintain a Public Safety Communications Center.

**Commission/Committee Action:** This amendment was approved by the Governing Board of the Sacramento Regional Fire/EMS Communications Center (SRFECC) on March 25, 2014.

**Rationale for Recommendation:** Recognizing that certain provisions of, and exhibits to, the Second Amended Joint Powers Agreement have become outdated, the Joint Powers Authority (JPA) Governing Board directed their legal counsel to draft a Third Amended Joint Powers Agreement to reflect the necessary revisions. Primarily due to SRFECC developing the ability to independently administer the fiscal functions of the Communications Center, an amended agreement was deemed necessary. No amendments were made to governance, or fiscal formulas.

**Financial Considerations:** The Third Amended Joint Powers Agreement does not reflect any additional fiscal obligations.

**Local Business Enterprise (LBE):** Not applicable.

EXHIBIT 1 - PAGE 37

Back to Report Table of Contents

"THIRD AMENDED" JOINT POWERS AGREEMENT

TO ESTABLISH, OPERATE, AND MAINTAIN A PUBLIC
SAFETY COMMUNICATIONS CENTER

THIS THIRD AMENDED JOINT POWERS AGREEMENT ("Agreement") replaces and supersedes the Joint Powers Agreement, dated January 1, 1981, the First Amended Joint Powers Agreement, dated May of 1994, and the Second Amended Joint Powers Agreement, dated March 1, 2001.

NOW, THEREFORE, for and in consideration of the mutual covenants set forth below and the mutual benefits to be derived therefrom, each of the parties agrees as follows:

RECITALS

WHEREAS, it is to the mutual benefit and in the best interest of the Member Agencies to join together to establish this Joint Powers Agreement to accomplish the purposes hereafter set forth;

WHEREAS, the Member Agencies have each determined that:

- there is a need to provide for public safety communications and dispatch support services on a group rather than individual basis;

- it appears economically practical to join together for the purpose of providing public safety communications and dispatch support services.

WHEREAS, Article I, Chapter 5, Division 7, Title 1, Sections 6500 et seq. of the Government Code permits two or more public agencies jointly to exercise any power common to the contracting parties.

00011171.1

EXHIBIT 1 - PAGE 38

## AGREEMENT

A.   CREATION

    1.   Pursuant to Sections 6500 et seq., of the Government Code, there was created an entity, separate and apart from the Member Agencies, to be known as the "Sacramento Regional Public Safety Communications Center" (hereinafter "the Center").

    2.   This Third Amended Agreement shall be effective upon satisfaction of the provisions set forth in Section F. below.

    3.   The term "Member Agency," as used in this Agreement, includes:

        a.   the Cosumnes Community Services District, the City of Folsom, the City of Sacramento and the Sacramento Metropolitan Fire District; and

        b.   any public agency that is subsequently admitted to membership pursuant to Paragraph G. below.

B.   PURPOSE

The purpose of the Center is to provide the following:

    1.   Communications and dispatch services for Member Agencies and for contracting entities (see B.3., below).  This shall also include by way of illustration and not limitation:

        a.   support for public safety communication and dispatch services; and

        b.   related services to assist and support this communication/dispatch function.

00011171 1

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 39

2.    Services to assist and support a Member Agency or a contracting entity in the provision of its public safety services. This includes, by way of illustration and not limitation:

    a.    Contracting with, or employing, an EMS physician to provide medical advisory services.

    b.    Contracting with, or employing, a pharmacist to provide pharmaceutical services; and

    c.    Joint purchasing efforts and/or joint billing services for Member Agencies and contracting entities.

3.    Services provided to a contracting entity (whether a public safety agency without Member Agency status, or a secondary user) shall be as set forth in the written agreement between the Center and the affected contracting entity.

C.    **POWERS**

1.    The Center is authorized, in its own name, to perform all acts necessary to accomplish the purposes set forth in Section B. above.

2.    The Center's powers shall include, by way of illustration and not limitation:

    a.    to make and enter into contracts;

    b.    to employ agents and employees;

    c.    to acquire, construct, manage, maintain and operate any buildings, works or improvements;

    d.    to acquire, hold and dispose of property of all kinds;

    e.    to incur debts, liabilities or obligations;

    f.    to sue and be sued; and

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 3 of 15

EXHIBIT 1 - PAGE 40

g.    to take action on personnel matters brought before it by the Center's chief executive officer or the Chairperson or the Personnel Committee.   The Personnel Committee is a standing committee of the JPA whose members are appointed by the Board.

3.    The exercise of such powers is subject only to the restrictions imposed by law upon the manner of exercising such powers that apply to a fire protection district or a charter city.

## D.   GOVERNING BOARD AND VOTING RIGHTS

1.    Board Membership.

    a.    The Center shall be administered by its Governing Board (hereinafter "the Board").

       (1)    The Board shall be composed of one (1) appointee from each Member Agency.

       (2)    Each Member Agency shall appoint one (1) primary representative and one (1) alternate representative.

          (a)    The primary representative, and the alternate representative, shall be either a member of the Member Agency's governing body, Chief Executive Officer (e.g. the Fire Chief, City Manager, etc.) or other qualified employee.

       (3)    The alternate representative shall have the authority to vote only if the primary representative is absent.

    b.    Each primary representative or alternate representative shall serve at the pleasure of the Member Agency by which s/he was appointed.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 4 of 15

EXHIBIT 1 - PAGE 41

c.    Each Member Agency shall have on file with the Center a current letter designating its primary representative and its alternate representative.

2.    <u>Weighted Voting</u>.

a.    Each Member Agency shall exercise weighted voting.

(1)    The number of votes that each Member Agency representative is entitled to cast in each fiscal year (July 1 through June 30) shall equal that percentage (rounded to the nearest hundredth percent) which is derived by dividing:

- the number of annual emergency service calls to which that Member Agency was dispatched in the preceding calendar year by;

- the total of the annual emergency service calls dispatched by the Center in the preceding calendar year to all Member Agencies which will remain a member on July 1.

