Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5815
Fax: (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California Corporation,<br><br>Defendant. | Case No.: 2:18-1792-KJM-KJN<br><br>**DEFENDANT'S NOTICE OF MOTION, MOTION TO DISMISS, AND MOTION TO STRIKE**<br><br><br>Date:       September 21, 2018<br>Time:      10:00 a.m.<br>Judge:     Hon. Kimberly J. Mueller<br>Courtroom: 3 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on September 21, 2018 at 10:00 am or as soon thereafter as this matter may be heard in Courtroom 3, located at 501 I Street, Sacramento, California 95814, Defendant Tyler Technologies, Inc. ("Tyler") will and hereby does move the Court for an order (i) granting its motion to dismiss as to Plaintiff Sacramento Regional Public Safety Communication Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC")'s Complaint for (1) Breach of Contract; (2) California Statutory Unfair Competition; (3) Fraud; and (4) California False Claims Act on the basis of Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure; and (ii) granting its motion to strike portions of SRFECC's Complaint.  The bases for the entry of an order to dismiss SRFECC's claims are as follows:

1. SRFECC's Complaint fails to satisfy the heightened pleading standards required to plead fraud with specificity pursuant to Federal Rule of Civil Procedure 9(b), and, as a result, dismissal of SRFECC's claims for fraud, California Statutory Unfair Competition, and False Claim Act is required.

2. With regard to SRFECC's California Statutory Unfair Competition Claim and in addition to its failure to satisfy Rule 9(b), SRFECC has failed to properly state a claim because it has not and cannot allege an unlawful, unfair or fraudulent business act or practice independent of its alleged breach of contract or any unfair act or practice that would violate public policy or negatively impact competition, as required by law.

3. With regard to SRFECC's False Claims Act claim and in addition to its failure to satisfy Rule 9(b), SRFECC's Complaint fails to allege materiality, as required by law.  In addition, SRFECC lacks standing to bring suit directly because it is not a "governmental entity with jurisdictional boundaries" as required by applicable law and its alleged "prosecuting authority" is not a "local government official."

4. With respect to SRFECC's breach of contract claim, the Complaint fails to state a cause of action for breach because it fails to specify what provisions, if any, of the parties' Agreement have been breached.

/ / /

1  In addition, Tyler also seeks an order striking Paragraph 11 and portions of Paragraph 53 of
2  the Complaint pursuant to Federal Rule of Civil Procedure 12(f) on the basis that SRFECC's
3  allegations of an alleged "threat" to public safety are inconsistent with SRFECC's other public
4  statements and are impertinent and scandalous.

5  Pursuant to the Court's Order (Dkt. 3-1), counsel for the parties met and conferred by
6  telephone on July 24, 2018 and also exchanged emails on July 30, 2018 regarding the motions and
7  any potential resolution.  The parties were not able to reach agreement and require a resolution of
8  these motions from the Court.

9  Tyler's motions are based on this Notice of Motion, Motion to Dismiss and Motion to Strike,
10  Tyler's Memorandum of Points and Authorities in Support of Motion to Dismiss and Motion to
11  Strike submitted simultaneously herewith, and the pleadings and papers on file in this action.

Dated:  July 31, 2018.                    **K&L GATES LLP**

By:   /s/ Beth W. Petronio_____
      BETH W. PETRONIO *(admitted pro hac vice)*
      Attorneys for Defendant TYLER TECHNOLOGIES, INC.

Dated:  July 31, 2018.                    **SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal_____
      MALCOLM SEGAL
      Attorneys for Defendant TYLER TECHNOLOGIES, INC.