PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF RAY SCHULTZ IN SUPPORT OF *EX PARTE* APPLICATION TO VACATE THIS COURT'S AUGUST 6, 2018 MINUTE ORDER<br><br>Date and Time:  *Ex Parte* Application<br>Courtroom:  3<br>Judge:  Hon. Kimberly J. Mueller |

00099706.1

-1-

DECLARATION OF RAY SCHULTZ ISO *EX PARTE* APPLICATION TO VACATE THIS COURT'S
AUGUST 6, 2018 MINUTE ORDER

I, Ray Schultz, declare under penalty of perjury the following:

1. I am the Executive Director of the St. Joseph County's Consolidated 9-1-1 Center ("Center") and make this declaration in support of Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center's ("SRFECC") *Ex Parte* Application to Vacate this Court's August 6, 2018 Minute Order.

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. As Executive Director I am actively involved in monitoring the functionality of Tyler Technologies, Inc.'s ("Tyler") computer automated dispatch ("CAD") system after the vendor was selected and the contract was executed ("Contract").  The Tyler CAD system is used daily in operation of the Center and I am familiar with problems and shortcoming the Center has experienced with the software provided by Tyler.

4. Tyler spent two years implementing their CAD system and experienced three failed attempts to Go Live.  Tyler's CAD system did not launch (i.e. Go-Live) until June 2017.  Thirteen (13) months after Go-Live, the system still contains flaws and system breaks that Tyler has not corrected.  For example, Tyler's CAD system still cannot consistently validate addresses where the same street name and number exists in multiple municipalities—this issue can lead to grave consequences if emergency responders are dispatched to an incorrect town simply because Tyler's CAD does not properly handle this issue.  This is an issue that any multi-jurisdiction CAD system encounters and one which should have been anticipated and handled by the CAD system, yet this remains a persistent problem with our version of Tyler's CAD system.

5. The Center has been forced to utilize manual "overrides" to minimize delay caused when Tyler's CAD system fails to properly validate addresses.  When a 9-1-1 caller reports a family member with a medical emergency, there is an expectation that first responders will be dispatched as soon as possible.  Delays must be eliminated, not mitigated.  Time is of the essence since it can mean

the difference between life and death.

6. To date, Tyler has not satisfactorily addressed problems associated with Geographic Information System ("GIS"). I recall, for example, that Tyler did not do any work on the problem for several weeks because the company's GIS specialist was temporarily transferred to another project and no one else was available to fill-in during her absence.

7. Tyler orchestrated the shut-down of our old legacy CAD system with their Go-Live, making us captive to their CAD system, despite its problems. Knowing what we know now, we regret turning off our legacy system to Go Live on the Tyler CAD system.

8. Tyler does not acknowledge the shortcomings of their system. Instead of fixing the problems, Tyler and its employees have tried to redirect attention on the Center's employees or data or processes.

9. Through my own investigations, I have learned that the Center's problems with Tyler are not an isolated incident; in fact, I am aware of multiple public agencies in other parts of the country that have had very similar problems with Tyler's products and services.

I declare under penalty of perjury under the laws of the California and United States of America that the foregoing is true and correct.

Executed on August 9, 2018 at St. Joseph County, Indiana.

_____
Ray Schultz, Executive Director
St. Joseph's County Consolidated
9-1-1 Center, Indiana