1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:  415-983-1000
5  Facsimile:  415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   2600 Capitol Avenue, Suite 300
8  Sacramento, CA 95816-5930
   Telephone:  916-329-4700
9  Facsimile:  916-441-3583

10 KINGSLEY BOGARD
   ROBERT E. KINGSLEY (SBN 59596)
11 Prosecuting Authority for Plaintiff
   rkingsley@kblegal.us
12 600 Coolidge Drive
   Suite 160
13 Folsom, CA 95630
   Telephone:  916-932-2500

14

15 Attorneys for Plaintiff SACRAMENTO REGIONAL
   PUBLIC SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL FIRE/EMS
16 COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18             **EASTERN DISTRICT OF CALIFORNIA**

19

20 SACRAMENTO REGIONAL PUBLIC          Case No.  2:18-cv-01792-KJM-KJN
   SAFETY COMMUNICATIONS CENTER
21 D/B/A SACRAMENTO REGIONAL           DECLARATION OF SHERRILL DIANE
   FIRE/EMS COMMUNICATIONS CENTER      HOUSE IN SUPPORT OF *EX PARTE*
22                                     APPLICATION TO VACATE THIS
              Plaintiff,               COURT'S AUGUST 6, 2018 MINUTE
23                                     ORDER
        vs.
24                                     Date and Time:    *Ex Parte* Application
   TYLER TECHNOLOGIES, INC., a Delaware   Courtroom:  3
25 corporation F/K/A NEW WORLD SYSTEMS  Judge:  Hon. Kimberly J. Mueller
   CORPORATION, a Surrendered California
26 corporation

27              Defendant.

28
                                                                          -1-
   DECLARATION OF SHERRILL DIANE HOUSE ISO *EX PARTE* APPLICATION TO VACATE THIS COURT'S
                              AUGUST 6, 2018 MINUTE ORDER

I, Sherrill Diane House, declare under penalty of perjury the following:

1.      I am the Project Manager retained to manage the replacement of a COBOL computer aided dispatch system for Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's *Ex Parte* Application to Vacate this Court's August 6, 2018 Minute Order.

2.      I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3.      I have reviewed my Declaration in Support of SRFECC's Motion for Partial Summary Adjudication and ratify and confirm the information in it is true and correct.  As I stated in that declaration, I was part of many meetings and discussions with SRFECC and Tyler Industries, Inc.'s ("Tyler") representatives, project managers and executives between June and December 2017, meant to address Tyler's shortcomings and problems implementing a computer automated dispatch ("CAD") system for SRFECC.

4.      On or around August 15, 2017, in addition to weekly project status meetings, I decided that we needed greater involvement from Tyler's executive team, and I implemented executive project calls twice a week with Tyler representatives David Bonini, Larry Piper, Bob Motzny, Craig Nelson, Craig Sayers, Sean Gallagher, and Kevin Flynn.  In late August 2017, Tyler's representatives came on site in Sacramentoto review the completed CAD build and continue reviewing failed request for proposal ("RFP") areas.

5.      On September 1, 2017, Mr. Flynn sent an email to me, Teresa Murray, and others, including David Bonini, Bob Motzny, and Larry Piper, confirming that the Go-Live date scheduled for November 6 would be postponed due to the number of unresolved issues identified during the functional review process.  After Tyler's on-site visit during the last week of August 2017, I participated in discussions and reviewed email correspondence in which Tyler admitted that the "Go

DECLARATION OF SHERRILL DIANE HOUSE ISO *EX PARTE* APPLICATION TO VACATE THIS COURT'S
AUGUST 6, 2018 MINUTE ORDER

1   Live" fail was their responsibility.  This attempt to Go-Live failed because Tyler could not produce a

2   system with basic functionality, and SRFECC understood that it could not risk turning off its legacy

3   CAD system to Go-Live as this process cannot be reversed, i.e., once you Go Live with Tyler you

4   are stuck with Tyler's CAD system.

5         6.     During a September 6, 2017 executive call, Mr. Flynn stated that Tyler would need

6   several weeks to propose a "recovery" plan with a new Go-Live date.

7         7.     Over the next month, I continued to confer with Larry Piper and David Bonini to

8   discuss the status of the Project and the numerous failed RFP items.

9         8.     In November 2017, Tyler planned to visit SRFECC to meet with me and the CAD

10  Build team in person to discuss and review the numerous failed RFP items.

11        9.     Mr. Piper and Tyler's Solution Architect and Subject Matter Expert ("SME") Jerrold

12  Emery, among other Tyler representatives, came on site on November 16, 2017 to continue

13  reviewing failed RFP items.

14        10.    Because of the Go-Live cancellation, SRFECC sought assurances from Tyler that it

15  would complete the project in a timely manner.

