1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:  415-983-1000
5  Facsimile:  415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   2600 Capitol Avenue, Suite 300
8  Sacramento, CA 95816-5930
   Telephone:  916-329-4700
9  Facsimile:  916-441-3583

10 KINGSLEY BOGARD
   ROBERT E. KINGSLEY (SBN 59596)
11 Prosecuting Authority for Plaintiff
   rkingsley@kblegal.us
12 600 Coolidge Drive
   Suite 160
13 Folsom, CA 95630
   Telephone:  916-932-2500
14
   Attorneys for Plaintiff SACRAMENTO REGIONAL
15 PUBLIC SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL FIRE/EMS
16 COMMUNICATIONS CENTER

17               **UNITED STATES DISTRICT COURT**

18               **EASTERN DISTRICT OF CALIFORNIA**

19

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF JOSEPH THUESEN IN SUPPORT OF *EX PARTE* APPLICATION TO VACATE THIS COURT'S AUGUST 6, 2018 MINUTE ORDER<br><br>Date and Time:  *Ex Parte* Application<br>Courtroom:  3<br>Judge:  Hon. Kimberly J. Mueller |

I, Joseph Thuesen, declare under penalty of perjury the following:

1. I am the Interim Chief Executive Director of Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Motion to Modify Timing of Pending Motion herein.

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I have a Master's degree in Public Administration from the University of San Francisco and a law degree from the University of the Pacific, McGeorge School of Law.

4. I have worked for the Sacramento Regional Public Safety Communications Center for over 18 years, since March 2000.

5. I became Interim Chief Executive Director on December 11, 2017, approximately one month before then-Chief Executive Director Teresa Murray retired.

6. Prior to becoming the Interim Chief Executive Director, I served as a Dispatch Supervisor and the Communications Manager for SRFECC.

7. I was also a member of the CAD Build Team and the RFP Evaluation Committee. I was involved in all aspects of selecting the vendor during the bidding process, and then testing the functionality of Defendant's system after the vendor was selected and the contract was executed.

8. I work daily with the CAD system. I work regularly as a dispatcher and manage the overall operations of SRFECC.

9. I am certified by the International Academy of Emergency Dispatching, as an Emergency Medical Dispatcher (EMD) and EMD Quality Assurance Officer (EMDQ), which certifies me to provide quality assurance feedback, investigate deviations from protocol, and determine what responding units to deploy to an emergency.

10. I am experienced with the financial, technical, operational, and emotional aspects of operating an emergency dispatch and communications center, as well as the physical demands and mental stress involved.

11. SRFECC has a very modest current annual budget, which does not include another $3M to $4M to acquire a working CAD system without recovering the monies spent to date for a valueless Tyler CAD System.  In my capacity as Interim Chief Executive Director, I have no independent authority to borrow money on behalf of SRFECC.

12. I attend and participate in SRFECC's Board meetings.  I review and manage SRFECC's monthly and annual reports that describe the volume of calls processed, call-processing time, and SRFECC's finance and available resources.

13. SRFECC is the sole dispatching agency for all 9-1-1 emergency fire and medical aid service calls in Sacramento County, providing emergency dispatch services for approximately 1.5 million people.

14. SRFECC is one of the nation's largest communication centers, providing public safety communications and 9-1-1 dispatch services to the ten cities and fire districts named above, covering approximately 1,000 square miles.

15. In 2017 alone, SRFECC dispatched emergency units almost 205,000 times and answered over 350,000 emergency calls.

16. SRFECC's current Northrop Grumman COBOL-based computer aided dispatch (CAD) system was acquired and installed in 1995.

17. COBOL is an aging software platform that was developed in 1959.

18. As a result, upgrades to SRFECC's COBOL system are extremely expensive to obtain and the stability of the system is threatened, making CAD potentially vulnerable to crash.

19. On or around March 2014, SRFECC initiated efforts to upgrade and modernize its CAD system.

20. SRFECC decided to obtain a replacement CAD system due to its age and in order to be able to take advantage of the many modern technological advances.

21. My hands are literally tied.  Given that SRFECC has no independent revenue stream, its ability to borrow $3M to $4M to procure an alternative CAD System is extremely limited.  As a result, we must receive our money back from Tyler (including the $750K we paid for five years pre-paid advance maintenance), in order to replace an aging CAD system.

22. Additionally, as a result of Defendant's breach, SRFECC will at least incur costs for the maintenance and upkeep of the existing legacy COBOL CAD System in an amount that could range from $500,000 to $1,000,000. Unless a new CAD System is procured and operational, the costs will be much more if CAD fails.

23. Because Defendant failed to perform the contract, SRFECC has not obtained the benefit of the system it contracted to receive. SRFECC must continue to rely on an aging system that is increasingly expensive to maintain and lacks the functionality of the system it sought to procure.

24. Thus, it is imperative that we proceed with litigation as quickly as possible in order to protect the residents and first responders of Sacramento County. Time is critical.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 8, 2018 at Sacramento, California.

_____
Joseph Thuesen