PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:  916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone:  916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF PHILIP S. WARDEN IN SUPPORT OF *EX PARTE* APPLICATION TO VACATE THIS COURT'S AUGUST 6, 2018 MINUTE ORDER<br><br>Date and Time:   *Ex Parte* Application<br>Courtroom: 3<br>Judge:  Hon. Kimberly J. Mueller |

1    Philip S. Warden declares under penalty of perjury as follows:

2        1.    I am a member of the State Bar of California, the Bar of this Court, and the law firm
3    of Pillsbury Winthrop Shaw Pittman LLP, attorneys of record for Plaintiff, Sacramento Regional
4    Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications
5    Center ("SRFECC"), and make this declaration in support of SRFECC's *Ex Parte* Application to
6    Vacate this Court's August 6, 2018 Minute Order.

7        2.    I have personal knowledge of the following, and if called as a witness, would and
8    could testify competently thereto.

9        3.    This Application is necessary as there is no time to file a noticed motion with this
10   Court pursuant to Local Rule 230.  SRFECC is seeking to have this Court's August 6, 2018 minute
11   order vacated or modified such that an August 24, 2018 hearing on SRFECC's motion for partial
12   summary adjudication gets placed back on calendar, or moved to the next feasible hearing date.
13   SRFECC filed its motion for partial summary adjudication pursuant to the federal and local rules just
14   before midnight on Friday, July 27, 2018 so that it could secure an August 24, 2018 hearing.
15   Defendant received proper notice and has been aware of this case and the issues at play since at least
16   May 2018.

17       4.    Attached hereto as <u>Exhibit A</u>, is a true and correct copy of an email exchange I had
18   with outside counsel for Defendant Tyler Industries, Inc. ("Tyler").  In my August 7, 2018 email, I
19   reiterate my client's concerns for the safety of Sacramento residents and the need to have my client's
20   dispositive motion decided before September 21, 2018.  I also requested Tyler stipulate to
21   SRFECC's motion for partial summary adjudication being heard before September 21, 2018.

22       5.     In her August 8, 2018 email response (also part of Exhibit A), Tyler's outside
23   counsel denies my request for a stipulation and, among other things, wrongly accuses my client of
24   improper litigation tactics.  She also makes purported factual statements that are untrue and have no
25   evidentiary basis, which suggest Tyler and SRFECC can amicably and efficiently resolve this
26   dispute, despite, among other things, for thirteen months SRFECC tried to no effect.

27       6.    On August 9, 2018, in compliance with the Honorable Kimberly J. Mueller's standing
28

1  order, I sent by email (also part of Exhibit A) notice of my client's intent to file an *ex parte*
2  application as well as a response to Tyler's outside counsel's various assertions about this dispute
3  that are incorrect.  Also, on the same day and at my direction, my associate Derek M. Mayor notified
4  the Honorable Kimberly J. Mueller's deputy clerk by telephone of same, per the Judge's standing
5  order.

6       I declare under penalty of perjury under the laws of California and the United States of
7  America that the foregoing is true and correct.

8       Executed on August 9, 2018 in San Francisco, California.

10  By:    *s/ Philip S. Warden*
           Philip S. Warden