PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone:  916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone:  916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>　　　　　Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>NOTICE OF REQUEST TO SEAL [L.R. 141]<br><br>Courtroom:  3<br>Judge:  Hon. Kimberly J. Mueller |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC") will and hereby does request the Court for an order sealing the Declaration of Shane Steckelberg ("Steckelberg Decl.") to be filed in support of SRFECC's *Ex Parte* Application to Vacate This Court's August 6, 2018 Minute Order.

The Steckelberg Decl. that is sought to be sealed is attached as <u>Exhibit A</u> to the Request to Seal submitted concurrently herewith, pursuant to Local Rule 141.

SRFECC seeks to seal the Steckelberg Decl. pursuant to FRCP 26(c)(1)(G) and Local Rule for protection of confidential commercial information, which contains information about the vulnerabilities of SRFECC's software systems that malicious computer hackers could potentially exploit. Additionally, SRFECC seeks a Court order instructing the parties and their agents not to disclose the contents of the Steckelberg Decl. to anyone.

This Notice, the Request to Seal (including Exhibit A attached thereto) and the [Proposed] Order Granting Request to Seal were submitted to the Court via an e-mail addressed to: kjmorders@caed.uscourts.gov and were served by e-mail on counsel for Defendant on the same date they were submitted to the Court, as outlined in Local Rule 141(b).

SFRECC's Request to Seal is based on this Notice, the Request to Seal, the [Proposed] Order Granting Request to Seal, all other pleadings and papers on file in this action, and upon such further oral and documentary evidence as may be considered by the Court.

Dated: August 9, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

 */s/ Philip S. Warden*
By: PHILIP S. WARDEN
ROBERT E. KINGSLEY, Prosecuting Authority
Attorneys for Plaintiff
SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER