Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION,  a Surrendered California Corporation,<br><br>Defendant. | Case No.: 2:18-CV-1792-KJM-KJN<br><br>**DECLARATION OF BETH W. PETRONIO IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S *EX PARTE* APPLICATION TO VACATE THIS COURT'S AUGUST 6, 2018 MINUTE ORDER**<br><br><br>Date & Time :   *Ex Parte* Application<br>Judge:           Hon. Kimberly J. Mueller<br>Courtroom:     3 |

# DECLARATION

I, Beth W. Petronio, declare as follows:

1. I am an attorney duly admitted to practice before all courts in the State of Texas. I am a partner at the law firm of K&L Gates LLP, counsel of record for Defendant Tyler Technologies, Inc. ("Tyler") in this action. I have been admitted *pro hac vice* in connection with this action.

2. This declaration is submitted in support of Defendant's Opposition to Plaintiff's *Ex Parte* Application to Vacate this Court's August 6, 2018 Minute Order.

3. Plaintiff Sacramento Regional Public Safety Communication Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC") initiated this lawsuit on June 22, 2018 [Dkt. No. 1]. By order dated June 22, 2018 [Dkt. No. 3], this Court scheduled an initial Status Conference for October 25, 2018. By stipulation, Tyler's deadline to respond to the Complaint, which had been July 13, 2018, was extended to July 31, 2018 [Dkt. No. 7]. Tyler originally requested a standard 30-day extension, but SRFECC refused to agree to that extension.

4. On July 27, 2018, SRFECC filed its Motion for Partial Summary Adjudication [Dkt. No. 10] ("Motion") and set it for hearing on August 24, 2018. SRFECC's Motion consisted of over 1,553 pages, including 73 separate factual assertions and 6 extensive witness declarations. The Motion seeks partial summary judgment on certain elements of SRFECC's claims for breach of contract and fraud. At its core, the Motion asserts that Tyler breached a contract to implement a new computer aided emergency dispatch system by failing to comply with some 172 separate technical requirements in the parties' agreement. SRFECC also asserts that Tyler's predecessor-in-interest New World Systems Corporation intentionally misrepresented its ability to meet these 172 technical requirements. These 172 separate line items present numerous, distinct issues that must be addressed in Tyler's response to the Motion.

5. At my request, Tyler has already begun to assemble the responsive papers and to marshal the necessary factual information in response to the Motion, but doing so requires specific technical expertise on the 172 detailed line items, as well as detailed factual analysis of the allegedly "undisputed" facts presented with the Motion. Two witnesses that are required declarants have been out of the office and unavailable to assist in a meaningful way with the response. In addition,

Tyler's General Counsel, whose assistance is critical to the response effort, is currently on vacation until August 20, 2018.

6.  Because the Court's August 6, 2018 Minute Order extended Tyler's response deadline to September 7, 2018, Tyler believed it had the ability to wait for the knowledgeable witnesses to return to the office before gathering additional facts and preparing the necessary responsive declarations and documents. At this point, Tyler will need all of the time between now and September 7, 2018 to prepare its response.

7.  In response to the Complaint, Tyler filed a Motion to Dismiss [Dkt. No. 11], which addresses many of the same legal issues presented in the Motion. Tyler's Motion to Dismiss asserts that SRFECC has failed to allege its claims regarding the 172 line items with sufficient specificity to comply with Federal Rules of Civil Procedure 9(b) and 12(b)(6).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this the 10th day of August, 2018, at Dallas, Texas.

*/s/ Beth W. Petronio*
BETH W. PETRONIO