PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>NOTICE OF APPEARANCE OF COUNSEL |

1    **TO ALL COUNSEL AND THE COURT:**

2        PLEASE TAKE NOTICE THAT Sydney A. Ward of Pillsbury Winthrop Shaw Pittman LLP

3    is appearing in the above-referenced matter as counsel for Plaintiff, the Sacramento Regional Public

4    Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center and

5    should be included on the service list for all papers served in the matter.

6

7    Dated:  August 17, 2018                    PILLSBURY WINTHROP SHAW
                                                PITTMAN LLP
8
                                                */s/ Sydney A. Ward*
9                                        By:    SYDNEY A. WARD
                                                PHILIP S. WARDEN
10                                               ROBERT E. KINGSLEY, Prosecuting
                                                Authority
11                                               Attorneys for Plaintiff
                                                SACRAMENTO REGIONAL PUBLIC
12                                               SAFETY COMMUNICATIONS CENTER
                                                D/B/A SACRAMENTO REGIONAL
13                                               FIRE/EMS COMMUNICATIONS
                                                CENTER
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                    -2-

4838-1826-4175.v1                                        Case No.:  2:18-cv-01792-KJM-KJN