| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | PHONE: | Fax: | FOR COURT USE ONLY |
|---|---|---|---|
| Phillip S. Warden (RPS# 54752)<br>Pillsbury Winthrop Shaw Pittman LLP (San Francisco)<br>Four Embarcadero Center, 22nd Floor<br>San Francisco, CA 94111<br><br>Attorney for: Plaintiff | 415-983-1000 | 415-983-1200 | |

| COURT NAME AND LOCATION: |
|---|
| THE UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

| CASE: NAME: | | | | CASE NUMBER: |
|---|---|---|---|---|
| Sacramento Regional Public Safety Communications Center vs. Tyler Technologies, Inc. | | | | |
| **PROOF OF SERVICE** | HEARING DATE:<br>N/A | TIME:<br>N/A | COURT:<br>N/A | 2:18-CV-01792-KJM-KJN |

1. I, Shatoddra Stewart, am over the age of eighteen years and not a party to this action, I received the within process on 06/22/18 and served copies of the following documents in the aforementioned case:

   **SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL CASE COVER SHEET; ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE; ORDER RE JUDGE MUELLER'S GENERAL PROCEDURES; NOTICE OF AVAILIBITY OF MAGISTRATE JUDGE; NOTICE OF AVAILABILITY OF VOLUNTARY DISPUTE RESOLUTION**

2. *Party Served:* Tyler Technologies, Inc.

   a. *Person Served:* Jenny Le, Client Rep., Agent for Service of Process

3. *Address:* Capitol Corporate Service, Inc., 455 Capitol Mall, Suite 217, Sacramento, CA 95814

4. *I served the party in item 2:*
   a. By serving the person in item 2a, with copies of the documents in item 1, for the Party in item 2, on 06/22/18; at 3:44 p.m., at the address in item 3.

5. **Person Who Served Papers:**
   a. Shatoddra Stewart
   b. Capitol Couriers, Inc.
      3000 T Street, Suite 200
      Sacramento, CA 95816
      (916) 451-3697

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Proof of Service was executed in the County of Sacramento, California, on 06-25-18.

*/s/ Shatoddra Stewart*
Shatoddra Stewart

**PROOF OF SERVICE**