Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION,  a Surrendered California Corporation,<br><br>Defendant. | Case No.: 2:18-CV-1792-KJM-KJN<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br><br>Date:       August 23, 2018<br>Time:       10:00 am<br>Judge:      Hon. Deborah Barnes<br>Courtroom:  27 |

NOTICE OF SUBMISSION OF SETTLEMENT CONFERENCE STATEMENT

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE that on August 20, 2018, Defendant TYLER TECHNOLOGIES, INC., submitted Defendant's Confidential Settlement Conference Statement to the chambers of Magistrate Judge Deborah Barnes at dborders@caed.uscourts.gov pursuant to the Court's Minute Order dated August 15, 2018.

Dated:  August 20, 2018.      **K&L GATES LLP**

By:   /s/ Beth W. Petronio_____
BETH W. PETRONIO *(admitted pro hac vice)*
Attorneys for Defendant TYLER TECHNOLOGIES, INC.

Dated:  August 20, 2018.      **SEGAL & ASSOCIATES, PC**

By:   /s/ Malcolm Segal_____
MALCOLM SEGAL
Attorneys for Defendant TYLER TECHNOLOGIES, INC.