1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | JACQUELINE DALE, State Bar No. 170800
Supervising Deputy Attorney General
3 | MARIA ELLINIKOS, State Bar No. 235528
Deputy Attorney General
4 | 455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
5 | Telephone: (415) 510-3447
Fax: (415) 703-5480
6 | E-mail: Maria.Ellinikos@doj.ca.gov
*Attorneys for the State of California*

7

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE PURSUANT TO GOVERNMENT CODE SECTION 12652; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date and Time: Ex Parte Application<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28

1

## NOTICE OF EX PARTE APPLICATION AND APPLICATION

TO THE CLERK, THE COURT, AND ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT, in the United States District Court, Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 3, 15th Floor, before the Honorable Kimberly J. Mueller, the California Attorney General hereby moves this Court ex parte for an Order extending the time to intervene in this action brought pursuant to the California False Claims Act, Government Code Section 12652, subdivision (b) for six (6) months, through and including March 21, 2019.

Good cause exists for such an extension of the time to intervene because the California Attorney General must diligently investigate violations of California Government Code section 12651 involving state funds and needs additional time to complete its investigation.

This *Ex Parte* Application is based on the accompanying memorandum of points and authorities and the concurrently filed Declaration of Maria Ellinikos.

Dated:  August 22, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

/s/
_____
JACQUELINE DALE
Supervising Deputy Attorney General
*Attorneys for the State of California*

SF2018101561

2

**MEMORANDUM OF POINTS & AUTHORITIES**

The California Attorney General respectfully applies to this Court for a six (6) month extension of the time to intervene, through March 21, 2019, pursuant to the California False Claims Act ("CFCA"), Government Code section 12650 *et seq*.

### A.     Factual and Procedural Background

This action arises from a complaint filed by the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), alleging, among other things, violations of the CFCA.  SRFECC filed its complaint on June 22, 2018.  On the same date, SRFECC served a copy of the complaint on the California Attorney General's Office ("AGO") pursuant to California Government Code section 12652(b)(2).  Declaration of Maria Ellinikos in Support of Ex Parte Application ("Ellinikos Decl."), ¶ 3.

According to the complaint, SRFECC entered into a contract with defendant Tyler Technologies, Inc. f/k/a New World Systems Corporation ("Tyler") to upgrade and modernize SRFECC's computer aided dispatch system (CAD System) based on Tyler's false representations that it could furnish certain products and services for the design, delivery, installation, implementation, and integration of a Replacement CAD System.  *See* Compl. ¶¶ 4-9. Specifically, SRFECC alleges that Tyler misrepresented the capabilities of its software in its response to SRFECC's request for proposal ("RFP") and its ability to comply with the RFP's technical requirements.  *Id.* at ¶¶ 27-30.  SRFECC further alleges that Tyler's misrepresentations forced the parties to cancel the mutually agreed upon November 6, 2017 Go-Live date for the Replacement CAD System, which has not gone live to date.  *Id.*  According to SRFECC, in December 2017, Tyler stated it would take 33,900 additional development hours just to address SRFECC's priority items and it could only commit between 1500-2000 hours a year to the project.  *Id.* at ¶ 31.  Based on Tyler's representations, SRFECC estimates that it would take Tyler a minimum of 16.95 years to deliver a partial CAD system.  *Id.* at ¶ 32.  SRFECC alleges that it paid defendants over $2.1 million for the Replacement CAD system and has suffered additional damages as a result of defendants' false representations, including "a dangerous and imminent

3

1    public safety problem for the greater Sacramento area." *See id.* at ¶¶ 10-11.

2          **B.**      **Good Cause Exists to Extend Time to Intervene**

3        The CFCA provides that the "Attorney General shall diligently investigate violations under

4    Section 12651 involving state funds." Cal. Govt. Code § 12652(a)(1). If a prosecuting authority

5    of a political subdivision brings a civil action under the CFCA involving state funds as well as

6    political subdivision funds, it must serve the complaint on the Attorney General and the Attorney

7    General may intervene and proceed with the action or decline to proceed with the action. *Id.* at §

8    12652(b)(3).

9        Here, SRFECC served the complaint on the AGO on June 22, 2018. Ellinikos Decl., ¶ 3.

10   The AGO has been diligently investigating the claims and requires more time to complete its

11   investigation. *Id.* at ¶ 4. SRFECC supports the AGO's application. *Id.* at ¶ 5.

12        **C.**      **Conclusion**

13        As set forth herein and in the Declaration of Deputy Attorney General Maria Ellinikos,

14   there is good cause to extend the time to intervene for six (6) months to permit the AGO's

15   continued investigation and evaluation of the case. The time to intervene in this matter should

16   therefore be extended up to and including March 21, 2019.

17    Dated: August 22, 2018                 Respectfully Submitted,

18                                         XAVIER BECERRA

19                                         Attorney General of California

20

21                                      /s/ _____

22                                        JACQUELINE DALE
                                          Supervising Deputy Attorney General

23                                        *Attorneys for The People of the State of California*

24

25

26

27

28

Ex Parte Application to Extend Time to Intervene
Case No. 2:18-cv-01792-KJM

## CERTIFICATE OF SERVICE

Case Name:   **Sacramento Regional Public**          No.    **2:18-CV-01792-KJM**
**Safety Communications Center**
**v. Tyler Technologies, Inc.**

I hereby certify that on <u>August 22, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:


**EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE PURSUANT TO GOVERNMENT CODE SECTION 12652; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**


I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 22, 2018</u>, at San Francisco, California.


|  |  |
|---|---|
| James J. Mirarchi | |
| Declarant | Signature |

SF2018101561
21215529.docx