XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JACQUELINE DALE, State Bar No. 170800
Supervising Deputy Attorney General
MARIA ELLINIKOS, State Bar No. 235528
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3447
 Fax:  (415) 703-5480
 E-mail:  Maria.Ellinikos@doj.ca.gov
*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>  Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>  Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**DECLARATION OF MARIA ELLINIKOS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE**<br><br>Date and Time: Ex Parte Application<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

Declaration of Maria Ellinikos in Support of Ex Parte Application to Extend Time to Intervene
Case No. 2:18-cv-01792-KJM

I, Maria Ellinikos, declare and state as follows:

1. I am a Deputy Attorney General assigned to the Corporate Fraud Section of the California Department of Justice, and I am one of the attorneys assigned to this matter. Except as otherwise stated, I have first-hand knowledge of the facts set forth herein, and if called as a witness, I could and would competently testify thereto.

2. I make this declaration in support of the unopposed ex parte application by the Attorney General's Office ("AGO") to extend the time to intervene in this action for an additional six (6) months, through and including March 21, 2019.

3. This action arises from a complaint filed by the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), alleging, among other things, violations of the California False Claims Act ("CFCA"), Government Code section 12650 *et seq*. SRFECC filed its complaint on June 22, 2018. On the same date, SRFECC served a copy of the complaint on the California Attorney General pursuant to California Government Code section 12652(b)(2).

4. The AGO has been diligently investigating SRFECC's allegations and the complex funding structure for the 911 system. The AGO requires more time to complete its investigation.

5. On August 21, 2018, I spoke with Pat Kernan, counsel for SRFECC, and we informed him that the AGO would be requesting a six (6) month extension of the time to intervene. SRFECC's counsel supports this extension.

6. Accordingly, there is good cause to grant the AGO's request for an extension of the time to intervene in this action through and including March 21, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on this 22nd day of August, 2018, at San Francisco, California.

*/s/ Maria Ellinikos*
MARIA ELLINIKOS
Deputy Attorney General

2

Declaration of Maria Ellinikos in Support of Ex Parte Application to Extend Time to Intervene
Case No. 2:18-cv-01792-KJM

## CERTIFICATE OF SERVICE

Case Name:  **Sacramento Regional Public Safety Communications Center v. Tyler Technologies, Inc.**      No.   **2:18-CV-01792-KJM**

I hereby certify that on <u>August 22, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLARATION OF MARIA ELLINIKOS IN SUPPORT OF EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>August 22, 2018</u>, at San Francisco, California.

James J. Mirarchi
Declarant

Signature

SF2018101561
21215529.docx