XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JACQUELINE DALE, State Bar No. 170800
Supervising Deputy Attorney General
MARIA ELLINIKOS, State Bar No. 235528
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3447
  Fax:  (415) 703-5480
  E-mail:  Maria.Ellinikos@doj.ca.gov
*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>        Plaintiff,<br><br>   vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>        Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date and Time: Request For Telephonic Appearance<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

1

## REQUEST FOR TELEPHONIC APPEARANCE

The California Attorney General's Office ("AGO") hereby requests permission to appear telephonically at the hearing on the AGO's *Ex Parte* Application to Extend Time to Intervene, which has been set for September 19, 2018 at 2:00 p.m. in the United States District Court, Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 3, 15th Floor, before the Honorable Kimberly J. Mueller.

Good cause exists for this request because Deputy Attorney General Maria Ellinikos, who is handling this matter for the AGO, has a scheduling conflict. On August 23, 2018, the Court issued a minute order, setting a hearing on the AGO's *ex parte* application for 10:00 a.m. on September 21, 2018. On August 29, 2018, the Court issued a minute order vacating the September 21, 2018 hearing due to a scheduling conflict, and advancing it to September 19, 2018 at 2:00 p.m. Ms. Ellinikos has an appointment at 3:45 p.m. in San Francisco on September 19, 2018. There is insufficient time to travel back to San Francisco from Sacramento to attend that appointment. Accordingly, the AGO respectfully requests permission to appear telephonically at the September 19, 2018 hearing.

Dated: September 6, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

/s/
MARIA ELLINIKOS
Deputy Attorney General
*Attorneys for the State of California*

SF2018101561

# CERTIFICATE OF SERVICE

Case Name: **Sacramento Regional Public Safety Communications Center v. Tyler Technologies, Inc.**　　　No.　**2:18-CV-01792-KJM**

I hereby certify that on September 6, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST FOR TELEPHONIC APPEARANCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 6, 2018, at San Francisco, California.

| James J. Mirarchi | /s/ James J. Mirarchi |
|---|---|
| Declarant | Signature |

SF2018101561
21215529.docx