1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JACQUELINE DALE, State Bar No. 170800
   Supervising Deputy Attorney General
3  MARIA ELLINIKOS, State Bar No. 235528
   Deputy Attorney General
4   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
5   Telephone:  (415) 510-3447
    Fax:  (415) 703-5480
6   E-mail:  Maria.Ellinikos@doj.ca.gov
   *Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date and Time: Request For Telephonic Appearance<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

1

1  GOOD CAUSE APPEARING, the Attorney General Office's request to appear
2  telephonically at the September 19, 2018 hearing on its *Ex Parte* Application to Extend Time to
3  Intervene is GRANTED.

5  **IT IS SO ORDERED.**

7  Dated: _____    _____
                                    **The Honorable Kimberly J. Mueller**
8  SF2018101561                     **District Court Judge**

# CERTIFICATE OF SERVICE

Case Name: **Sacramento Regional Public Safety Communications Center v. Tyler Technologies, Inc.**  No.  **2:18-CV-01792-KJM**

I hereby certify that on <u>September 6, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### [PROPOSED] ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 6, 2018</u>, at San Francisco, California.

|  |  |
|---|---|
| James J. Mirarchi | /s/ James J. Mirarchi |
| Declarant | Signature |

SF2018101561
21215529.docx