PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5830
Telephone:  916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD, LLP
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone:  916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>JOINT STATUS CONFERENCE STATEMENT<br><br>Date:  September 19, 2018<br>Time:  2:00 pm<br>Courtroom:  3<br>Judge:  Hon. Kimberly J. Mueller |

K&L GATES
BETH W. PETRONIO *(ADMITTED PRO HAC VICE)*
beth.petronio@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone:  214-939-5815
Facsimile:  214-939-5849

SEGAL & ASSOCIATES, PC
MALCOLM SEGAL (SBN 075481)
JOHN T. KINN (SBN 130270)
msegal@segal-pc.com
jkinn@segal-pc.com
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone:  916-441-0886
Facsimile:  916-575-1231

Attorneys for Defendant TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

Counsel for Plaintiff, the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("Plaintiff"), and counsel for Defendant Tyler Technologies, Inc. ("Defendant") conferred on August 30, 2018 for the purpose of agreeing on a proposed plan for discovery, pretrial and trial activities pursuant to Federal Rule of Civil Procedure 26(f) and this Court's Order Setting Status (Pretrial Scheduling) Conference (ECF Dkt. No. 3).  The parties jointly and respectfully submit the following Joint Status Report and Discovery Plan:

I.      **INTRODUCTION**

Plaintiff filed its Complaint on June 22, 2018 ("Complaint").  Plaintiff filed a Motion for Partial Summary Adjudication on its breach of contract claim and the element of false representation of its fraud claim on July 27, 2018 ("MPSA").  On July 31, 2018, Defendant timely filed a motion to dismiss for failure to state a claim and motion to strike ("MTD").  On its own motion, the Court scheduled the hearings for both motions to occur on the same day.

a.      SUMMARY OF CLAIMS.

Plaintiff's Complaint asserts claims related to Defendant's response to Plaintiff's Request for Proposal ("RFP") and performance of a contract for a computer aided dispatch system to handle public safety communications and fire and medical emergency calls for Sacramento County.  The Complaint alleges four causes of action for 1) Breach of Contract; (2) California Statutory Unfair Competition; (3) Fraud; and (4) California False Claims Act.

Defendant denies that the contract was breached and that any false statement was made. Defendant contends in its MTD that Plaintiffs have failed to properly state a claim pursuant to Rules 9(b) and 12(b)(6).

Plaintiff has filed a motion for partial summary adjudication of its breach of contract claim and the element of false representation of its fraud claim.  Defendant has filed an Opposition to Plaintiff's Motion for Partial Summary Adjudication [Dkt. No. 39].

b.      STATUS OF SERVICE.

The Defendant has been served and has appeared in this action.

c.      JOINDER.

Plaintiff has not identified any necessary parties not yet joined to this proceeding. Defendant

believes that the State of California is a potentially necessary party. The State of California has filed an Ex Parte Application to Extend Time to Intervene pursuant to Government Code Section 12652, which is set for hearing on September 19, 2018. Defendant also contends that U. S. Specialty Insurance Company, the surety on the contract bond in this matter, may be a necessary party.

     d.    CONTEMPLATED AMENDMENTS.

Plaintiff does not anticipate any amendments to the pleadings at this time. Defendant has filed an MTD asserting that Plaintiff has not properly pled its various causes of action. Defendant believes that, at a minimum, Plaintiff should be required to replead its allegations with greater specificity.

     e.    BASIS FOR JURISDICTION AND VENUE.

The Court has jurisdiction pursuant to 28 U.S.C. § 1332 (diversity jurisdiction). Venue is proper in the Eastern District of California because substantially all of the events giving rise to the Complaint occurred within this judicial district and because the parties' contract so provides.

     f.    ANTICIPATED DISCOVERY AND MOTION SCHEDULE.

