PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5830
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD, LLP
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR INITIAL DISCLOSURES<br><br>Judge: Hon. Kimberly J. Mueller |

| | |
|---|---|
| 1 | K&L GATES<br>BETH W. PETRONIO *(ADMITTED PRO HAC VICE)* |
| 2 | beth.petronio@klgates.com<br>1717 Main Street, Suite 2800 |
| 3 | Dallas, Texas 75201<br>Telephone:  214-939-5815 |
| 4 | Facsimile:  214-939-5849 |
| 5 | SEGAL & ASSOCIATES, PC<br>MALCOLM SEGAL (SBN 075481) |
| 6 | JOHN T. KINN (SBN 130270) |
| 7 | msegal@segal-pc.com<br>jkinn@segal-pc.com |
| 8 | 400 Capitol Mall, Suite 2550<br>Sacramento, CA 95814 |
| 9 | Telephone:  916-441-0886<br>Facsimile:  916-575-1231 |
| 10 | Attorneys for Defendant TYLER |
| 11 | TECHNOLOGIES, INC., a Delaware Corporation<br>F/K/A NEW WORLD SYSTEMS |
| 12 | CORPORATION, a Surrendered California<br>corporation |

-1-

-2-

Plaintiff, the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center and Defendant Tyler Technologies, Inc. hereby stipulate that the time for Initial Disclosures be extended to October 15, 2018 pursuant to Federal Rule of Civil Procedure 26(f).  No previous extensions of time for making Initial Disclosures has been sought.

Dated:  September 13, 2018          PILLSBURY WINTHROP SHAW PITTMAN LLP

                                    */s/ Philip S. Warden*
                              By:   PHILIP S. WARDEN
                                    ROBERT E. KINGSLEY, Prosecuting Authority
                                    Attorneys for Plaintiff
                                    SACRAMENTO REGIONAL PUBLIC SAFETY
                                    COMMUNICATIONS CENTER D/B/A
                                    SACRAMENTO REGIONAL FIRE/EMS
                                    COMMUNICATIONS CENTER

Dated: September 13, 2018           K&L GATES

                                    */s/ Beth W. Petronio*
                              By:   BETH W. PETRONIO
                                    Attorneys for Defendant
                                    TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION

IT IS SO ORDERED.  The parties shall have until October 15, 2018 to make their Initial Disclosures.

Dated:

                                    HONORABLE KIMBERLY J. MUELLER