XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JACQUELINE DALE, State Bar No. 170800
Supervising Deputy Attorney General
MARIA ELLINIKOS, State Bar No. 235528
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA 94102-7004
 Telephone: (415) 510-3447
 Fax: (415) 703-5480
 E-mail: Maria.Ellinikos@doj.ca.gov
*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**STATE OF CALIFORNIA'S NOTICE OF DECLINATION**<br><br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

PLEASE TAKE NOTICE that the California Attorney General's Office ("AGO") elects to decline intervention in this action pursuant to the California False Claims Act ("CFCA"), California Government Code section 12652, subdivision (b)(3)(B).

Pursuant to Government Code section 12656, the AGO requests that it receive any notice or petition initiating any appeal and each paper and brief filed in the appeal. Deputy Attorney General Maria Ellinikos of the Corporate Fraud Section, False Claims Unit in San Francisco should be served with these materials.

Dated: September 19, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

/s/
_____
MARIA ELLINIKOS
Deputy Attorney General
*Attorneys for the State of California*

SF2018101561

## CERTIFICATE OF SERVICE

Case Name: **Sacramento Regional Public Safety Communications Center v. Tyler Technologies, Inc.**  No. **2:18-CV-01792-KJM**

I hereby certify that on September 19, 2018, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATE OF CALIFORNIA'S NOTICE OF DECLINATION**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 19, 2018, at San Francisco, California.

James J. Mirarchi
Declarant

/s/ James J. Mirarchi
Signature

SF2018101561
21215529.docx