1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  JACQUELINE DALE, State Bar No. 170800
   Supervising Deputy Attorney General
3  MARIA ELLINIKOS, State Bar No. 235528
   Deputy Attorney General
4    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
5    Telephone: (415) 510-3447
     Fax: (415) 703-5480
6    E-mail: Maria.Ellinikos@doj.ca.gov
   *Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-CV-01792-KJM<br><br>**REQUEST TO TAKE OFF CALENDAR HEARING ON CALIFORNIA ATTORNEY GENERAL'S EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE**<br><br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |
|---|---|

## REQUEST TO TAKE HEARING OFF CALENDAR

The California Attorney General's Office ("AGO") hereby requests that the Court take off calendar the hearing on the AGO's *Ex Parte* Application to Extend Time to Intervene, which has been set for September 19, 2018 at 2:00 p.m. in the United States District Court, Eastern District of California, 501 I Street, Sacramento, California, 95814, Courtroom 3, 15th Floor, before the Honorable Kimberly J. Mueller.

The AGO does not require additional time to make its intervention decision and filed the State of California's Notice of Declination earlier today. Accordingly, the AGO respectfully requests that the Court take off calendar the hearing on the AGO's *Ex Parte* Application to Extend Time to Intervene.

Dated: September 19, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
JACQUELINE DALE
Supervising Deputy Attorney General

/s/ Maria Ellinikos

MARIA ELLINIKOS
Deputy Attorney General
*Attorneys for the State of California*

SF2018101561

## CERTIFICATE OF SERVICE

Case Name: **Sacramento Regional Public Safety Communications Center v. Tyler Technologies, Inc.**

No. **2:18-CV-01792-KJM**

I hereby certify that on <u>September 19, 2018</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REQUEST TO TAKE OFF CALENDAR HEARING ON CALIFORNIA ATTORNEY GENERAL'S EX PARTE APPLICATION TO EXTEND TIME TO INTERVENE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>September 19, 2018</u>, at San Francisco, California.

R. Manalastas
Declarant

_/s/ signature_
Signature

SF2018101561
21237316.docx