1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:  415-983-1000
5  Facsimile:  415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   2600 Capitol Avenue, Suite 300
8  Sacramento, CA 95816-5830
   Telephone:  916-329-4700
9  Facsimile:  916-441-3583

10 KINGSLEY BOGARD, LLP
   ROBERT E. KINGSLEY (SBN 59596)
11 Prosecuting Authority for Plaintiff
   rkingsley@kblegal.us
12 600 Coolidge Drive
   Suite 160
13 Folsom, CA 95630
   Telephone:  916-932-2500
14
   Attorneys for Plaintiff SACRAMENTO REGIONAL
15 PUBLIC SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL FIRE/EMS
16 COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18            **EASTERN DISTRICT OF CALIFORNIA**

19

| 20 21 | SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER | Case No.  2:18-cv-01792-KJM-KJN **STIPULATED AGREEMENT AND [PROPOSED] ORDER UNDER FED. R. EVID. 502(d)** |
|---|---|---|
| 22 | Plaintiff, | Judge:  Hon. Kendall J. Newman |
| 23 | vs. | |
| 24 25 26 | TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation | |
| 27 | Defendant. | |

28

1   K&L GATES
    BETH W. PETRONIO *(ADMITTED PRO HAC VICE)*
2   beth.petronio@klgates.com
    1717 Main Street, Suite 2800
3   Dallas, Texas 75201
    Telephone:  214-939-5815
4   Facsimile:  214-939-5849

5   SEGAL & ASSOCIATES, PC
    MALCOLM SEGAL (SBN 075481)
6   JOHN T. KINN (SBN 130270)
    msegal@segal-pc.com
7   jkinn@segal-pc.com
    400 Capitol Mall, Suite 2550
8   Sacramento, CA 95814
    Telephone:  916-441-0886
9   Facsimile:  916-575-1231

10  Attorneys for Defendant TYLER
    TECHNOLOGIES, INC., a Delaware Corporation
11  F/K/A NEW WORLD SYSTEMS
    CORPORATION, a Surrendered California
12  corporation

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

1    WHEREAS, Plaintiff Sacramento Regional Public Safety Communications Center d/b/a

2  Sacramento Regional Fire/EMS Communications Center and Defendant Tyler Technologies, Inc.

3  (together, "the Parties") jointly request that this Court issue an Order pursuant to Federal Rule of

4  Evidence 502(d) to facilitate production and use of documents in this proceeding and to protect the

5  Parties against waiver of any privileges or protections attaching to those documents;

6    WHEREAS, the Parties may produce documents, answer interrogatories, and provide

7  testimony and other information that may contain information covered by the attorney-client

8  privilege or work product protection;

9    WHEREAS, absent an order from the Court, under certain circumstances, the production of

10  privileged or protected information can operate as a waiver of any applicable privilege, protection,

11  and/or immunity with respect to disclosure in this case and other Federal or State proceedings;

12    WHEREAS, the Parties wish to expedite and facilitate the production of a large volume of

13  data, information, and documents, and to protect against waiver as a result of the disclosure of

14  attorney-client privileged communications or work product materials;

15    WHEREAS, Fed. R. Evid. 502(d) states that a "federal court may order that the privilege or

16  protection is not waived by disclosure connected with the litigation pending before the court – in

17  which event the disclosure is also not a waiver in any other federal or state proceeding";

18    WHEREAS, this Court finds good cause to issue an order pursuant to Fed. R. Evid. 502(d);

19  and

20    WHEREAS, the Court shall retain jurisdiction over any matter or dispute arising from or

21  relating to the implementation of this order.

22    IT IS HEREBY AGREED that, pursuant to Fed. R. Evid. 502(d), a Party's disclosure or

23  production of any documents or information in this proceeding shall not, for the purposes of this

24  proceeding or any other proceeding in any other court, constitute a waiver by that Party of any

25  privilege or protection applicable to those documents, including the attorney-client privilege, work

26  product protection, and any other privilege or protection recognized by law.

27    The provisions of Fed. R. Evid. 502(b) are inapplicable to the production of documents or

28  information under this Order.  Specifically, there has been no waiver if a party discloses privileged

-2-

1   or protected information, regardless of whether the party took reasonable steps to prevent the

2   disclosure or to rectify the error.

3          Disclosure of information or documents by the receiving party before the producing party

4   designates the information as protected shall not be deemed a violation of this Order.

5

6   Dated:  February 7, 2019                    PILLSBURY WINTHROP SHAW PITTMAN LLP

7                                              */s/ Philip S. Warden*
                                         By:   PHILIP S. WARDEN
8                                              ROBERT E. KINGSLEY, Prosecuting Authority

9                                              Attorneys for Plaintiff
                                               SACRAMENTO REGIONAL PUBLIC SAFETY
10                                             COMMUNICATIONS CENTER D/B/A
                                               SACRAMENTO REGIONAL FIRE/EMS
11                                             COMMUNICATIONS CENTER

12  Dated: February 7, 2019                    K&L GATES

13

14                                             */s/ Beth W. Petronio*
                                         By:   BETH W. PETRONIO
15
                                               Attorneys for Defendant
16                                             TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD
                                               SYSTEMS CORPORATION

17         IT IS SO ORDERED.

18

19
    Dated:
20
                                               HONORABLE KENDALL J. NEWMAN
21

22

23

24

25

26

27

28
                                                                                         -3-
    [PROPOSED] [STIPULATED AGREEMENT AND] ORDER UNDER FED. R. EVID. 502(d)
    4823-8208-7046.v1                                          Case No.:  2:18-cv-01792-KJM-KJN