| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | PHILIP S. WARDEN (SBN 54752) |
| 2 | philip.warden@pillsburylaw.com |
| | CLARK THIEL (SBN 190212) |
| 3 | clark.thiel@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA 94111-5998 |
| | Telephone: 415-983-1000 |
| 5 | Facsimile: 415-983-1200 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | SYDNEY A. WARD (SBN 312615) |
| 7 | sydney.ward@pillsburylaw.com |
| | 2600 Capitol Avenue, Suite 300 |
| 8 | Sacramento, CA 95816-5830 |
| | Telephone: 916-329-4700 |
| 9 | Facsimile: 916-441-3583 |
| 10 | KINGSLEY BOGARD, LLP |
| | ROBERT E. KINGSLEY (SBN 59596) |
| 11 | Prosecuting Authority for Plaintiff |
| | rkingsley@kblegal.us |
| 12 | 600 Coolidge Drive |
| | Suite 160 |
| 13 | Folsom, CA 95630 |
| | Telephone: 916-932-2500 |
| 14 | |
| 15 | Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS |
| 16 | COMMUNICATIONS CENTER |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>**STIPULATED AGREEMENT AND ORDER UNDER FED. R. EVID. 502(d)**<br><br>Judge: Hon. Kendall J. Newman |

| | |
|---|---|
| 1 | K&L GATES<br>BETH W. PETRONIO *(ADMITTED PRO HAC VICE)* |
| 2 | beth.petronio@klgates.com<br>1717 Main Street, Suite 2800 |
| 3 | Dallas, Texas 75201<br>Telephone: 214-939-5815 |
| 4 | Facsimile: 214-939-5849 |
| 5 | SEGAL & ASSOCIATES, PC<br>MALCOLM SEGAL (SBN 075481) |
| 6 | JOHN T. KINN (SBN 130270)<br>msegal@segal-pc.com |
| 7 | jkinn@segal-pc.com<br>400 Capitol Mall, Suite 2550 |
| 8 | Sacramento, CA 95814<br>Telephone: 916-441-0886 |
| 9 | Facsimile: 916-575-1231 |
| 10 | Attorneys for Defendant TYLER<br>TECHNOLOGIES, INC., a Delaware Corporation |
| 11 | F/K/A NEW WORLD SYSTEMS<br>CORPORATION, a Surrendered California |
| 12 | corporation |

1     WHEREAS, Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center and Defendant Tyler Technologies, Inc. (together, "the Parties") jointly request that this Court issue an Order pursuant to Federal Rule of Evidence 502(d) to facilitate production and use of documents in this proceeding and to protect the Parties against waiver of any privileges or protections attaching to those documents;

    WHEREAS, the Parties may produce documents, answer interrogatories, and provide testimony and other information that may contain information covered by the attorney-client privilege or work product protection;

    WHEREAS, absent an order from the Court, under certain circumstances, the production of privileged or protected information can operate as a waiver of any applicable privilege, protection, and/or immunity with respect to disclosure in this case and other Federal or State proceedings;

    WHEREAS, the Parties wish to expedite and facilitate the production of a large volume of data, information, and documents, and to protect against waiver as a result of the disclosure of attorney-client privileged communications or work product materials;

    WHEREAS, Fed. R. Evid. 502(d) states that a "federal court may order that the privilege or protection is not waived by disclosure connected with the litigation pending before the court – in which event the disclosure is also not a waiver in any other federal or state proceeding";

    WHEREAS, this Court finds good cause to issue an order pursuant to Fed. R. Evid. 502(d); and

    WHEREAS, the Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this order.

    IT IS HEREBY AGREED that, pursuant to Fed. R. Evid. 502(d), a Party's disclosure or production of any documents or information in this proceeding shall not, for the purposes of this proceeding or any other proceeding in any other court, constitute a waiver by that Party of any privilege or protection applicable to those documents, including the attorney-client privilege, work product protection, and any other privilege or protection recognized by law.

    The provisions of Fed. R. Evid. 502(b) are inapplicable to the production of documents or information under this Order. Specifically, there has been no waiver if a party discloses privileged

or protected information, regardless of whether the party took reasonable steps to prevent the disclosure or to rectify the error.

Disclosure of information or documents by the receiving party before the producing party designates the information as protected shall not be deemed a violation of this Order.

Dated: February 7, 2019      PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Philip S. Warden*
PHILIP S. WARDEN
ROBERT E. KINGSLEY, Prosecuting Authority
Attorneys for Plaintiff
SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

Dated: February 7, 2019      K&L GATES

By: */s/ Beth W. Petronio*
BETH W. PETRONIO
Attorneys for Defendant
TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION

IT IS SO ORDERED, with the following amendment and clarification:

1. The court will not retain jurisdiction over enforcement of the terms of this stipulated agreement and order after the action is terminated.

Dated: February 8, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE