PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF SHERRILL DIANE HOUSE<br><br>Date: March 22, 2019<br>Time: 10:00 a.m.<br>Courtroom: 3<br>Judge: Hon. Kimberly J. Mueller |

-1-

DECLARATION OF SHERRILL DIANE HOUSE

4813-8767-2969.v2                                                   Case No. 2:18-cv-01792-KJM-KJN

I, Sherrill Diane House, declare under penalty of perjury the following:

1. I am the Project Manager retained to manage the replacement of a COBOL computer aided dispatch system for Plaintiff, Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC").

2. I have personal knowledge of the statements in this Declaration and, if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I previously filed a Declaration in this case setting out my position at SRFECC. I have also articulated my qualifications and experience. That Declaration was filed on July 27, 2018 in support of Plaintiff's motion for Partial Summary Adjudication.

4. Since the date I filed that declaration, there have been events that have occurred that make this situation even more urgent than it was previously.

5. In 2019 alone, the 911 COBOL CAD system has crashed three times. The first such system failure was on January 6, which lasted for nearly ten hours; the next was January 30, which lasted about five hours; and the most recent was on February 8, which lasted three hours.

6. We were able in each case to continue to provide emergency dispatch services, which we did manually. Thanks to the dedication and skill of the Center's staff we kept emergency operations going. However, critical ancillary systems took several weeks to get back online.

7. The problems include system redundancy, which has denigrated, and the backup systems that we had are now gone.

8. The hardware itself, as I previously pointed out, is obsolete and it is nearly impossible to find replacement parts.

///
///
///
///

9. A new updated system and one that has all the redundancy and the ability that the citizens deserve is long overdue. I was involved closely in connection with the prior efforts with

Tyler, which have failed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2019 in Oakdale, California.

                                                    /s/ Sherrill Diane House
                                                    Sherrill Diane House