PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5930
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>DECLARATION OF PATRICK KERNAN<br><br>Date:         March 22, 2019<br>Time:         10:00 a.m.<br>Courtroom:  3<br>Judge:        Hon. Kimberly J. Mueller |

-1-

DECLARATION OF PATRICK KERNAN

4823-2641-0633.v1                                                       Case No. 2:18-cv-01792-KJM-KJN

I, Patrick Kernan, declare under penalty of perjury the following:

1. I am Senior Counsel to Kingsley Bogard, counsel for Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC"), and make this declaration in support of SRFECC's Opposition to Tyler's Opposed Motion to Amend Scheduling Order.

2. I have personal knowledge of the following facts and if called as a witness, would and could testify competently thereto from personal knowledge, except as to matters stated on information belief, which I believe to be true.

3. I am a member of the California Bar and have been admitted as a California lawyer for over thirty years.

4. During my entire career, I have been involved in commercial finance and lending and specifically, I was the General Counsel of the Triad System Corporation, which was a publicly traded company, n/k/a Epicor Systems. Prior to that time, I was counsel at Ingersol Rand Financial Corporation, a subsidiary of Ingersol Rand Company, and before that I was at Equico Lessors, Inc., a subsidiary of Equitable Life Assurance Society, Inc. I acted as an Associate Professor at St. Thomas College in their MBA Program and was an Adjunct Professor at William Mitchell College of Law.

5. Our firm, Kingsley Bogard, is co-counsel to SRFECC, the plaintiff in this action.

6. There is a special sense of urgency for the reasons set out in the Center's Deputy Director of [insert title], Diane House's declaration, which is filed concurrently herewith.

7. On behalf of the SRFECC, I have been assigned to obtain financing so that SRFECC (hereinafter "The Center") can obtain interim financing until this lawsuit is either settled or has reached a final verdict. I have been seeking such financing since mid-2018.

8. I have been pursuing the following financing:
    - an equipment lease from a traditional bank; and
    - a Tax Lease through a Securities Advisory group.

9. By way of illustration and not limitation, I have encountered the following problems:
    - increasing interest rate environment;

- the investment bank with whom I have been dealing has told me that they have no more capacity at this time;
- for an equipment lease structure the banks require that a computer system lease be comprised of approximately 60% hardware and 40% software. In this case, nearly the entire financing need for upgrading the Center's current CAD System involves software and services, and little, if any, hardware components.

9. I continue to diligently seek such financing, but as of the date I sign this declaration, I have no firm loan or lease commitment in hand, which would also be conditioned on the creditworthiness of the Center.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 8, 2019 at Folsom, California.

_____
Patrick Kernan

-3-

DECLARATION OF PATRICK KERNAN

4823-2641-0633.v1    Case No.: 2:18-cv-01792-KJM-KJN