Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com

Attorneys for Defendant
TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>v.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation,<br><br>Defendant. | Case No:  2:18-CV-01792-KJM-KJN<br><br>**JOINT REQUEST FOR FURTHER SETTLEMENT CONFERENCE** |

-1-

Joint Request for Further Settlement Conference

After a settlement conference held on August 28, 2018, before Magistrate Judge Deborah Barnes, the Court noted by Minute Order (ECF Dkt. No. 37) that if the parties believed a further conference would be beneficial, the Court would make itself available. All parties by their counsel agree a further conference would be beneficial and request the Court order a further settlement conference before Judge Barnes on May 16, 2019 at 10:00 a.m.

Respectfully submitted,

Dated: March 14, 2019.  **K&L GATES LLP**

By: /s/ Beth W. Petronio
BETH W. PETRONIO (*pro hac vice*)
Attorneys for Defendant TYLER TECHNOLOGIES, INC.

Dated: March 14, 2019.  **SEGAL & ASSOCIATES, PC**

By: /s/ John Kinn
JOHN KINN
Attorneys for Defendant TYLER TECHNOLOGIES, INC.

Dated: March 14, 2019.  **PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: /s/ Philip S. Warden
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111
Telephone: 415-983-1000
Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER