1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone: 415-983-1000
5  Facsimile: 415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   2600 Capitol Avenue, Suite 300
8  Sacramento, CA 95816-5830
   Telephone: 916-329-4700
9  Facsimile: 916-441-3583

10 KINGSLEY BOGARD, LLP
   ROBERT E. KINGSLEY (SBN 59596)
11 Prosecuting Authority for Plaintiff
   rkingsley@kblegal.us
12 600 Coolidge Drive
   Suite 160
13 Folsom, CA 95630
   Telephone: 916-932-2500

14
   Attorneys for Plaintiff SACRAMENTO REGIONAL
15 PUBLIC SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL FIRE/EMS
16 COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18              **EASTERN DISTRICT OF CALIFORNIA**

19
   SACRAMENTO REGIONAL PUBLIC            Case No. 2:18-cv-01792-KJM-KJN
20 SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL             **STIPULATED AGREEMENT AND**
21 FIRE/EMS COMMUNICATIONS CENTER        **[PROPOSED] ORDER UNDER FED. R.**
                                         **CIV. P. 16(b)(4) AND 29(b)**
22              Plaintiff,

23       vs.

24 TYLER TECHNOLOGIES, INC., a Delaware
   corporation F/K/A NEW WORLD SYSTEMS
25 CORPORATION, a Surrendered California
   corporation
26
                Defendant.
27

28

K&L GATES
BETH W. PETRONIO *(ADMITTED PRO HAC VICE)*
beth.petronio@klgates.com
1717 Main Street, Suite 2800
Dallas, Texas 75201
Telephone: 214-939-5815
Facsimile: 214-939-5849

SEGAL & ASSOCIATES, PC
MALCOLM SEGAL (SBN 075481)
JOHN T. KINN (SBN 130270)
msegal@segal-pc.com
jkinn@segal-pc.com
400 Capitol Mall, Suite 2550
Sacramento, CA 95814
Telephone: 916-441-0886
Facsimile: 916-575-1231

Attorneys for Defendant TYLER
TECHNOLOGIES, INC., a Delaware Corporation
F/K/A NEW WORLD SYSTEMS
CORPORATION, a Surrendered California
corporation

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 29(b), Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC") and Defendant Tyler Technologies, Inc. ("Tyler," and together with SRFECC, "the Parties") jointly stipulate and request that this Court issue an Order amending the Scheduling Order in this case and extending the deadline for the Parties to complete fact discovery, as follows:

WHEREAS, on October 31, 2018, the Court issued a Scheduling Order that set the discovery cutoff in this case for April 2, 2019, expert deadlines in May 2019, and the dispositive motion deadline for July 2019; and

WHEREAS, the Court's Scheduling Order provides that it can be modified only by leave of Court upon a showing of good cause; and

WHEREAS, the Scheduling Order further provides that the assigned magistrate judge is authorized to modify the discovery dates to the extent any such modification does not impact the balance of the schedule; and

WHEREAS, on February 15, 2019, Tyler filed its Opposed Motion to Amend Scheduling Order (the "Motion"), requesting that the Court amend the Scheduling Order to extend the discovery, expert and dispositive motion deadlines in this case for a period of at least three (3) months based on the current status of discovery and related mattes; and

WHEREAS, on March 8, 2019, SRFECC filed an opposition to the Motion; and

WHEREAS, following the filing of the Motion, the Parties have agreed to complete document production and the depositions of three Tyler witnesses (David Bonini, Kevin Flynn, and Robert Motzny) and three SRFECC witnesses (Teresa Murray, Joe Theusen, and Diane House) (collectively, the "Agreed Discovery) and to attend an additional settlement conference (the "Settlement Conference"), which is likely to occur on May 16, 2019; and

WHEREAS, the parties have agreed to extend the discovery deadline in the Scheduling Order, which is currently set for April 2, 2019, and the expert deadline, which is currently set for April 23, 2019, until May 17, 2019 to accommodate the parties' desire to complete the Agreed Discovery and attend the additional Settlement Conference; and

WHEREAS, Tyler has agreed to temporarily withdraw without prejudice the Motion pending the completion of the Agreed Discovery and the Settlement Conference; and

WHEREAS, the Parties have further agreed that Tyler's withdrawal of its Motion shall not prejudice its ability to re-file and renew the Motion in the event the Settlement Conference is not completed or successful by May 17, 2019; and

WHEREAS, based on the Parties' desire to attend an additional Settlement Conference and the current status of discovery and related matters, as further outlined in the Motion, good cause exists to issue an order extending the discovery deadline pursuant to Fed. R. Civ. P. 16(b)(4);

IT IS HEREBY JOINTLY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to the Court's approval, that the Scheduling Order be amended and the deadline for the Parties to complete fact discovery and submit expert reports be extended to May 17, 2019.

FURTHERMORE, subject to the Court's approval of this stipulation and reserving its right to re-file and renew the Motion and request an order from the Court extending additional deadlines in this case in the event the Settlement Conference is unsuccessful, Tyler HEREBY WITHDRAWS without prejudice its Opposed Motion to Amend Scheduling Order.

Dated: March 14, 2019    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ Philip S. Warden
PHILIP S. WARDEN
ROBERT E. KINGSLEY, Prosecuting Authority

-3-

|  |  |
|---|---|
|  | Attorneys for Plaintiff<br>SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER |
| Dated: March 14, 2019 | K&L GATES |
| By: | /s/ Beth W. Petronio<br>BETH W. PETRONIO |
|  | Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION |

IT IS SO ORDERED.

Dated:

_____
HONORABLE KIMBERLY J. MUELLER

-4-

STIPULATED AGREEMENT AND [PROPOSED] ORDER UNDER FED. R. CIV. P. 16(b)(4) AND 29(b)