| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | PHILIP S. WARDEN (SBN 54752) |
| 2 | philip.warden@pillsburylaw.com |
| | CLARK THIEL (SBN 190212) |
| 3 | clark.thiel@pillsburylaw.com |
| | Four Embarcadero Center, 22nd Floor |
| 4 | San Francisco, CA 94111-5998 |
| | Telephone: 415-983-1000 |
| 5 | Facsimile: 415-983-1200 |
| 6 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| | SYDNEY A. WARD (SBN 312615) |
| 7 | sydney.ward@pillsburylaw.com |
| | 2600 Capitol Avenue, Suite 300 |
| 8 | Sacramento, CA 95816-5830 |
| | Telephone: 916-329-4700 |
| 9 | Facsimile: 916-441-3583 |
| 10 | KINGSLEY BOGARD, LLP |
| | ROBERT E. KINGSLEY (SBN 59596) |
| 11 | Prosecuting Authority for Plaintiff |
| | rkingsley@kblegal.us |
| 12 | 600 Coolidge Drive |
| | Suite 160 |
| 13 | Folsom, CA 95630 |
| | Telephone: 916-932-2500 |
| 14 | |
| 15 | Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS |
| 16 | COMMUNICATIONS CENTER |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>**STIPULATED AGREEMENT AND ORDER UNDER FED. R. CIV. P. 16(b)(4) AND 29(b)** |

STIPULATED AGREEMENT AND [PROPOSED] ORDER UNDER FED. R. CIV. P. 16(b)(4) AND 29(b)

| | |
|---|---|
| 1 | K&L GATES |
| | BETH W. PETRONIO *(ADMITTED PRO HAC VICE)* |
| 2 | beth.petronio@klgates.com |
| | 1717 Main Street, Suite 2800 |
| 3 | Dallas, Texas 75201 |
| | Telephone: 214-939-5815 |
| 4 | Facsimile: 214-939-5849 |
| 5 | SEGAL & ASSOCIATES, PC |
| | MALCOLM SEGAL (SBN 075481) |
| 6 | JOHN T. KINN (SBN 130270) |
| | msegal@segal-pc.com |
| 7 | jkinn@segal-pc.com |
| | 400 Capitol Mall, Suite 2550 |
| 8 | Sacramento, CA 95814 |
| | Telephone: 916-441-0886 |
| 9 | Facsimile: 916-575-1231 |
| 10 | Attorneys for Defendant TYLER |
| | TECHNOLOGIES, INC., a Delaware Corporation |
| 11 | F/K/A NEW WORLD SYSTEMS |
| | CORPORATION, a Surrendered California |
| 12 | corporation |

////

Pursuant to Federal Rules of Civil Procedure 16(b)(4) and 29(b), Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC") and Defendant Tyler Technologies, Inc. ("Tyler," and together with SRFECC, "the Parties") jointly stipulate and request that this Court issue an Order amending the Scheduling Order in this case and extending the deadline for the Parties to complete fact discovery, as follows:

WHEREAS, on October 31, 2018, the Court issued a Scheduling Order that set the discovery cutoff in this case for April 2, 2019, expert deadlines in May 2019, and the dispositive motion deadline for July 2019; and

WHEREAS, the Court's Scheduling Order provides that it can be modified only by leave of Court upon a showing of good cause; and

WHEREAS, the Scheduling Order further provides that the assigned magistrate judge is authorized to modify the discovery dates to the extent any such modification does not impact the balance of the schedule; and

WHEREAS, on February 15, 2019, Tyler filed its Opposed Motion to Amend Scheduling Order (the "Motion"), requesting that the Court amend the Scheduling Order to extend the discovery, expert and dispositive motion deadlines in this case for a period of at least three (3) months based on the current status of discovery and related mattes; and

WHEREAS, on March 8, 2019, SRFECC filed an opposition to the Motion; and

WHEREAS, following the filing of the Motion, the Parties have agreed to complete document production and the depositions of three Tyler witnesses (David Bonini, Kevin Flynn, and Robert Motzny) and three SRFECC witnesses (Teresa Murray, Joe Theusen, and Diane House) (collectively, the "Agreed Discovery) and to attend an additional settlement conference (the "Settlement Conference"), which is likely to occur on May 16, 2019; and

WHEREAS, the parties have agreed to extend the discovery deadline in the Scheduling Order, which is currently set for April 2, 2019, and the expert deadline, which is currently set for April 23, 2019, until May 17, 2019 to accommodate the parties' desire to complete the Agreed Discovery and attend the additional Settlement Conference; and

1     WHEREAS, Tyler has agreed to temporarily withdraw without prejudice the Motion pending the completion of the Agreed Discovery and the Settlement Conference; and

    WHEREAS, the Parties have further agreed that Tyler's withdrawal of its Motion shall not prejudice its ability to re-file and renew the Motion in the event the Settlement Conference is not completed or successful by May 17, 2019; and

    WHEREAS, based on the Parties' desire to attend an additional Settlement Conference and the current status of discovery and related matters, as further outlined in the Motion, good cause exists to issue an order extending the discovery deadline pursuant to Fed. R. Civ. P. 16(b)(4);

    IT IS HEREBY JOINTLY STIPULATED, by and between the Parties, through their respective counsel of record, and subject to the Court's approval, that the Scheduling Order be amended and the deadline for the Parties to complete fact discovery and submit expert reports be extended to May 17, 2019.

    FURTHERMORE, subject to the Court's approval of this stipulation and reserving its right to re-file and renew the Motion and request an order from the Court extending additional deadlines in this case in the event the Settlement Conference is unsuccessful, Tyler HEREBY WITHDRAWS without prejudice its Opposed Motion to Amend Scheduling Order.

Dated: March 14, 2019                PILLSBURY WINTHROP SHAW PITTMAN LLP

                              /s/ Philip S. Warden
                     By:    PHILIP S. WARDEN
                              ROBERT E. KINGSLEY, Prosecuting Authority

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiff<br>SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER |
| Dated: March 14, 2019 | | K&L GATES |
| | By: | /s/ Beth W. Petronio<br>BETH W. PETRONIO |
| | | Attorneys for Defendant<br>TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION |

IT IS SO ORDERED.

Dated: March 21, 2019

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE