PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
500 Capitol Mall, Suite 1800
Sacramento, CA 95814-4741
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD, LLP
ROBERT E. KINGSLEY (SBN 59596)
Prosecuting Authority for Plaintiff
rkingsley@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>NOTICE OF CHANGE OF ADDRESS<br><br>Judge: Hon. Kimberly J. Mueller |

TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

As of March 25, 2019 our new Sacramento office address is:

500 Capitol Mall, Suite 1800

Sacramento, CA 95814-4741

Our Sacramento office phone and fax numbers and e-mail addresses remain the same.

Dated: March 27, 2019

PILLSBURY WINTHROP SHAW PITTMAN LLP

*Sydney Ward*

By: PHILIP S. WARDEN
ROBERT E. KINGSLEY, Prosecuting Authority
Attorneys for Plaintiff
SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

# PROOF OF SERVICE

## Case No. 2:18-cv-01792-KJM-KJN

I, Mary C. Green, the undersigned, hereby declare as follows:

1. I am over the age of 18 years and am not a party to the within cause. I am employed by Pillsbury Winthrop Shaw Pittman LLP in the City of Sacramento, California.

2. My email and business addresses are mary.green@pillsburylaw.com, 500 Capitol Mall, Suite 1800, Sacramento, California 95814.

3. On March 27, 2019, at Sacramento, California, I served the following documents:

- **NOTICE OF CHANGE OF ADDRESS**

on the parties listed below:

| | |
|---|---|
| Beth W. Petronio, Esq.<br>K&L GATES<br>1717 Main Street, Suite 2800<br>Dallas, Texas 75201<br>beth.petronio@klgates.com<br><br>Telephone: 214-939-5815<br>Facsimile: 214-939-5849<br><br>*Attorneys for Defendant*<br>**TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation** | Malcolm Segal, Esq.<br>John T. Kinn, Esq.<br>SEGAL & ASSOCIATES, PC<br>400 Capitol Mall, Suite 2550<br>Sacramento, CA 95814<br>msegal@segal-pc.com<br>jkinn@segal-pc.com<br><br>Telephone: 916-441-0886<br>Facsimile: 916-575-1231<br><br>*Attorneys for Defendant*<br>**TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation** |

in the following manner:

☐ **(BY MAIL)** I caused each envelope, with postage thereon fully prepaid, to be placed in the United States mail at Sacramento, CA. I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

☐ **(BY FACSIMILE)** The above-referenced document(s) was/were transmitted by facsimile transmission, and the transmission was reported as complete and without error to the numbers listed above.

☒ **(BY EMAIL TRANSMISSION)** The above-referenced document(s) was/were transmitted via electronic transmission to the persons at the electronic-email addresses indicated above.

☐ **(BY PERSONAL SERVICE)** I delivered to an authorized courier or driver authorized by Capitol Couriers to receive documents to be delivered on the same date. A proof of service signed by the authorized courier will be filed forthwith.

☐ **(BY OVERNIGHT COURIER)** I am readily familiar with the practice of Pillsbury Winthrop Shaw Pittman LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by           for overnight delivery.

I declare under penalty of perjury that the foregoing is true and correct. Executed March 27, 2019, at Sacramento, California.

_/s/ Mary C. Green_