Beth W. Petronio *(admitted pro hac vice)*
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, TX  75201
Telephone:  (214) 939-5815
Fax:  (214) 939-5849
beth.petronio@klgates.com

Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone:  (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant TYLER TECHNOLOGIES, INC., a Delaware Corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER,<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION,  a Surrendered California Corporation,<br><br>Defendant. | Case No.: 2:18-CV-1792-KJM-KJN<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br><br>Date:        May 16, 2019<br>Time:       10:00 am<br>Judge:      Hon. Deborah Barnes<br>Courtroom:  27 |

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:

  PLEASE TAKE NOTICE that on May 8, 2019, Defendant TYLER TECHNOLOGIES, INC., submitted Defendant's Confidential Settlement Conference Statement to the chambers of Magistrate Judge Deborah Barnes at dborders@caed.uscourts.gov pursuant to the Court's Minute Order dated March 15, 2019.

Dated: May 8, 2019.      **K&L GATES LLP**

            By: /s/ Beth W. Petronio_____
              BETH W. PETRONIO *(admitted pro hac vice)*
              Attorneys for Defendant TYLER TECHNOLOGIES, INC.

Dated: May 8, 2019.      **SEGAL & ASSOCIATES, PC**

            By: /s/ John T. Kinn_____
              JOHN T. KINN
              MALCOLM SEGAL
              Attorneys for Defendant TYLER TECHNOLOGIES, INC.