PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415-983-1000
Facsimile: 415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
500 Capitol Mall, Suite 1800
Sacramento, CA 95814-4741
Telephone: 916-329-4700
Facsimile: 916-441-3583

KINGSLEY BOGARD
LINDSAY K. MOORE (SBN 244422)
Prosecuting Authority for Plaintiff
lmoore@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone: 916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No. 2:18-cv-01792-KJM-KJN<br><br>NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT<br><br>Date: May 16, 2019<br>Time: 10:00 a.m.<br>Courtroom: 27<br>Magistrate Judge Deborah Barnes |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, the Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center ("SRFECC") has submitted a Confidential Settlement Conference Statement to Magistrate Judge Deborah Barnes' chambers at dborders@caed.uscourts.gov pursuant to the Court's Minute Order of March 15, 2019 [Doc. No. 67].

Dated:  May 9, 2019                     PILLSBURY WINTHROP SHAW PITTMAN LLP

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Philip S. Warden*

By:　PHILIP S. WARDEN
　　　LINDSAY K. MOORE, Prosecuting Authority
　　　Attorneys for Plaintiff
　　　SACRAMENTO REGIONAL PUBLIC SAFETY
　　　COMMUNICATIONS CENTER D/B/A
　　　SACRAMENTO REGIONAL FIRE/EMS
　　　COMMUNICATIONS CENTER