1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   PHILIP S. WARDEN (SBN 54752)
2  philip.warden@pillsburylaw.com
   CLARK THIEL (SBN 190212)
3  clark.thiel@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
4  San Francisco, CA 94111-5998
   Telephone:  415-983-1000
5  Facsimile:  415-983-1200

6  PILLSBURY WINTHROP SHAW PITTMAN LLP
   SYDNEY A. WARD (SBN 312615)
7  sydney.ward@pillsburylaw.com
   500 Capitol Mall, Suite 1800
8  Sacramento, CA 95814-4741
   Telephone:  916-329-4700
9  Facsimile:  916-441-3583

10 KINGSLEY BOGARD LLP
   LINDSAY K. MOORE (SBN 244422)
11 Prosecuting Authority for Plaintiff
   lmoore@kblegal.us
12 600 Coolidge Drive
   Suite 160
13 Folsom, CA 95630
   Telephone:  916-932-2500
14
   Attorneys for Plaintiff SACRAMENTO REGIONAL
15 PUBLIC SAFETY COMMUNICATIONS CENTER
   D/B/A SACRAMENTO REGIONAL FIRE/EMS
16 COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18             **EASTERN DISTRICT OF CALIFORNIA**

19

20 SACRAMENTO REGIONAL PUBLIC          Case No.  2:18-cv-01792-KJM-KJN
   SAFETY COMMUNICATIONS CENTER
21 D/B/A SACRAMENTO REGIONAL           NOTICE OF APPEARANCE OF LINDSAY
   FIRE/EMS COMMUNICATIONS CENTER      K. MOORE
22
                Plaintiff,
23
         vs.
24
25 TYLER TECHNOLOGIES, INC., a Delaware
   corporation F/K/A NEW WORLD SYSTEMS
   CORPORATION, a Surrendered California
26 corporation

27              Defendant.

28

00116328.2                                                          -1-

-2-

1    **TO ALL COUNSEL AND THE COURT:**

2         PLEASE TAKE NOTICE THAT Lindsay K. Moore of Kingsley Bogard LLP is appearing in

3    the above-referenced matter as counsel for Plaintiff, the Sacramento Regional Public Safety

4    Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center and should

5    be included on the service list for all papers served in the matter.

6

7

8    Dated:  May 9, 2019                              PILLSBURY WINTHROP SHAW PITTMAN LLP

9                                                                */s/ Philip S. Warden*

10                                                   By:   PHILIP S. WARDEN
                                                          LINDSAY K. MOORE, Prosecuting Authority
11                                                         Attorneys for Plaintiff
                                                          SACRAMENTO REGIONAL PUBLIC SAFETY
12                                                         COMMUNICATIONS CENTER D/B/A
                                                          SACRAMENTO REGIONAL FIRE/EMS
13                                                         COMMUNICATIONS CENTER

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28