1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    PHILIP S. WARDEN (SBN 54752)
2   philip.warden@pillsburylaw.com
    CLARK THIEL (SBN 190212)
3   clark.thiel@pillsburylaw.com
    Four Embarcadero Center, 22nd Floor
4   San Francisco, CA 94111-5998
    Telephone:  415-983-1000
5   Facsimile: 415-983-1200

6   PILLSBURY WINTHROP SHAW PITTMAN LLP
    SYDNEY A. WARD (SBN 312615)
7   sydney.ward@pillsburylaw.com
    2600 Capitol Avenue, Suite 300
8   Sacramento, CA 95816-5830
    Telephone: 916-329-4700
9   Facsimile:  916-441-3583

10  KINGSLEY BOGARD
    LINDSAY K. MOORE (SBN 244422)
11  Prosecuting Authority for Plaintiff
    lmoore@kblegal.us
12  600 Coolidge Drive
    Suite 160
13  Folsom, CA 95630
    Telephone:  916-932-2500

14

    Attorneys for Plaintiff SACRAMENTO REGIONAL
15  PUBLIC SAFETY COMMUNICATIONS CENTER
    D/B/A SACRAMENTO REGIONAL FIRE/EMS
16  COMMUNICATIONS CENTER

17              **UNITED STATES DISTRICT COURT**

18              **EASTERN DISTRICT OF CALIFORNIA**

19

20  SACRAMENTO REGIONAL PUBLIC        Case No.  2:18-cv-01792-KJM-KJN
    SAFETY COMMUNICATIONS CENTER
    D/B/A SACRAMENTO REGIONAL         PLAINTIFF'S INITIAL RULE 26(a)(2)
21  FIRE/EMS COMMUNICATIONS CENTER    DISCLOSURE OF EXPERT WITNESS
                                      AND REPORT
22              Plaintiff,

23       vs.

24  TYLER TECHNOLOGIES, INC., a Delaware
    corporation F/K/A NEW WORLD SYSTEMS
25  CORPORATION, a Surrendered California
    corporation
26
                Defendant.
27

28

    _____
    PLAINTIFF'S INITIAL RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS AND REPORT
    4811-1055-4007.v1                              Case No. 2:18-cv-01792-KJM-KJN

1   Pursuant to Federal Rule of Civil Procedure 26, the Court's Scheduling Order [Dkt. No. 59]

2   and the parties' Stipulated Agreement and Order Under Fed. R. Civ. P. 16(b)(4) and 29(b) [Dkt. No.

3   69], Plaintiff, the Sacramento Regional Public Safety Communications Center d/b/a Sacramento

4   Regional Fire/EMS Communications Center ("SRFECC") submits its initial expert disclosure and

5   report of Dr. Bruce A. Strombom, attached hereto as **Exhibit A**. The parties have been focused on

6   settlement and this report was disclosed to Defendants on May 9, 2019 in anticipation of the May 16

7   settlement conference. Plaintiff reserves the right to supplement and/or amend this disclosure as

8   necessary.

9

10   Dated:  May 17, 2019                              PILLSBURY WINTHROP SHAW
                                                       PITTMAN LLP

11                                                     /s/ Philip S. Warden

12                                            By:    PHILIP S. WARDEN
                                                     LINDSAY K. MOORE, Prosecuting
13                                                   Authority
                                                     Attorneys for Plaintiff
14                                                   SACRAMENTO REGIONAL PUBLIC
                                                     SAFETY COMMUNICATIONS CENTER
15                                                   D/B/A SACRAMENTO REGIONAL
                                                     FIRE/EMS COMMUNICATIONS
16                                                   CENTER

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S INITIAL RULE 26(a)(2) DISCLOSURE OF EXPERT WITNESS AND REPORT

# EXHIBIT A

*Confidential – for mediation purposes only*

Bruce A. Strombom, Ph.D.

Analysis Group, Inc.

333 South Hope Street, Floor 27

Los Angeles, CA  90071


May 8, 2019


Magistrate Judge Deborah Barnes

U.S. District Court, Eastern District of California

Courtroom 27


Dear Judge Barnes:


I have been asked by counsel for Plaintiff, Sacramento Regional Fire/EMS Communications

Center ("SRFECC"), to quantify damages to SRFECC as a result of Tyler Technologies, Inc.'s

("Tyler") alleged unlawful conduct.  Plaintiff alleges that Tyler failed to "provide services and

furnish licensed products, computer software and documentation, for the design, delivery,

installation, implementation, and integration of a Replacement CAD System pursuant to a

Software License and Services Agreement"[1] (the "Agreement").  I have also been asked to

evaluate the financial resources of Tyler based on its publicly-filed financial statements.

I have reviewed documents and other materials provided to me by counsel for SRFECC.  I have

also had discussions with Plaintiff's expert, Diane House, who is an expert on computer aided

dispatch ("CAD"), mobile alerting, and related systems, and is familiar with the systems at issue

---

[1] Complaint, *Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional
Fire/EMS Communications Center v. Tyler Technologies, Inc.,* Case 2:18-cv-01792-KJM-KJN, United
States District Court, Eastern District of California, June 22, 2018 ("Complaint"), ¶ 4.

*Confidential – for mediation purposes only*

in this litigation.[2]  My conclusions presented in this letter are based on the information available to me as of the date of this letter.  Because discovery is incomplete and ongoing in this case, my conclusions are preliminary and my damages analysis may be revised at a later date.

Based on my review of the materials provided to me and my discussions with Plaintiff's expert and counsel, I find that damages to SRFECC equal $4.613 million before prejudgment interest.  Including prejudgment interest of $698,230, total damages equal $5.311 million.  In addition, SRFECC has incurred legal and other costs associated with this litigation totaling $1.094 million, which I understand may be recoverable under some causes of action.  See **Exhibit 1**.

---

[2] A copy of Ms. House's curriculum vitae is attached to this letter.

*Confidential – for mediation purposes only*

## I.      QUALIFICATIONS

1.      I am a Managing Principal of Analysis Group, Inc. ("Analysis Group"), a national economic, financial, and strategy consulting firm.  I have over 35 years of experience in corporate finance and financial and economic analysis.  For the past 26 years, I have been employed as a consulting and testifying expert in commercial litigation and public policy matters.  My work in commercial litigation has involved analyzing liability, loss causation, and damages issues on behalf of both plaintiffs and defendants.  I have qualified as an expert and testified in federal district courts, United States Tax Court, various state courts, and arbitrations. Prior to joining Analysis Group, I was Executive Vice President of Business Valuation for a middle-market merger and acquisition firm serving privately held businesses.  Earlier, I was a Consulting Manager in the Financial Advisory Services group at the public accounting firm Price Waterhouse and a Senior Financial Analyst with Tribune Newspapers West.

2.      I hold a B.A. in economics from San Jose State University and a Ph.D. in economics from the University of California, Irvine.  My graduate education focused on applied microeconomics, industrial organization, and finance.  A copy of my curriculum vitae is attached to this letter.  It includes a list of matters in which I have testified at deposition or trial and a list of my publications over the past ten years.

## II.      ANALYSIS AND CONCLUSIONS

3.      I have been asked to quantify the economic loss (or economic damages) to SRFECC as a result of Tyler's alleged failure to "deliver a complete, fully functional version of the CAD

*Confidential – for mediation purposes only*

system that Defendants contracted to provide to SRFECC."[3]  For the purposes of my analysis, I have assumed Defendant is found liable for the charges brought against it.  I have no opinions on issues of liability.

4.      Counsel for Plaintiff has informed me that there is a legal basis for measuring damages based on the California Commercial Code, and that Section 2712 of the California Commercial Code is relevant to the calculation of damages in this matter.  Section 2712 reads:

> After a breach…the buyer may "cover" by making in good faith and without unreasonable delay any reasonable purchase of or contract to purchase goods in substitution for those due from the seller.  *The buyer may recover from the seller as damages the difference between the cost of cover and the contract price* together with any incidental or consequential damages as hereinafter defined…but less expenses saved in consequence of the seller's breach.[4]

5.      In addition to "cover" damages and consequential damages described in the California Commercial Code, due to Tyler's failure to deliver a complete, fully functioning replacement CAD system, to be made whole SRFECC should also be entitled to recover as damages all of the amounts it has already paid to Tyler.

### A.      Cover Damages

6.      On or around March 2014, SRFECC issued a Request For Proposal seeking bids from software vendors to design, deliver, and install a replacement CAD System.[5]  After a competitive bidding process, SRFECC awarded the contract to Tyler.[6]  I understand that the original bid from Tyler was for a total amount of $6.2 million.  I further understand that after a series of

---

[3] Complaint, ¶ 33.

[4] California Commercial Code Section 2712 (emphasis added).

[5] Complaint, ¶ 3.

[6] Complaint, ¶ 4.

*Confidential – for mediation purposes only*

negotiations, the contract amount for the Tyler replacement CAD System was reduced to $2.756 million.[7]

7.     As a result of Tyler's failure to deliver the replacement CAD System pursuant to the Agreement, SRFECC has subsequently contracted with Northrop Grumman to provide a system that I understand is a reasonable substitute for the system Tyler was unable, or unwilling, to deliver.  I understand that the cost of the new Northrop Grumman system is $3.218 million.[8]  See **Exhibit 3**.

8.     As discussed above, "cover" damages are equal to the difference between the cost of cover and the contract price of the system that was not delivered.  Here, the cost of cover is equal to the cost that will be incurred by SRFECC for the new Northrop Grumman system, or $3.218 million, and the contract price is equal to the price of the Tyler system, or $2.756 million.  Thus, "cover" damages are equal to $461,778.  See **Exhibit 3**.

### B.     Consequential Damages

9.     As a result of Tyler's failure to deliver the replacement CAD System pursuant to the Agreement, I understand SRFECC has incurred consequential damages, or costs that it would not have otherwise incurred but for Defendant's alleged misconduct.  Specifically, SRFECC has incurred costs associated with the upkeep and maintenance of the existing Legacy COBOL CAD System ($1.225 million),[9] costs for regular and overtime wages of staff for work on the

---

[7] Software License and Services Agreement between New World Systems Corporation and the Sacramento Regional Public Safety Communications Center, November 2015, Exhibit A.  See **Exhibit 3**.

[8] Plaintiff's expert, Ms. House, has informed me that the new Northrop Grumman system is a reasonable substitute for the Tyler system and that the two systems are comparable in terms of features and functionality.  The cost of the new Northrop Grumman system includes expected future payments, which have been discounted to their present values as of May 8, 2019.  See **Exhibit 2**.

[9] Replacement costs for the COBOL server include expected future payments, which have been discounted to their present values as of May 8, 2019.  See **Exhibit 2**.

*Confidential – for mediation purposes only*

installation of the Tyler system ($121,711), consulting fees incurred to support the installation of

the Tyler system ($554,597), and contracting fees and incremental maintenance costs for the

Northrop Grumman system ($121,483).  Total consequential damages incurred by SRFECC

equal $2.022 million.  See **Exhibit 4**.

### C.   Return of Amounts Paid to Tyler

10.   SRFECC made numerous payments to Tyler pursuant to the Agreement for the

replacement CAD System, for which I understand SRFECC ultimately received no benefit.  As a

result, to be made whole SRFECC should be entitled to recover the amounts it has paid to Tyler.

SRFECC has paid Tyler a total of $2.128 million, including $886,095 for software licenses,

$257,064 for project milestone payments, $223,794 for third-party products and services, and

$761,440 for maintenance.  See **Exhibit 5**.

### D.   Total Damages and Prejudgment Interest

11.   I understand that Plaintiff may be entitled to prejudgment interest to compensate Plaintiff

for the loss of the use of money since the time of the harm.  I have calculated prejudgment

interest on SRFECC's damages at a simple interest rate of 7 percent per annum, and find this

amount to be $698,230.[10]

12.   As discussed above, damages to SRFECC total $4.613 million ($461,778 for "cover"

damages; $2.022 million for consequential damages; and $2.128 million for the return of

amounts paid to Tyler) before prejudgment interest.  Including prejudgment interest of $698,230,

total damages are $5.311 million.  See **Exhibit 1**.

---

[10] I understand according to California Civil Code Section 3287-3291 and the California Constitution Art.
XV § 1 that the statutory interest rate is 7 percent per annum.  In the case of breach of contract, the
statutory rate is 10 percent per annum.  I calculate interest at 7 percent.  Should Plaintiff prevail in the
specific claim for breach of contract, prejudgment interest at 10 percent would be equal to $997,472.

*Confidential – for mediation purposes only*

### E.       Litigation Fees and Costs

13.     I understand that litigation fees and costs may also be recoverable under certain causes of action in this litigation.  As of the date of this letter, I understand that SRFECC has incurred total litigation costs of $1.094 million.  See **Exhibit 6**.

### F.       Risk of Failure of Legacy System

14.     I understand that as a result of the Defendant's failure to deliver the contracted system, SRFECC has been forced to continue using the Legacy COBAL CAD System that the Tyler system was intended to replace.  I further understand that despite SRFECC's ongoing efforts to maintain the legacy system, that system is technologically obsolete, lacks the reliability and redundancy that is critical for CAD systems and has in fact failed on at least three occasions since the contracted delivery date of the Defendant's system.  The increased risk of failure, combined with the potentially catastrophic consequences that could result from such a failure, represent an economic cost to residents of the Sacramento region caused by the Defendant's alleged failure to deliver the contracted system.  Further, to the extent that SRFECC and its member agencies could be held legally liable in the event of such a failure, they too are incurring an economic cost (*i.e.*, damages) from the Defendant's alleged failure to deliver.  I have not attempted to quantify these damages from increased risk of failure of the legacy system due to the difficulty of reliably estimating the probabilities and costs involved.

*Confidential – for mediation purposes only*

## III.   FINANCIAL CONDITION OF TYLER TECHNOLOGIES, INC.

15.     Tyler Technologies, Inc. provides integrated information management solutions and services to the public sector, with a focus on local governments.[11]  The company held its initial public offering on March 24, 1969, and is publicly-traded on the New York Stock Exchange.[12]

16.     Tyler's total revenues were $841 million and $935 million for fiscal years 2017 and 2018, respectively.[13]  The company earned operating profits of on those revenues of $163 million and $152 million, respectively.[14]  As of December 31, 2018, Tyler had total assets of $1.8 billion, current assets of $519 million, and cash and cash equivalents of $134 million.[15]  As of May 6, 2019, the company's market capitalization (stock price *times* total shares outstanding) was $8.509 billion.[16]

Respectfully,

Bruce A. Strombom, Ph.D.

May 8, 2019

---

[11] Tyler Technologies, Inc., Form 10-K for the fiscal year ended December 31, 2018, p. 3.

[12] Bloomberg.

[13] Tyler Technologies, Inc., Form 10-K for the fiscal year ended December 31, 2018, p. F-3.

[14] Tyler Technologies, Inc., Form 10-K for the fiscal year ended December 31, 2018, p. F-3.

[15] Tyler Technologies, Inc., Form 10-K for the fiscal year ended December 31, 2018, p. F-4.

[16] https://www.bloomberg.com/quote/TYL:US (accessed May 6, 2019).

*Confidential - for mediation purposes only*

## Exhibit 1
## Damages Summary

| | Description | Amount | Prejudgment Interest through 5/8/19 (7%) |
|---|---|---|---|
| [A] | Cover damages | $461,778 | N/A |
| [B] | Consequential damages | $2,022,346 | $226,596 |
| [C] | Return of amounts paid to Tyler | $2,128,393 | $471,635 |
| | ***Total*** | **$4,612,518** | **$698,230** |
| | ***Total Damages plus Prejudgment Interest*** | **$5,310,748** | |
| [D] | Litigation fees and costs | $1,093,619 | N/A |

<u>**Notes and Sources:**</u>
[A]   See **Exhibit 3**.
[B]   See **Exhibit 4**.
[C]   See **Exhibit 5**.
[D]   See **Exhibit 6**.

**Exhibit 2**
**Present Value of Future Payments**

| | | | | | | |
|---|---|---|---|---|---|---|
| [A] | **CommandPoint CAD System** | $172,005 | $344,009 | $172,005 | $430,012 | $86,002 |
| [B] | *Cash flow date* | 06/09/19 | 10/18/19 | 12/07/19 | 12/12/19 | 12/29/19 |
| [C] | *Discount factor* | 0.997 | 0.983 | 0.977 | 0.977 | 0.975 |
| [D] | Present value of cash flow (as of May 8, 2019) | $171,415 | $338,036 | $168,113 | $420,056 | $83,857 |
| | Total present value of cash flows | $1,181,477 | | | | |
| | | | | | | |
| [E] | **Five (5) years of CommandPoint system maintenance** | $271,515 | $271,515 | $271,515 | $271,515 | $271,515 |
| [F] | *Cash flow date* | 12/29/19 | 12/29/20 | 12/29/21 | 12/29/22 | 12/29/23 |
| [G] | *Discount factor* | 0.975 | 0.937 | 0.901 | 0.867 | 0.833 |
| [H] | Present value of cash flow (as of May 8, 2019) | $264,745 | $254,535 | $244,745 | $235,332 | $226,281 |
| | Total present value of cash flows | $1,225,637 | | | | |
| | | | | | | |
| [I] | **Replace COBOL Server** | $150,306 | $64,417 | | | |
| [J] | *Cash flow date* | 05/31/19 | 07/09/19 | | | |
| [K] | *Discount factor* | 0.998 | 0.993 | | | |
| [L] | Present value of cash flow (as of May 8, 2019) | $149,935 | $63,989 | | | |
| | Total present value of cash flows | $213,924 | | | | |
| | | | | | | |
| [M] | **New Project Manager for Northrop Grumman CAD System upgrade** | $150,000 | $150,000 | | | |
| [N] | *Cash flow date* | 10/01/19 | 10/01/20 | | | |
| [O] | *Discount factor* | 0.984 | 0.946 | | | |
| [P] | Present value of cash flow (as of May 8, 2019) | $147,665 | $141,970 | | | |
| | Total present value of cash flows | $289,636 | | | | |
| | | | | | | |
| [Q] | Discount rate (Prime minus 1.5%) | 4.0% | | | | |

---

**Notes and Sources:**

[A]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56.

[B]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56.

[C]   = 1 / (1 + Discount rate)^t
[D]   = [A] * [C]

[E]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56.

[F]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56. Maintenance costs are assumed to be paid on an annual basis.

[G]   = 1 / (1 + Discount rate)^t
[H]   = [E] * [G]
[I]   SRFECC - NG CAD HW&SW Upgrade 2019May04.xlsx.
[J]   SRFECC - NG CAD HW&SW Upgrade 2019May04.xlsx.
[K]   = 1 / (1 + Discount rate)^t
[L]   = [I] * [K]
[M]   Independent Contractor Agreement for Special Services (IT Consulting Services) effective April 1, 2019, Exhibit B. Assumes 2,000 hours per year for two years at the contract hourly rate of $75.

[N]   Independent Contractor Agreement for Special Services (IT Consulting Services) effective April 1, 2019, Exhibit B. Cash flows are assumed to occur mid-year beginning six months after the contract effective date, April 1, 2019.

[O]   = 1 / (1 + Discount rate)^t
[P]   = [M] * [O]
[Q]   Based on SRFECC's current borrowing rate. The Prime rate as of May 6, 2019, was 5.5% (https://www.federalreserve.gov/releases/h15/).

*Confidential - for mediation purposes only*

# Exhibit 3
## "Cover" Damages

| Description | Amount |
|---|---:|
| *Costs Related to New Northrop Grumman System* | |
| [A]   CommandPoint CAD System | $1,697,491 |
| [B]   Five (5) years of CommandPoint system maintenance | $1,225,637 |
| [C]   Integrated interface from Westnet | $5,000 |
| [D]   New Project Manager for Northrop Grumman CAD System upgrade | $289,636 |
| ***Subtotal*** | $3,217,763 |
| [E]   Less: Contract amount for Tyler CAD System | -$2,755,985 |
| ***Total*** | **$461,778** |

**Notes and Sources:**

[A]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56.  Includes prior payments of $344,009 and $172,005.  See **Exhibit 2** for present value of future payments.

[B]   CommandPoint Computer-Aided-Dispatch and Mobility Upgrade, Northrop Grumman, Statement of Work, Exhibit 1, March 1, 2019, p. 56.  See **Exhibit 2** for schedule of future payments.

[C]   Amount provided by Chris Ehlers of Westnet, Inc.

[D]   Independent Contractor Agreement for Special Services (IT Consulting Services) effective April 1, 2019, Exhibit B. See **Exhibit 2** for present value of future payments.

[E]   Software License and Services Agreement between New World Systems Corporation and the Sacramento Regional Public Safety Communications Center, November 2015, Exhibit A.

*Confidential - for mediation purposes only*

## Exhibit 4
## Consequential Damages

| | Description | Amount | Prejudgment Interest through 5/8/19 (7%) |
|---|---|---|---|
| | *Consequential Costs as a Result of Tyler's Alleged Misconduct* | | |
| [A] | Kingsley Bogard LLP (legal) – negotiation of contract with Northrop Grumman | $44,702 | $343 |
| [B] | Regular and overtime paid to center staff for work on the installation of the Tyler system | $121,711 | $17,758 |
| [C] | Consulting fees: Athena Advanced Networks, Inc. | $269,712 | $78,685 |
| [D] | Consulting fees: S. Diane House | $284,885 | $23,871 |
| [E] | Replace COBOL Server | $428,647 | $1,524 |
| [F] | Hardware purchased for Tyler (excluding servers) that will not be useable with the upgraded Windows 10 CAD System | $345,104 | $75,376 |
| [G] | Configure and install "Mobile" software (replacement for RDLAP) on COBOL CAD System | $345,830 | $19,035 |
| [H] | Five (5) years of "Mobile" maintenance | $76,781 | $4,226 |
| [I] | Cost to create an interface between Westnet (a station-alerting software) and the COBOL CAD System | $89,974 | $4,952 |
| [J] | Five (5) years of Westnet maintenance | $15,000 | $826 |
| | ***Total*** | **$2,022,346** | **$226,596** |

**Notes and Sources:**

[A]   Amount provided by counsel.  Prejudgment interest is calculated from March 29, 2019, the date of the contract with Northrop Grumman.

[B]   2016 OT CAD - TEMP 000374.xls; 2017 OT CAD - TEMP 000375.xls; 2018 OT CAD - TEMP 000374.xls; MattsTime 2016 2017 - TEMP 000375.xlsx.

[C]   Historical Aged Trial Balance (SRFECC - Athena Aging Report.pdf).

[D]   Historical Aged Trial Balance (SRFECC - Diane House Aging Report.pdf); SRFECC - Diane House PM Services 2017-

[E]   SRFECC - NG CAD HW&SW Upgrade 2019May04.xlsx.  Includes a prior payment of $214,723.  See **Exhibit 2** for present value of future payments.

[F]   SRFECC - TNW CAD Purchase Summary-05012019.xlsx.  Original price of hardware was $409,763.  Amount includes subtraction of $64,623 salvage value.

[G]   D4  - 80647 PCMSS Mobile Quote 6-28-2018 v1.3.pdf.

[H]   D4 - 80647 PCMSS Mobile Quote 6-28-2018 v1.3.pdf; 77570 Sacramento Regional Fire WPF Mobile Quote 5-9-2018 v4.docx. Represents the incremental cost of "Mobile" maintenance, which is calculated as $236,683, the cost for the Northrop Grumman system, less $159,902, the cost for the Tyler system.

[I]   D6 - 71509 SRFECC Westnet FSA  Interface Quote 5-4-2018 r2.pdf; D6 - PO0040.pdf.

[J]   D6 - 71509 SRFECC Westnet FSA  Interface Quote 5-4-2018 r2.pdf; D6 - PO0040.pdf.

*Confidential - for mediation purposes only*

**Exhibit 5**
**Return of Amounts Paid to Tyler**

| | Description | Amount | Prejudgment Interest through 5/8/19 (7%) |
|---|---|---|---|
| | *Amounts Paid to Tyler* | | |
| [A] | License standard software | $886,095 | $195,087 |
| [B] | Project milestone payments | $257,064 | $42,981 |
| [C] | Third-party products and services | $223,794 | $51,614 |
| [D] | Software maintenance services (prepaid maintenance) | $761,440 | $181,953 |
| | ***Total*** | **$2,128,393** | **$471,635** |

**Notes and Sources:**
[A]   SRFECC - NW CAD Project Financial Tracker - 2018Mar07 - SRFECC0048563.xlsx, sheet 'Milestone Payments.'
[B]   SRFECC - NW CAD Project Financial Tracker - 2018Mar07 - SRFECC0048563.xlsx, sheet 'Milestone Payments.'
[C]   SRFECC - NW CAD Project Financial Tracker - 2018Mar07 - SRFECC0048563.xlsx, sheet 'Milestone Payments.'
[D]   SRFECC - NW CAD Project Financial Tracker - 2018Mar07 - SRFECC0048563.xlsx, sheet 'Milestone Payments.'

*Confidential - for mediation purposes only*

# Exhibit 6
## Litigation Fees and Costs

| | Description | Amount |
|---|---|---:|
| | *Legal and Consulting Fees* | |
| [A] | Kingsley Bogard LLP (Legal) | $232,772 |
| [B] | Pillsbury Winthrop Shaw Pittman LLP (Legal) | $737,019 |
| [C] | Setec (Discovery Data Collection) | $13,747 |
| [D] | Analysis Group, Inc. (Damages Expert) | $30,131 |
| [E] | Public relations expenses for litigation (HASC) | $79,950 |
| | ***Total*** | **$1,093,619** |

**Notes and Sources:**

[A]  Amount provided by counsel.
[B]  Pillsbury Invoices, April 2018 through April 2019.
[C]  INVOICE_19025_Setec_Investigations.pdf; C4 - INVOICE_18766_Setec_Investigations.pdf.
[D]  Includes fees incurred through April 30, 2019.
[E]  HER2.xlsx

# BRUCE A. STROMBOM, Ph.D.
## Managing Principal

Phone: (213) 896-4520                                             333 S. Hope Street
Fax: (213) 623-4112                                                       Suite 2700
bruce.strombom@analysisgroup.com                    Los Angeles, CA  90071

Bruce Strombom is an expert in applied microeconomics, finance, and quantitative and statistical analysis.  He provides assistance to attorneys in all phases of pretrial and trial practice, prepares economic and financial models, and provides expert testimony in litigation and public policy matters. Dr. Strombom has conducted assessments of class certification, liability, and damages issues in cases involving antitrust, breach of contract, ERISA, false advertising, intellectual property, labor and employment, product liability, securities, and general commercial disputes.

Prior to joining Analysis Group, Dr. Strombom was Executive Vice President of a middle-market merger and acquisition firm, where he managed a financial and market research organization that provided valuation and consulting services to over 500 privately held companies annually.  Previously, he was Consulting Manager at Price Waterhouse, where he provided litigation support and value enhancement consulting services, and Senior Financial Analyst at the Tribune Company, where he evaluated capital projects and acquisition candidates.  Dr. Strombom holds a Ph.D. in economics from the University of California, Irvine, and a B.A. in economics from San Jose State University.

## EDUCATION

Ph.D.                    Economics, University of California, Irvine
                             Fields: Finance and Industrial Organization
                             Thesis: Switching Cost, Price Sensitivity and Health Plan Choice

B.A.                     Economics, San Jose State University, San Jose, CA

## PROFESSIONAL EXPERIENCE

2004 – Present        Managing Principal, Analysis Group, Inc., Los Angeles, CA

1993 – 2004           Senior Associate and Vice President, Analysis Group, Inc., Los Angeles, CA

1992                       Regional General Manager, Prodata, Inc., Sacramento, CA

1985 – 1991           Executive Vice President, Geneva Business Research Corp., Irvine, CA

1983 – 1985           Manager of Consulting Services, Price Waterhouse, Newport Beach, CA

1981 – 1983           Senior Financial Analyst, Tribune Newspapers West, Woodland Hills, CA

**SELECT CASE ASSIGNMENTS**

<u>**General Commercial Litigation**</u>

- **Debbie Krommenhock, et al. v. Post Foods LLC**
  *United States District Court, Northern District of California*
  Assess whether plaintiffs' proposed use of conjoint analysis provides a reliable method of calculating class-wide damages in this matter involving alleged misleading health claims on boxes of Post cereal (expert report).

- **Joesph Lack, et al v. Mizuho Bank and Mark Karpeles**
  *United States District Court, Central District of California, Southern Division*
  Evaluate economic issues related to class certification in this matter involving the bankruptcy of the bitcoin exchange Mt. Gox (expert report).

- **Denis Marc Audet, et al. v. Stuart A. Fraser, et al.**
  *United States District Court, District of Connecticut*
  Review economic evidence related to class certification in this matter involving the sale of virtual currency mining equipment and cloud-hosted mining and the inital coin offering of the cryptocurrency Paycoin (expert report and deposition).

- **Iconlab Inc., et al. v. Valeant Pharmaceuticals International, Inc., et al.**
  *United States District Court, Central District of California, Southern Division*
  Evaluate lost profits and unjust enrichment in this matter involving alleged misappropriation of trade secrets related to the sale of intraocular lenses in Turkey and India (expert report and deposition).

- **Gregory Greene, et al. v. Mizuho Bank and Mark Karpeles**
  *United States District Court, Northern District of Illinois, Eastern Division*
  Evaluate economic issues related to class certification in this matter involving the bankruptcy of the bitcoin exchange Mt. Gox (expert report and deposition).

- **New World TMT Limited v. Wang Wei, et al.**
  *High Court of the Republic of Singapore*
  Project defendant's net cash balance as of June 30, 2017 that is traceable to funds misappropriated from plaintiff from April 2000 to December 2006 (expert report).

- **United States of America, ex rel. Bruce Jacobs v. Bank of America, et al.**
  *United States District Court, Southern District of Florida*
  Assess whether calculations performed by plaintiff's expert provide a reliable estimate of damages from allegedly false claims for FHA insurance recoveries (expert report).

- **Strategic Partners, Inc. v. Vestagen Protective Technologies, Inc.**
  *United States District Court, Central District of California - Western Division*
  Evaluate damages from alleged false advertising under the Lanham Act and unfair business practices in the market for protective medical garments (expert report, deposition and testimony at trial).

- **Benjamin Michael Merryman, et al. v. Citigroup, Inc., et al.**
  *United States District Court, Southern District of New York*
  Evaluate the feasibility of calculating damages on a class-wide basis and rebut plaintiffs' damages calculation in this case involving foreign exchange transactions associated with American Depository Receipts (ADRs) (expert declaration and deposition).

- **Carlos McClatchy v. Gary B. Pruitt, et al.**
  *Superior Court of the State of California, City and County of San Francisco*
  Calculate damages to a trust beneficiary from the alleged failure to properly diversify the trust's holdings (deposition and testimony at trial).

- **Ronald McAllister, et al. v. The St. Louis Rams, LLC**
  *United States District Court, Eastern District of Missouri, Eastern Division*
  Identify data related to personal seat licenses available to the Rams and evaluate whether those data are suitable for identifying members of the proposed classes, establishing liability and calculating damages on a class-wide basis without individualized inquiry (expert report and deposition).

- **James J. Cotter, et al. v. Margaret Cotter, et al. and Reading International, Inc.**
  *District Court, Clark County, Nevada*
  Evaluate plaintiffs' damages analysis in this shareholder derivative action and address issues of loss causation (expert report and deposition).

- **CoreLogic, Inc. v. First American Financial Corp.**
  *JAMS Arbitration*
  Rebut Plaintiff's damages analysis in this matter involving alleged breach of contract and misappropriation of trade secrets (deposition and testimony at arbitration).

- **Maricopa County v. Office Depot, Inc.**
  *United States District Court, District of Arizona*
  Calculate damages from the alleged failure to comply with the terms of a contract that guaranteed the plaintiff the lowest prices offered by the defendant (expert report).

- **Alex Ang, et al. v. Bimbo Bakeries USA, Inc.**
  *United States District Court, Northern District of California*
  Evaluate proposed regression-based methods of determining harm to consumers and calculating damages resulting from allegedly false and misleading claims appearing on the labels of bread and other baked goods (declaration).

- **Patrick Hendricks, et al. v. Starkist Co.**
  *United States District Court, Northern District of California*
  Assess whether members of a putative class can be ascertained and whether the proposed method for calculating harm to consumers from underweight products can be applied on a common, class-wide basis (declaration and deposition).

- **David Helmer, et al. v. The Goodyear Tire & Rubber Co.**
  *United States District Court, District of Colorado*
  Assess the typicality of class representatives and numerosity of potential class members in this matter related to the manufacturing and distribution of allegedly defect hose used in hydronic heating systems (expert report and testimony at hearing).

- **Big 5 Sporting Goods Song-Berverly Cases**
  *Superior Court of California, County of Los Angeles*
  Estimate the value of certain ZIP code information collected from customers who made credit card purchases (expert report).

- **UMG Recordings, Inc. v. NBC Universal, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the reliability and adequacy of data provided by plaintiffs to calculate damages from the destruction of over 100,000 original master audio recordings in a warehouse fire (deposition).

- **Hansen Beverage Company v. Vital Pharmaceuticals, Inc.**
  *United States District Court, Southern District of California*
  Evaluate damages under the Lanham Act from alleged false advertising in the energy drink and energy shot markets (expert report and deposition).

- **Emily Diaz v. First American Home Buyers Protection Corporation**
  *United States District Court, Southern District of California*
  Evaluate class certification issues including plaintiff's proposed method of calculating economic damages suffered by members of the putative class using a common method of proof (expert report and deposition).

- **State Pipe and Supply, Inc. v. Coutinho & Ferrostal Inc.**
  *United States District Court, Central District of California*
  Calculate damages (a) to the plaintiff from the failure of a steel pipe supplier to deliver products as contracted and (b) to the defendant under a counter-claim assuming proper mitigation (expert report).

- **Classic Concepts v. Linen Source, Inc.**
  *United States District Court, Central District of California*
  Estimate damages related to a claim of copyright infringement (expert report and testimony at trial).

- **City of Los Angeles**
  *Consent Decree with U.S. Department of Justice*
  Evaluate claims of racial profiling by LAPD officers using advanced statistical techniques and data on motor vehicle and pedestrian stops (expert report).

- **In re: FedEx Ground Package System, Inc., Employment Practices Litigation**
  *United States District Court, Northern District of Indiana*
  In this case involving the alleged misclassification of drivers as independent contractors, led case team supporting two Academic Affiliates who analyzed the functions performed by FedEx drivers, the economic relationships between FedEx, the drivers and customers of FedEx, and transactions involving the sale of routes by drivers.

- **Memory Card International v. Fry's Electronics, Inc., et al.**
  *California Superior Court, County of Orange*
  Estimate damages caused by alleged misappropriation of trade secrets related to computer memory devices (expert report).

- **New World TMT, Ltd. v. PrediWave Corp., et al.**
  *Superior Court of California, County of Santa Clara*
  Evaluate prices of SDRAM chips and calculate damages from investments, purchases and advances made by New World when a cable television venture in China failed (expert report and deposition).

- **Rajashree Karwa v. Madison Tyler Holdings, LLC**
  *Arbitration before JAMS*
  Rebut damages claimed by plaintiff related to her termination and removal as a management member of Madison Tyler Holdings without sufficient cause (expert report and deposition).

- **Mark Ford, et al. v. Bimbo Bakeries USA, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Estimate damages suffered by independent distributors in a contract dispute with a large commercial bakery (deposition).

- **Fredrick W. Penney, et al. v. CLC, Inc.**
  *Arbitration before JAMS*
  Estimate damages suffered by law firms from failure of a prepaid legal services plan to refer members to contracted legal network (deposition and testimony at arbitration).

- **Independent Association of Mailbox Center Owners, Inc., et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of San Diego*
- **O'Cubed Technology, Inc., et al. v. Mail Boxes Etc., Inc.**
  *Arbitration Before JAMS*
- **Anything Goes, LLC, et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of Los Angeles*
- **Catherine Thomas, et al. v. Mail Boxes Etc. USA, Inc.**
  *Arbitration before the American Arbitration Association*
- **Morgate LLC, et al. v. Mail Boxes Etc., Inc.**
  *Superior Court of California, County of Los Angeles*
  Case team leader supporting multiple experts in this series of cases brought by franchisees related to the acquisition of franchisor Mail Boxes Etc. USA, Inc. by United Parcel Service, Inc. and conversion of Mail Boxes Etc. stores to The UPS Stores.

- **Jason Brett, et al. v. The Walt Disney Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Led a case team that gathered information from both electronic and paper sources, interviewed staff members, and created a comprehensive database covering over 8,300 television writers and analyzed the data for evidence of age discrimination.

- **In re Quanex Corporation and Affiliated Subsidiaries**
  *United States Tax Court*
  Assess the economic substance and business purpose of a transaction establishing a special purpose subsidiary (expert report and testimony at trial).

- **Impact Management Consulting v. National Scrip Center**
  *Arbitration before JAMS*
  Estimate lost profits from the breach of an exclusive marketing agreement (expert report).

- **Larry Plancich v. United Parcel Service, Inc.**
  *Superior Court of California, County of San Bernardino (testimony at trial)*
- **Ben Lopez v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Daniel Kline v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Gerald Shoemaker v. United Parcel Service, Inc.**
  *United States District Court, District of Idaho (declaration)*
  Analyze time records to determine whether the FLSA Motor Carrier Exemption applied in these wage and hour matters.

- **Microsoft Corp. – Private Antitrust Litigations**
  Consulting support to counsel related to potential overcharges from anticompetitive conduct in markets for PC operating system and application software.  Estimated damages exposure in an antitrust action brought by Netscape for alleged anticompetitive conduct in the market for internet browsers.

- **Robert Kahn v. Financial Management Advisors, Inc.**
  *Arbitration before JAMS*
  Evaluate the equivalence of shares in an S-corporation with membership units in a majority owned subsidiary limited liability corporation (expert report and testimony at arbitration).

- **Janice Millius, et al. v. Los Angeles Unified School District**
  *Superior Court of California, County of Los Angeles*
  In this case seeking recovery of unpaid wages and benefits, calculated the difference in cost between bus service provided by district employees and service provided by independent third party vendors (expert report).

- **Kan Di Ki, Inc. v. Timothy B. Ferrigan, et al.**
  *Superior Court of California, County of Fresno*
  Estimate damages from breach of a non-solicitation agreement associated with the sale of a mobile radiology company (expert report and deposition).

- **Gary M. Kawesch, M.D. Inc. v. Antione L. Garabet, M.D., Inc., et al.**
  *United States District Court, Northern District of California*
  Estimate damages resulting from trademark/trade dress infringement by a laser eye surgery provider (expert reports).

- **Consumer Justice Center, et al. v. Brother Industries, Inc., et al.**
  *Superior Court of California, County of Orange*
  Develop, implement and analyze a consumer survey to determine whether product advertising misled consumers about product features.

- **Western Filter Corporation v. Vickers Inc.**
  *United States District Court, Central District of California*
  Assess damages resulting from the breach of an alliance agreement involving the sales and marketing of industrial hydraulic equipment (expert report and testimony at arbitration).

- **Edison Electric Institute**
  Prepare a white paper on the use of derivative securities to hedge risk in the electric utility industry.

- **SEC v. Henry Yuen, et al.**
  *United States District Court, Central District of California, Western Division*
  Provide consulting support on liability issues related to revenue recognition and market acceptance of a new interactive programming guide offered by Gemstar-T.V. Guide International.

- **Ticketmaster LLC v. StubHub, Inc.**
  *Superior Court of California, County of Los Angeles*
  Retained by defendant to evaluate damages from the sale of blocks of "artist hold tickets" on StubHub's internet-based marketplace.

## ERISA

- **Theresa Brown, et al. v. Nationwide Life Insurance Company, et al.**
  *United States District Court, Southern District of Ohio Eastern Division at Columbus*
  Assess, from an economic perspective, whether claims that Nationwide charged unreasonable asset-based fees for the provision of recordkeeping and other administrative service can be evaluated on a classwide basis (expert report).

- **Steve Wildman, et al. v. American Century Services, LLC, et al.**
  *United States District Court, Western District of Missouri*
  In this ERISA class action involving claims that a 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent, evaluate whether liability and damages can be determined on a class-wide basis without individualized inquiry and evaluate plaintiffs' damages estimate (expert reports, deposition and testimony at trial).

- **Jaclyn Santomenno, et al. v. Transamerica Life Insurance Company, et al.**
  *United States District Court, Central District of California*
  In this case involving claims that fees charged by an ERISA retirement plan service provider were excessive, evaluate whether questions related to liability and damages can be addressed on a class-wide basis without individualized inquiry and calculate damages (expert reports and deposition).

- **Beverly Kanawi, et al. v. Bechtel Corporation**
  *United States District Court, Central District of California*
  Case team leader in rebutting analyses of seven opposing experts in ERISA case involving claims that 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent.

- **Joan Ned-Sthran v. Methodist Hospitals of Dallas, et al.**
  *United States District Court, Northern District of Texas*
  Evaluate claims of breach of fiduciary duty and damages in ERISA case involving alleged excessive charges for employees' share of health insurance premiums (expert report).

- **Penske Logistics, LLC, et al. v. Freight Drivers and Helpers Local No. 557 Pension Fund**
  *Before Arbitrator Ira F. Jaffe*
  Evaluate economic issues related to the alleged evasion and avoidance of an unfunded pension liability under ERISA (expert report, deposition and testimony at arbitration).

## Health Care and Health Insurance

- **In re Loestrin 24 FE Antitrust Litigation**
  *United States District Court, District of Rhode Island*
  Evaluate availability of an administratively feasible method for ascertaining the members of a proposed end-payor class and the economic role of PBMs in retail prescription drug transactions (expert report, deposition and testimony at hearing).

- **In re Asacol Antitrust Litigation**
  *United States District Court, District of Massachusetts*
  Evaluate economic issues related to the ascertainability of the class and evidence that defendant's actions caused class-wide harm and evaluate plaintiffs' damages claims (expert report and deposition).

- **Francis Fenwick, et al. v. Ranbaxy Pharmaceuticals, et al.**
  *United States District Court, District of New Jersey*
  Evaluate plaintiffs' proposed methodology for identifying class members and calculating damages on a class-wide basis to consumers who purchased generic atorvastatin that may have contained a foreign material (expert report and deposition).

- **In re Wellbutrin XL Antitrust Litigation**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the ascertainability of members of a class of indirect purchasers given risk-sharing arrangements in the distribution of pharmaceuticals and the "pass-on" of health care costs by health plans in the form of higher premiums (expert reports and deposition).

- **New Mexico Oncology and Hematology Consultants v. Presbyterian Healthcare Services, et al.**
  *United States District Court, District of New Mexico*
  Evaluate damages to a medical specialty group from alleged unlawful maintenance of monopoly power in the markets for private health insurance and inpatient services and attempted monopolization of the market for a speciality medical service by an integrated health insurer and provider organization (expert reports and depositions).

- **Lake Travis Transitional LTCH, LLC v. Lakeway Regional Medical Center, LLC, et al.**
  *The District Court of Travis County, Texas, 345th Judicial District*
  Review and evaluate cash flow projections for a start-up long-term care hospital and assess the reasonableness of estimated lost profit damages (deposition and testimony at trial).

- **Mylan Pharmaceuticals, Inc., et al. v. Warner Chilcott Public Limited Company, et al.**
  *United States District Court, Eastern District of Pennsylvania*
  Evaluate the relevance of "pass-on" issues to the damages claimed by indirect purchasers of an oral antibacterial drug (expert reports and deposition).

- **WellSpan Health, et al. v. Quantum Imaging and Therapeutic Associates, Inc.**
  *Court of Common Pleas of York County, Pennsylvania*
  Calculate damages from the alleged breach of noncompete provisions of employment contracts and unfair competiton related to provision of radiology and radiation oncology services (expert report).

- **Allegheny General Hospital v. UPMC Health Plan, Inc.**
  *Court of Common Pleas of Allegheny County, Pennsylvania*
  Evaluate methods of calculating "actual costs" incurred by a hospital in providing emergency and other medical services to health plan enrollees (declaration, expert report and deposition).

- **Beverly Clark, et al. v. The Prudential Insurance Company of America**
  *United States District Court, District of New Jersey*
  Evaluate whether the existence and extent of damages to members of the proposed class due to the closure of a block of health insurance business can be determined using a common method of proof without individual inquiry (declaration, expert report and deposition).

- **Capital Funding Group, Inc. v. Credit Suisse Securities LLC, et al.**
  *Circuit Court for Montgomery County, Maryland (expert report, deposition and testimony at trial)*

- **Leonard Grunstein et al. v. Ronald E. Silva, et al.**
  *Court of Chancery of the State of Delaware (expert report and deposition)*
  Evaluate whether defendants used plaintiffs' proprietary information related to HUD-insured refinancing of commercial mortgage backed securities (CMBS) issued in the acquisition of assisted living facilities throughout the U.S.

- **Neurosurgical Specialties of Nepa, Inc., et al. v. Wyoming Valley Health Care System, Inc.**
  *Court of Common Pleas of Luzerne County, Pennsylvania*
  Calculate damages from the alleged breach of contract for neurosurgery services between a medical practice and a hospital (expert report).

- **California State Auditor**
  Several assignments including review of the financial status and future prospects of the Los Angeles County Department of Health Services and review of a decision by CalPERS to limit the hospital network available to health plan enrollees.

- **Nevada Attorney General - Health Plan Merger**
  Retained by Nevada State Attorney General to prepare an expert report and testify concerning market definition and the impact of a proposed health plan merger on competition in health insurance markets. Evaluate possible monopsony power in the market for physician services.

- **In re Managed Care**
  *United States District Court, Southern District of Florida*
  Provide expert support to a large commercial health plan in a dispute involving claims adjudication practices, including the use of automated claims review and editing software, and prepare detailed analyses of over 100 million fee-for-service claims.

- **Oncure Medical Corporation v. Mission Hospital Regional Medical Center**
  *Superior Court of California, County of Orange*
  Estimate damages suffered by a radiation therapy provider from the breach of a non-compete agreement and provide assistance in mediation.

- **Unilab Corporation v. Westcliff Medical Laboratories**
  *California Superior Court, County of Los Angeles*
  Estimate damages associated with the acquisition of a medical testing laboratory.

- **Health Net, Inc. v. State Department of Health Services, et al.**
  *Superior Court of California, County of Sacramento*
  Estimate damages suffered by Health Net from the State's failure to properly allocate MediCal managed care enrollees to the health plan (deposition).

- **John Muir Medical Center v. Health Net, Inc.**
  *Arbitration before JAMS*
  Evaluate whether inflation in hospital charges exceeded the amount allowed in a provider services contract (deposition).

- **Sutter Health v. Health Net, Inc.**
  *American Arbitration Association*
  Assess the reasonableness of a hospital's billed charges during contract negotiations with a health plan (expert report and testimony at arbitration).

- **Cost Shifting in Hospital Services**
  For a consortium of community hospitals, compare hospital reimbursement rates paid by government payers (Medicare, Medicaid and County Indigent Programs) with those paid by commercial health plans and estimate the impact of "cost shifting" on health plan premiums and enrollment.

- **Wichita Clinic, P.A., v. Columbia/HCA Healthcare Corporation**
  *United States District Court, District of Kansas*
  Support Academic Affiliate in economic analysis and evaluation of the alleged monopolization of hospital services market.

- **Vitascan Partners v. G.E. Healthcare Financial Services**
  *Superior Court of California, County of Santa Barbara*
  Evaluate claims that poor performance of EBT scanners caused the failure of plaintiffs' business and estimate damages (deposition and testimony at trial).

- **The Commissioner of Corporations of the State of California v. Western Dental Services, Inc.**
  *California Superior Court, County of Orange*
  Support Academic Affiliate in evaluating the statistical sampling methodology used by the Department of Corporations to assess the quality of dental services.

- **MedImmune, Inc., v. Centocor, Inc., et al.**
  *United States District Court, District of Maryland*
  Support an Academic Affiliate in evaluating whether the monoclonal antibody product, Synagis, was commercially successful and whether the patented technology at issue contributed to that success.

## <u>Valuation</u>

- **In re September 11 Litigation**
  *United States District Court, Southern District of New York*
  Led a case team that supported Academic Affiliate in estimating the value of the 99-year master leasehold interests held by Silverstein Properties and calculate damages from destruction of World Trade Center Towers One, Two, Four, Five and Seven on 9/11.

- **Center Partners, Ltd., et al. v. Urban Shopping Centers, L.P, et al.**
  *Circuit Court Cook County, Illinois*
  Value a minority interest with complex allocation and option provisions in a multi-billion dollar limited partnership with investments in regional shopping malls.

- **Gary Pudles v. William Robertshaw, et al.**
  *California Superior Court, County of Orange*
  Value a controlling interest in a software company providing communications, business process automation and performance management applications to businesses (deposition).

- **Sunset Drive Corporation v. City of Redlands**
  *United States District Court, Central District of California*
  Prepare financial projections, value a low- to moderate-income residential development and estimate damages suffered by a developer when defendant blocked construction (expert report and deposition).

- **MVU Investors LLC v. General Electric Corporation**
  *United States District Court, Central District of California*
  Estimate value and calculate damages from the alleged breach of an agreement to purchase a patent portfolio involving MRI technology (expert report).

- **Equipoint Financial Network, Inc. v. Bruce Barnes, et al.**
  *California Superior Court, County of San Diego*
  Review and critique defendants' valuation report and estimate the fair market value of a minority interest in an originator of FHA Home Equity Conversion (reverse) Mortgages (expert report).

- **SOC-SMG Inc. v. Day & Zimmermann, Inc.**
  *Arbitration before JAMS*
  Value two merging businesses and calculate the amount of overpayment in a joint venture transaction caused by misrepresentations and non-disclosure of material adverse events related to procurement of military contracts (expert report and testimony at arbitration).

- **Denise P. Edwards, et al., v. The First American Corporation, et al.**
  *United States District Court, Central District of California*
  Estimate the values of various interests in title insurance agencies acquired by First American to determine if purchase prices exceeded fair market value and constituted kickbacks for referrals of title insurance business under RESPA (expert reports and deposition).

- **Conrad P. Lee Company, et al. v. EPS Solutions Corp., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of five privately held companies, evaluate factors leading to the failure of a professional services firm and estimate damages resulting from non-disclosures in a roll-up transaction (expert reports, deposition and testimony at arbitration).

- **David Salomon v. Michael Gould, et al.**
  *Arbitration before JAMS*
  Review two competing valuations of a securities trading firm engaged in arbitrage in exchange-listed equities, fixed-income products and derivatives using proprietary algorithms and electronic trade execution software (deposition and testimony at arbitration).

- **Horowitz Limited Partnership I v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert report and testimony at arbitration);*
- **James Holden and Christine Holden v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration); and*
- **Victor Arias, et al. v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration)*
  Value eight privately held companies, assess loss causation issues and estimate damages resulting from non-disclosures in a roll-up transaction involving over thirty professional service companies.

- **Peter Vagenas, et al. v. Demetrios Kefallinos, et al.**
  *Arbitration before ADR Services, Inc.*
  Value a fast-food restaurant chain, rebut plaintiffs' damages analysis and estimate damages from alleged infringement of trademark/trade dress (deposition and testimony at arbitration).

- **Marshall Hospital v. Eliot R. Drell, M.D., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of an Ambulatory Surgery Center and calculate lost profits from termination of a joint venture between a hospital and medical group (deposition and testimony at arbitration).

- **Chinyun Kim v. The Grover Coors Trust, et al.**
  *District Court, Jefferson County, Colorado*
  Provide analytic support to an Academic Affiliate in the valuation of convertible preferred stock in a financial distressed packaging materials manufacturer.

- **California State Auditor**
  At the request of the State Legislature, evaluate the merger of UCSF Medical Center and Stanford Health Services to determine the benefits of integration and assess the relative value of assets contributed by the two organizations.

- **Pacific Coin Management v. BR Telephony Partners, et al.**
  *California Superior Court, County of Los Angeles*
  Estimate damages suffered by the buyer of a pay telephone company from the seller's failure to disclose information allegedly pertinent to the value of the company (expert report, deposition and testimony at trial).

- **Bell and Associates, Inc. v. Fidelity National Information Solutions, Inc., et al.**
  *Superior Court of California, County of Orange*
  Value a start-up internet-based business enterprise and estimate damages caused by the alleged breach of a joint venture agreement (expert report and deposition).

- **Gray v. ODS Technology, LP, et al.**
  *United States District Court, Southern District of Florida*
  Value an option to acquire an equity interest in an internet gaming enterprise.

- **In re the Marriage of Downey**
  *California Superior Court, County of Orange*
  Value a manufacturer of commercial and general aviation aircraft cabin interior products (expert report and deposition).

- **California Food Plan, Inc. v. Robert Size, et al.**
  *California Superior Court, County of Orange*
  Value a direct marketing food retailer and analyze alleged excess compensation under a consulting agreement (expert report and deposition).

## Real Estate and Mortgage Lending

- **Nancy L. Manchester, et al. v. U.S. Bank National Association, et al.**
  *Circuit Court of the First Circuit, State of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report).

- **Evelyn Jane Gibo, et al. v. U.S. Bank National Association, et al.**
  *United States District Court, District of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report and declaration).

- **Lionel Lima, Jr., et al. v. Deutsche Bank National Trust Company, et al.**
  *United States District Court, District of Hawaii*
  Evaluate the nature and extent of class-wide injuries arising from foreclosure sales of residential real estate (expert report and declaration).

- **Panagiotis Mallios v. Bank of America, NA, et al.**
  *District Court, Clark County, Nevada*
  Estimate damages to borrower when defendant declined to modify residential mortgages and foreclosed (expert report and testimony at trial).

- **In Re: RFC and ResCap Liquidating Trust Litigation**
  *United States District Court, District of Minnesota*
  Case team leader supporting multiple academic and mortgage industry experts in addressing issues including statistical sampling methods, mortgage origination standards and practices, loss causation and damages arising from the settlement of RMBS trust and monoline claims in the bankruptcy of RFC.

- **Old Republic Insurance Company v. The Bank of New York Mellon, et al.**
  *Circuit Court of Cook County, Illinois, County Department, Chancery Division*
  Case team leader supporting multiple academic and mortgage industry experts in addressing residential real estate and mortgage industry conditions, underwriting standards and practices and whether alleged misrepresentations had a statistically significant impact on loan performance.

- **Confidential Assignment – Residential Mortgage Portfolio Valuation**
  Value a multi-billion dollar portfolio of first and second lien residential mortgages for tax purposes.

- **Carmel Development Company v. Monterra Ranch Properties, LLC, et al.**
  *Superior Court of California, County of Monterey*
  Analyze financial and other records related to a failed residential real estate development and evaluate the amounts properly claimed under mechanics' liens (expert report, deposition and testimony at trial).

- **Bank of America, N.A. v. Old Republic Insurance Company**
  *United States District Court, Western District of North Carolina*
  Case team leader supporting academic affiliate in evaluating developments in the residential real estate and mortgage markets prior to, and during, the Great Recession and the impact of those developments on loan performance and mortgage market participants including mortgage insurers.

- **Conley D. Wolfswinkel, et al. v. Joseph Arpaio, et al.**
  *United States District Court, District of Arizona*
  Estimate damages resulting from inability to restructure real estate loans as a result of disruption to plaintiffs' business caused by illegal execution of a search warrant and seizure of company property (expert report and deposition).

- **Eagle Real Estate Group, LLC, et al. v. Kenneth R. Melton, et al.**
  *Superior Court of California, County of Orange*
  Support Academic Affiliate in the valuation of multifamily residential properties and estimation of damages resulting from breach of a partnership agreement.

- **Countrywide Financial Corporation, et al. v. Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting academic affiliate in addressing statistical sampling and inferences concerning mortgage underwriting practices and quality control procedures.

- **Confidential Assignment – Residential Mortgage Underwriting Standards**
  Evaluate the impact on minority borrowers of changes to underwriting standards of a large residential mortgage lender that were motivated by falling residential real estate values and present findings to HUD.

- **Bank of America, N.A. v Republic Mortgage Insurance Company, et al.**
  *American Arbitration Association*
  Case team leader supporting Academic Affiliate in evaluating risk management practices in mortgage lending and securitization and describing of factors that contributed to home price appreciation in the early to mid-2000s and the collapse that followed.

- **EMC Mortgage Corporation v. Ameriquest Mortgage Corporation**
  *District Court of Denton County, Texas 16th Judicial District*
  Support Academic Affiliate in preparing expert report analyzing how trends in residential real estate prices, loan repurchase obligations and developments in the securities markets interacted to force the closure of many subprime lenders.

- **First American Corporation**
  Prepare expert reports and provide testimony before various state regulators concerning competition in markets for title insurance and real estate closing services, variation in real estate conveyance practices across markets and proposed changes in title insurance regulation.

- **Cecil Barret, Jr., et al. v. Option One Mortgage Corp., et al.**
  *United States Distric Court, District of Massachusetts*
  Led a case team supporting an Academic Affiliate in evaluating whether plaintiffs' statistical analyses showed a common mode of exercising discretion in loan pricing across brokers and a common disparate impact on minority borrowers.

**Title Insurance**

- **In The Matter of First American Title Insurance Company Market Conduct Examination**
  *Before the Indiana Commissioner of Insurance*
  Review and evaluate the methods of statistical sampling, extrapolation and calculation of alleged overcharges and premium tax underpayments used in the Department of Insurance's Market Conduct Examination (expert report, deposition and testimony at hearing).

- **Cynthia A. Patterson, et al. v. Fidelity National Title Insurance Company, et al.**
  *Court of Common Pleas of Allegheny County, Commonwealth of Pennsylvania, Civil Division*
  Assess the accuracy of certian data stored in Fidelity's database systems related to real estate transactions (expert report and deposition).

- **Sjobring v. First American Title Co.**
  *Superior Court of the State of California, County of Los Angeles*
  Assess the feasibility of using defendant's electronic data to prove, on a class-wide basis, whether charges exceeded rates filed with the California Department of Insurance (declaration and deposition).

- **Bruce Levine, et al. v. First American Title Insurance Co.,**
  *United States District Court, Eastern District of Pennsylvania*
  Review and evaluate plaintiffs' proposed method of identifying class members and calculating damages on a class-wide basis (expert report).

- **Miriam Haskins, et al. v. First American Title Insurance Company**
  *United States District Court, District of New Jersey*
  Evaluate the feasibility of identifying members of a proposed class using electronic data and calculating damages on a class-wide basis (expert report, deposition and testimony at hearing).

- **Patrick Kirk, et al. v. First American Title Insurance Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the level of filed rates and estimate the fair market value of various real estate settlement services (declaration, deposition and testimony at trial).

- **Anthony L. Slapikas, et al. v. First American Title Insurance Company**
  *United States District Court, Western District of Pennsylvania*
  Evaluate the feasibility of identifying on a class-wide basis individuals that were entitled to, but did not receive, either the Reissue Rate or the Refinance Rate based on electronic data maintained in defendant's data processing systems (declaration).

- **Campbell v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Maine*
  Evaluate class certification issues and review the statistical sampling method used by plaintiffs' expert to estimate the frequency of overcharges for title insurance policies issued in refinance transactions (expert report).

- **Daniel Perez, et al. v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Arizona*
  Draw and evaluate a sample of title insurance policy files to determine the frequency of mispricing and assess whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Raffone, et al. v. First American Title Insurance Company, Inc.**
  *Circuit Court, Nassau County, Florida*
  Assess the feasibility of using the company's electronic data to determine whether consumers were entitled to, but did not receive, discounted prices on a class-wide basis (expert reports).

**<u>Automotive</u>**

- **In re: FCA US LLC Monostable Electronic Gearshift Litigation**
  *United States District Court, Eastern District of Michigan, Southern Division*
  Review and rebut plaintiffs' proposed survey-based method of calculating class-wide damages and analyze used car prices for evidence of diminution of value resulting from alleged defects in electronic gearshifts (expert report and deposition).

- **Tom Kondash, et al. v. Kia Motors America and Kia Motors Corp.**
  *United States District Court, Southern District of Ohio*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages resulting from alleged defects in panoramic sunroofs (expert report and deposition).

- **Billy Glenn, et al. v. Hyundai Motor America, et al.**
  *United States District Court, Central District of California*
  Evaluate the plaintiffs' proposed method of calculating class-wide damages and conduct a statistical analysis of the fracture rates of conventional and panoramic sunroofs (expert report and deposition).

- **Paul Butler, et al. v. Porsche Cars North America, Inc.**
  *United States District Court, Northern Cistrict of California*
  Assess whether a common methodology exists to measure the alleged diminution in the value of class vehicles had an allegedly defect been disclosed at the time of purchase (expert report).

- **Alfred Salas and Gloria Ortega v. Toyota Motor Sales, U.S.A. Inc.**
  *United States District Court, Central District of California*
  Evaluate plaintiffs' proposed Benefit of the Bargain Damages Methodology and determine if it provides a reliable method of calculating class-wide damages without individualized inquiry (expert report and deposition).

- **Galo Coba, et al. v. Ford Motor Company**
  *United States District Court, District of New Jersey*
  Assess whether used vehicle prices support the claim of diminution in the value of class vehicles as a result of allegedly defective fuel tanks (expert report and deposition).

- **In re General Motors OnStar Litigation**
  *United States District Court, Eastern District of Michigan*
  Assess whether common proof exists of injury to all members of the putative class and whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Margie Daniel, et al. v. Ford Motor Company**
  *United States District Court, Eastern District of California*
  Evaluate repair costs for fleet vehicles for evidence of excess tire wear and review prices of used car transactions for evidence of excess depreciation in the Ford Focus (expert report, deposition and testimony at trial).

- **Peter Diamond, et al. v. Porsche Cars North America, Inc.**
  *Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida*
  Evaluate whether quantitative and statistical methods could be used to establish liability and loss causation in this case involving allegedly defective headlights in Porsche vehicles (deposition and testimony at hearing).

- **Johnette C. Alexander, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange*
  Assess damages suffered by class members caused by alleged defective rear seat belt systems in the Kia Sephia (deposition and testimony at trial).

- **Regina Little, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of New Jersey – Law Division Union County (expert report and testimony at trial);*
- **Maria Santiago, et al. v. Kia Motors America, Inc., et al.**
  *Superior Court of California, County of Orange (deposition); and*
- **Shamell Samuel-Bassett, et al. v. Kia Motors America, Inc., et al.**
  *Court of Common Pleas of Philadelphia County, Pennsylvania (expert report and testimony at trial)*
  Estimate excess depreciation of vehicle and other damages suffered by class members as the result of an allegedly defective braking system in the Kia Sephia in this series of cases in state courts.


## SELECTED PAPERS AND PRESENTATIONS

"Using Cash Flows Versus Accrual Net Income," (co-author), *Calculation of Lost Profits Damages – Theory and Practice*, 1st ed., Everett and Kinrich, eds., Valuation Products and Services LLC, 2017.

"Competition in Title Insurance Markets Since the Great Recession," presented at the National Conference of Insurance Legislators, Summer Meeting, July 11, 2013, Philadelphia, PA.

"Class Certification and Damages Theories: Consumers' Valuation of Un-priced Product Attributes," presented at a Webinar continuing legal education forum sponsored by Ballard Spahr, May 16, 2012.

"Statistical Analyses in Proactive Audits and Employment Litigation," presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc. May 20, 2009.

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc., July 29, 2008

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a continuing education forum for attorneys sponsored by Analysis Group, Inc., June 24, 2008, San Francisco, CA.

"Subprime Litigation: A Survival Guide," presented at Institutional Investor Legal Forum Summer Roundtable, June 18, 2008, Santa Monica, CA.

"Subprime Lending Litigation," Program Co-chair at a continuing education forum for attorneys sponsored by CLE International, May 8 and 9, 2008, Los Angeles, CA.

"Reductions in Force: Strategies to Minimize Litigation Risk in Downsizing," presented at a continuing education forum for attorneys sponsored by K&L Gates, January 17, 2008, New York, NY.

"Investigation of Racial Profiling by the LAPD – Pedestrian and Motor Vehicle Post-Stop Data Analysis Report," City of Los Angeles, July 2006.

"An Assessment of Competition in California Title Insurance and Escrow Markets," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Evaluation of Proposed Regulations for the California Title Insurance and Escrow Industry," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Competition and Title Insurance Rates in California," with Bruce Stangle, report prepared for First American Title Insurance Company, January 23, 2006.

"Competition and Title Insurance Prices in California," report and presentation to the National Association of Insurance Commissioners (NAIC), Title Insurance Working Group, June 2006, Washington DC.

"Switching Cost, Price Sensitivity and Health Plan Choice," *Journal of Health Economics* 21, January 2002, p. 89-116.

"Risk Selection Caused by the Correlation of Health Status and Sensitivity to Price," Research in Health Care Financial Management Symposium, August 2001, Best Research Paper Award.

"Health Status and Consumers' Willingness to Switch Health Plans," American Public Health Association, Annual Meeting, October 1999, Chicago, IL.

"Risk Selection in a Setting of Managed Competition," Western Economics Association, Annual Conference, July 1999, San Diego, CA.

"Policy Options for Reducing Growth in Medicaid Spending for Long-term Care Services," Pfizer, Inc., Health Care Legislation Conference, May 1997, Irvine, CA.

"Regulation of Provider Networks that Bear Insurance Risk," Health Care in Louisiana: Issues and Answers, January 1997.