PILLSBURY WINTHROP SHAW PITTMAN LLP
PHILIP S. WARDEN (SBN 54752)
philip.warden@pillsburylaw.com
CLARK THIEL (SBN 190212)
clark.thiel@pillsburylaw.com
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:  415-983-1000
Facsimile:  415-983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
SYDNEY A. WARD (SBN 312615)
sydney.ward@pillsburylaw.com
2600 Capitol Avenue, Suite 300
Sacramento, CA 95816-5830
Telephone:  916-329-4700
Facsimile:  916-441-3583

KINGSLEY BOGARD, LLP
LINDSAY K. MOORE (SBN 244422)
Prosecuting Authority for Plaintiff
lmoore@kblegal.us
600 Coolidge Drive
Suite 160
Folsom, CA 95630
Telephone:  916-932-2500

Attorneys for Plaintiff SACRAMENTO REGIONAL
PUBLIC SAFETY COMMUNICATIONS CENTER
D/B/A SACRAMENTO REGIONAL FIRE/EMS
COMMUNICATIONS CENTER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER<br><br>Plaintiff,<br><br>vs.<br><br>TYLER TECHNOLOGIES, INC., a Delaware corporation F/K/A NEW WORLD SYSTEMS CORPORATION, a Surrendered California corporation<br><br>Defendant. | Case No.  2:18-cv-01792-KJM-KJN<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL<br><br>Judge:  Hon. Kimberly J. Mueller |

| | |
|---|---|
| 1 | K&L GATES |
|   | BETH W. PETRONIO *(ADMITTED PRO HAC VICE)* |
| 2 | beth.petronio@klgates.com |
|   | 1717 Main Street, Suite 2800 |
| 3 | Dallas, Texas 75201 |
|   | Telephone:  214-939-5815 |
| 4 | Facsimile:  214-939-5849 |
| 5 | SEGAL & ASSOCIATES, PC |
|   | MALCOLM SEGAL (SBN 075481) |
| 6 | JOHN T. KINN (SBN 130270) |
|   | msegal@segal-pc.com |
| 7 | jkinn@segal-pc.com |
|   | 400 Capitol Mall, Suite 2550 |
| 8 | Sacramento, CA 95814 |
|   | Telephone:  916-441-0886 |
| 9 | Facsimile:  916-575-1231 |
| 10 | Attorneys for Defendant TYLER |
|   | TECHNOLOGIES, INC., a Delaware Corporation |
| 11 | F/K/A NEW WORLD SYSTEMS |
|   | CORPORATION, a Surrendered California |
| 12 | corporation |

-1-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL
Case No. 2:18-cv-01792-KJM-KJN
4830-6227-7276.v1

IT IS HEREBY STIPULATED by and between Plaintiff Sacramento Regional Public Safety Communications Center d/b/a Sacramento Regional Fire/EMS Communications Center and Defendant Tyler Technologies, Inc., through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a).

Dated: July 12, 2019　　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN LLP

By:　*/s/ Philip S. Warden*
　　　PHILIP S. WARDEN
　　　LINDSAY K. MOORE, Prosecuting Authority
　　　Attorneys for Plaintiff
　　　SACRAMENTO REGIONAL PUBLIC SAFETY COMMUNICATIONS CENTER D/B/A SACRAMENTO REGIONAL FIRE/EMS COMMUNICATIONS CENTER

Dated: July 12, 2019　　　　　　　　　K&L GATES

By:　*/s/ Beth W. Petronio*
　　　BETH W. PETRONIO
　　　Attorneys for Defendant
　　　TYLER TECHNOLOGIES, INC. F/K/A NEW WORLD SYSTEMS CORPORATION

**IT IS SO ORDERED.**

Dated:

　　　　　　　　　　　　　　　　　　　KIMBERLY J. MUELLER
　　　　　　　　　　　　　　　　　　　United States District Judge