(2)    This process shall be repeated not later than June 30th of each year for the coming fiscal year and shall take into account the admission of a new Member Agency (see D.2.c. below).

b.    An "emergency service call" is defined as any call which generates a Center master number.

c.    If a new Member Agency is added, the number of fire and emergency medical calls dispatched for that agency during the preceding calendar year shall be an agreed-upon number set forth in the "Resolution to Join"

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 42

until that new Member Agency has had all its fire and emergency medical calls dispatched by the Center for a full calendar year.

d.    If a new Member Agency is added, and that agency is law enforcement, the terms of their admission shall specify their voting structure.

E.    MEETINGS OF THE BOARD AND OFFICERS

1.    The Board shall provide for meetings as allowed by law, including by way of illustration and not limitation: regular meetings, adjourned regular meetings, special meetings and emergency meetings.

2.    All meetings of the Board shall be called, noticed, held and conducted in accordance with the provisions of the Ralph M. Brown Act (Government Code Sections 54950 et seq.).

3.    The presence of a representative (or an alternate) authorized to cast two-thirds (2/3) of the total number of weighted votes (see paragraph D.2. above) shall constitute:

a.    a majority of the Board; and

b.    a quorum for the transaction of business.

4.    Action to be taken or authorized by the Board requires approval by at least two-thirds (2/3) of the total number of votes as described in Paragraph D.2. above.

5.    Notwithstanding the preceding, less than a quorum may adjourn from time to time.

6.    The Board shall elect a Chairperson and a Vice Chairperson.

a.    Each December, the Board shall elect or reelect its Chairperson and Vice Chairperson to assume office on January 1st.

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 43

     b.    In the event that the elected Chairperson or Vice Chairperson ceases to be a representative to the Board, the resulting vacancy shall be filled at the meeting of the Board held after such vacancy occurs.

     c.    In the absence or inability of the Chairperson to act, the Vice Chairperson shall act as Chairperson.

F.    <u>TERM</u>

This Third Amended Agreement shall become effective on the July 1st following approval by the governing board of each of the Member Agencies.  It shall continue until terminated as hereinafter provided.

G.    <u>MEMBERSHIP</u>

1.    Public agencies providing either fire protection service or ALS ambulance service or public safety service are eligible for membership.

2.    Each Member Agency is entitled to the rights and privileges and is subject to the obligations of membership as provided in this Agreement.

3.    An eligible public agency may become a Member Agency of the Center provided:

     a.    The governing body of the applicant public agency adopts a Resolution in the form requested by the Center which:

        (1)    agrees to be bound by this Agreement; and

        (2)    acknowledges an annual contribution rate that shall continue until the "new" Member Agency has been dispatched by the Center for a complete calendar year; and

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 7 of 15

EXHIBIT 1 - PAGE 44

(3)    agrees to payment of any entry fee that has been established by the Center's Board. Such a fee may include, by way of illustration and not limitation:

- set-up costs, resulting from the inclusion of the new agency; and

- a proportionate amount of any debt or obligation of the Center.

b.    The Board approves the public agency's application for membership.

4.    The Board retains the right to reject a membership application for any reason.

H.    REPORTS

1.    Each Member Agency shall provide to the Center such information as is necessary to the Center to perform its functions hereunder. Each Member Agency shall cooperate in every reasonable manner.

2.    Upon request of either the primary representative or alternate representative of a Member Agency, the Center's Chief Executive Director shall provide major policy issue briefings to the governing body of that Member Agency, provided that such request is first approved by the Center's Board.

I.    TREASURER

1.    The Board shall designate a Treasurer and designate a treasury in accordance with applicable law.

2.    The Treasurer shall receive and receipt all money of the SRFECC and place it in the SRFECC's treasury to the credit of the SRFECC.

00011171.1

3.   The Treasurer shall invest the Center's funds in accordance with the general law. All interest collected on the Center's funds shall be accounted for and posted to the account of said funds.

J.   AUDITING

1.   The Center shall cause an independent audit to be made by a certified public accountant in compliance with California Government Code section 6505.

2.   At the close of each fiscal year, or at such other times as provided in Government Code Section 6505, an audit shall be performed.

K.   FISCAL YEARS

The fiscal year for the Center shall be July 1st through the next following June 30th.

L.   BUDGET

The Board shall adopt a budget for each fiscal year in accordance with applicable law.

M.   MEMBER CONTRIBUTIONS

1.   Dispatch and Dispatch-Related Services

a.   Each Member Agency shall pay its pro-rata share of all capital, operating, and related costs of the Center.

b.   Pro-rata share shall be calculated in the same manner as weighted voting is determined in Section D.2. above.

2.   A Member Agency shall pay for any additional services that are received or requested by the Member Agency if those additional services are not also deemed to be of general benefit to the Center, as determined by the Board, and made available to all Member Agencies. Additional services shall be provided by the Center at rates to be determined by the Board.

00011171.1

EXHIBIT 1 - PAGE 46

3.    The Member Agencies recognize that, from time-to-time, the Center may incur costs and expenses which are not directly related to the provision of services to Member Agencies.  In addition to the payments specified in Sections M.1 and M.2 above, each Member Agency shall pay its pro-rata share, based on its weighted voting percentages, of such costs and expenses.

N.    DEBTS AND OBLIGATIONS

1.    The debts, liabilities and obligations of the Center shall not be the debts, liabilities, and/or obligations of the Member Agencies.

2.    Notwithstanding Paragraph N.1:

a.    Each Member Agency is responsible for its pro-rata share of any obligation of the Center which was incurred at a time when that entity was a Member Agency.  This shall also include, by way of illustration and not limitation:  long-term debt and multi-fiscal-year debt.

b.    Pro-rata share shall be in the same proportion as that entity's weighted voting percentage determined pursuant to Section D.2 of the Agreement.

c.    The pro-rata obligation of each Member Agency is immediately binding on the Member Agency at the time the obligation is incurred.

O.    WITHDRAWAL

1.    Any Member Agency may withdraw as a party to this Agreement as follows:

a.    June 30 (11:59 p.m.), annually, shall be the only month and day on which a withdrawal shall take effect.

b.    Notice of such withdrawal shall be in writing and addressed to the Chairperson of the Board of the Sacramento Regional Fire/EMS

00011171.1

EXHIBIT 1 - PAGE 47

Communications Center at is primary address (currently 10230 Systems Parkway, Sacramento, California 95827-3006).

    c.    Notice of withdrawal must be accompanied by a proof of service. Notice shall be considered given on the date of service.

    d.    Notice shall be given to the Center no later than the October 1 preceding the withdrawal date.

    e.    No withdrawing Member Agency shall be entitled to any payment for its interest or assets upon withdrawal.

2.    Notwithstanding Paragraph N.1., no Member Agency may withdraw until they have:

    a.    Either paid in full their pro-rata share of all outstanding debts and obligations that were incurred while they were a member. This shall also include, by way of illustration and not limitation: long-term debt and multi-fiscal-year debt.

    b.    Or, executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

P.    <u>DISSOLUTION</u>

1.    This Agreement may be terminated in its entirety upon the consent of not less than ninety percent (90%) of the total number of weighted votes of the Member Agencies.

2.    No assets may be distributed (divided or returned) until all outstanding debts and obligations have been resolved. Resolved means that each Member Agency has:

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 11 of 15

EXHIBIT 1 - PAGE 48

a.     Either paid their pro-rata share of all outstanding debts and obligations that were incurred while they were a member; or

b.     Executed a contract with the Center to pay for all outstanding debts and obligations that were incurred while they were a member.

3.     All assets of the Center will be distributed in proportion to the contributions of the Member Agencies during the fiscal year of dissolution.

Q.   AMENDMENT

1.     This Agreement may be amended as follows:

a.     The Board adopts a Resolution recommending amendment which will be presented to the Governing Body of each Member Agency for ratification.

b.     The Amendment shall be effective when the required Resolution Recommending Amendment has been ratified by the governing bodies of those Member Agencies entitled to cast not less than ninety percent (90%) of the total number of weighted votes (see Section IV.B. hereof).

2.     Provided, however, no amendment approved by less than unanimous consent shall be effective until such time as any nonconsenting Member Agency has had an opportunity to withdraw from the Center (see Paragraph O. above).

R.   CONFLICT RESOLUTION

1.     A Member Agency shall be free to bring all differences of interpretation regarding, and all disputes arising in connection with, this Agreement or the operation of the Center to the attention of the other Member Agencies at any time. Such communications shall be deemed positive and may be made without prejudicing the harmonious relationship and operations of the Center. Within ten

00011173.1

THIRD AMENDED JOINT POWERS AGREEMENT

EXHIBIT 1 - PAGE 49

(10) days of receiving a written statement of a difference of interpretation of a dispute (hereinafter "Statement"), the Center shall appoint and convene a panel comprised of three (3) Board members/alternates. This panel shall be charged with effecting a mutually satisfactory solution. The Center shall consider any disputes under this Section R in compliance with the Brown Act.

2.  Should the panel be unable to effect a mutually satisfactory solution within thirty (30) days of receipt of the Statement, the party filing that Statement may cause the matter to proceed to mediation. In such case, a neutral mediator shall be appointed. If the parties are unable to agree upon a mediator, a list of five (5) names shall be requested from the State Mediation and Conciliation Service and the parties shall alternately strike names to select the mediator. The mediator's role shall be to effect a mutually satisfactory solution or, in the alternative, to issue an advisory statement of solution. The costs of the mediator shall be divided between the party requesting mediation (one-half) and the Center (one-half). Each party shall bear its own respective costs associated with the mediation.

3.  Any controversy, claim, or breach arising out of or relating to this Agreement which the parties are unable to resolve to their mutual satisfaction may be litigated or otherwise resolved in any court having jurisdiction.

IN WITNESS WHEREOF, the Chief Executive Director of the Center certifies that the Member Agencies listed in <u>Exhibit A</u> have approved this Third Amended Agreement by filing with the Board an executed, certified copy of its lawfully adopted resolution.

00011171.I

THIRD AMENDED JOINT POWERS AGREEMENT

Page 13 of 15

EXHIBIT 1 - PAGE 50

## ACKNOWLEDGED BY THE CENTER

Date: _____

_____
Teresa Murray
Chief Executive Director

## ATTEST

For the Cosumnes Community Services
District

For the Sacramento Metropolitan Fire
District

_____

_____

For the City of Folsom Fire Department

For the City of Sacramento Fire Department

_____

_____

00011171.1

THIRD AMENDED JOINT POWERS AGREEMENT

Page 14 of 15

EXHIBIT 1 - PAGE 51

## EXHIBIT A

### LIST OF MEMBER AGENCIES

Cosumnes Community Services District

City of Folsom

City of Sacramento

Sacramento Metropolitan Fire District

00011171.1

## CITY COUNCIL

**Kevin Johnson**, Mayor
**Angelique Ashby**, Mayor Pro Tem, District 1
**Allen Warren**, District 2
**Steve Cohn**, District 3
**Steve Hansen**, District 4
**Jay Schenirer**, Vice Mayor, District 5
**Kevin McCarty**, District 6
**Darrell Fong**, District 7
**Bonnie Pannell**, District 8

## CHARTER OFFICERS

James Sanchez, City Attorney
Shirley Concolino, City Clerk
John F. Shirey, City Manager
Russ Fehr, City Treasurer



# SACRAMENTO

# DRAFT Minutes

## City Council
## Financing Authority
## Housing Authority
## Public Financing Authority

**City Hall-Council Chamber**
**915 I Street, 1st Floor**
Published by the Office of the City Clerk
(916) 808-5163

# Tuesday, May 27, 2014
# 6:00 p.m.

### NOTICE TO THE PUBLIC

You are welcomed and encouraged to participate in this meeting.  Public comment is taken on items listed on the agenda when they are called.  Public Comment on items not listed on the agenda will be heard as noted on the agenda. Comments on controversial items may be limited and large groups are encouraged to select 3-5 speakers to represent the opinion of the group.

**Notice to Lobbyists:**  When addressing the legislative bodies you must identify yourself as a lobbyist and announce the client/business/organization you are representing
*(City Code 2.15.160).*

**Speaker slips are available on the City's Website and located in racks inside the chamber and should be completed and submitted to the Assistant City Clerk.**

*Government Code 54950 (The Brown Act)* requires that a brief description of each item to be transacted or discussed be posted at least 72 hours prior to a regular meeting.  The City posts Agendas at City Hall as well as offsite meeting locations.

The order and estimated time for Agenda items are listed for reference and may be taken in any order deemed appropriate by the legislative body.

The Agenda provides a general description and staff Recommendation; however, the legislative bodies may take action other than what is recommended.  Full staff reports are available for public review on the City's website and include all attachments and exhibits.  "To Be Delivered" and "Supplemental" reports will be published as they are received.  Hard copies are available at the Office of the City Clerk and all written material received is available at the meeting for public review.

Meetings are broadcast live on Metrocable, Channel 14, AT&T Broadband Cable System and rebroadcast on the Saturday following the date of the meeting. (Check Listings)

Live videostreams and indexed archives of meetings are available via the internet.  Visit the City's official website at http://sacramento.granicus.com/ViewPublisher.php?view_id=21 .

Meeting facilities are accessible to persons with disabilities.  If you require special assistance to participate in the meeting, notify the Office of the City Clerk at (916) 808-7200 at least 48 hours prior to the meeting.



EXHIBIT 1 - PAGE 53

**General Conduct for the Public Attending Council Meetings**

Γ   Members of the public attending City Council meetings shall observe the same rules and decorum applicable to the Members and staff as noted in Chapters 3 and 4 of Council Rules of Procedure.

ιι   Stamping of feet, whistles, yells or shouting, physically threatening conduct, and/or similar demonstrations are unacceptable public behavior and will be prohibited by the Sergeant-at-Arms.

ιι   Lobbyists must identify themselves and the client(s), business or organization they represent before speaking to the Council·

ɢ   Members of the public wishing to provide documents to the Council shall comply with Rule 7 D of the Council Rules of Procedure.

**Members of the Public Addressing the City Council**

ɔ   Purpose of Public Comment.  The City provides opportunities for the public to address the Council as a whole in order to listen to the public's opinions regarding non-agendized matters within the subject matter jurisdiction of the City during Regular meetings and regarding items on the Agenda
at all other meetings.

   o   Public comments should not be addressed to individual Members nor to City officials, but rather to the City Council as a whole regarding City business.

   o   While the public may speak their opinions on City business, personal attacks on Members and City officials, use of swear words, and signs or displays of disrespect for individuals will impede good communication with the Council.

   o   Consistent with the Brown Act, the public comment periods on the Agenda are not intended to be "Question and Answer" periods or conversations with the Council and City officials.  The limited circumstances under which Members may respond to public comments are set out in Rule 8 D 2 of the Council Rules of Procedure.

   o   Members of the public with questions concerning Consent Calendar items may contact the staff person or the Council Member whose district is identified on the report prior to the meeting to reduce the need for discussion of Consent Calendar items and to better respond to the public's questions.

ꞏι   **Speaker Time Limits.**  In the interest of facilitating the Council's conduct of the business of the City, the following time limits apply to members of the public (speakers) who wish to address the Council during the meeting.

   o   **Matters not on the Agenda.** Two (2) minutes per speaker.

   o   **Consent Calendar Items.**  The Consent Calendar is considered a single item, and speakers are therefore subject to the two (2) minute time limit for the entire Consent Calendar.  Consent Calendar items can be pulled at a Council member's request.  Such pulled Consent Calendar items will be considered individually and up to two (2) minutes of public comment per speaker on those items will be permitted.

   o   **Discussion Calendar Items.**  Two (2) minutes per speaker.

   Time Limits per Meeting In addition to the above time limits per item, the total amount of time any one individual may address the Council at any meeting is eight (8) minutes.

ιꞏ   Each speaker shall limit his/her remarks to the specified time allotment.

ιι   The Presiding Officer shall consistently utilize the timing system which provides speakers with notice of their remaining time to complete their comments. A countdown display of the allotted time will appear and will flash red at the end of the allotted time.

ιι   In the further interest of time, speakers may be asked to limit their comments to new materials and not repeat what a prior speaker said.  Organized groups may choose a single spokesperson who may speak for the group but with no increase in time.

ι   Speakers shall not concede any part of their allotted time to another speaker.

The Presiding Officer may further limit the time allotted for public comments per speaker or in total for the orderly conduct of the meeting and such limits shall be fairly applied



**EXHIBIT 1 - PAGE 54**

# DRAFT MINUTES

## Tuesday, May 27, 2014

## 6:00 p.m.

### *City Hall – 915 I Street- First Floor Council Chamber*
All items listed are heard and acted upon by the Sacramento City Council unless otherwise noted.

### Open Session - 6:00 p.m.

Regular session called to order by Mayor Kevin Johnson at 6:00 p.m. Tuesday, May 27, 2014 at the Sacramento City Hall Council Chamber.

**Members Present:** Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren and Mayor Kevin Johnson.

**Pledge of Allegiance–** led by Youth at City Council representative Nick Pozin.

### Special Presentations/General Communications

    a.    **Recognizing May as Bike Month**
        **Action:** Resolution presented by Member Angelique Ashby

    b.    **Recognizing Mustard Seed School's 25th Anniversary**
        **Action:** Resolution presented by Member Steve Hansen

    c.    **Recognizing California Task Force 7 Urban Search and Rescue Program for Response to the Oso, Washington Mudslide**
        **Action:** Resolution presented by Member Jay Schenirer

    d.    **Presentation to Council from Mike Tavares and Mike Barnbaum**
        **Action:** Presented Kings' Jerseys to Mayor and Members

### Consent Calendar Estimated Time: 5 minutes

  **Action:**    Moved/Seconded: Member Steve Hansen /Member Allen Warren

  **Yes:**    Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren and Mayor Kevin Johnson.

A motion **passed** to adopt the Consent Calendar in one motion except as indicated at each item

EXHIBIT 1 - PAGE 55



1.  **Confirmation of Board/Commission Appointments**
    Report # 2014-00421
    **Location:** Citywide
    **Action:** Passed **Motion No. 2014-0115** confirming board/commission appointment(s): 1) Civil
    Service Board – Cristina Rojas-Appleton and Jamey Matalka; 2) Community Racial Profiling
    Commission – Darryl Lucien and Glynis Wood-Alberts (Category D); 3) Housing Code
    Advisory & Appeals Board – Irina Kachagin and Verne Gore (Category A); and 4) Sacramento
    Heritage, Inc. Board of Directors – Ellen B. McCormick (Category A-2).
    **Contact:** Wendy Klock-Johnson, Assistant City Clerk, (916) 808-7509, Office of the City Clerk

2.  **Fiscal Year (FY) 2014/15 Proposed Operating Budget for the Sacramento City-County**
    **Office of Metropolitan Water Planning**
    Report # 2014-00319
    **Location:** Citywide
    **Action:** Passed **Motion No. 2014-0116** to approve the Fiscal Year 2014/15 Proposed
    Operating Budget for the Sacramento City-County Office of Metropolitan Water Planning.
    **Contact:** Tom Gohring, Executive Director, (916) 808-1998, Department of Citywide and
    Community Support, Sacramento City-County Office of Metropolitan Water Planning

3.  **Agreements: Cost Sharing Fiscal Year (FY) 2014/15 Sacramento City-County Office of**
    **Metropolitan Water Planning**
    Report # 2014-00320
    **Location:** Citywide
    **Action:** Passed **Motion No. 2014-0117** authorizing the City Manager or the City Manager's
    designee to execute 1) two interagency cost share agreements to fund the Water Forum
    Successor Effort, a) with the County of Sacramento, City of Roseville, City of Folsom, Placer
    County Water Agency, and the San Juan Water District; and b) with the El Dorado County
    Water Agency; and 2) an interagency cost share agreement to fund the Habitat Management
    Element with the County of Sacramento.
    **Contact:** Tom Gohring, Executive Director (916) 808-1998, Citywide and Community Support,
    Sacramento City-County Office of Metropolitan Water Planning

4.  **Village Garden Landscape Maintenance District - Initiate Proceedings**
    Report # 2014-00083
    **Location:** District 2
    **Action:** Passed 1) **Resolution No. 2014-0136** directing filing of Annual Report for Fiscal Year
    (FY) 2014/15; and 2) **Resolution No. 2014-0137** a) approving Engineer's Annual Report and
    Intention to Order Maintenance of Improvements for FY2014/15; and b) setting a time and
    place for a Public Hearing on June 17, 2014.
    **Contact:** Sheri Smith, Program Specialist, (916) 808-7204; Mark Griffin, Program Manager,
    (916) 808-8788, Department of Finance

EXHIBIT 1 - PAGE 56

5.  **Power Inn Road Maintenance District - Initiate Proceedings**
Report # 2014-00084
**Location:** District 6
**Action:** Passed 1) **Resolution No. 2014-0138** directing filing of an annual report for Fiscal
Year (FY) 2014/15; and 2) **Resolution No. 2014-0139** approving Engineer's Annual Report
and intention to order maintenance of improvements for FY2014/15 and setting a time and
place for a public hearing on June 17, 2014.
**Contact:** Sheri Smith, Program Specialist, (916) 808-7204; Mark Griffin, Program Manager,
(916) 808-8788; Department of Finance

6.  **Fiscal Year (FY) 2014/15 Finance Districts under City Code 3.128 Annual Report**
Report # 2014-00089
**Location:** District 4
**Action:** Passed 1) **Resolution No. 2014-0140** adopting the Old Sacramento Maintenance
District annual budget and fixing the service fees for FY2014/15; and 2) **Resolution No. 2014-
0141** adopting the 12th Street Maintenance District No. 2008-02 annual budget and fixing the
service fees for FY2014/15.
**Contact:** Jodie Vong, Administrative Analyst, (916) 808-8243; Mark Griffin, Program Manager,
(916) 808-8788, Department of Finance

7.  **Declaration of Official Intent and Agreement with PDC Construction to Reimburse
Certain Expenditures from Proceeds of Indebtedness Resulting from the Issuance of
Future Bonds for Curtis Park Village**
Report # 2014-00330
**Location:** District 5
**Action:** Passed 1) **Resolution No. 2014-0142** declaring the intent of the City of Sacramento
to reimburse certain expenditures from tax-exempt bonds and; 2) **Resolution No. 2014-0143**
authorizing the City Manager to execute an agreement with PDC Construction Company Inc.
to reimburse certain development fees from bond proceeds.
**Contact:** Mark Griffin, Program Manager, (916) 808-8788, Department of Finance; Brian
Wong, Senior Debt Analyst, (916) 808-5811, Office of the Treasurer

8.  **Natomas Central Community Facilities District No. 2006-02**
Report # 2014-00337
**Location:** District 1
**Action:** Passed 1) **Resolution No. 2014-0144** appropriating $1.8 million from special taxes
collected for Natomas Central Community Facilities District No. 2006-02 (CFD 2006-02) to
allow for the reimbursement of eligible developer costs.
**Contact:** Mark Griffin, Program Manager, (916) 808-8788, Department of Finance



9.   **Contract: Official City Newspaper for Advertising**
Report # 2014-00347
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0118** 1) awarding a one-year contract for official advertising services to Metropolitan News Company DBA Sacramento Bulletin, the lowest responsive and responsible bidder, in a total amount not to exceed $60,000; and 2) authorizing the City Manager or the City Manager's designee to execute the contract.
**Contact:** Chris Aguilar, Administrative Technician, (916) 808-5746; Craig Lymus, Procurement Services Manager, (916) 808-5524, Department of Finance

10.  **Agreement: Third Amended Joint Powers Agreement to Establish, Operate, and Maintain the Sacramento Regional Public Safety Communications Center**
Report # 2014-00263
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0119** authorizing the City Manager, or his designee, to execute the Third Amended Joint Powers Agreement to Establish, Operate, and Maintain a Public Safety Communications Center.
**Contact:** Lloyd Ogan, Deputy Fire Chief, (916) 808-1603, Fire Department

11.  **(Pass for Publication) Ordinance Amendment: Rewards for Reporting Illegal Dumping**
Report # 2014-00230
**Location:** Citywide
**Action:** 1) Reviewed an Ordinance amending section 13.10.130 relating to rewards for reporting illegal dumping; and 2) passed for publication the ordinance title as required by Sacramento City Charter § 32(c), with the ordinance to be considered on June 5, 2014.
**Contact:** Steve Harriman, Integrated Waste General Manager, (916) 808-4949, Department of General Services

12.  **Agreement Establishing Retiree Health Savings Accounts**
Report # 2014-00403
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0120** 1) authorizing the City Manager or designee to establish Retiree Health Savings Accounts for the Sacramento Police Officers Association (SPOA); and 2) approving the Declaration of Trust designating the City of Sacramento as the Trustee.
**Contact:** Geri Hamby, Director, (916) 808-7173; Shelley Banks-Robinson, Labor Relations Manager, (916) 808-5541, Department of Human Resources



Tuesday, May 27, 2014                     DRAFT Minutes                                    6

EXHIBIT 1 - PAGE 58

13. **Agreement: Labor Relations Consulting Services**
Report # 2014-00402
**Location:** Citywide
**Action: Continued to June 5, 2014 a Motion** increasing the agreement for consulting services provided by Renne Sloan Holtzman Sakai LLP by $346,000 to cover on-going labor relations consulting services, resulting in a not-to-exceed contract amount of $621,000.
**Contact:** Geri Hamby, Director, (916) 808-7173; Shelley Banks-Robinson, Labor Relations Manager, (916) 808-5541, Department of Human Resources

14. **City Auditor's Activity Report for 3rd Quarter of Fiscal Year (FY) 2013/14**
Report # 2014-00400
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0121** accepting the Auditor's Activity Report for the 3rd quarter of Fiscal Year 2013/14.
**Contact:** Jorge Oseguera, City Auditor, (916) 808-7270, Office of the City Auditor

15. **Repeal of Resolution 1943-207 (Japanese Internment)**
Report # 2014-00437
**Location:** Citywide

**Action:**   Moved/Seconded: Member Steve Hansen /Member Allen Warren

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren and Mayor Kevin Johnson

Removed from Consent Calendar by Member Hansen; public comment heard from  Efren Guttierrez, Darshan Mindy, Durriya Syed, Amar Shergill; passed **Resolution No. 2014-0145** repealing Resolution 1943-207.
**Contact:** Steven Hansen, Councilmember District 4, (916) 808-7004

16. **Lease Agreement: Mutual Assistance Network for Johnston Community Center**
Report # 2014-00304
**Location:** 231 Eleanor Avenue, District 2

**Action:**   Moved/Seconded: Member Allen Warren /Member Angelique Ashby

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren and Mayor Kevin Johnson

Passed **Motion No. 2014-0122** 1) finding that it is in the best interest of the City to continue to lease Johnston Community Center to the non-profit Mutual Assistance Network without competitive bidding, for a monthly rent due to the City of $1,000, due to the long-term operation and maintenance provided by the Network; and 2) authorizing the City Manager or the City Manager's designee to execute a five-year lease agreement with the Network.

EXHIBIT 1 - PAGE 59

**Contact:** Lori Harder, Support Services Manager, (916) 808-5172, Department of Parks and Recreation

17. **Agreement: Measure U Park Irrigation Design Renovation Project - Phase 2 (L19706000)**
Report # 2014-00381
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0123** approving the supplemental agreement to the professional services agreement with the HLA Group Landscape Architects & Planners, Inc. for Measure U Park Irrigation Design Renovation Project Phase 2, increasing the total contract not-to-exceed amount from $99,800 to $104,000.
**Contact:** Shannon Brown, Parks Manager, (916) 808-4070, Department of Parks and Recreation

18. **Sacramento Police Department Measure U Adjustments**
Report # 2014-00404
**Location:** Citywide
**Action:** Public comment heard from Mac Worthy; passed **Resolution No. 2014-0146** authorizing the City Manager, or the City Manager's designee, to transfer $744,000 from Measure U fund balance to the Sacramento Police Department's Fiscal Year (FY) 2013/14 Measure U Multi-year Operating Project (I80110200) for previously approved Police Officer equipment ($621,000) and patrol vehicles ($123,000).
**Contact:** Scott Pettingell, Police Administrative Manager, Fiscal Section, (916) 808-0909, Police Department

19. **Sacramento Railyards West Tunnel Ramps Access Project -- Appropriate and Transfer Funds, Approve First Amendment to the Amended and Restated 6th Street Roadway Project Escrow Agreement, Approve First Amendment to the 5th Street Project Delivery Agreement, Award Contract and Approve Professional Services Agreement**
(Reviewed 05/20/2014)
Report # 2014-00187
**Location:** Downtown near Sacramento Valley Station, between I Street Bridge and 7th Street, District 3
**Action:** Passed **Resolution No. 2014-0147** 1) approving the First Amendment to the Amended and Restated 6th Street Roadway Project and Escrow Agreement; 2) approving the First Amendment to the 5th Street Project Delivery Agreement; 3) appropriating $733,732 (Fund 3703) in federal funds to the Sacramento Intermodal Facility Project (T15029000); 4) transferring $740,000 (Fund 3702) in escrow account funds from the 6th Street Roadway Project (T15116200) to the Sacramento Intermodal Facility Project (T15029000); 5) appropriating $88,533 (Fund 3703) in federal funds to the Sacramento Intermodal Facility Project (T15029000) when funding is obligated; 6) reducing the total 5th Street and Railyards Boulevard Project budget by $100,000 to $28,800,000; 7) approving Plans and Specifications for the Sacramento Railyards West Tunnel Ramps Access Project; 8) awarding a contract with B&M Builders in an amount not to exceed $1,334,304; and 9) approving a Professional Services Agreement for construction management with Vali Cooper & Associates in an amount not to exceed $167,811.



Tuesday, May 27, 2014                    DRAFT Minutes                                      8

EXHIBIT 1 - PAGE 60

Contact: Tim Mar, Supervising Civil Engineer, (916) 808-7531; Nicholas Theocharides, Engineering Services Manager, (916) 808-5065, Department of Public Works

**20.** **2014 California Multi-Agency Benchmarking Study (15001111) - Approval of Agreement with MWH Americas Inc.**
Report # 2014-00359
**Location:** Citywide
**Action:** Passed **Motion No. 2014-0124** authorizing the City Manager to execute a Professional Services Agreement with MWH Americas Inc. in the amount of $129,500 with a net cost to the City of $18,500, for a one-year term, with an option to extend the one-year contract for two additional one-year terms.
**Contact:** Nicholas Theocharides, Engineering Services Manager, (916) 808-5065, Department of Public Works

**21.** **Parking Enforcement Citation and Arrest Authority**
Report # 2014-00382
**Location:** Citywide
**Action:** Passed **Resolution No. 2014-0148** granting citation and arrest authority to new Parking Enforcement Officers.
**Contact:** Matt Winkler, Operations General Supervisor (916) 808-5579; Matt Eierman, Parking Services Manager (916) 808-5849, Department of Public Works

**Public Hearings**
Public hearings may be reordered by the Mayor at the discretion of the legislative bodies.

**22.** **2031 3rd Street Rezone**
(Passed for Publication 05/20/2014; Noticed 05/16/2014; Published 05/22/2014)
Report # 2014-00334    **Estimated Time: 20 minutes** (Actual Time: 8 minutes)
**Location:** District 4

**Action:**   Moved/Seconded: Member Steve Hansen /Member

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren, and Mayor Kevin Johnson

Conduct a Public Hearing with public comment heard from Ed Clark and Mac Worthy, and upon conclusion pass 1) **Resolution No. 2014-0149** determining the 2031 3rd Street Rezone project exempt from review under the California Environmental Quality Act; 2) **Ordinance No. 2014-0018** rezoning approximately 0.07 acres from the Multi-Unit (R-3A) Zone to the General Commercial (C-2) Zone; and 3) **Resolution No. 2014-0150** approving the Site Plan and Design Review with deviations to the outdoor open space standards for residential units.
**Contact:** Antonio Ablog, Associate Planner, (916) 808-7702, Community Development Department; Stacia Cosgrove, Principal Planner, (916) 808-7110, Community Development Department

EXHIBIT 1 - PAGE 61

## Discussion Calendar

Discussion calendar items include an oral presentation including those recommending "receive and file".

23. **Economic Development Fund Policy and Guidelines**
Report # 2014-00425   **Estimated Time: 20 minutes** (Actual Time: 20 minutes)
**Location:** Citywide

**Action:**   Moved/Seconded: Member Jay Schenirer /Member Allen Warren

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren, and Mayor Kevin Johnson

Public comment heard from Mac Worthy; passed **Resolution No. 2014-0151 as amended** 1) approving the Economic Development Fund Policy and Guidelines and 2) authorizing the City Manager or the City Manager's designee to take such necessary administrative actions and develop such necessary procedures to implement the ED Fund Policy and Guidelines, and 3) the repayment of the $303,070 loan from the 1012-1022 K Street property will be appropriated to the ED Fund, Fund 2031.
**Contact:** Jim Rinehart, Director, (916) 808-5054; Melissa Anguiano, Manager, (916) 808-5864, Economic Development Department



24. **(City Council/Financing Authority) Approval of Purchase and Sale Agreement for 921 10th Street**
Report # 2014-00366   **Estimated Time: 10 minutes** (Actual Time: 1 minute)
**Location:** District 4

**Action:**   Moved/Seconded: Member Steve Cohn /Member Jay Schenirer

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren, and Mayor Kevin Johnson

Passed 1) Sacramento City **Financing Authority Resolution No. 2014-0002** authorizing the City Manager or designee to approve transfer of 921 10th Street from the Sacramento City Financing Authority to the City; and 2) passed **City Council Resolution No. 2014-0152** approving the Purchase and Sale Agreement with Sac Metropolitan, LLC and authorizing the City Manager or his designee to execute the Purchase and Sale Agreement and related documents for the sale.
**Contact:** Leslie Fritzsche, (916) 808-7223, Economic Development Department

EXHIBIT 1 - PAGE 62

25. **Agreement: Funding for Powerhouse Science Center** (Reviewed 05/20/2014)
Report # 2014-00365        **Estimated Time: 20 minutes** (Actual Time 15 minutes)
**Location:** 400 Jibboom Street, District 4

**Action:**   Moved/Seconded: Member Angelique Ashby /Member Allen Warren

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren, and Mayor Kevin Johnson

Public comment heard from Patty Kleinknecht; passed **Resolution No. 2014-0153: 1)** authorizing the City Manager of his designee to execute the Powerhouse Science Center Funding Agreement; 2) appropriating $200,000 from the Economic Development Fund Contingency to I06100200.
**Contact:** Rachel Hazlewood, Senior Project Manager, (916) 808-8645, Economic Development Department

26. **Amendments to Sacramento City Code Section 5.136 Relating to Taxicab Regulations** (Passed for Publication 05/13/2014; Published 05/15/2014)
Report # 2014-00342        **Estimated Time: 30 minutes** (Actual Time: 165 minutes)
**Location:** Citywide

**Action:**   Moved/Seconded: Member Steve Hansen /Member Steve Cohn

**Yes:**   Members Angelique Ashby, Steve Cohn, Darrell Fong, Steve Hansen, Kevin McCarty, Bonnie Pannell, Jay Schenirer, Allen Warren, and Mayor Kevin Johnson

Public comment heard from Yonas Mohganin, Beal Hawarneh, Steve Hammond, Talal Alhakkak, Gabriel Vivas, Frederick Pleines, Darshan Mundy, Ahmad Mahmoud,I Maheen Ahmed, Scott Vandenberg, Brent Larkin, Richard Hill, Chris Worden, Judy Goldbar, Shelly Moranville, Bhajan Bariana, Kazman Zaidi, Swinder Singh and Amar Shergill, passed 1) **Ordinance No. 2014-0019 as amended** amending and adding various sections of Chapter 5.136 of the Sacramento City Code, relating to taxicabs; and 2) **Resolution No. 2014-0154** approving the types of charges and maximum rates for taxicab service; and 3) **Motion No. 2014-0125** directing that an alternative training program be offered, and an audit of the ordinance to ascertain uniform compliance.
**Contact:** Dafna Gauthier, Business Permit Manager, (916) 808-7800; Brad Wasson, Revenue Manager, (916) 808-5844, Department of Finance



EXHIBIT 1 - PAGE 63

27. **Measure U Citizens Oversight Committee Fiscal Year (FY) 2012/13 Report**
Report # 2014-00406        **Estimated Time: 10 minutes** (Actual Time: 15 Minutes)
**Location:** Citywide
**Action:** Public comment heard from Michael Edwards; received and filed.
**Contact:** Mark Prestwich, Special Projects Manager, (916) 808-5380, Office of the City Manager

28. **Fiscal Year (FY) 2014/15 Measure U Restorations**
Report # 2014-00203        **Estimated Time: 30 minutes**
**Location:** Citywide
**Action:** Continued to June 5, 2014.
**Contact:** Dawn Holm, Budget Manager, (916) 808-5574; Leyne Milstein, Director, (916) 808-8491, Department of Finance

29. **Fiscal Year (FY) 2014/15 Proposed Budget for the Department of Parks and Recreation**
Report # 2014-00270        **Estimated Time: 30 minutes**
**Location:** Citywide
**Action:** Continued to June 5, 2014.
**Contact:** James L. Combs, Director, (916) 808-8526, Department of Parks and Recreation

30. **Fiscal Year (FY) 2014/15 Proposed Budget for the Fire Department**
Report # 2014-00217        **Estimated Time: 30 minutes**
**Location:** Citywide
**Action:** Continued to June 5, 2014.
**Contact:** Lloyd Ogan, Acting Fire Chief, (916) 808-1601, Fire Department

31. **Fiscal Year (FY) 2014/15 Budget Hearings: Sacramento Police Department**
Report # 2014-00207        **Estimated Time: 45 minutes**
**Location:** Citywide
**Action:** Continued to June 5, 2014.
**Contact:** Samuel D. Somers Jr., Chief of Police, (916) 808-0800, Police Department; Scott Pettingell, Police Administrative Manager, Fiscal Operations, (916) 808-0909, Police Department

32. **Fiscal Year (FY) 2014/15 Asset Forfeiture Expenditure Master Plan**
Report # 2014-00328        **Estimated Time: 10 minutes**
**Location:** Citywide
**Action:** Received and filed.
**Contact:** Scott Pettingell, Police Administrative Manager, Fiscal Operations, (916) 808-0909, Police Department



Tuesday, May 27, 2014                  DRAFT Minutes                              12

EXHIBIT 1 - PAGE 64



**Agreement/Contract Review Only – No Action Required**
Agreements and/or Contracts are provided for review and will be presented for approval as noted in the recommendation.

33.    **(Agreement/Contract for Review and Information) Uniform Rental and Cleaning Services**
Report # 2014-00282
**Location:** Citywide
**Action:** Reviewed report 1) authorizing the City Manager or the City Manager's designee to execute a contract with Aramark Uniform and Career Apparel, LLC, as the lowest responsible and responsive bidder, for two years with three one-year renewal options in a total amount not to exceed $1,350,000; 2) authorizing the City Manager or the City Manager's designee to execute the contract  and renewal options specified above provided that sufficient funds are available in the adopted budget of the applicable fiscal year; and 3) continued to June 5, 2014, for approval.
**Contact:** Marc Robles, Procurement Analyst, (916) 808-6343, Department of Finance

34.    **(Agreement/Contract for Review and Information) Contract Award: Green Waste Processing**
Report # 2014-00017
**Location:** Citywide
**Action:** Reviewed a report 1) awarding a five-year contract to Republic Services of Sacramento, the lowest responsive and responsible bidder, for green waste processing in a total amount not to exceed $12 million; 2) authorizing the City Manager or the City Manager's designee to execute the contract above provided that sufficient funds are available in the budget adopted for the applicable fiscal year; and 3) continued to June 5, 2014 for approval.
**Contact:** Steve Harriman, Integrated Waste General Manager, (916) 808-4949, Department of General Services

**Public Comments-Matters Not on the Agenda** (2 minutes per speaker)

1. Misc.
    a. Lorraine Brown
    b. Mac Worthy
2. Fluoride
    a. Nathan Sween
3. Alternative Transportation
    a. Kimberley Moen

4. Arts Funding
    a. Luisa Menchaca
    b. Richard Falcon
    c. Ray Tatar
    d. Marie Acosta
    e. John Dryden
    f. George Raya
    g. Gabriel Vivas

Tuesday, May 27, 2014                    DRAFT Minutes                    13

EXHIBIT 1 - PAGE 65



Council Comments-Ideas, Questions and Meeting/Conference Reports

1. **Information Requests**
   a. Member Steve Hansen
      1. Report to Council on Funding for Arts Organizations
2. **Board/Commission Appointments**
   a. Ethel MacLeod Hart Advisory Committee
      1. David Feldstein

Adjourned – 10:23 p.m. in memory of Neville Throckmorton and Mary Anderson

EXHIBIT 1 - PAGE 66