16        11.    Between the period of September to December 2017, Tyler proposed three different

17  recovery plans, which were rejected by SFRECC because they failed to address mission critical

18  functionality critical for the system to "Go Live." On December 1, 2017, Mr. Flynn sent Teresa

19  Murray and myself four documents that are the result of the "interim plan" developed by Tyler for

20  performance of the contract.  He also copied David Bonini, Larry Piper, Bob Motzny, Brian Leary,

21  Jerrold Emery, and Bryan Proctor.  The four documents include a PowerPoint presentation; two

22  separate MS Project Plans; and an Excel spreadsheet identifying the unresolved items Tyler had

23  identified as "Priority-1" items.

24        12.    On December 7, 2017, Mr. Flynn gave a presentation at SRFECC regarding the status

25  of the Project in response to SRFECC's request for assurances.  I was present for the entire

26  presentation, which lasted about one hour.  Mr. Flynn used the PowerPoint presentation he had sent

27  me on December 1, 2017 during the presentation.

28

DECLARATION OF SHERRILL DIANE HOUSE ISO *EX PARTE* APPLICATION TO VACATE THIS COURT'S
AUGUST 6, 2018 MINUTE ORDER

4821-0692-7471.v3                                                    Case No.:  2:18-cv-01792-KJM-KJN

13.   During the presentation, Mr. Flynn admitted that "34 items . . . failed to comply with the RFP requirement[;] 41 items that are warranty items (i.e. not working as designed, and will be resolved in a future release)[;] 7 items that are requests for enhancement to the application; [and] 79 items that may have not met the RFP requirements."

14.   Mr. Flynn's presentation also identified a "handful of items" that did not align with its "product strategy" and "have been eliminated from consideration."  Mr. Flynn admitted that Tyler would never be able to provide software that met at least four mission critical requirements even though Tyler represented that those functional items were in existence in their RFP responses

15.   Mr. Flynn estimated that Tyler's recovery plan for the "completion of these items given the capacity of the development team" would take 33,900 hours – and that Tyler's capacity for the entire public safety segment of its customer base was limited to only 3,000 hours of development time per year.

16.   Mr. Flynn estimated that Tyler could only commit between 1,500 to 2,000 hours per year to the SRFECC Project.  This means it would take Tyler between 17 years (33,900 ÷ 2,000) and 22 years (33,900 ÷ 1,500) to deliver a partial CAD system.

17.   Following the presentation, I emailed Mr. Bonini to ask for the list of the 34 items that Mr. Flynn described as failed RFP items during his presentation.  Mr. Bonini responded that those items corresponded to the RFP items that he and I had marked as "Development" in the Status Column.

18.   I also emailed Larry Piper and David Bonini to ask for assistance reconciling the problems identified in Mr. Flynn's presentation and to note that SRFECC was still waiting for additional information from Mr. Flynn regarding projected completion of the contract.

19.   On December 13, 2017, Mr. Bonini and I had a telephone call where we reviewed an Excel spreadsheet listing each technical requirement and annotating whether the Tyler system met each requirement.  Mr. Bonini was having computer problems and asked me to manually enter changes to the document as we discussed them.  I did so, and sent him a copy of the updated spreadsheet at the conclusion of our call.  Those and the other supporting documents attached to my

DECLARATION OF SHERRILL DIANE HOUSE ISO *EX PARTE* APPLICATION TO VACATE THIS COURT'S
AUGUST 6, 2018 MINUTE ORDER

4821-0692-7471.v3                                                    Case No.:  2:18-cv-01792-KJM-KJN

1    Declaration, filed with this Court on July 27, 2018, referred to in this declaration are incorporated

2    herein by reference.

3        20.    This document identifies 239 RFP items that SRFECC and Tyler agree failed.  I

4    reviewed each of these items and checked it against New World's Response to the RFP.  I

5    discovered that of the 239 failed RFP items, New World had indicated that its system was "Fully

6    Comply" with 172 of them.

7        21.    SRFECC and I have expended numerous hours and extensive resources trying to fix

8    the problems caused by Tyler, but Tyler lacks the resources and capacity to effect such fixes  I have

9    evaluated SRFECC's options.  If SRFECC is repaid the funds already paid to Tyler, for which

10   SRFECC has received no benefit, I believe there are viable solutions that do not require SRFECC

11   engaging in a new RFP process.  I believe that such solutions could be implemented in only a few

12   months.

13       I declare under penalty of perjury under the laws of the United States of America that the

14   foregoing is true and correct.

15       Executed on August 9, 2018 at Stanislaus County, California.

16

17                                                     _Sherrill Diane House_
                                                          Sherrill Diane House
18

19

20

21

22

23

24

25

26

27

28

-5-