| EVENT | PLAINTIFF'S PROPOSED DEADLINE | DEFENDANT'S PROPOSED DEADLINE |
|---|---|---|
| Initial Rule 26(a)(1) Disclosures | October 15, 2018 | October 15, 2018 |
| Deadline to Add Parties or Amend Pleadings without leave of Court | Thirty days after the Court's order on motion to dismiss or motion for partial summary adjudication, whichever is later, or as ordered by the Court. | Thirty days after the Court's order on motion to dismiss or motion for partial summary adjudication, whichever is later, or as ordered by the Court. |
| Fact Discovery Cutoff | March 1, 2019 | May 1, 2019 |
| Designation of Opening Experts with Reports | March 22, 2019 | May 24, 2019 |
| Designation of Rebuttal Experts with Reports | April 19, 2019 | June 28, 2019 |
| Expert Discovery Cutoff | May 1, 2019 | July 31, 2019 |

| | | |
|---|---|---|
| Deadline for Filing Discovery Motions | April 1, 2019 | June 3, 2019 |
| Deadline for Filing Dispositive Motions | May 17, 2019 | July 31, 2019 |
| Hearing on Dispositive Motions | June 14, 2019 | August 23, 2019 |
| Trial Setting Conference | Within 30 days of Court's order on dispositive motions<br><br>May ask for special setting | Not earlier than November 2019 |
| Joint Trial Setting Conference Statement | Set by Local Rule 281 | Set by Local Rule 281 |

g.  <u>OTHER MATTERS CONCERNING DISCOVERY</u>.

Plaintiff does not anticipate any need to modify the presumptive limits on discovery. Defendant's counsel initially indicated that Defendant did not anticipate a need to modify the presumptive limits on discovery during the parties' conference, but stated that she hoped that the parties would accommodate each other if the need for a few more than 10 depositions became necessary.  On reflection, after reviewing Plaintiff's MPSA, Defendant believes that it may require more than twice that number in order to respond to Defendant's Motion for Partial Summary Adjudication and to appropriately defend this action.

The parties anticipate that a protective order may be necessary.  Plaintiff will prepare a protective order for Defendant's review.

The parties consent to accept electronic service through their counsel, including discovery requests and responses, and waive the right to receive service of documents not filed through the Court's Electronic Case Filing system by any other means.  This joint status conference statement shall constitute written consent that service by email on the parties' counsel of record will be effective as set forth in Federal Rule of Civil Procedure 5(b)(E).

The parties anticipate reaching an agreement that neither side shall have to record communications with counsel on a privilege log subject to parameters that are under negotiation.

The parties do not feel it is necessary to conduct discovery in phases.

-4-
JOINT STATUS CONFERENCE STATEMENT
Case No.:  2:18-cv-01792-KJM-KJN
4840-4340-0306.v2

h. **METHODS TO AVOID UNNECESSARY PROOF AND CUMULATIVE EVIDENCE – ANTICIPATED LIMITATIONS OR RESTRICTIONS ON THE USE OF TESTIMONY UNDER FEDERAL RULE OF EVIDENCE 702.**

The parties do not anticipate any evidentiary issues at this time.

i. **TRIAL DURATION.**

Plaintiff estimates a trial length of 5 days. Plaintiff has demanded a jury trial. Defendant estimates a trial of 10 to 12 days given the complex technical nature of the issues in dispute.

j. **SPECIAL PROCEDURES.**

The parties do not anticipate need for a special master or other special procedures. The parties have not consented to magistrate judge jurisdiction under 28 U.S.C. 636(c).

k. **MODIFICATION OF PRETRIAL PROCEDURES.**

The parties do not anticipate a need for modification of any standard pretrial procedures.

l. **RELATED CASES.**

The parties know of no related cases.

m. **SETTLEMENT.**

On August 28, 2018, the parties engaged in settlement negotiations before Magistrate Judge Deborah Barnes, pursuant to Judge Mueller's Order. The parties were unable to reach a resolution. At this time the parties have not agreed to stipulate to the trial judge acting as a settlement judge or to engage in Voluntary Dispute Resolution Program.

n. **OTHER MATTERS RE: DISPOSITION.**

The parties know of no other matters that need to be addressed at this time.

Dated: September 13, 2018              PILLSBURY WINTHROP SHAW PITTMAN LLP

                                       */s/ Philip S. Warden*
                                By:    PHILIP S. WARDEN
                                       ROBERT E. KINGSLEY, Prosecuting Authority
                                       Attorneys for Plaintiff
                                       SACRAMENTO REGIONAL PUBLIC SAFETY
                                       COMMUNICATIONS CENTER D/B/A
                                       SACRAMENTO REGIONAL FIRE/EMS
                                       COMMUNICATIONS CENTER

| | | |
|---|---|---|
| Dated:  September 13, 2018 | | K&L GATES |
| | By: | <u>/s/ Beth W. Petronio</u><br>BETH W. PETRONIO |
| | | Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION |